UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

KENYON V. FITZGERALD, JR.
PETER SCOVILLE WELLS, SIDNEY SILLER,        07 Civ. 6851 (BSJ) (DCF)
and DISABLED AMERICAN VETERANS
DEPARTMENT OF NEW YORK INC.,

    Plaintiffs,

                 **NOTICE OF APPEARANCE**

-against-

WADE F. B. THOMPSON, ELIHU ROSE,
ARIE L. KOPELMAN, STEPHEN LASH,
EDWARD KLEIN, REBECCA ROBERTSON,
KIRSTEN REOCH, CHARLES GARGANO,
WILLIAM SHERMAN, CAROL BERENS,
JOHN DOE, MARY ROSE and SEVENTH
REGIMENT ARMORY CONSERVANCY, INC.,

    Defendants.

----------------------------------------X

    PLEASE TAKE NOTICE that ANDREW M. CUOMO, as Attorney General of the State of New York, hereby appears in the above-entitled action on behalf of named defendant CAROL BERENS, without waiving any objection as to subject matter or in personam jurisdiction over any defendant

Dated:  New York, New York
     August 6, 2007

               ANDREW M. CUOMO
               Attorney General of the
                 State of New York
               **Attorney for State Defendant(s)**
               By: _/s/ Joel Graber_

               JOEL GRABER (JG-3337)
               Assistant Attorney General
               Special Litigation Counsel
               120 Broadway – 24th Floor
               New York, NY 10271-0332
               (212) 416-8645
               FAX (212) 416-6009
               joel.graber@oag.state.ny.us