UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENYON B. FITZGERALD, JR., PETER SCOVILLE WELLS, SIDNEY SILLER, and DISABLED AMERICAN VETERANS DEPARTMENT OF NEW YORK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WADE B. THOMPSON, ELIHU ROSE, ARIE L. KOPELMAN, STEPHEN LASH, EDWARD KLEIN, REBECCA ROBERTSON, KIRSTEN REOCH, CHARLES GARGANO, WILLIAM SHERMAN, CAROL BERENS, JOHN DOE, MARY ROE and SEVENTH REGIMENT ARMORY CONSERVANCY, INC., <br><br> Defendants. | Case No. 07 CIV 6851 (BSJ) (DCF) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby enters an appearance as counsel on behalf of Wade B. Thompson, Elihu Rose, Arie L. Kopelman, Stephen Lash, Edward Klein, Rebecca Robertson, Kirsten Reoch, and the Seventh Regiment Armory Conservancy, Inc.

Dated: New York, New York
　　　　August 17, 2007

　　　　　　　　　　　　　　　　　　PAUL, WEISS RIFKIND, WHARTON &
　　　　　　　　　　　　　　　　　　GARRISON LLP

　　　　　　　　　　　　　　　　　　By: /s/ Lewis R. Clayton
　　　　　　　　　　　　　　　　　　　　　Lewis R. Clayton (LC-7207)

1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

*Attorneys for Defendants Wade B. Thompson, Elihu Rose, Arie L. Kopelman, Stephen Lash, Edward Klein, Rebecca Robertson, Kirsten Reoch, and the Seventh Regiment Armory Conservancy, Inc.*

TO: All Counsel of Record