UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENYON B. FITZGERALD, JR., PETER SCOVILLE WELLS, SIDNEY SILLER, and DISABLED AMERICAN VETERANS DEPARTMENT OF NEW YORK, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WADE B. THOMPSON, ELIHU ROSE, ARIE L. KOPELMAN, STEPHEN LASH, EDWARD KLEIN, REBECCA ROBERTSON, KIRSTEN REOCH, CHARLES GARGANO, WILLIAM SHERMAN, CAROL BERENS, JOHN DOE, MARY ROE and SEVENTH REGIMENT ARMORY CONSERVANCY, INC.,<br><br>    Defendants. | Case No. 07 CIV 6851 (BSJ) (DCF) |

**DEFENDANT SEVENTH REGIMENT ARMORY CONSERVANCY, INC.'S
<u>RULE 7.1. STATEMENT</u>**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant Seventh Regiment Armory Conservancy, Inc. hereby certifies that Seventh Regiment Armory Conservancy, Inc. has no parent corporation and no publicly-held corporation owns 10 percent or more of its stock.

Dated: New York, New York
    August 17, 2007

               PAUL, WEISS RIFKIND, WHARTON &
               GARRISON LLP

               By: /s/ Lewis R. Clayton
                  Lewis R. Clayton (LC-7207)
                  Peggy S. Chen (PC-6476)

                                    1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

*Attorneys for Defendants Wade B. Thompson, Elihu Rose, Arie L. Kopelman, Stephen Lash, Edward Klein, Rebecca Robertson, Kirsten Reoch, and the Seventh Regiment Armory Conservancy, Inc.*

TO: All Counsel of Record