UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

07 CV 685

Foronera et al. v. Thompson et al.

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 685 (BSJ)(DCF)

------------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

All such motions: ___

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
       8/10/07

/s/ Barbara S. Jones
United States District Judge