UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENYON B. FITZGERALD, JR., PETER SCOVILLE WELLS, SIDNEY SILLER, and DISABLED AMERICAN VETERANS DEPARTMENT OF NEW YORK, INC.,<br><br>               Plaintiffs,<br><br>               v.<br><br>WADE B. THOMPSON, ELIHU ROSE, ARIE L. KOPELMAN, STEPHEN LASH, EDWARD KLEIN, REBECCA ROBERTSON, KIRSTEN REOCH, CHARLES GARGANO, WILLIAM SHERMAN, CAROL BERENS, JOHN DOE, MARY ROE and SEVENTH REGIMENT ARMORY CONSERVANCY, INC.,<br><br>               Defendants. | Case No. 07 CIV 6851 (BSJ) (DCF) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby enters an appearance as counsel on behalf of Wade B. Thompson, Elihu Rose, Arie L. Kopelman, Stephen Lash, Edward Klein, Rebecca Robertson, Kirsten Reoch, and the Seventh Regiment Armory Conservancy, Inc.

Dated: August 22, 2007

                                            PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP

                                            By: /s/ Peggy S. Chen
                                                  Peggy S. Chen

1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

*Attorneys for Defendants Wade B. Thompson, Elihu Rose, Arie L. Kopelman, Stephen Lash, Edward Klein, Rebecca Robertson, Kirsten Reoch, and the Seventh Regiment Armory Conservancy, Inc.*

TO: All Counsel of Record