JONES.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENYON B. FITZGERALD, JR., PETER SCOVILLE WELLS, SIDNEY SILLER, and DISABLED AMERICAN VETERANS DEPARTMENT OF NEW YORK, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WADE B. THOMPSON, ELIHU ROSE, ARIE L. KOPELMAN, STEPHEN LASH, EDWARD KLEIN, REBECCA ROBERTSON, KIRSTEN REOCH, CHARLES GARGANO, WILLIAM SHERMAN, CAROL BERENS, JOHN DOE, MARY ROE and SEVENTH REGIMENT ARMORY CONSERVANCY, INC.,<br><br>Defendants. | Case No. 07 CIV 6851 (BSJ) (DCF) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto through their respective attorneys, that the deadline for defendants Wade B. Thompson, Elihu Rose, Arie L. Kopelman, Stephen Lash, Edward Klein, Rebecca Robertson, Kirsten Reoch, Charles Gargano, William Sherman and Carol Berens and the Seventh Regiment Armory Conservancy, Inc. to answer, move or otherwise respond to the Complaint in this action, currently set for August 21, 2007, is hereby extended to, and including, October 4, 2007.

There have been no previous requests for an extension of time.

| | |
|---|---|
| Dated: New York, New York<br>August 17, 2007 | PAUL, WEISS RIFKIND, WHARTON &<br>GARRISON LLP<br><br>By: _____<br>Lewis R. Clayton (LC-7207)<br>Peggy S. Chen (PC-6476)<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000<br><br>*Attorneys for Defendants Wade B.*<br>*Thompson, Elihu Rose, Arie L.*<br>*Kopelman, Stephen Lash, Edward Klein,*<br>*Rebecca Robertson, Kirsten Reoch, and*<br>*the Seventh Regiment Armory*<br>*Conservancy, Inc.* |
| Dated: New York, New York<br>August 17, 2007 | ANDREW CUOMO<br>Attorney General of the<br>State of New York<br><br>By: _____<br>Joel Graber (JG-3337)<br><br>Assistant Attorney General<br>Special Litigation Counsel<br>120 Broadway – 24th Floor<br>New York, NY 10271<br>(212) 416-8645<br><br>*Attorneys for Defendants Charles*<br>*Gargano, William Sherman and*<br>*Carol Berens* |
| Dated: New York, New York<br>August 17, 2007 | _____<br>Whitney North Seymour (WS-2019)<br>425 Lexington Avenue, Room 1721<br>New York, NY 10017<br>(212) 455-2502<br><br>-and- |

2

Gabriel North Seymour
200 Route 126
Falls Village, CT 06031

*Attorneys for Plaintiffs*

So Ordered: /s/ Barbara S. Jones
Honorable Barbara S. Jones
United States District Judge

8/21/07

3