UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
KENYON B. FITZGERALD, ET.AL.,

          Plaintiff,

   -against-

WADE F.B. THOMPSON, ELIHU ROSE, ARIE L.
KOPELMAN, STEPHEN LASH, EDWARD KLEIN,
REBECCA ROBERTSON, KIRSTEN REOCH,
CHARLES GARGANO, WILLIAM SHERMAN,
SEVENTH REGIMENT ARMORY CONSERVANCY,
INC.,

          Defendants.

------------------------------------------------------------------x

Index No.: 07-cv-6851

**AFFIDAVITS OF SERVICE**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 07-CIV-6851

---

KENYON B. FITZGERALD, ET. AL.
, Plaintiff(s)

- against -

WADE F.B. THOMPSON, ELIHU ROSE, ARIE L. KOPELMAN, STEPHEN LASH, EDWARD KLEIN, REBECCA ROBERTSON, KIRSTEN REOCH, CHARLES GARGANO, WILLIAM SHERMAN, SEVENTH REGIMENT ARMORY CONSERVANCY, INC.
, Defendant(s)

---

State of New York    )
                     ) SS.:
County of New York   )

### AFFIDAVIT OF SERVICE

Israel Rodriquez being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 08/03/2007 at  1:12 PM at:
    EMPIRE STATE DEVELOPMENT CORP.
    633 THIRD AVENUE
    NEW YORK NY 10017
Deponent served the:
SUMMONS IN A CIVIL CASE
COMPLAINT WITH JURY TRIAL REQUESTED
CIVIL CASE COVER SHEET
RULE 7.1 STATEMENT
INDIVIDUAL PRACTICES OF JUDGE BARBARA S. JONES
upon WILLIAM SHERMAN,
by delivering true copies to:
Suzanna B. (Refused Last Name), Legal Assistant
who stated that they were authorized to accept service on behalf of:
WILLIAM SHERMAN.
Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
    WILLIAM SHERMAN
    EMPIRE STATE DEVELOPMENT CORP.
    633 THIRD AVENUE
    NEW YORK NY 10017
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within New York State.  The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 40  HEIGHT: 5'9''    WEIGHT: 210     HAIR: BLONDE     RACE: LT BROWN  SEX: FEMALE

_____
Israel Rodriquez   License #1255277

SWORN TO BEFORE ME  Aug 07, 2007

*Jacqueline M. Billings*
*Notary Public, State of New York*
*No. 01BI6151824*
*Qualified in Broome County*
*My Commission Expires 20__10*

OUR DOC# 18867
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07-CIV-6851

KENYON B. FITZGERALD, ET. AL.

, Plaintiff(s)

- against -

WADE F.B. THOMPSON, ELIHU ROSE, ARIE L. KOPELMAN, STEPHEN LASH, EDWARD KLEIN, REBECCA ROBERTSON, KIRSTEN REOCH, CHARLES GARGANO, WILLIAM SHERMAN, SEVENTH REGIMENT ARMORY CONSERVANCY, INC.

, Defendant(s)

State of New York   )
                    ) SS.:
County of New York  )

## AFFIDAVIT OF SERVICE

Israel Rodriquez being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York. That on 08/03/2007 at 1:12 PM at:
    EMPIRE STATE DEVELOPMENT CORP.
    633 THIRD AVENUE
    NEW YORK NY 10017
Deponent served the:
SUMMONS IN A CIVIL CASE
COMPLAINT WITH JURY TRIAL REQUESTED
CIVIL CASE COVER SHEET
RULE 7.1 STATEMENT
INDIVIDUAL PRACTICES OF JUDGE BARBARA S. JONES
upon CAROL BERENS,
by delivering true copies to:
Suzanna B. (Refused Last Name), Legal Assistant
who stated that they were authorized to accept service on behalf of:
CAROL BERENS.
Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
    CAROL BERENS
    EMPIRE STATE DEVELOPMENT CORP.
    633 THIRD AVENUE
    NEW YORK NY 10017
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within New York State. The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 40   HEIGHT: 5'9''   WEIGHT: 210   HAIR: BLONDE   RACE: LT BROWN   SEX: FEMALE

Israel Rodriquez License #1255277

SWORN TO BEFORE ME Aug 7, 2007

Jacqueline M. Billings
Notary Public, State of New York
No. 01BI6151824
Qualified in Broome County
My Commission Expires 20 10

OUR DOC# 18868
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07-CIV-6851

---

KENYON B. FITZGERALD, ET. AL.

, Plaintiff(s)

- against -

WADE F.B. THOMPSON, ELIHU ROSE, ARIE L. KOPELMAN, STEPHEN LASH, EDWARD KLEIN, REBECCA ROBERTSON, KIRSTEN REOCH, CHARLES GARGANO, WILLIAM SHERMAN, SEVENTH REGIMENT ARMORY CONSERVANCY, INC.

