```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                  :
KENYON B. FITZGERALD, ET.AL.,                     :
                                                  : Index No.: 07-cv-6851
            Plaintiff,                            :
                                                  :
    -against-                                     :
                                                  :
WADE F.B. THOMPSON, ELIHU ROSE, ARIE L.           :
KOPELMAN, STEPHEN LASH, EDWARD KLEIN,             :
REBECCA ROBERTSON, KIRSTEN REOCH,                 :
CHARLES GARGANO, WILLIAM SHERMAN,                 :
SEVENTH REGIMENT ARMORY CONSERVANCY,              :
INC.,                                             :
                                                  :
            Defendants.                           :
                                                  :
------------------------------------------------------------------x
```

**AFFIDAVITS OF SERVICE**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07-CIV-6851

KENYON B. FITZGERALD, ET. AL.

, Plaintiff(s)

- against -

WADE F.B. THOMPSON, ELIHU ROSE, ARIE L. KOPELMAN, STEPHEN LASH, EDWARD KLEIN, REBECCA ROBERTSON, KIRSTEN REOCH, CHARLES GARGANO, WILLIAM SHERMAN, SEVENTH REGIMENT ARMORY CONSERVANCY, INC.

, Defendant(s)

State of New York )
) SS.:
County of Nassau )

AFFIDAVIT OF SERVICE

Mark C. Eisenberg being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of New York.  That on 08/10/2007 at 11:18 AM at:
  216 STARLING COURT
  MANHASSET NY 11030
Deponent served the:
SUMMONS IN A CIVIL CASE
COMPLAINT WITH JURY TRIAL REQUESTED
CIVIL CASE COVER SHEET
RULE 7.1 STATEMENT
INDIVIDUAL PRACTICES OF JUDGE BARBARA S. JONES
upon EDWARD KLEIN,
by delivering true copies to:
Victor Doe(Refused Last Name), Security Guard
who stated that they were authorized to accept service on behalf of:
EDWARD KLEIN.
Deponent was unable to serve recipient personally having made attempts on:
  08/02/2007 at  4:15 PM - Attempted service, spoke with security guard
    "Jerry". Stated Horowitz family lives in 216 Starling Court.
    Checked directory, "Dr. Melvin Klein" is the only Klein on directory.
  08/09/2007 at  4:30 PM - Attempted service, spoke with different
    security guard who refused to identify himself. Stated Dr. Melvin
    Klein is only Klein on directory. Stated 216 Starling Court is
    listed to "Horowitz". Security guard denied access to gated community.
  08/10/2007 at 11:18 AM - Attempted service, spoke with different security
    guard named "Victor Doe". Denied process server access access to
    gated community. Service left with him.
Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
  EDWARD KLEIN
  216 STARLING COURT
  MANHASSET NY 11030
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within New York State.  The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.
To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or New York. Recipient wore ordinary civilian clothing
and no military uniform.

Deponent describes the individual served as follows:
AGE: 43  HEIGHT: 5'11''   WEIGHT: 250      HAIR: BLACK       RACE: BLACK    SEX: MALE
OTHER: Moustache

SWORN TO BEFORE ME  9/6/07

LAUREN E. EISENBERG
Notary Public, State  New York
No. 01EI6093871
Qualified in Suffolk County
Commission Expires June 9, 20 11

Mark C. Eisenberg          License #1232210

OUR DOC# 18863
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07-CIV-6851

---

KENYON B. FITZGERALD, ET. AL.

, Plaintiff(s)

- against -

WADE F.B. THOMPSON, ELIHU ROSE, ARIE L. KOPELMAN, STEPHEN LASH, EDWARD KLEIN, REBECCA ROBERTSON, KIRSTEN REOCH, CHARLES GARGANO, WILLIAM SHERMAN, SEVENTH REGIMENT ARMORY CONSERVANCY, INC.

, Defendant(s)

---

State of New York   )
                    ) SS.:
County of Nassau    )

PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the county of Nassau, State of New York. I am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action. I served the within:

SUMMONS IN A CIVIL CASE
COMPLAINT WITH JURY TRIAL REQUESTED
CIVIL CASE COVER SHEET
RULE 7.1 STATEMENT
INDIVIDUAL PRACTICES OF JUDGE BARBARA S. JONES
on the defendant, in said action by placing true copies thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States Mail at: , New York, addressed as follows:
    216 STARLING COURT
    MANHASSET NY 11030
Said envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not indicate by return address or otherwise that the communication was from an attorney or concerned an action against the individual.

OTHER: Moustache

SWORN TO BEFORE ME  9/6/07

Mark C. Eisenberg          License #1232210

OUR DOC# 18863
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169

LAUREN E. EISENBERG
Notary Public, State of New York
No. 01EI6095871
Qualified in Suffolk County
Commission Expires June 9, 20 11