

Stair Hall                                    Photo: Albert L. Waks (c. 1955)



Entrance Hall                    Photo: Albert L. Waks (c. 1955)



First Floor Corridor                    Photo: Albert L. Waks (c. 1955)

## 4. VETERANS' ROOM

Interior Decoration Firm:  Associated Artists (Louis C. Tiffany & Co.) with Stanford White,
architect, 1880-81 [Louis C. Tiffany, overall decorative scheme and stained glass; Stanford
White, architectural details (woodwork, balcony, fireplace, etc.); Francis D. Millet and
George H. Yewell, painted frieze; Samuel Colman, decorative stenciling and color scheme;
and Candace Wheeler, embroideries [not extant]; [Lockwood de Forest, carving]?]
Style:  Aesthetic Movement

The Veterans' Room, the most famous room in the armory, was designed and decorated by
Associated Artists (Louis C. Tiffany & Co.) with architect Stanford White (of the recently formed
McKim, Mead & White) in 1880-81.  This room and the Library were one of the first major
commissions of this short-lived (1879-83) but prestigious decorating firm.  Widely considered to be
among the most significant and beautiful surviving interiors of the American Aesthetic Movement,
they are also two of the very few surviving Tiffany interiors anywhere and are among the most intact
of the nineteenth-century rooms in the armory.  The large Veterans' Room is extraordinary in its
level of craftsmanship, attention to detail, and lavish, exotic ornamentation.  This is due not only to
the skill of Associated Artists but also to the amount of money the regiment and the Veterans devoted
to the room -- the total cost is not officially known, but the Veterans received $20,000 from the New
Armory Fund in January 1880 (and the *New York Sun* in May 1888 reported its cost as $25,000).
In June 1879 the Board of Officers designated this room for the use and control of the Veterans
Association, which had been founded in 1859 as a social organization of former Seventh Regiment
members with an interest in assisting the active regiment.  Associated Artists undoubtedly received
the commission due to the presence of Edward Kemp on the veterans' committee for fitting up the
room; Kemp's brother George, a pharmaceutical merchant, hired the firm in 1879 to decorate his
Fifth Avenue mansion.  During the Inauguration Ball of December 1880, a member of Co. D
remarked that "the Veterans' room, although still incomplete, was a marvel to many, an attraction
to all."  The decor was later critiqued by W.C. Brownell in *Scribner's Monthly* (July 1881).
The room is divided (as is the Board of Officers Room) by a broad structural beam (covered
in bronze plates) supported by two columns (with wound rusted chains on the lower portions and
with stenciling on the upper).  The main focus is the north wall with its elaborate (turquoise/blue
glass tile, marble and brick) inglenook fireplace, carved wood mantel with columns, and painted
plaster overmantel panel (depicting an eagle and sea dragon) set within an embossed iron frame,
flanked by leaded (abstract geometric opalescent) stained-glass window screens.  The coffered timber
ceiling and the canvas frieze are extensively stenciled with arabesques in silver and other metallic
hues (there has been re-painting), and the latter also has shields and scenes of the history of warfare.
Oak woodwork includes wainscot (with inset rusted iron panels and silvered bolts) with a carved top
border, a balustraded balcony with stairs and lattice screens, affixed benches and window seats, and
three sets of double sliding doors.  Walls were originally painted a blue-gray metallic tone on rough
paper, and stenciled in silver and copper to resemble chainmail (to match the upper columns).
Lighting is provided by two enormous "yoke" chandeliers of exuberant wrought-ironwork (by
Mitchell, Vance & Co.), two wrought-iron fireplace candelabra (all of which were electrified in
1897), and two fixtures set on the columns in 1897 and "artificially 'rusted' to correspond with the
old work."  *The Decorator and Furnisher* commented in 1885 that "the preponderating styles appear
to be the Greek, Moresque, and Celtic, with a dash of the Egyptian, the Persian and the Japanese
in the appropriate places."
A conflict, broadened into a lawsuit, developed between the veterans and the regiment over
the issue of veterans wearing uniforms and having various ranks, thus being mistaken for active
members.  As a result, in 1886 the Board of Officers revoked the veterans' exclusive use and control
of the room.  In 1889 the room was set aside for use as a reading and socializing room, with

additional (apparently moveable) lighting.  The *Seventh Regiment Gazette* (Dec. 1890) remarked on its new appeal:

