

Company C Room
Photo: Pach Bros. (c. 1880), Collection of The New-York Historical Society



Company C Room                    Photo: Albert L. Waks (c. 1955)

## COMPANY C ROOM

<u>Interior Decoration Firm</u>:  Herter Brothers, 1880
<u>Redecoration</u>:  c. 1895-97
<u>Lighting Fixtures</u>: original gas fixtures, Mitchell, Vance & Co., 1880; electric fixtures, probably
    Frank S. Brady/J.L. Gaumer & Co., 1897
<u>Style</u>:  Renaissance Revival

Company C Room was decorated by Herter Brothers in 1880, according to the *Seventh Regiment Gazette* (Jan. 1911), "and represents an outlay of nearly $15,000." The walls [accounts differ as to whether they were red or blue] were stenciled, in geometric and oak leaf garland patterns, while the dark oak paneled ceiling (which survives intact) was decorated with oak leaves and armorial motifs. This is one of the few rooms in the armory containing original gas light fixtures, here two wall brackets and four nickel-plated gas jet brackets (all by Mitchell, Vance & Co.), and electrified (and the latter added to) in 1897, when four chandeliers were installed; the newer, hanging fixtures have unusual mace-like spiky orbs. The photograph of the room taken in 1880 by the Pach Brothers shows a plain frieze, while the room now has an elaborately foliated frieze and subcornice; these were either added shortly after the photograph was taken, or possibly in connection with changes to the room discussed in late 1894. A WWI memorial was added in 1921.

### Descriptive List of Significant Features

English oak woodwork, including:
lockers
1 door surround with double doors (with mirrors and transom)
2 window surrounds
paneled ceiling (with original painted decoration of oak leaves, and central and corner armorial
    motifs) and bracketed cornice mantel (with marble and metal fireplace) and overmantel
    between west windows
south wall surround with cabinet (and mirror)
north surround (originally a piano alcove– altered for bronze WWI memorial tablet, 1921)

decorative frieze and subcornice (post-1880 or c. 1895-97?)
4 original nickel-plated brackets for gas jets, and 2 original wall bracket gas light fixtures (Mitchell,
    Vance & Co.; electrified 1897)
4 chandeliers and 4 hanging light fixtures added to gas brackets (probably Frank S. Brady/J.L.
    Gaumer & Co., 1897)
2 cast-iron radiators (James Curran Mfg. Co., 1902)
painted "paneled" walls (pre-1933)
parquet floor

### References
Clark; *The Decorator and Furnisher*; Pach Bros. photograph; *Boston Press* (Nov. 1, 1880); *SRG*
    (1894-1921); Albert Waks photograph

## COMPANY D ROOM

<u>Interior Decoration Firm</u>:  Pottier & Stymus Mfg. Co., 1880
<u>Redecoration</u>:  1888-90; 1894-95; 1915-16; 1927; 1931-33
<u>Style</u>:  Renaissance Revival; Adamesque

As indicated in its detailed records, Company D began the discussion of funding the decoration for its new company room as early as January of 1878.  In January 1880, a committee on decoration showed company members plans by Pottier & Stymus, which were adopted (the cost was not to exceed $6900) along with the choice of the woodwork.  The furnishing was finished by September of that year, at a total cost of $8127 (the company still owed Pottier & Stymus on that bill in 1887).  The room features a profusion of carving on the mahogany woodwork, including a large clock with lions.  The ceiling, frieze, and walls were originally extensively stenciled; the walls were a terra-cotta color with some borders in a dark blue, and the ceiling had a panel showing a blue sky.  Redecoration occurred several times over the years, the only major ones being the addition of Adamesque ornament to the paneled ceiling, frieze and walls, and the removal of the fireplace in 1894-95.  The "colonial" chandeliers and light fixtures may date from the early 1930s.

