## COMPANY K ROOM

<u>Architect</u>: Sidney V. Stratton, 1879-80
<u>Interior Decoration Firm</u>: Kimbel & Cabus, 1879-80
<u>Style</u>: Queen Anne

Company K Room, a rare surviving New York City interior of 1879-80 designed in the Queen Anne style, is also one of the least altered rooms in the armory. It was designed by Sidney V. Stratton, who was "a member of the company and of the firm of McKim, Mead & White," according to *The Decorator and Furnisher* (May 1885). Stratton, best known as the architect of one of the earliest Queen Anne buildings in New York in 1878, the New York House and School of Industry (120 West 16th Street, a designated New York City Landmark), was also one of the first American architects trained at the Ecole des Beaux-Arts in Paris, where he was a fellow student of Charles Follen McKim. After his return to America in 1870, Stratton entered the office of architect Richard Morris Hunt, and later opened his own office in 1877, but continued to work in a loose partnership with McKim, Mead & White until about 1886. Most of his known commissions were for country houses in New Jersey and Maine, and he closed his New York office in 1895.

The room's decoration was executed by Kimbel & Cabus, and according to the *Seventh Regiment Gazette* (Jan. 1911) the company spent around $5000. This was apparently the first company room to be contracted, for the *Minutes* of the Board of Officers in June 1879 indicated such, and prompted the Board to pass a resolution requesting that companies not fit up their rooms until after the New Armory Fair in November. The room is notable for its oak and mahogany woodwork, which features large decorative panels, lockers with a top spindle railing and an affixed clock, a high door surround with a multi-pane transom, arcaded cabinetry on the east wall, and a paneled ceiling. The only significant changes in the room were the covering of the original stenciled frieze, the replacement of the fireplace surround and mirror for an elaborate bronze WWI memorial tablet (1922), and the replacement of the original gas chandelier (the current "colonial" chandelier probably dates from 1921 or 1932-33).

<p align="center">Descriptive List of Significant Features</p>

oak and mahogany woodwork, including:
lockers, with top spindle railing and affixed clock
high door surround with double doors and multi-pane transom
3 window surrounds (Drill Room window has multi-pane upper sash; both sash are currently pushed
    up with a new door inserted into the lower portion)
large north wall overmantel panel with side niches (the original yellow brick fireplace (the decorative
    metal and brick fireback survives) and overmantel mirror were replaced by a marble fireplace
    surround/hearth and bronze WWI memorial tablet (1922, designed by ex-Capt. Leslie
    Oliver/cast by Black Starr & Frost))
east wall/cabinetry with a lower arcade (the northeast corner is an open cupboard) surmounted by large
    panels (the angled inner ones slide upward)
paneled ceiling, with east wall frieze having 2 oval panels

marble Civil War memorial tablet on north wall
2 cast-iron radiators (James Curran Mfg. Co., 1902)
2 "colonial" chandeliers (c. 1921 or 1932-33?)
[floor is currently covered with wall-to-wall carpet]

<u>References</u>

Clark; *The Decorator and Furnisher*; Pach Bros. photograph; *NYT* (Apr. 10, 1880); *Minutes, Board
    of Officers* (June 7,1879); *SRG* (1891-1933); Albert Waks photograph; *Tenth Company Minutes*
    (1895-1913); Holbrook; LPC, *New York House and School of Industry Designation Report*



Company K Room
Photo: Pach Bros. (c. 1880), Collection of The New-York Historical Society



Company K Room                         Photo: Jack Boucher, HABS

**COMPANY L ROOM**  (Originally Non-commissioned Staff Room)

<u>Architects</u>:  Robinson & Knust, 1909-11
<u>Altered</u>:  1935
<u>Style</u>:  neo-Classical

Company L Room was one of the two company rooms created in 1909-11, when the additions and alterations were made to the armory, in response to federal legislation requiring National Guard units to have twelve companies. In 1880 the room was the Non-commissioned Staff Room, with light oak woodwork and furniture by Pottier & Stymus and decorations by Herter Brothers; it was "somewhat similar in style" to the original (Queen Anne) Adjutant's Room (also by Pottier & Stymus). Company L was formally organized in May 1909. Plans by Robinson & Knust, the firm responsible for the work at the armory in 1909-11, indicate the essentials of the new room (though some aspects were later changed): stairs and a gallery along the east wall leading to lockers located in a mezzanine room, a beamed ceiling, new wainscot, and a "remodeled" fireplace. Robinson & Knust may have designed the room. The dark oak paneled wainscot, mantel and overmantel, gallery and stairs were completed by the end of 1910; the bracketed and molded, beamed ceiling was finished somewhat later. In 1935 the gallery stairs were removed (and access was provided from an adjacent room).