, Defendant(s)

---

State of New York    )
                     )  SS.:
County of New York   )

AFFIDAVIT OF SERVICE

Israel Rodriquez being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 08/03/2007 at  2:01 PM at:
    CHRISTIE'S AMERICA
    20 ROCKEFELLER PLAZA
    NEW YORK NY 10021
Deponent served the:
SUMMONS IN A CIVIL CASE
COMPLAINT WITH JURY TRIAL REQUESTED
CIVIL CASE COVER SHEET
RULE 7.1 STATEMENT
INDIVIDUAL PRACTICES OF JUDGE BARBARA S. JONES
upon STEPHEN LASH,
by delivering true copies to:
Lauren Hilyard, Assistant
who stated that they were authorized to accept service on behalf of:
STEPHEN LASH.

Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
    STEPHEN LASH
    CHRISTIE'S AMERICA
    20 ROCKEFELLER PLAZA
    NEW YORK NY 10021
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within New York State.  The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 25 HEIGHT: 5'7''    WEIGHT: 180        HAIR: BROWN        RACE: WHITE     SEX: FEMALE

_Israel Rodriquez_  
Israel Rodriquez License #1255277

SWORN TO BEFORE ME Aug 07, 2007

_Jacqueline M. Billings_  
Jacqueline M. Billings  
Notary Public, State of New York  
No. 01BI6151824  
Qualified in Broome County  
My Commission Expires 20 10

OUR DOC# 18862
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07-CIV-6851

KENYON B. FITZGERALD, ET. AL.

, Plaintiff(s)

- against -

WADE F.B. THOMPSON, ELIHU ROSE, ARIE L. KOPELMAN, STEPHEN LASH, EDWARD KLEIN, REBECCA ROBERTSON, KIRSTEN REOCH, CHARLES GARGANO, WILLIAM SHERMAN, SEVENTH REGIMENT ARMORY CONSERVANCY, INC.

, Defendant(s)

State of New York     )
                      ) SS.:
County of New York    )

### AFFIDAVIT OF SERVICE

Johnysha Santana being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 08/03/2007 at  1:45 PM at:
    CHANEL
    9 WEST 57TH STREET
    NEW YORK NY 10019
Deponent served the:
SUMMONS IN A CIVIL CASE
COMPLAINT WITH JURY TRIAL REQUESTED
CIVIL CASE COVER SHEET
RULE 7.1 STATEMENT
INDIVIDUAL PRACTICES OF JUDGE BARBARA S. JONES
upon ARIE L. KOPELMAN,
by delivering true copies to:
Shawn Scott, Personal Assistant
who stated that they were authorized to accept service on behalf of:
ARIE L. KOPELMAN.
Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
    ARIE L. KOPELMAN
    CHANEL
    9 WEST 57TH STREET
    NEW YORK NY 10019
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within New York State.  The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 30  HEIGHT: 6'1''   WEIGHT: 190    HAIR: BLACK    RACE: LT BROWN  SEX: FEMALE

Johnysha Santana   License #1255401

SWORN TO BEFORE ME  Aug 7 2007

*Jacqueline M. Billings*
*Notary Public, State of New York*
*No. 01BI6151824*
*Qualified in Broome County*
*My Commission Expires 20__10*

OUR DOC# 18861
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07-CIV-6851

KENYON B. FITZGERALD, ET. AL.

, Plaintiff(s)

- against -

WADE F.B. THOMPSON, ELIHU ROSE, ARIE L. KOPELMAN, STEPHEN LASH, EDWARD KLEIN, REBECCA ROBERTSON, KIRSTEN REOCH, CHARLES GARGANO, WILLIAM SHERMAN, SEVENTH REGIMENT ARMORY CONSERVANCY, INC.

, Defendant(s)

State of New York    )
                     )  SS.:
County of New York   )

AFFIDAVIT OF SERVICE

Israel Rodriquez being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 08/03/2007 at 12:11 PM at:
    ROSE ASSOCIATES, INC.
    200 MADISON AVENUE
    NEW YORK NY 10016

Deponent served the:

SUMMONS IN A CIVIL CASE
COMPLAINT WITH JURY TRIAL REQUESTED
CIVIL CASE COVER SHEET
RULE 7.1 STATEMENT
INDIVIDUAL PRACTICES OF JUDGE BARBARA S. JONES
upon ELIHU ROSE, by delivering true copies to recipient personally, deponent knew the person so served to be the person described as said recipient therein.

To the best of my knowledge, based on information and belief, the said recipient at the time of service was not engaged in the military service of the United States or New York. Recipient wore ordinary civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 45   HEIGHT: 5'8''   WEIGHT: 200   HAIR: BLONDE   RACE: WHITE   SEX: FEMALE

Israel Rodriquez   License #1255277

SWORN TO BEFORE ME   Aug 7, 2007

Jacqueline M. Billings
Notary Public, State of New York
No. 01BI6151824
Qualified in Broome County
My Commission Expires 20 10

OUR DOC# 18860
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07-CIV-6851

KENYON B. FITZGERALD, ET. AL.

, Plaintiff(s)

- against -

WADE F.B. THOMPSON, ELIHU ROSE, ARIE L. KOPELMAN, STEPHEN LASH, EDWARD KLEIN, REBECCA ROBERTSON, KIRSTEN REOCH, CHARLES GARGANO, WILLIAM SHERMAN, SEVENTH REGIMENT ARMORY CONSERVANCY, INC.