> *never in the old days, when during nine tenths of the year, it was*
> *shrouded in darkness, did it possess the attractiveness now lent it by*
> *many colored lamps, comfortable seats and the presence of groups of*
> *readers and gossiping comrades.  It was either dark, gloomy and*
> *majestic or too dazzling to be homelike and pleasant, before.  Now... it*
> *has the inviting air of a drawing room.  No club in New York has such*
> *magnificent quarters as the Seventh Regiment possesses...*

Once the dispute was resolved the veterans continued to use the room, and it remained a reading, meeting, and smoking room, as well as being used for company dances.  Sometime between 1917 and 1955, the alcove under the balcony (having a window and window seat) was filled with a display case with glass doors.  Treasurer's Reports of 1951 and 1954 indicated that the room was "redecorated" and painted in this period; in 1966 stretched velvet fabric was applied to the walls by Charles L. Hesselbach.

### Descriptive List of Significant Features

oak woodwork, including:
wainscot (with inset rusted iron panels and silvered bolts) with a carved top border
balustraded balcony (with vaulted ceiling), stairs, lattice screens, and lattice window screen (with
        colored glass, set on rollers)
5 affixed benches and 4 affixed window seats
3 door surrounds with double sliding doors
carved wood mantel with columns
parquet floor

central beam (stenciled [re-painted?] and covered in bronze plates) supported by two columns (wound
        with rusted chains on the lower portions; upper portion stenciling has been re-painted)
stenciled, coffered timber ceiling (re-painted)
stenciled and painted canvas frieze [re-painted?]
blue glass tile, marble and brick inglenook fireplace (with plaque commemorating the transfer of
        regiment's property to the Veterans in 1917)
painted plaster overmantel panel set within an embossed iron frame 4 windows with multi-pane sash
        and leaded stained-glass window screens
2 wrought-ironwork "yoke" chandeliers (Mitchell, Vance & Co.)
2 wrought-iron fireplace candelabra
3 original metal radiator covers (2 with a web and perforated screen pattern/1 with rings and
        chainmail; 1 cover of latter design removed from behind east column, pre-1955)
2 light fixtures set on the columns (1897, probably Frank S. Brady/J.L. Gaumer & Co.)
display case with glass doors (c. 1917-55)
bronze memorial tablet commemorating 100 years of the Veterans' Association (1959) on south wall

### References
Brownell; *The Veterans Room Seventh Regiment N.G.S.N.Y. Armory*; Clark; *Boston Press* (Nov. 1,
        1880); *New Armory Fund, Receipts and Disbursements*; *SRG* (1889-1913); *Treasurer's Report*
        (1951, 1954); Pach Bros. photograph; Albert Waks photograph; International Appraising Co.;
        *Minutes, Board of Officers* (June 1879; Aug. 1886; Oct. 1889); *The Decorator and Furnisher*;
        Aufaure; Hesselbach; *Fourth Company Records* (Dec. 1880); *NY Sun* (May 10, 1888)



Veterans' Room       Photo: Pach Bros. (c. 1881), Collection of The New-York Historical Society



Veterans' Room                    Photo: Albert L. Waks (c. 1955)

## 5. LIBRARY

Interior Decoration Firm: Associated Artists (Louis C. Tiffany & Co.) with Stanford White, architect, 1880-81
Alterations: c.1911-14; 1937
Style: Aesthetic Movement