### Descriptive List of Significant Features

mahogany woodwork, including:
lockers with top spindle railing and carved panels
1 door surround with double doors (with mirrors and transom)
2 window surrounds (with leaded stained-glass screens in the upper portions)
ceiling panel strips (with Adamesque ornament in the panels, 1894-95)
south wall central locker cabinet (altered for piano alcove) surmounted by elaborate clock with
    carved lions
north wall mantel (fireplace removed and desk with cabinet doors installed 1894-95) and overmantel
    surmounted by carving (the mirror was replaced by a framed painting [currently removed]
    and bronze WWI memorial tablet)

ceiling cove and frieze (Adamesque ornament, 1894-95)
2 cast-iron radiators (James Curran Mfg. Co., 1902)
"colonial" chandelier and 4 bracket light fixtures atop lockers (c. 1931-33?)
parquet floor

### References
Clark; *The Decorator and Furnisher*; Pach Bros. photograph; *Boston Press* (Nov. 1, 1880); *Fourth Company Records* (1875-87); *SRG* (1888-1933); Albert Waks photograph



Company D Room
Photo: Pach Bros. (c. 1880), Collection of The New-York Historical Society



Company D Room                                    Photo: Albert L. Waks (c. 1955)



Company E Room
Photo: Pach Bros. (c. 1880), Collection of The New-York Historical Society



Company E Room                    Photo: Albert L. Waks (c. 1955)

## COMPANY E ROOM

<u>Interior Decoration Firm</u>:  Pottier & Stymus Mfg. Co., 1879-80
                          (George W. DaCunha, architect, consultant)
<u>Redecoration</u>:  1887; 1892; 1903
<u>Style</u>:  Renaissance Revival; Tudor Revival

     In March of 1879, Company E set up a committee to be in charge of "fitting up" the company room, which received plans from nine different "leading cabinet makers of the city" and submitted three of these (all costing within $400 of each other) with woodwork samples, to company members in August. Pottier & Stymus was chosen "on the grounds of elegance of finish, symmetry of structure and very largely on the ground of economy," at a cost not to exceed $6000, "to fit up room, draperies, furniture, safe and all necessary articles." In October the committee boasted that, upon letting the contract (for an eventual $5861), "large concessions [additional 'frescoing' and other details] have been secured and the work is to be performed for much less than their original bid." A separate contract was signed with Mitchell, Vance & Co. for "special" gas fixtures at $378. When the room was completed in August 1880, the committee expressed its "obligations to Geo W. DaCunha Esq Architect for valuable suggestions." DaCunha (1838-1917) was a carpenter-builder until the late 1880s and was active as an architect until at least 1892; he became a Company E member in 1884. The walls in red, and paneled ceiling in terra cotta with gilt and blue, were stenciled. Between 1887 and 1903 the room was redecorated and "a large amount of money has at different times been expended upon its furnishings." In 1892 the ceiling was replaced with one of Tudor Revival strapwork design, which was thought by the members to be "a work of art such as only the nineteenth century can produce"; imported Japanese wallpaper was applied, and "handsome side brackets, which entirely illuminate the carved figures over the mantel and the lieutenants' lockers" [probably the extant ones] replaced the central chandelier.

Descriptive List of Significant Features

oak woodwork, including:
lockers (with carved top panels of a different wood)
1 door surround with double doors (with mirrors and transom)
1 window surround, and 1 matching surround with a panel and doorway to small tower room (which
     has a cabinet and closet)
west wall locker surmounted by large carved trophy
south wall mantel (with later metal fireplace) and overmantel with carved wreath (and mirror)
north wall central cabinet with piano alcove

4 wrought-iron lighting fixtures set on lockers (probably 1892, or 1897)
Tudor Revival strapwork ceiling and modillioned cornice (1892, has been gold since at least 1911)
1 cast-iron radiator (James Curran Mfg. Co., 1902)
wall fabric (pre-1933)
oak parquet floor

<u>References</u>
Clark; *The Decorator and Furnisher*; Pach Bros. photograph; *Minutes Fifth Company* (1876-89);
     *SRG* (1887-1911); Albert Waks photograph; LPC, DaCunha files

## COMPANY F ROOM

<u>Interior Decoration Firm</u>: unknown [George C. Flint & Co. or Alexander Roux & Co.]?, 1880
<u>Redecoration</u>: 1888; 1897; 1920
<u>Style</u>: Renaissance Revival/neo-Grec