<div align="center">Descriptive List of Significant Features</div>

dark oak woodwork, including:
continuous high paneled wainscot
1 door surround with double doors
south wall mantel (fireplace has glazed terra-cotta surround and metal basketweave fireback) and
     overmantel
east wall gallery with balustrade (the stairs were removed in 1935, and a door inserted leading to the
     adjacent (north) room/stairs)
2 French doors to the Drill Room gallery

bracketed beamed ceiling with a molded cornice
bronze WWI memorial tablet on north wall
8 ceiling light fixtures (1931)
parquet floor (1935)

<u>References</u>:  Clark; *New Armory Fund, Receipts and Disbursements*; Additions and Alterations Plans (June 4, 1909); *SRG* (1909-35)



Company L Room                    Photo: Albert L. Waks (c. 1955)

**COMPANY M ROOM**  (Originally Adjutant's Room; later Company M Machine Gun Company Room)

<u>Architects</u>: Robinson & Knust, 1909-11
<u>Interior Designed By</u>:  Sgt. Henry L. Butler, 1911-13
<u>Style</u>:  Tudor Revival


Company M Room was one of the two company rooms created in 1909-11, when the additions and alterations were made to the armory, in response to federal legislation requiring National Guard units to have twelve companies.  In 1880 the room was the Adjutant's Room, with white ash woodwork and furniture in the Queen Anne style by Pottier & Stymus.  Plans by Robinson & Knust, the firm responsible for the work at the armory in 1909-11, indicate the essentials of the new room (though some aspects were later changed): stairs and a gallery along the east wall leading to lockers located in a mezzanine room, a beamed ceiling, new wainscot, and a "remodeled" fireplace.  The *Seventh Regiment Gazette* in December 1911 stated that "the decoration for Company M will soon be commenced as the plans submitted by Sgt. H.L. Butler of Company H have been approved and only await formal action..."; this seems to indicate that Butler was the designer.  Henry Langdon Butler (1876-1940) was born in New York City, graduated from Columbia Institute, was promoted through all of the non-commissioned ranks of the Seventh Regiment, received an appointment to West Point in 1900, and served a continuous forty years in the military.  The *Gazette* indicated that the room was "completed and ready to use" in December 1912, but as late as September 1913 mentioned some work remained.  The Tudor Revival room has a high paneled oak wainscot, a Tudor-arched fireplace with a mantel and overmantel panel, and a paneled ceiling with large bracketed (with pendants) beams.  In June 1921 the Machine Gun Company (organized in 1914, the first in the U.S. Army) was redesignated the Company M Machine Gun Company and moved into this room; the old Company M became the Howitzer Company and moved elsewhere in the armory.  The lighting fixtures probably date from that year.

<u>Descriptive List of Significant Features</u>

oak woodwork, including:
continuous high paneled wainscot
1 door surround with double doors (and transom)
north wall mantel (with brick and stone or cast-stone fireplace) and overmantel panel
gallery wall with central niche flanked by 2 doorways (northern one to Drill Room window and gallery
    stairs; southern one to closet has post-1955 double doors)
gallery with arcaded balustrade
paneled ceiling with large bracketed (with pendants) beams

tacked leather wall covering
2 wheel chandeliers and 2 wall bracket light fixtures (probably 1921)
wide plank oak floor (1931)

<u>References</u>
Clark; *New Armory Fund, Receipts and Disbursements*; Additions and Alterations Plans (June 4, 1909); *SRG* (1909-34); Butler obit., *NYT* (Mar. 15, 1940), 23.



Company M Room                    Photo: Albert L. Waks (c. 1955)

## APPENDIX: ARCHITECTS, ENGINEERS, AND INTERIOR DECORATION
### AND
## OTHER FIRMS ASSOCIATED WITH THE SEVENTH REGIMENT ARMORY INTERIORS

**Associated Artists (Louis C. Tiffany & Co.)/Tiffany Studios**

>       Library, 1880-81
>       Veterans' Room, 1880-81
>       Company B Room, 1906

Associated Artists, only in existence between 1879 and 1883, is considered one of the most important firms of the American Aesthetic Movement, known for its exotic combinations of ornament and materials. Louis Comfort Tiffany (1848-1933), widely regarded for his glasswork, joined with painters Samuel Colman and Lockwood de Forest and textile designer Candace Wheeler in this collaborative artistic interior decoration enterprise. Among its prestigious interior commissions were the George Kemp House (1879); Madison Square Theater curtain (1880); Union League Club (1880-81); Mark Twain House, Hartford, Conn. (1881-82); the Cornelius Vanderbilt II House (1881-82); the Ogden Goelet House (1881-82); and the White House, Washington (1882-83) during Chester Arthur's Presidency; of these only the work at the Twain House is extant. The Tiffany firm contributed a substantial $1000 to the New Armory Fund in October 1877; it undoubtedly received the initial armory commissions due to the presence of Edward Kemp (George's brother), also head of subscriptions for the fund, on the Building Committee and Veterans' committee. In the Library and Veterans' Room of the armory, Associated Artists was assisted by architect Stanford White of the recently formed McKim, Mead, & White and painters Francis D. Millet and George H. Yewell. After the demise of Associated Artists, Tiffany continued glassmaking and decorating activities under a variety of firm names; in 1906 Tiffany Studios was employed in the redecoration of the Company B Room.

References: Daniel Cohen, "Splendor in Glass," *Historic Preservation* 39 (July-Aug. 1987), 22-29; *New Armory Fund Receipts*; Catherine Hoover Voorsanger, *In Pursuit of Beauty*; Wendy Kaplan, *"The Art that is Life": The Arts & Crafts Movement in America, 1875-1920* (Boston: Little, Brown & Co., 1987); "Masterworks of Louis Comfort Tiffany" chronology (National Museum of American Art, 1989); Robert J. Clark, *The Arts and Crafts Movement in America 1876-1916* (Princeton: Princeton University Press, 1972)

**Charles William Clinton/Clinton & Russell**

>       Seventh Regiment Armory, 1877-81
>       Equipment Room, 1895
>       Stair Hall metal screen, 1895

Charles William Clinton (1838-1910), architect of the Seventh Regiment Armory, was born and raised in New York, and received his architectural training in the office of Richard Upjohn, until he left in 1858 to begin an independent practice. The following year, he formed a partnership with