, Defendant(s)

State of New York    )
                     ) SS.:
County of New York   )

### AFFIDAVIT OF SERVICE

Israel Rodriquez being duly sworn, deposes and says that he is over the age of 18 years; is not a party to this action and resides within the State of New York. That on 08/07/2007 at 2:27 PM at:
   SEVENTH REGIMENT ARMORY CONSERVANCY
   643 PARK AVENUE
   NEW YORK NY 10021

Deponent served the:

SUMMONS IN A CIVIL CASE
COMPLAINT WITH JURY TRIAL REQUESTED
CIVIL CASE COVER SHEET
RULE 7.1 STATEMENT
INDIVIDUAL PRACTICES OF JUDGE BARBARA S. JONES
upon KIRSTEN REOCH, by delivering true copies to recipient personally, deponent knew the person so served to be the person described as said recipient therein.

To the best of my knowledge, based on information and belief, the said recipient at the time of service was not engaged in the military service of the United States or New York. Recipient wore ordinary civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 30   HEIGHT: 5'10''   WEIGHT: 180   HAIR: BROWN   RACE: WHITE   SEX: FEMALE

Israel Rodriquez    License #1255277

SWORN TO BEFORE ME Aug. 17, 2007

Jacqueline M. Billings
Notary Public, State of New York
No. 01BI6151824
Qualified in Broome County
My Commission Expires 2010

OUR DOC# 18865
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07-CIV-6851

KENYON B. FITZGERALD, ET. AL.

, Plaintiff(s)

- against -

WADE F.B. THOMPSON, ELIHU ROSE, ARIE L. KOPELMAN, STEPHEN LASH, EDWARD KLEIN, REBECCA ROBERTSON, KIRSTEN REOCH, CHARLES GARGANO, WILLIAM SHERMAN, SEVENTH REGIMENT ARMORY CONSERVANCY, INC.

, Defendant(s)

State of New York     )
                      )   SS.:
County of New York    )

### AFFIDAVIT OF SERVICE

Johnysha Santana being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 08/01/2007 at 11:06 AM at:
    SEVENTH REGIMENT ARMORY CONSERVANCY
    643 PARK AVENUE
    NEW YORK NY 10021

Deponent served the:
SUMMONS IN A CIVIL CASE
COMPLAINT WITH JURY TRIAL REQUESTED
CIVIL CASE COVER SHEET
RULE 7.1 STATEMENT
INDIVIDUAL PRACTICES OF JUDGE BARBARA S. JONES
upon REBECCA ROBERTSON, by delivering true copies to recipient personally,
deponent knew the person so served to be the person described as said
recipient therein.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 55   HEIGHT: 5'5''   WEIGHT: 135   HAIR: BLONDE   RACE: WHITE   SEX: FEMALE

Johnysha Santana License #1255401

SWORN TO BEFORE ME  8/1/07

OUR DOC# 18864
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169

James McCoy III
Notary Public State of New York
No. 01MC6144940
Qualified in Broome County
Commission Expires 05/01/2010

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07-CIV-6851

KENYON B. FITZGERALD, ET. AL.

, Plaintiff(s)

- against -

WADE F.B. THOMPSON, ELIHU ROSE, ARIE L. KOPELMAN, STEPHEN LASH, EDWARD KLEIN, REBECCA ROBERTSON, KIRSTEN REOCH, CHARLES GARGANO, WILLIAM SHERMAN, SEVENTH REGIMENT ARMORY CONSERVANCY, INC.

, Defendant(s)

State of New York     )
                      ) SS.:
County of New York    )

### AFFIDAVIT OF SERVICE

Johnysha Santana being duly sworn, deposes and says
that she is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 08/01/2007 at 10:28 AM at:
    230 PARK AVENUE
    #618
    NEW YORK NY 10169
Deponent served the:
SUMMONS IN A CIVIL CASE
RULE 7.1 STATEMENT
COMPLAINT WITH JURY TRIAL REQUESTED
CIVIL CASE COVER SHEET
INDIVIDUAL PRACTICES OF JUDGE BARBARA S. JONES
upon WADE F.B. THOMPSON,
by delivering true copies to:
Margaret Moriarty, Assistant
who stated that they were authorized to accept service on behalf of:
WADE F.B. THOMPSON.
Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
    WADE F.B. THOMPSON
    230 PARK AVENUE
    #618
    NEW YORK NY 10169
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within New York State.  The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.
To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary
civilian clothing and no military uniform.
Deponent describes the individual served as follows:
AGE: 40  HEIGHT: 5'7''   WEIGHT: 165    HAIR: BLACK     RACE: WHITE    SEX: FEMALE

Johnysha Santana License #1255401

SWORN TO BEFORE ME  8/1/07

OUR DOC# 18859
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169

James McCoy III
Notary Public State of New York
No. 01MC6144940
Qualified in Broome County
Commission Expires 05/01/2010