The Library is one of the two most famous rooms in the armory the other being the Veterans' Room, both of which were designed and decorated by Associated Artists (Louis C. Tiffany & Co.) with architect Stanford White (of the recently formed McKim, Mead & White) in 1880-81. These rooms were the one of the first major commissions of this short-lived (1879-83) but prestigious decorating firm. Widely considered to be among the most significant and beautiful surviving interiors of the American Aesthetic Movement, they are also two of the very few surviving Tiffany interiors anywhere and are among the most intact of the nineteenth-century rooms in the armory. The records of disbursements of the New Armory Fund indicate that Louis C. Tiffany & Co. and "McKim, Mead & White" were paid $9000 for "cabinet work," decorations and bookcases in August-September 1880, and Tiffany was paid $1200 for a table, chairs and chandelier in January 1881, and $300 for curtains and fixtures in April. Additional payments were made to George C. Flint & Co. ($291 for furniture [table]) in July, and John J. Bowes & Bro. ($280 for four pairs of iron gates) and Mitchell, Vance & Co. ($518 for "chandeliers drop baskets, etc.") in September, bringing the total expenditures for the room to about $11,590. The interior features a barrel vaulted ceiling ornamented with a basketweave and disk pattern (originally a salmon color with silvered disks), a continuous gallery with an iron railing (in a web pattern), an inglenook fireplace and two large round-arched windows (with Tiffany stained-glass upper sash and multi-pane lower sash) on the west wall, a large wrought-iron and chainlink chandelier and four hanging basket wall fixtures, and extensive mahogany woodwork, including sets of double sliding doors, and (originally) bookcases on three walls. The paneled east and west walls originally had stenciled upper walls (a 1917 inventory indicates stenciling was still there); the lower level bookcases originally were enclosed by iron gates and link portieres (the upper bookcases with curtains); and there were originally two stairs (with iron gates and wood lattice screens) to the gallery (the stairs, screen and gate in the northwest corner are extant). Already by 1883 the Board of Officers authorized additional shelving [possibly the gallery shelves on the east wall], as the regiment's library collection grew rapidly; shelving was discussed again in 1889-90, but deferred due to the cost. There was the additional concern that "the armory being then lighted by gas... the books were being seriously damaged by exposure to the air and dust." The situation was resolved when the regiment hired Herter Brothers to redesign the Memorial Room on the third floor for use as a new library in 1895-96. When the armory was electrified in 1897, the original Library fixtures were retained and wired. The question of a new use for the room was raised, and by 1900 suggestions were made for a memorial room or portrait gallery, but in 1904 it was adapted for use by the quartermaster. Around 1911-14 the room was set up as a regimental museum, under the direction of (then) Adjutant DeWitt Clinton Falls, who contributed his collection to the museum. The lower, and most of the gallery, bookcases became exhibition cases for the display of trophies, uniforms, silver, etc., and received new glass doors (the iron gates were removed). The regiment acknowledged Falls' assistance in the "rehabilitation" of the museum in 1931, and in 1938 the room was dedicated as the Gen. DeWitt Clinton Falls Memorial Museum. In 1937 "John Wanamaker" was hired to remove the northeast corner stairs and install another display case. A 1945 Armory Committee report indicated that this was the "only public room that has not been renovated in recent years."

## Descriptive List of Significant Features

mahogany woodwork, including:

3 sets of double sliding doors (north set has inset iron armor panels)

bookcases on lower and gallery levels (lower cases and most of gallery cases fitted with glass doors, and lower iron gates removed, c. 1911-14; 2 small west wall cases (above radiators) apparently created from areas of lower windows (with multi-pane sash), c. 1911-14; northeast stairs removed and another case installed, 1937)

northwest corner stairs with lattice screen (and iron gate)

panel strips on east and west walls

1 door to small office

2 doors to gallery storage rooms (1909-11)


2 round-arched windows (with stained-glass upper sash and multi-pane lower sash)

barrel vaulted ceiling ornamented with a basketweave and disk pattern

continuous gallery with a web pattern iron railing

inglenook fireplace faced with tile, incorporating Gen. D.C. Falls plaque (1938)

1 large wrought-iron chandelier (Tiffany & Co.) and 4 hanging basket wall fixtures (Mitchell, Vance & Co.)