Company F Room is one of only three company rooms at the armory for which the interior decoration firms are unattributed; the *New York Times* in 1880 cited Flint & Co. and Roux & Co. as among the firms that decorated rooms on this floor, so that either of these is a possibility (as well as Pottier & Stymus or Herter Brothers, who decorated nearly all other interior spaces, or Kimbel & Cabus). The lack of information is particularly frustrating given the presence of three prominent men associated with the company: Edward and George Kemp were company veterans who were probably responsible for Associated Artists receiving the commission for the Veterans' Room and Library (Edward also headed armory fund subscriptions and was on the Building Committee of the armory), while Co. F Capt. Daniel Appleton (later commander of the regiment) was on the Committee on Interior Work of the armory. The original "Pompeiian red" walls had a simplified geometric stencil, contrasting with the florid "Renaissance scroll" frieze. The surviving oak woodwork, executed in a manner different from the other rooms in the armory, combines elements of the Renaissance Revival and neo-Grec styles and features elaborate carved surrounds on the north, south, and west walls; the original paneled ceiling is also intact, as are the memorial tablet and mahogany window screen commemorating Company F members who died in the Civil War. During the armory's electrification in 1897, the room received its circular iron chandelier. In 1911 the company reported that the original room was "substantially as it is today... such comfortable and luxurious quarters [were provided] that there was nothing left for which to wish." In 1923 a WWI memorial was placed in the overmantel.

<u>Descriptive List of Significant Features</u>

oak woodwork, including:
lockers (surmounted by 4 bands of ornamental ironwork, c. 1888-97) with continuous attached
    benches on 3 sides
1 door surround with double doors (with mirrors and transom)
west wall surround (with mirror)
1 window surround (with original large carved mahogany screen in the upper portion), and a
    matching surround (with a bronze Civil War memorial tablet) and doorway to small tower
    room (which has a wood ceiling, wainscot and cabinets)
south wall surround (with piano alcove and Col. [former Co. F Capt.] Daniel Appleton portrait ([not
    affixed], 1892, James Carroll Beckwith) which replaced a mirror)
north wall mantel (with later glazed terra-cotta fireplace having basketweave pattern fireback) and
    overmantel with carved clock (bronze WWI memorial tablet (1923, Gorham Co.) replaced
    mirror)
original paneled ceiling

plain (painted) molded frieze
circular wrought-iron chandelier (probably Frank S. Brady/J.L. Gaumer & Co., 1897)
1 cast-iron radiator (James Curran Mfg. Co., 1902)
parquet floor

<u>References</u>
Clark; *The Decorator and Furnisher*; Pach Bros. photograph; *NYT* Apr. 10, 1880); *NY Herald* (Sept.
    25, 1880); *Boston Press* Nov. 1, 1880); *SRG* (1888-1923); Albert Waks photograph



Company F Room
Photo: Pach Bros. (c. 1880), Collection of The New-York Historical Society



Company F Room                    Photo: Albert L. Waks (c. 1955)



Company G Room
Photo: Pach Bros. (c. 1880), Collection of The New-York Historical Society



Company G Room                          Photo: Albert L. Waks (c. 1955)

## COMPANY G ROOM

<u>Interior Decoration Firm</u>:  Pottier & Stymus Mfg. Co., 1879-80
<u>Redecoration</u>:  1890; Charles A. Hutchings, 1894
<u>Gas Lighting Fixtures</u>: Mitchell, Vance & Co., 1880
<u>Style</u>:  Renaissance Revival; Colonial Revival

Company G's committee on fitting up the company room reported that plans by Pottier & Stymus had been accepted in September of 1879, at a cost not to exceed $5500.  This room (along with that of Co. I) was the one of the first two essentially completed by April 1880.  The *New York Evening Telegram* credited much of the "taste" of the room to Sgt. Arthur Timson.  The paneled ceiling (extant, but repainted in 1894) had delicate floral stenciling on a cream background, while the "dull blue" walls had stenciled "running vine over it in more or less natural colors", and a wide frieze.  The oak woodwork has panels of carving and two prominent shelves supported on columns.  This is the only room in the armory which still has all of its original (polished steel) gas light fixtures by Mitchell, Vance & Co. (which were electrified in 1897), in this case a central chandelier and four side bracket fixtures mounted on the lockers.  An 1894 "Colonial Revival" redecoration of the ceiling and walls, by Charles A. Hutchings, listed as a "decorator" in the N.Y.C. directory, featured "decorations in dull reds, greens and russets on a foundation of metallic leaf, and all lacquered to a rich tone," as well as plaster relief "torches" and medallions on the walls (the latter removed between 1911 and 1933).  In 1911 the company estimated that it had thus far spent $10,000 on furnishings and decoration.