Anthony B. McDonald, Jr., which lasted until 1862; he was later associated with Edward T. Potter. For the next 32 years Clinton practiced alone, and most of his important buildings during this period were office buildings based on Italian Renaissance prototypes. In 1894, Clinton joined William Hamilton Russell in partnership. Russell (1856-1907), also a native New Yorker, studied at the Columbia School of Mines before joining the firm of his great-uncle, James Renwick, in 1878. Five years later, he became a partner in the firm and remained there until 1894, during which time the firm became Aspinwall, Renwick & Russell. Clinton & Russell was responsible for scores of buildings including early skyscrapers, luxury apartment houses, institutions, and fashionable hotels. The firm's apartment buildings include the Graham Court Apartments (1899-1901) and the Apthorp (1906-08), both designated New York City Landmarks, constructed for the Astors. After Russell's death, Clinton continued to practice under the name of Clinton & Russell, and the firm continued in existence until 1940.

Clinton joined Co. C of the Seventh Regiment in 1857, became third sergeant of Co. K in 1861, and served in the Civil War in 1863 as first sergeant of that company. He was responsible for planning a number of the company rooms in the regiment's Tompkins Market Armory (1855-60). Clinton was chosen to design the Seventh Regiment Armory in 1874; Clinton & Russell was hired for a number of miscellaneous jobs at the armory in the 1890s.

References: *SRG* (Jan. 1911); LPC files; Clark


**George C. Flint & Co.**

> Entrance Hall, Stair Hall, Corridors, 1879-80
> [Company A, B or F Room]?, 1880

George C. Flint (c. 1840-1924) was born in Boston, came to New York City as a young man, and was involved in the furniture business for most of his life. He first became established at 396 Hudson Street around 1868, and he continued to move uptown with his clientele, first to 104/106 West 14th Street by 1877, then to West 23rd Street from at least 1894 to 1913, and later to 20 West 36th Street (as Flint & Horner). In 1891 he purchased the firm of German-American cabinetmaker Henry Bruner (established in 1840). An advertisement in 1885 listed fine furniture, upholstery, and bedding among its wares:

> *The furnishing of flats and country residences a specialty. A whole*
> *house may be completely and nicely furnished for $500. At our*
> *Nineteenth Street Factory we manufacture Inlaid Wood Flooring,*
> *Wood Mantels, and all kinds of Cabinet Wood Work for Houses,*
> *Banks, Offices, etc.*

H.C. Glinsmann was in charge of the firm's work at the armory.

References: *NYT*, Apr. 10, 1880; Flint obit., *NYT*, Nov. 13, 1924, 21; *The Decorator and Furnisher* (Jan. 1885), 152; NYC Directories; Eileen & Richard Dubrow, *American Furniture of the 19th Century 1840-1880* (Exton, Pa.: Schiffer Publishing Ltd., 1983); *19th-Century America: Furniture and Other Decorative Arts*

## J.L. Gaumer & Co.

Electric lighting fixtures, 1897

The armory's new electric lighting fixtures were designed by Frank S. Brady, who acted as general superintendent of the work and supervised their manufacture by J.L. Gaumer & Co., of Philadelphia.

References: *SRG* (Dec. 1897)


## Robert G. Hatfield (1815-1879)

Robert Griffith Hatfield, consulting architect for the Seventh Regiment Armory, was born in Elizabeth, N.J., started in the building trades, wrote a widely distributed book, *The American House Carpenter*, and began an architectural practice by 1844, which was joined by his brother Oliver Perry Hatfield in 1848. Both brothers were charter members of the American Institute of Architects (1857). In 1850-51, R. G. Hatfield collaborated with James Bogardus in the design of one of the country's first important cast-iron-fronted buildings, the Sun Building in Baltimore. The Sun Building was largely responsible for establishing his reputation, and he participated in the design and construction of many buildings utilizing cast-iron fronts or structural elements, as well as publishing a treatise, *The Theory of Transverse Strain*, on iron. Hatfield supplied the design in 1851-53 for a large railroad freight station, shared by the N.Y. & Harlem and N.Y. & New Haven Railroads, located at Centre and Franklin Streets, and is credited with having been involved in the design of the iron trusses of the shed of the first Grand Central Depot (1869-71). Emmons Clark stated that Hatfield was responsible for "the study of the working plans as drawn with reference to the strength of materials and of the construction of the [armory] in its various parts" until his death in February 1879.

References: Francis; James Dilts and Catherine Black, *Baltimore's Cast-Iron Buildings and Architectural Ironwork* (Centreville, Md.: Tidewater Publishers, 1991); *American Architect & Building News* 5 (Mar. 1, 1879), 65; LPC, Hatfield files

## Herter Brothers

Reception Room, 1880
Board of Officers Room, 1880
Colonel's Room, 1880
Company C Room, 1880
Company H Room, 1880-81