2 cast-iron radiators (Baker, Smith & Co., 1909) (iron ring-and-chainmail radiator covers removed post-1955)

oak floor


<u>References</u>

Brownell; Clark; *Boston Press* (Nov. 1, 1880); *New Armory Fund, Receipts and Disbursements* and *Cash Book*; *SRG* (1895-1913); *Treasurer's Report* (1938); Albert Waks photograph; *The Armory Board* (1914); International Appraising Co.; Additions and Alterations Plans (June 4, 1909); Falls; *Armory Committee Report* (1931, 1938, 1942, 1945); *Minutes, Trustees of the Seventh Regiment Armory Building* (Apr. 1904); *Minutes, Board of Officers* (Nov. 1883; Dec. 1889; Jan. 1890); *Secretary's Report, Board of Officers* (Jan. 1932)



Library

*Scribner's Monthly* (July 1881)



Library

Photos: Jack Boucher, HABS

## 6. RECEPTION ROOM

<u>Interior Decoration Firms</u>:  Herter Brothers, 1880; Alexander Roux & Co., woodwork, 1880
<u>Lighting Fixtures</u>:  Frank S. Brady/J.L. Gaumer & Co., Phila., 1897
<u>Style</u>:  Renaissance Revival

The Reception Room, one of three regimental rooms on the first floor of the armory decorated by Herter Brothers in 1880, is the only one of the three for which Herter Brothers did not supply the woodwork. The records of disbursements of the New Armory Fund indicate that Herter Brothers was paid for "decorations" of the room in June 1880 (as part of a $10,236 contract for five rooms) and for curtains in October; Alexander Roux & Co. executed the woodwork and furniture, for which they were paid $5597 in July.   The predominant aspect of the room is the maple woodwork: on three walls are high and wide door surrounds with double sliding doors, while on the fourth side a mantel and overmantel is flanked by window surrounds, all linked by paneled wainscot. The extensive Herter stenciled decoration (no longer extant) included the ceiling in a sunflower pattern in red and gold, a basketweave pattern frieze (probably painted on canvas), walls of olive with a gold diaper pattern, and red and gold border and cove; stenciling existed according to a 1917 inventory, but the room may have been painted in the 1920s and was definitely painted in 1954. Most of the regimental rooms received new lighting fixtures during the electrification of the armory in 1897 (which replaced the original gas fixtures by Mitchell, Vance & Co.); the Reception Room has an impressive polished steel chandelier and four wall bracket fixtures.  The room apparently had a long association with women vistors, in its uses as a reception and coat room; adjacent washrooms were installed in the twentieth century, and the room was familiarly named after Mary Divver, an orphan "adopted" by the regiment in the 1850s.

<u>Descriptive List of Significant Features</u>

maple woodwork, including:
paneled wainscot
3 door surrounds with double sliding doors (and transoms (leaded stained glass on hallway))
mantel (with art tiles around fireplace and hearth) and        overmantel (with mirror)
2 window surrounds and 2 small surrounds (with mirrors) on west wall
2 small doorways on north wall [doors, 1909]

molded, coved ceiling
1 chandelier and 4 wall bracket light fixtures (1897)
parquet floor

<u>References</u>
Clark; *The Decorator and Furnisher; NYT* (Apr. 10, 1880); *New Armory Fund, Receipts and Disbursements* and *Cash Book*; Haydon; *SRG* (Dec., 1897); *Minutes, Trustees of the Seventh Regiment Armory Building* (1893-1909); Additions and Alterations Plans (June 4, 1909); International Appraising Co.; *Treasurer's Report* (1926; 1954); Pach Bros. photograph; Albert Waks photograph



Reception Room      Photo: Pach Bros. (c. 1880), Collection of The New-York Historical Society



Reception Room                    Photo: Albert L. Waks (c. 1955)

## 7. BOARD OF OFFICERS ROOM  (Col. Emmons Clark Memorial Room)

Interior Decoration Firm:  Herter Brothers, 1880
Lighting Fixtures:  Frank S. Brady/J.L. Gaumer & Co., Phila., 1897
Restoration:  Irving & Casson/A.H. Davenport, 1932
Style:  Renaissance Revival/Aesthetic Movement