<u>Descriptive List of Significant Features</u>

black oak woodwork, including:
lockers (with roster boards on east wall)
1 door surround with double doors (with mirrors and transom)
2 window surrounds
west wall captain's locker with upper shelf supported by columns
south wall mantel (with tile and steel fireplace) and overmantel with affixed ancient armor trophy
north wall cabinet with upper shelf supported by columns (with inset WWI memorial behind glass)
original oak coved, paneled ceiling (with painted floral decoration, 1894)

1 polished steel gas chandelier and 4 bracket gas light fixtures set on lockers (1880, Mitchell, Vance & Co./electrified 1897)
plaster relief "torches" (1894; accompanying medallions removed between 1911 and 1933)
wallpaper (pre-1933)
2 wood and perforated metal radiator cabinets
parquet floor (c. 1935-37)

<u>References</u>
Clark; *The Decorator and Furnisher*; Pach Bros. photograph; *NYT* (Apr. 4, 1880); *NY Evening Telegram* (Apr. 24, 1880); *Seventh Company Records* (1876-92); *SRG* (1890-1935); *Treasurer's Report* (1938); Albert Waks photograph; *Trow's N.Y.C. Directory* (1895)

## COMPANY H ROOM

Interior Decoration Firm: Herter Brothers, 1880-81
Redecoration: 1887-88; 1890; "Mr. Brown, the architect," 1894; 1904
Style: Renaissance Revival

Company H Room was first decorated by Herter Brothers, according to the *Seventh Regiment Gazette* (January 1911); the firm was hired in January 1880 and paid $6735 in May 1881. The room originally featured oak woodwork which combined details of the Renaissance Revival and neo-Grec styles; later changes made the room more classical in style. The walls were initially covered in a Japanese wallpaper in a "chocolate color with leaves in gold," the oak ceiling (extant but altered in 1904) displayed panels of different wood patterns, and the woodwork was ornamented by rows of brassheaded nails. The original ceiling cove, embellished by shields and leaves highlighted in gold, survives. "Changes of considerable extent... in decoration and arrangement" occurred several times between 1887 and 1904: the brass nails were replaced by bay leaf garland moldings, garlands were added to pediments, and cylindrical columns were replaced by composite ones; four broken pediments with pedestals were added atop corner lockers; the ceiling received tacked painted canvas panels and the bracketed cornice was replaced by a modillioned one (1904); the fireplace was removed and a triple arcade screen wall with wrought-iron transoms (also found on the hallway door surround) was installed; the wallpaper was replaced (first in 1888 and then in 1904); and four Art Nouveau wrought-iron chandeliers and 8 bracket light fixtures atop the lockers replaced the four original square corner gas chandeliers (1894). At that time the decoration, in a red and gold scheme, was under the supervision of "Mr. Brown, the architect." It was reported that $2000 was spent in 1904 alone. In 1922 the WWI memorial was dedicated.

### Descriptive List of Significant Features

oak woodwork (alterations include the replacement of original brass nail studded moldings with bay
    leaf garland moldings, c. 1887-1904/woodwork trim was originally dark but was lightened,
    1904), including:
lockers (4 broken pediments with pedestals were added atop corner lockers, c. 1887-1904)
1 door surround with double doors (with added mirrors, and transom with a wrought-iron screen, c.
    1887-1904)
paneled ceiling (with tacked, painted canvas panels, 1904)
west wall officers' lockers (with mirrors, replaced the original fireplace c. 1887-1904) and triple
    arcade screen wall (with wrought-iron-and-opalescent-glass transom screens), c. 1887-1904
north and south wall central surrounds (originally had portraits which were later removed; garlands
    were added to pediment shields and original cylindrical columns were replaced by composite
    columns, c. 1887-1904). North surround has bronze Shumway/Smith memorial tablet (c.
    1880), bronze WWI memorial tablet, and clock [recently replaced]; it had trophy case (1909)
    [now removed], and lower panels added in 1935 [now removed] to conceal c. 1890 desk.
    South surround had a later portait and piano [both removed].