Gustave Herter (1830-1898), adopted son of a German cabinetmaker, emigrated to the United States in 1848; he settled in the "Little Germany" section of the Lower East Side, possibly worked for Tiffany, Young & Ellis, was associated with Edward W. Hutchings, and in 1851 joined Auguste Pottier in Herter, Pottier & Co., cabinetmakers. Around 1853 he was a partner in [Erastus] Bulkley & Herter, which moved to a shop at 547 Broadway in 1854; Gustave Herter maintained his own

business at this location starting in 1858. Christian Herter (1839-1883), Gustave's half-brother, educated in Europe, came to the United States around 1859 and worked for a short time with Tiffany & Co.; he joined in Herter Brothers in 1864. Christian returned to Europe in 1868-70, and upon his return and Gustave's retirement (and move to Germany) he took over Herter Brothers; he guided the firm to the forefront of progressive design and quality in furniture and interior decoration during the American Aesthetic Movement of the 1870s and 1880s, and Herter Brothers became the leading decorating firm in New York City. The company produced designs in a wide variety of revival styles, but was particularly noted for its "Anglo-Japanese" furniture with marquetry decoration, and received numerous interior decoration commissions from the very wealthy for mansions on Fifth Avenue and elsewhere, notably for William H. Vanderbilt (1879-82). Herter Brothers retained a number of designers (most of them architects) in the 1870s, including Charles B. Atwood, Francis H. Bacon, Alexandre Sandier, and William B. Bigelow. Thomas Hastings' father claimed that his son worked on the design of one of the rooms at the armory. William Baumgarten (1845-1906), a designer and assistant first employed in 1870, was the director of the firm in 1882-91 after Christian Herter's retirement. The company continued as an important decoration firm, ceasing operation in 1906. At the Seventh Regiment Armory, Herter Brothers also decorated the Non-Commissioned Staff Room (1880), on the second floor; the Memorial Room (1880), as well as its conversion to the Library (1895-96), on the third floor; and the Quartermaster's Room (1895), on the first floor.

References: Museum of Fine Arts, Houston, *Herter Brothers: Furniture and Interiors for a Gilded Age* (New York: Harry N. Abrams, 1994); Catherine Hoover Voorsanger, *In Pursuit of Beauty*; David Gray, *Thomas Hastings, Architect* (Boston: Riverside Press, 1933); *New Armory Fund, Receipts and Disbursements* and *Cash Book*; *SRG* (1895-96); *Minutes, Trustees of the Seventh Regiment Armory Building* (1896)

**Irving & Casson/A.H. Davenport**

Board of Officers Room, restoration, 1932
Colonel's Room, alterations, 1932-47
[Field and Staff Room, alterations, 1933]

Albert H. Davenport (1845-1906), bookkeeper at the Ezra H. Brabrook Co. furniture firm in Boston, purchased the company in 1880 and within several years expanded the operation to include a factory in East Cambridge and an office in New York. The Davenport concern, a national leader in commercial interior decoration until about 1910, was able to supply large building projects in a variety of styles including the Colonial Revival; commissions included the Iolani Palace, Honolulu (c. 1883) and the White House (1902-03) during Theodore Roosevelt's Presidency. The firm maintained a close working relationship with such architects as H.H. Richardson, McKim, Mead & White, Peabody & Stearns, and Shepley, Rutan & Coolidge. Francis H. Bacon, brother of architect Henry Bacon, was chief designer from 1885 to 1908. After Davenport's death, the company was purchased in 1914 by Irving & Casson, another successful Boston furniture and woodworking firm. Charles R. Irving and Robert Casson, listed as Boston carpenters in 1874-83, expanded rapidly into the manufacture of mantels and other interior fittings, and in 1893 purchased a factory (established in the 1860s) adjacent to Davenport's. Irving & Casson/A.H. Davenport was known for its neo-Gothic church interiors, some in collaboration with Cram, Goodhue & Ferguson; it remained in

operation during and after the Depression largely through institutional commissions, and ceased around 1973. The firm worked on a number of rehabilitation and alteration projects at the armory between about 1930 and 1947, including the decoration of the Daniel Appleton Memorial Mess Hall, Lounge Bar, and Colonial Room on the fourth floor (1930-31).

References: Anne Farnam, "A.H. Davenport and Company, Boston furniture makers," *Antiques* (May 1976), and "H.H. Richardson and A.H. Davenport: Architecture and Furniture as Big Business in America's Gilded Age," in *Tools and Technologies: America's Wooden Age* (Burlington, Vt.: Robt. H. Fleming Museum, 1979); Catherine Hoover Voorsanger, *In Pursuit of Beauty*

## Kimbel & Cabus

Company K Room, 1879-80

Anthony Kimbel (d. 1895), from a German cabinetmaking family, emigrated to the United States in the 1840s, worked with Charles Baudouine, and was a partner in the firm of [Anthony] Bembe & Kimbel from 1854 until 1862, when he joined Joseph Cabus. Cabus had worked with Alexander Roux (possibly as a partner) before starting his own business. During the 1870s Kimbel & Cabus was noted for its "Modern Gothic" furniture (which was displayed at the Centennial Exposition in 1876), as well as Renaissance Revival designs and ebonized furniture, and advertised as decorators. After the dissolution of the partnership in 1882, Kimbel formed A. Kimbel & Sons (which lasted until 1941), and Cabus continued as a cabinetmaker until 1897.

References: David Hanks, "Kimbel & Cabus," in *Nineteenth Century Furniture: Innovation, Revival and Reform* (New York: Roundtable Press, 1982); Catherine Hoover Voorsanger, *In Pursuit of Beauty*

## Charles Macdonald (1837-1928)

Drill Room, 1878-79

Charles Macdonald, consulting engineer for the Drill Room who was responsible for the design of the iron arch trusses, was born and educated in Canada and received a degree in civil engineering from Rensselaer Polytechnic Institute in 1857. He worked as an engineer in the construction of the Grand Trunk Railway in Michigan and the Philadelphia & Reading Railroad in 1863-68. After moving to New York in 1868, Macdonald became a bridge and roof specialist, associated with a number of firms: Burton & Macdonald (1870); president of the Delaware Bridge Co. (1880-83), a subsidiary of the important iron-and-steel producing Cooper, Hewitt & Co.; Union Bridge Co. (1884-1900); and American Bridge Co. (1900-01).