The Board of Officers Room was one of three regimental rooms on the first floor of the armory decorated by Herter Brothers in 1880, and it was also one of two for which Herter Brothers supplied the woodwork.  The records of disbursements of the New Armory Fund indicate that Herter Brothers was paid for "cabinet work and decorations" of the room in June 1880 (as part of a $10,236 contract for five rooms) and for curtains in October; L. Marcotte & Co. manufactured the furniture [not included in this designation], for which they were paid in August.  The *London Times* in 1882 stated that the room cost around $8000.  Along with the Veterans' Room, one of the two largest formal rooms in the administration building portion of the armory, the Board of Officers Room is of supreme importance as one of the very few surviving interiors designed by Herter Brothers in the United States; although there has been re-painting of the original wall and ceiling decoration, it is similar to its original design intent.  The main focus of the room is the south wall, which is dominated by a prominent central mantel and overmantel (with an affixed painting), flanked by two more large affixed paintings and two window surrounds; the woodwork, which includes three wide door surrounds with double sliding doors, three additional window surrounds, and paneled wainscot, is of dark mahogany.  The room is divided (as is the Veterans' Room) by a broad structural beam supported by two columns.  All of the wall and ceiling surfaces are stenciled in various floral motifs, the ceiling in panels with borders, and the walls (originally with a blue main field, according to the *The Decorator and Furnisher*) with a frieze.  Most of the regimental rooms received new lighting fixtures during the electrification of the armory in 1897 (which replaced the original gas fixtures by Mitchell, Vance & Co.); the Board of Officers Room received two chandeliers, two fixtures set on the columns, and four wall bracket fixtures, which are, according to the *Seventh Regiment Gazette* (Dec. 1897), "forged iron, plated in silver and worked down to an antique finish— a fine and very difficult piece of work."       In an interesting (and early) instance of the historic preservation of a nineteenth-century American interior, the decision was made in 1932 to dedicate the room as a memorial to Col. Emmons Clark, the commander of the regiment from 1864 to 1889, who was largely responsible for the construction of the armory.  It was felt that "while the Armory itself might be classified as a memorial to this great Colonel, it has been felt for a long time that some specific memorial should be erected in his honor..." and that "it was felt eminently fitting to select this room as a memorial to the builder of the Armory and that its restoration to original condition was in keeping with the sentiment involved."  Largely funded through the generosity of the Seventh Regiment Tennis Club (founded in 1881), the "restoration" was performed that year by Irving & Casson/A.H. Davenport for around $4000, and included the re-painting of the original stenciling.  At that time, the three affixed paintings were changed: originally the central one was George Washington (by Rembrandt Peale) flanked by Clark and Col. Washington Vermilye, both by Thomas Hicks; the Peale was moved into the Colonel's Room, Clark moved to the center, and a portrait of Col. Willard Fisk (by Richard Creifelds) was moved into its place.

## Descriptive List of Significant Features

mahogany woodwork, including:

paneled wainscot

3 door surrounds with double sliding doors (and transoms)

5 window surrounds

mantel (with slate and marble fireplace, with Emmons Clark plaque) and overmantel (with affixed
framed Col. Emmons Clark portrait (1879, Thomas Hicks) and panel which formerly held
memorial tablet)

affixed framed portraits of Col. Washington Vermilye (1880, Thomas Hicks) and Col. Willard Fisk
(by Richard Creifelds)

beamed ceiling with cornice, central beam carried on 2 columns

stenciled decoration on walls and ceiling (mostly re-painted in 1932, including a new frieze on
canvas) [water damage has occurred c. 1992-94]

2 chandeliers, 2 lighting fixtures set on the columns, and 4 wall bracket light fixtures (1897)

parquet floor (1951)

References

Clark; *The Decorator and Furnisher*; *NYT* (Apr. 10, 1880); *New Armory Fund, Receipts and
Disbursements* and *Cash Book*; *Boston Press* (Nov. 11, 1880); *London Times* (June 28,
1882); *Armory Committee Report* (1932); *SRG* (Dec. 1897; June and Oct. 1932); *Treasurer's
Report* (1951); Pach Bros. photograph; Albert Waks photograph



Board of Officers Room
Photo: Pach Bros. (c. 1880), Collection of The New-York Historical Society



Board of Officers Room                    Photo: Albert L. Waks (c. 1955)