original ceiling cove (with military shield and leaf ornament in gold), and modillioned cornice (which
    replaced the original bracketed wood one, 1904)
4 Art Nouveau wrought-iron chandeliers and 8 bracket light fixtures atop lockers (1894)
2 cast-iron radiators (James Curran Mfg. Co., 1902)
canvas or fabric wall covering (c. 1904-1933)
[floor currently obscured by wall-to-wall carpet]

References

Clark; *The Decorator and Furnisher*; Pach Bros. photograph; *Boston Press* (Nov. 1, 1880); *SRG*
    (1887-1935); *Treasurer's Report* (1935); Albert Waks photograph



Company H Room
Photo: Pach Bros. (c. 1880), Collection of The New-York Historical Society



Company H Room                    Photo: Albert L. Waks (c. 1955)



Company 1 Room
Photo: Pach Bros. (c. 1880), Collection of The New-York Historical Society



Company I Room                    Photo: Albert L. Waks (c. 1955)

## COMPANY I ROOM

Interior Decoration Firm:  Pottier & Stymus Mfg. Co., 1880
Redecoration:  1890; 1900
Style:  Renaissance Revival; Art Nouveau

Company I Room was originally decorated by Pottier & Stymus, as documented in the company minutes when it was recorded in November 1880 that $7340 had been spent and that Pottier & Stymus would be retained to keep the furniture in repair.  This room (along with that of Co. G) was the one of the first two essentially completed by April 1880.  Unlike any other original company room in the armory, the Company I Room had a balcony (for additional lockers) with a wrought-iron railing.  The room was initially decorated with a paneled ceiling and walls that were stenciled; a central brass chandelier hung from the ceiling.  The company considered redecoration as early as 1888, but no action was taken until 1890, when $3252 was spent.  Several significant changes happened in the room during the period between 1890 and 1900 (by 1911 the company estimated that it had spent around $12,000 on decoration): the original balcony (considered an "eye-sore") was replaced by one with a railing of delicate Art Nouveau wrought-iron design, with a newel torchiere (1890); the chandelier was replaced by two large semi-circular ironwork chandeliers; the overmantel was removed and the walls were covered in a "hessian" (burlap) with gold leaf; the paneled ceiling was replaced by bracketed wood beams and painted canvas panels; and the original carved pediments of the lockers were removed.  The company's WWI memorial in 1920 included a new fireplace and bronze tablet for Lt. Percy Hall, as well as small plaques on the locker doors.

### Descriptive List of Significant Features

mahogany and Brazilian rosewood woodwork, including:
lockers (the original carved segmental pediments were removed; small metal memorial plaques, 1920)
1 door surround with double doors (with added mirrors, and frosted glass transom (Pvt. Charles
     Schober, 1911))
4 window surrounds
roster board and bookshelf at west end of stairs
north wall mantel (overmantel removed c. 1890-1900, original fireplace replaced and bronze Lt. Percy
     Hall memorial tablet (1920, Julio Kilneyi/Gorham Co.) installed)
south wall balcony with Art Nouveau wrought-iron railing and newel torchiere (replaced original
     Renaissance Revival iron railing, 1890)

wall covering of "hessian" (burlap) with griffins, eagles & gold        leaf design (c. 1890-1900)
2 large semi-circular wrought-ironwork chandeliers (c. 1890-1900)
wood beamed ceiling with ramshead brackets and 33 painted canvas panels with heralds and central
     sunburst design [most panels are currently removed] (which replaced the original wood paneled
     and stenciled ceiling and bracketed wood cornice, c.1900-1902?)
2 cast-iron radiators (James Curran Mfg. Co., 1902)
parquet floor (1936)

### References
Clark; *The Decorator and Furnisher*; Pach Bros. photographs; *NY Evening Telegram* (Apr. 24, 1880);
     *Company I Minutes* (1879-1917); *SRG* (1889-1933); Albert Waks photograph; Degnan, Kalina
     and Yus; Works Progress Administration, job specification (1936)