References: Clark; *Who Was Who in America*, vol. 1 (Chicago: A.N. Marquis Co., 1943), 760; Victor C. Darnell, *A Directory of American Bridge-Building Companies 1840-1900* (Society for Industrial Archaeology, 1984)

**Mitchell, Vance & Co.**

Gas lighting fixtures and metalwork, 1879-81

Mitchell, Vance & Co. was formed in 1854 as [John S.] Mitchell, [John] Bailey & Co., with Anson H. Colt and Samuel B.H. Vance; the firm was reorganized in 1860 as Mitchell, Vance & Co., with Aaron and Charles Benedict. After Mitchell's death in 1875, Charles Benedict became president of the company. At the Centennial Exposition in 1876, Mitchell, Vance won a number of awards, and in the 1870s emerged as the premier American gas lighting fixtures manufacturer. An advertisement in 1879 touted the company as the designer and manufacturer of "artistic gas fixtures," clocks, bronzes, metal and porcelain lamps, and ornamental metalwork for churches, dwellings, etc., and its fixtures were found in many of New York's finest nineteenth-century buildings, such as George B. Post's Western Union Telegraph Building, Richard Morris Hunt's N.Y. Tribune Building, and St. Patrick's Cathedral. Charles C. Perring was the firm's chief designer. The company continued successfully through the gas era until after the turn of the century, was later called the Mitchell Vance Co., and ceased operations in 1933.

References: Denys P. Myers, *Picture Book of Authentic Mid-Victorian Gas Lighting Fixtures* (NY: Dover Publications, 1984); *Knapsack* (Dec. 5, 1879)

**Passaic Rolling Mill Co.**

Drill Room, 1878-79

Passaic Rolling Mill Co., of Paterson, New Jersey, which supplied the ironwork for the Drill Room, was established in 1868 when Watts Cooke, a superintendent of the Delaware, Lackawanna & Western Railroad, and several brothers purchased and upgraded the former Paterson Iron Co. (1863), rolling its first iron that same year; in 1969 it was chartered as the Passaic Rolling Mill Co. During the economic depression of the 1870s the firm remained solvent by changing its product to I-beams and channel iron, and it became one of the largest and most important American iron manufacturers of the day, supplying iron for such projects as the N.Y. Evening Post Building, the New York State Capitol in Albany, the Centennial Exposition in Philadelphia, and the elevated railroads in New York. The company produced some 1,150,000 pounds of iron for the Seventh Regiment Armory alone. Passaic re-built after a fire in 1878 and expanded in 1882 and 1888-89, particularly its bridge-building and steel-producing capabilities. Notable bridges constructed by Passaic include the Washington Bridge (1886-89), for which it supplied 16 million pounds of iron and steel, and the Macomb's Dam Bridge (1890-95), both over the Harlem River and designated New York City Landmarks. After 1903 the firm was known as the Passaic Steel Company.

References: Shriner; LPC, *Macomb's Dam Bridge and 155th Street Viaduct Designation Report*

**Pottier & Stymus Mfg. Co.**

   Field and Staff Room, 1880
   Company D Room, 1880
   Company E Room, 1879-80
   Company G Room, 1879-80
   Company I Room, 1880

Auguste Pottier (1823-1896), a French woodsculptor apprentice, emigrated to New York in 1847, worked as a sculptor with Edward W. Hutchings by 1850, joined with Gustave Herter in Herter, Pottier & Co. in 1851, and worked with William Pierre Stymus as foremen in the Rochefort & Skarren decoration firm. After Rochefort's death in 1857, Pottier and Stymus ran that business, forming a partnership in 1859 as cabinetmakers and upholsterers. By the 1860s the firm had expanded, and a factory was completed at Lexington Avenue and East 42nd Street in 1871 which covered the entire block. Among its important commissions in the 1860s in Washington were rooms in the U.S. Treasury Building, the U.S. Navy Department, and the White House during Ulysses S. Grant's Presidency. Pottier & Stymus produced furniture (noted at the Centennial Exposition) in a variety of revival styles, including the Egyptian, neo-Grec, and Renaissance Revival, and became one of the leading New York furniture and decoration concerns of the 1870s-80s, directly competing with Herter Brothers and others. Among its many wealthy clients, one of the more lucrative was Henry M. Flagler of New York and Florida, for whom Pottier & Stymus decorated several houses, hotels, and a church. After Pottier's retirement in 1886 and the factory was destroyed by fire in 1888, the firm was dissolved and the new Pottier, Stymus & Co. was created under Pottier's nephew and Stymus' son; its last listing was 1919. Sophia D. Schachter has indicated that an advertisement from the 1880s stated that in the company rooms at the armory the chief designer was John P. Lochner (c. 1843-1924). Pottier & Stymus was also responsible for the woodwork of the Adjutant's and Non-commissioned Staff Rooms on the second floor of the armory in 1880.

References: David A. Hanks, "Pottier & Stymus Mfg. Co.: Artistic Furniture & Decorations," *Art & Antiques* (Sept./Oct. 1982); *19th-Century America: Furniture and Other Decorative Arts*; Schachter; Lochner obit., *NYT*, Aug. 8, 1924, 13.