## 8. COLONEL'S ROOM

<u>Interior Decoration Firm</u>: Herter Brothers, 1880
<u>Lighting Fixtures</u>: Frank S. Brady/J.L. Gaumer & Co., Phila., 1897
<u>Alterations</u>: Irving & Casson/A.H. Davenport, 1932-47
<u>Style</u>: Renaissance Revival; Colonial Revival

The Colonel's Room was one of three regimental rooms on the first floor of the armory decorated by Herter Brothers in 1880, and it was also one of two for which Herter Brothers supplied the woodwork. The records of disbursements of the New Armory Fund indicate that Herter Brothers was paid for "cabinet work and decorations" of the room in June 1880 (as part of a $10,236 contract for five rooms) and for curtains and a clock case in October; L. Marcotte & Co. manufactured the furniture [not included in this designation], for which they were paid in August. The *New York Times* in April 1880, in noting Herter Brothers' fitting up of the room, declared that "what they have already done shows what a gem it will be when finished"; *The Decorator and Furnisher* in 1885 described the walls as Pompeiian red with stenciling and a frieze, while the ceiling was in light blue with stenciled ornament, including a geometric border and floral motifs (no longer extant). The room, with woodwork of French black walnut, originally featured a central mantel and overmantel on the south wall across from a wardrobe with plate glass, and an east wall window flanked by cabinets, as well as the wainscot, door surround and two other window surrounds. Most of the regimental rooms received new lighting fixtures during the electrification of the armory in 1897 (which replaced the original gas fixtures by Mitchell, Vance & Co.); the *Seventh Regiment Gazette* (Dec. 1897) described the new chandelier as "the only new brass in the building. The design is light and airy, and rather Oriental. This fixture is all wrought iron, brass finished, antique." Between 1932 and 1947, the firm of Irving & Casson/A.H. Davenport made a number of alterations to the room: the current painted stencil below the frieze; the addition of the upper portion of the wainscot; the alteration of the north wall wardrobe and south wall overmantel for the installation of the paintings of George Washington (by Rembrandt Peale, formerly in the Board of Officers Room) and Marquis de Lafayette (a copy of a Versailles portrait by Court, presented by the government of France in 1934), with the addition of broken pediments with shields; and the elimination of the east wall window and reduction of the surround to frame panels with shields.

<u>Descriptive List of Significant Features</u>

French black walnut woodwork, including:
paneled wainscot (a shelf was removed from the north wall; door created within wainscot (1909-11); upper portion added, 1947)
1 door surround with double sliding doors (and transom)
2 window surrounds on south wall
2 east wall cabinets flanking a surround containing panels with shields (originally a high window surround; altered in 1947) north wall central surround (originally a wardrobe with plate glass and flanked by rounded shelves; reduced in depth to frame Lafayette portrait (copy of a Court), shield and tablet panels added, 1934; broken pediment with shield added, 1939)
south wall mantel with shelf (fireplace has art tile (surround of bird design and hearth of floral design) and metal surround and metal fireback) (overmantel shelf and mirror removed [c. 1941?] for installation of Washington portrait (Rembrandt Peale, 1849, after his 1795 portrait) and tablet panel; broken pediment with shield added c. 1947)

plaster ceiling with molded cornice and frieze (stencil pattern below frieze, c. 1932-47)
1 chandelier (1897)

2 walnut and brass radiator cabinets
wood English crest affixed above George VI portrait [1939, not affixed] on north wall
gold framed portrait of Gustave III of Sweden set into wainscot on west wall (c. 1940)
parquet floor

References
Clark; *The Decorator and Furnisher*; *NYT* (Apr. 10, 1880); *New Armory Fund, Receipts and Disbursements* and *Cash Book*; *Secretary's Report, Board of Officers* (Jan., 1947); *SRG* (Dec., 1897; Apr., 1935); *Treasurer's Report* (1932, 1936, 1952); Albert Waks photograph; Irving & Casson/A.H. Davenport, Colonel's Reception Room plans (Dec. 1947)



COLONELS' ROOM.

Colonel's Room                    *The Decorator and Furnisher* (1885)



Colonel's Room                    Photo: Albert L. Waks (c. 1955)