**Robinson & Knust**

   Adjutant's, Equipment, Outer and Inner Committee, Company L, and Company M Rooms, and armory additions and alterations, 1909-11
   Drill Room alterations, 1911-13

The firm of Robinson & Knust is listed in New York City directories between 1902 and 1911. Leo Frederick Knust (1876-1946), born in Germany, had begun a practice by 1899, and continued, after his participation in the firm, until 1936. Floyd L. Robinson was listed as an architect until 1933. Knust was to have been the architect, with Henry H. Holly, of the regiment's first proposed mess hall (outside the armory) in 1907, and was credited with having planned and secured the appropriation for the reconstruction of the armory in 1909-11. After Robinson filed plans for the Drill Room in 1911, he was called "the architect in charge of the alterations in the armory two years

ago." Despite his work on the armory, and his having been in the Seventh Regiment for some twenty years (and serving as captain of Co. E) and an American citizen for forty years, Leo Knust was relieved of duty when the United States entered World War I, and he retired permanently from the military.

References: Knust obit., *NYT*, Aug. 10, 1946, 13; Ward; Francis; *SRG* (Dec. 1909; Oct. 1911; June 1933)


## Alexander Roux & Co.

Reception Room (woodwork), 1880
[Company A, B, or F Room?], 1880

French cabinetmaker Alexander Roux (c. 1813-1886) emigrated to New York and opened a shop in 1837 which specialized in French style and imported furniture, becoming one of New York's most successful operations by the 1850s. The firm manufactured furniture and woodwork in all the popular revival styles of the nineteenth century, and at its height in the 1870s is said to have produced around one million dollars of furniture a year; it also did interior decorating. Roux retired in 1881 and the business was operated by his son until 1898.

References: Oscar P. Fitzgerald, *Three Centuries of American Furniture* (Englewood Cliffs, NJ: Prentice-Hall, 1982); *19th-Century America: Furniture and Other Decorative Arts*


## Alfred R. Whitney (1835-1909)

Drill Room, 1878-79

Alfred Rutgers Whitney, contractor for the ironwork of the Drill Room, although starting in the grocery business, entered the ironwork field, becoming a clerk at the Abbott Iron Co., and was later associated with engineer/shipbuilder Thomas F. Rowland, whom he assisted in supplying the ironwork for the Civil War gunboat *Monitor* in 1861. Whitney began his own iron business in 1865 and received several important contracts for ironwork construction in New York City: the first Grand Central Depot (1869-71), one of the largest such projects up to that time; and the Greenwich Street, Second Avenue, Third Avenue, and part of the Sixth Avenue elevated railroads in the 1870s. He began an association with Cooper, Hewitt & Co. and became an agent for the Passaic Rolling Mill Co., both important iron and steel producers located in New Jersey. In the 1880s, Whitney was appointed the agent for the New York area of the Carnegie Steel Co., and was made a partner in the corporation several years prior to his retirement in 1900.

References: Whitney obit., *NYT*, Oct. 23, 1909, 11

## FINDINGS AND DESIGNATION

On the basis of a careful consideration of the history, architecture, and other features of this Interior, the Landmarks Preservation Commission finds that the Seventh Regiment Armory Interior, first floor interior, consisting of the Entrance Hall, the main corridor, the grand Stair Hall and staircase leading to the basement and to the second floor, the Veterans' Room, the Library, the Reception Room, the Board of Officers Room (Colonel Emmons Clark Memorial Room), the Colonel's Room, the Adjutant's Room, the Equipment Room, the Outer Committee Room, the Inner Committee Room, the Field and Staff Room, and the Drill Room (excluding the storage rooms beneath the gallery, but including the four corner stairs and the passageways to the Lexington Avenue and administration building entrances); the second floor interior, consisting of the main corridor, the grand Stair Hall and staircase leading to the third floor, the staircases at the north and south ends of the main corridor leading to the third floor, the Company A (First Company) Room, the Company B (Second Company) Room, the Company C (Third Company) Room, the Company D (Fourth Company) Room, the Company E (Fifth Company) Room and western alcove, the Company F (Sixth Company) Room and western alcove, the Company G (Seventh Company) Room, the Company H (Eighth Company) Room, the Company I (Ninth Company) Room, the Company K (Tenth Company) Room, the Company L (Eleventh Company) Room, and the Company M (Twelfth Company) Room; and the fixtures and interior components of these spaces, including but not limited to, wall, ceiling, and floor surfaces, woodwork, cabinets, fireplaces, doors and door hardware, chandeliers, light fixtures, stained-glass window screens, stair railings, radiators, affixed paintings, attached decorative elements, and Drill Room roof trusses; has a special character, special historical and aesthetic interest and value as part of the development, heritage and cultural characteristics of New York City, and that the Interior or parts thereof are thirty years old or more, and that the Interior is one which is customarily open and accessible to the public, and to which the public is customarily invited.

The Commission further finds that, among its important qualities, the Seventh Regiment Armory Interior, with its historically and architecturally significant spaces, was privately commissioned in 1879-81 for the prestigious, elite Seventh Regiment, under the leadership of Col. Emmons Clark, to the overall designs of architect Charles W. Clinton, a veteran of Co. K of the regiment; that as a volunteer militia unit often referred to as the "Silk Stocking Regiment" due to its ties to socially prominent New York families, the Seventh Regiment had an illustrious military history dating from 1806 and was the first to adopt the term "national guard"; that the palatial Seventh Regiment Armory, one of the finest and most costly American armories of the nineteenth century, had national influence in establishing the armory as a distinct building type, for both functional design and architectural imagery, and that aside from its military and police function, the Seventh Regiment served largely as a social club for its members, and the interiors of the armory reflect this; that while Col. Clark credited architect Clinton for "the architectural beauty of the building, exterior and interior, and for the complete construction and finish of every part of the immense structure," in addition, to decorate and furnish the interiors in 1879-81, the regiment and individual companies chose some of the most prominent American design and interior decoration firms of the day, including Associated Artists, Herter Brothers, Pottier & Stymus, Kimbel & Cabus, Alexander Roux & Co., and George C. Flint & Co., resulting in the creation of a series of lavish late-Victorian interiors, most with Aesthetic Movement decoration and Renaissance Revival woodwork; that as an ensemble, the regimental and company rooms of the Seventh Regiment Armory are a nationally important collection of high-style interiors, which are on a scale with and display an elegance and quality usually found only in the interiors of private clubs and the most ornate residences, few of which survive in New York City from this period, and they represent the height

of American interior design within a single building, for a "single" (in this case military) client, during a period of fifty years; that the Veterans' Room and Library, designed and decorated by Associated Artists (Louis C. Tiffany & Co.), are considered among the most beautiful and significant surviving interiors of the American Aesthetic Movement; that the Board of Officers Room was decorated by Herter Brothers and "restored" in 1932 by Irving & Casson/A.H. Davenport, making it a very rare surviving Herter Brothers interior and an early instance in the historic preservation of a significant nineteenth-century American interior; that the Company K Room, designed by architect Sidney V. Stratton, is a rare surviving intact interior in the Queen Anne style; that the rooms in the armory contain an abundance of woodwork and cabinetry, particularly the company rooms, and as a whole they exhibit an unusual degree of intactness, despite their usage by the national guard and the exigencies for changes; that the alterations to these rooms made during the late nineteenth and early twentieth centuries exhibit either change in contemporary taste or the skillful adaptation to existing decor; that these rooms, with the newly created rooms of 1909-13, the corridors, and the Stair Hall, also contain a large and important collection of both original gas and early electric chandeliers and other lighting fixtures; and that the Drill Room, designed by Clinton in collaboration with consulting architect Robert G. Hatfield and consulting engineer Charles Macdonald, who was responsible for the design of the eleven elliptical iron arch trusses, is highly significant for its engineering in the creation of one of the largest unobstructed spaces in New York City of its day, with what is considered the oldest extant "balloon shed" roof, and has accommodated numerous events and large gatherings throughout its history.

Accordingly, pursuant to the provisions of Chapter 74, Section 3020 of the Charter of the City of New York and Chapter 3 of Title 25 of the Administrative Code of the City of New York, the Landmarks Preservation Commission designates as an Interior Landmark the Seventh Regiment Armory Interior, first floor interior, consisting of the Entrance Hall, the main corridor, the grand Stair Hall and staircase leading to the basement and to the second floor, the Veterans' Room, the Library, the Reception Room, the Board of Officers Room (Colonel Emmons Clark Memorial Room), the Colonel's Room, the Adjutant's Room, the Equipment Room, the Outer Committee Room, the Inner Committee Room, the Field and Staff Room, and the Drill Room (excluding the storage rooms beneath the gallery, but including the four corner stairs and the passageways to the Lexington Avenue and administration building entrances); the second floor interior, consisting of the main corridor, the grand Stair Hall and staircase leading to the third floor, the staircases at the north and south ends of the main corridor leading to the third floor, the Company A (First Company) Room, the Company B (Second Company) Room, the Company C (Third Company) Room, the Company D (Fourth Company) Room, the Company E (Fifth Company) Room and western alcove, the Company F (Sixth Company) Room and western alcove, the Company G (Seventh Company) Room, the Company H (Eighth Company) Room, the Company I (Ninth Company) Room, the Company K (Tenth Company) Room, the Company L (Eleventh Company) Room, and the Company M (Twelfth Company) Room; and the fixtures and interior components of these spaces, including but not limited to, wall, ceiling, and floor surfaces, woodwork, cabinets, fireplaces, doors and door hardware, chandeliers, light fixtures, stained-glass window screens, stair railings, radiators, affixed paintings, attached decorative elements, and Drill Room roof trusses; 643 Park Avenue, Borough of Manhattan, and designates Manhattan Tax Map Block 1401, Lot 1, as its Landmark Site.

# BIBLIOGRAPHY

American Society of Interior Designers. *Great New York Interiors: Seventh Regiment Armory*. New York: ASID, 1983.

Appleton, Col. Daniel. *Letterbooks*. 1891-1898.

*Armory Committee Report*. 1925-1947.

Aufaure, Garance. "A Masterpiece of American Renaissance." *Winter Antiques Show 1991*.

*Board of Officers Letterbook*. 1879-1881.

Brooklyn Museum. *The American Renaissance 1876-1917*. New York: Pantheon Books, 1979.

Brownell, W.C. "Decoration in the Seventh Regiment Armory." *Scribner's Monthly*, July 1881.

Buel, Clarence C. "The New York Seventh." *Scribner's Monthly*, May 1880.

*Cash Book, Seventh Regiment*. 1880-92.

Clark, Col. Emmons. *History of the Seventh Regiment of New York 1806-1889*. vol. 2. New York: Seventh Regiment, 1890.

Clark, Col. Emmons. *Letterbook*. 1875-1880.

*Company I Minutes*. 1879-1917.

Condit, Carl W. *American Building Art: The Nineteenth Century*. New York: Oxford University Press, 1960.

Condit, Carl W. *The Port of New York: A History of the Rail and Terminal System from the Beginnings to Pennsylvania Station*. Chicago: University of Chicago Press, 1980.

*The Decorator and Furnisher*. May 1885.

*The Decorator and Furnisher. Seventh Regiment Armory. Illustrated*. New York: J.W. Pratt & Son, c. 1885.

Degnan, Dennis, and Amy Kalina and Monica Yus. "Investigation of the Company I Room." May 1993.

Department of the Army. "Lineage and Honors, 107th Infantry (Seventh New York)." 1980.

Falls, DeWitt Clinton. *History of the Seventh Regiment 1889-1922*. New York: Veterans of the Seventh Regiment, 1948.

*Fifth Company Minutes*. 1876-1889.

*i*

Fogelson, Robert M. *America's Amories: Architecture, Society, and Public Order*. Cambridge: Harvard University Press, 1989.

*Fourth Company Records*. 1875-1887.

Francis, Dennis S. *Architects in Practice New York City 1840-1900*. New York: COPAR, 1979.

Friedman, Donald. Letter to the Landmarks Preservation Commission on the Drill Room, July 24, 1991.

Harper, W. St. John and C.D. Weldon. Drawing of the Drill Room, c. 1881.

Haydon, Paul Ballard. "The Seventh Regiment Armory: An Investigation and Analysis of a Herter Brothers' Interior." Master's thesis, Columbia University, 1991. Master's Thesis.

Hesselbach, Charles L. Veterans' Room, wall fabric estimate, Nov. 13, 1966.

Holbrook, Sgt. Richard G. *A Handbook of Company K, Seventh Regiment*. New York: Vail-Ballou Press, 1940.

International Appraising Co. *Appraisal, 7th Regiment Armory, N.Y.N.G.*, 1917.

*The Knapsack: A Daily Journal of the Seventh Regiment New Armory Fair*. Nov.-Dec. 1879.

Landmarks Preservation Commission. *Second Battery Armory Designation Report* (LP-1794). New York: City of New York, 1992. Report prepared by Jay Shockley.

Landmarks Preservation Commission. Seventh Regiment Armory designation public hearing files (LP-1884).

Metropolitan Museum of Art. *In Pursuit of Beauty: Americans and the Aesthetic Movement*. New York: Rizzoli International Publications, 1986.

Metropolitan Museum of Art. *19th-Century America: Furniture and Other Decorative Arts*. New York: N.Y. Graphic Society Ltd., 1970.

*Minutes, Association of Board of Officers, 107th Infantry*. 1950-1957.

*Minutes, Board of Officers, Seventh Regiment*. 1880-1917.

*Minutes, Council of Officers, Seventh Regiment*, 1870-80.

*Minutes, Trustees of the Seventh Regiment Armory Building*. 1893-1909.

Museum of Fine Arts, Houston. *Herter Brothers: Furniture and Interiors for a Gilded Age*. New York: Harry N. Abrams, 1994.

*New Armory Fund, Cash Book*. 1876-1881.

*New Armory Fund, Receipts and Disbursements*. 1876-1881.

*The New Armory of the Seventh Regiment, N.G.S.N.Y.*. New York: Hebbeard & Munro, 1875.

New York City Armory Board. *The Armory Board 1884-1911*. New York: 1912.

*New York City Armory Board Report*. 1912-13 and 1914.

Pach Brothers Photographs, 1880-81. Collection of The New-York Historical Society.

*Report to Council of Officers, Seventh Regiment*. New York: Edward O. Jenkins, 1858.

*Report of the Department of Public Works* [Quarterly]. New York: Martin B. Brown, 1888-1912.

Robinson & Knust. Seventh Regiment Armory, Additions and Alterations Plans, June 4, 1909.

Schachter, Sophia Duckworth. "The Seventh Regiment Armory of New York City: A History of its Construction and Decoration." Master's thesis, Columbia University, 1985.

Scrapbooks (Newspaper Clippings on the Seventh Regiment and the Armory). 1879-1889. Collections of the Seventh Regiment Armory and The New-York Historical Society.

*Secretary's Report, Board of Officers*. 1917-41.

*Seventh Company Records*. 1876-1892.

*Seventh Regiment Gazette* [SRG]. 1887-1937.

Shriner, Charles A. *Paterson, New Jersey Illustrated*. Paterson: Press Printing & Publishing Co., 1890.

*Tenth Company Minutes*. 1895-1913.

Todd, Col. Frederick P. and Maj. Kenneth C. Miller. *Pro Patria et Gloria: the illustrated story of the one hundred and fifty years of the Seventh Regiment of New York*. Hartsdale, NY: Rampart House, 1956.

*Treasurer's Report*. 1919-1943.

*The Veterans Room Seventh Regiment N.G.S.N.Y. Armory*. New York, 1881.

Waks, Albert L. Photographs of the Seventh Regiment Armory, c. 1955. Collection of the Seventh Regiment Armory.

Ward, James. *Architects in Practice New York City 1900-1940*. New York: COPAR, 1989.

Works Progress Administration. Job Specification for Alteration to Co. I Room Floor, July 1936.

I am employed by the Landmarks Preservation Commission. My title is Director of Enforcement. This document was created as acquired by the Landmarks Preservation Commission in the ordinary course of business. I have compared this document with the original and it is a true and accurate copy of such document.

Name  Lily Fen

Signature

Date 7/7/05

I am employed by the Landmarks Preservation Commission. My title is ________________. This document was created as acquired by the Landmarks Preservation Commission in the ordinary course of business. I have compared this document with the original and it is a true and accurate copy of such document.

Name ________________________

Signature ____________________ Date ________