## PART E – CURRENT OWNERSHIP STRUCTURE, OPERATING CONDITIONS AND USE RESTRICTIONS

### Current Ownership Structure

#### Land

The land on which the Armory is located is owned by the City of New York (the "City"). The Board of Officers of the Seventh Regiment has leased the land since 1875 from the City for one dollar per year as long as the building is used as an armory.

#### Building

The title of the building is vested in The Board of Officers of the Seventh Regiment (currently, the 107th Corps Support Group) of the New York Army National Guard. The Governor of the State is the Commander-in-Chief of the New York National Guard, of which the New York Army National Guard is a service branch. Since 1942, pursuant to New York Military Law Section 180, the Armory has been controlled and maintained by DMNA.

The Armory was constructed by the Board of Officers of the Seventh Regiment between 1877 and 1881 with private donations and bonds issued pursuant to State and City legislative acts. Pursuant to New York State Military Law Section 182, the Adjutant General (the chief executive officer of DMNA who is appointed by the Governor) is vested with control of armories owned, leased or maintained by the State of New York, including the Armory. DMNA is a State agency and a division of the State's Executive Department.

#### Special Collections

The Seventh Regiment Armory contains several antique and artifact collections that include silver, military artwork, fine furniture, drawings and historic artifacts displayed throughout the building. These collections are currently maintained by the Seventh Regiment Fund ("the Fund"), but the ownership is currently in dispute by the State. At this time, these collections are not available for use in the redevelopment of the Armory.

### Organizational Structure of the Armory

The Officer in Charge and Control ("OICC") and the Armory's superintendent (the "Superintendent") manage the building.

**Current Building Programs, Uses, Revenues and Use Restrictions**

*Current Building Programs and Uses*

Various organizations are present in the Armory, including the Seventh Regiment Fund, Veterans of the Seventh Regiment, Knickerbocker Grays and the Lenox Hill Neighborhood House. These groups have office space and hold meetings in the Armory.

The drawings on the following pages are shaded to indicate spaces designated as New York City Interior Landmarks on the first and second floors of the building.

THE  SEVENTH  REGIMENT  ARMORY  ON  PARK  AVENUE



**Lexington Avenue**

**DRILL HALL**

14

SUPPLY ROOM BELOW
BALCONY NOT IN
INCLUDED
IN LANDMARK
DESIGNATION

**HEADHOUSE**

**Park Avenue**

FIRST FLOOR
INTERIOR

1 Entrance hall
2 Main corridor
3 Stair Hall & Staircase
4 Veterans' Room
5 Library

6 Reception Room
7 Board of Officers
Room
8 Colonel's Room
9 Adjudant's Room
10 Equipment Room

11 Outer Committee
Room
12 Inner Committee
Room
13 Field & Staff Room
14 Drill Room

*Note: Shaded areas indicate spaces included in City Landmark Designation*

*First Floor Groundplan*

THE SEVENTH REGIMENT ARMORY ON PARK AVENUE



**DRILL HALL**

DRILL HALL MEZZANINE

**HEADHOUSE**

SECOND FLOOR INTERIOR
Company Rooms

| | | | |
|---|---|---|---|
| 0 Room 200 | 5 Room 205 | 10 Room 210 | 14 Main corridor |
| 1 Room 201 | 6 Room 206 | 11 Room 211 | 15 Stair Hall |
| 2 Room 202 | 7 Room 207 | 12 Room 212 | |
| 4 Room 204 | 8 Room 208 | 13 Room 213 | |

*Note: Shaded areas indicate spaces included in City Landmark Designation*

***Second Floor Groundplan***



The Armory contains two main sections: The Headhouse and the Drill Hall.

The Drill Hall is an 80 foot high single-story building of approximately 55,000 square feet. It is one of the largest uncolumned spaces in New York City. Its roof is supported by an exposed, landmarked wrought-iron truss system.

The Headhouse is a five-story structure (with an additional cellar level) containing approximately 20,000 square feet on each of the first through fourth floors. The fifth floor has a floor area of approximately 10,000 square feet. The first and second floors of the Headhouse contain the entrance hall, stair hall, reception rooms and the company rooms. The first floor rooms include the Silver Room, the Veteran's Room (Tiffany Room), the Cloak Room, the Board of Officers Room and the Mary Divver Room. The second floor rooms include the rooms for the ten (10) original companies of the Regiment; the rooms on this floor range in size from approximately 600 to 900 square feet (plus gallery).

The Armory is designated a historic structure at the State and Federal levels; select interior rooms are landmarked at the City level.

The Armory's current uses include the following:

*MILITARY USE*
- Periodic use of the Drill Hall for drills one (1) weekend a month (approximately one hundred soldiers).
- Permanent use of four (4) reception rooms and twelve (12) company rooms on the first and second floors in the Administration Building. These rooms are used by the OICC, the Superintendent and six (6) small military groups.
- In the basement, a women's locker room.
- On the first floor, the Officers' Meeting Room (club room/bar), three (3) "recruiter" rooms and four (4) other rooms (The Adjutant's Office, the Executive Officer's Office, the Commanding Officer's Office, and the Commanding Officer's Reception Room), and six (6) military unit storage rooms along the north and south walls of the Drill Hall.
- On the second floor, the twelve (12) landmarked period "company rooms" (formerly, lettered A-M/numbered 1-12 company rooms) and two (2) other non-period/non-landmarked larger rooms (27 RAOC and the double room/toilet area occupied by the "107th Spt Gp").
- On the third floor, as marked on the floor plan, rooms: 300 (Det 3, HQ, STARC), 301 (Armory Noncommissioned Officers Club), 307 (7th Finance Det), 309 (107th Support Group Learning

Center), and 311 (7th Finance Det).

- According to the original ground lease, the military must maintain some presence in the Armory. Proposers should assume a continuing miliary presence at the Armory. The ultimate military square footage required will be determined through negotiations with the Preferred Proposer, ESD and DMNA. Proposers may assume that the space currently occupied by the military will be available and that the military presence can be relocated within the Armory itself after renovation. Proposals should clearly state assumptions with respect to space requirements of military use. (i.e., offices, museums, etc.).

*EXHIBITION /SPECIAL EVENT USE*

- The Drill Hall is for lease on a daily and weekly basis for special events, including art, antiques and rare book shows.
- The Reception Rooms in the Administration Building are leased temporarily for executive conferences and other social events.

*RESTAURANT USE*

- A restaurant is operated on the fourth floor pursuant to a five-year lease between the proprietor and DMNA. The current lease commenced on September 1, 1997 and expires on August 31, 2002, and contains a renewal option. The annual rent is $27,000.

*HOMELESS SHELTER*

- On behalf of the City of New York, Lenox Hill Neighborhood House operates a women's homeless shelter located on the third and fifth floors.
- For purposes of responding to the RFP, each Proposer should assume that the space occupied by the shelter will be vacant. If, however, the Proposer would like to include the homeless shelter in their overall development program, they may do so. Also, please note that if the homeless shelter is included in the development program its location within the building may be altered.

*Current Revenues*

The Armory has two types of revenues: permanent revenues and event revenues. The permanent revenues include annual payments of $8,000 from the City, and rental revenues from the restaurant. Event revenues, for example, include revenues from art and antiques shows and other public events held in the Drill Hall and smaller receptions and meetings in the period rooms in the Headhouse.

| Building/Room | Floors | Approx. Square Footage |
|---|---|---|
| Drill Hall | First | 55,000 |
| Headhouse | First to Fourth | 20,000 per floor |
|  | Fifth | 10,000 |
| Period Rooms including: |  |  |
| Trophy Room | First | 800 |
| Veteran's Room* | First | 1,440 |
| Board of Officers Room | First | 1,800 |
| Mary Divver Room | First | 850 |
| 12 Company Rooms | Second | 600 to 900 each (plus gallery) |
| Restaurant | Fourth | 4,200 |
| Homeless Shelter | Third | 16,800 |
|  | Fifth | 8,000 |

*\* Tiffany Room*

*Current Use Restrictions*

Certain policy guidelines are dictated by New York State Military Law Section 183 which prohibits the use of armory buildings for political meetings (except state and national political conventions) and religious purposes.

Policy guidelines also include not leasing the structure for:

- offensive entertainment, such as programs with overt sexual content or "ultimate fighting" contests
- rock concerts

Lease proposals are reviewed and subject to approval by DMNA.



DETAIL OF DOORWAY
SECOND FLOOR

PART F
USE GUIDELINES
AND COMPLIANCE



## PART F – USE GUIDELINES AND COMPLIANCE

The following use and compliance guidelines reflect comments gathered from consultations with community groups, civic organizations, elected officials and public agencies. Adherence to the guidelines will assist Proposers in preparing Proposals that will meet public expectations for the Armory.

### Use Guidelines

The New York City Zoning Resolution can be found on the New York City web site: *www.ci.nyc.ny.us/html/dcp/home.html*. The Armory is in the Upper East Side Historic District, Park Improvement District and Limited Height District. The Armory straddles R10, R8B and R9X zoning districts, which allow for residential and community uses. Historically, the Armory, like other armories around the country, has housed a variety of activities. Certain commercial uses at the Armory pre-date the current zoning regulations and have continued. In the past, spaces in the Armory have accommodated such varied activities as art and antiques shows, elections, receptions, dinners and parties, and sports events such as tennis. Proposed uses will be considered in light of both zoning restrictions and impact on the surrounding community. Use of ESD's statutory override power will be considered in appropriate cases. Proposals that will require use of the override power should so state and specify the extent to which override will be required.

Existing DMNA use guidelines discussed in Part E above will continue to apply. In addition, in consideration of the existing building as well as community concerns, the following uses and/or conditions will not be permitted:

    a. Uses that attract patrons after 11 PM such as eating or drinking establishments with entertainment or establishments in which dancing is a principal activity (e.g., bars, nightclubs or discos), although such restrictions are not intended to proscribe legitimate theater uses that pertain to theatrical or music performances on a stage with a live audience.

    b. Uses that commonly generate excessive noise, vibrations or noxious smells.

    c. Signs announcing events and activities at the Armory shall have a coherent design organization with respect to materials and means of attachment. In addition, signs should be suitable for a landmarked structure by enhancing and complementing the building and should not appear "haphazard." Zoning regulations for R10, R8B and R9X districts restrict outdoor signage, with certain exceptions such as for flags, banners or pennants for certain community facility uses. Signage will therefore require consideration of applicable zoning regulations.

    d. New development above the Armory is forbidden.

### Regulatory Compliance

The potential exists for rehabilitation tax credits. As described in other sections of this RFP, a series of landmark/historic regulatory reviews will be required because the Armory has been recognized as a significant historic building on the federal, state and city levels. The building's historic status also provides an opportunity to enhance its economic value. By virtue of its National Register listing, a substantial rehabilitation of the Armory may qualify for a federal income tax credit amounting to 20 percent of all hard and soft rehabilitation-related expenditures which are included in the developer's depreciable basis.

Reviews under the New York State Historic Preservation Law and under Section 106 of the National Historic Preservation Act of 1966 are primarily undertaken by the New York State Historic Preservation Office ("SHPO"), although the federal Advisory Council on Historic Preservation may also participate in the Section 106 process. Historic rehabilitation tax credit reviews are undertaken by the National Park Service, with assistance from the SHPO. All of the above reviews require conformance with the Secretary of the Interior's Standards for Rehabilitation, and all affect both the exterior and the interior of the building.

Reviews under the New York City Landmarks Law are undertaken by the New York City Landmarks Preservation Commission, which must approve in advance any alterations, reconstruction, demolition or new construction which affect the exterior of the building, as well as those interior areas which are specifically designated as local landmarks (i.e., the rooms, stairways and corridors on the first and second floors, and the Drill Hall). Landmarks review of the non-designated interior spaces is limited to a simple determination that work in these areas has no effect on the designated portions of the building. New York City Landmarks review follows a standard of historical appropriateness as interpreted by the Landmarks Commission, rather than the Secretary of the Interior's Standards. Depending upon scope of changes, review by the Commission may take place at a public hearing. For further information on these processes, see the Appendix 5 - Existing Physical Conditions Assessment.

While there are formal links between the SHPO and National Park Service reviews, New York City Landmarks review is an independent process with a separate staff, legal jurisdiction, review standards and procedures. Coordination among the various historic preservation reviews will be crucial for the Armory project, and ESD and DMNA will assist the selected developer in establishing liaisons with the involved agencies, as well as among the agencies themselves.

# P A R T    II

## A P P E N D I C E S





CONCERT IN THE DRILL HALL - FROM AN ENGRAVING



CIRCA LATE NINETEENTH CENTURY



## APPENDIX 1

### Description of Landmark Status

The Armory is listed in the National Register of Historic Places and the New York State Register of Historic Places. It also holds National Historic Landmark status, which is essentially a higher form of National Register listing. The entire exterior of the Armory, the interior of the Drill Hall and the ornamental period rooms on the first and second floors are also designated New York City landmarks. In addition, the Armory is located in the Upper East Side Historic District.

All architectural interventions to the Armory (including major repairs, restoration, alterations and/or additions) are subject to review by the New York City Landmarks Preservation Commission under the provisions of the New York City Landmarks Law, and by the New York State Historic Preservation Office under the New York State Historic Preservation Law. Additionally, federal historic preservation reviews are required for any interventions which involve federal funding or licensing or which seek certification for historic rehabilitation tax credits.

Historic preservation reviews at all governmental levels allow a reasonable amount of alteration to meet changing functional and technological needs, and to accommodate appropriate changes in use. However, they always consider the preservation of a building's historic appearance and materials to be of paramount importance.

## APPENDIX 2

### Historical Perspective of the Seventh Regiment Armory

*Armories*

The armory, a particularly American building type, evolved during the late nineteenth century in response to political and social circumstances. An armory is the military headquarters building and drill center used originally by the volunteer regiments maintained by each state and subsequently by the National Guard.

Historically, while the federal government required military service, it left the details of maintaining the militia to the states. By the early nineteenth century, compulsory service waned but membership in "volunteer" companies grew. These units, which attracted socially prominent and wealthy men, had equal status to the standing militia. However, they did not have permanent indoor facilities. Generally, these prestigious regiments drilled outdoors on town commons and public parks. From the beginning, these volunteers quelled riots, fought fires and kept the general peace as well as volunteered for service when the country was at war.

In addition to providing sufficient space for the drilling and training of an entire regiment, armory buildings housed offices, meeting rooms and storage, and often rifle ranges, for the administration of the regiment. Moreover, in order to attract volunteers, armories provided athletic facilities and social entertainment, including dances, lawn tennis games, teas and musicales for members and guests. To augment maintenance budgets, armories were often rented out for public gatherings.

The National Defense Act of 1916 federalized the state militias as reserve organizations for the U.S. Army. The need for armories after World War II diminished and many have been razed or decommissioned and converted to other uses. Armories continue to provide facilities for the National Guard as well as venues for other activities requiring large spaces, such as athletic events, social service functions and exhibitions. Armories have become notable as places for art shows, the most famous, or perhaps infamous, one being the 1913 International Exhibition of Modern Art (now known as the Armory Show) which took place at New York's 69th Regiment Armory at Lexington Avenue and 25th Street when Marcel Duchamp's *Nude Descending a Staircase* was shown.

### The Seventh Regiment Armory

The Armory is the most architecturally, historically and socially significant and influential armory in New York State, and most probably in the United States. Designed by Charles W. Clinton, a member of the socially prominent Seventh Regiment, and built between 1877-81 with private funds, this building became the prototype for armories both for its functional plan and architectural imagery. Instead of using a simple rectangular plan, Charles W. Clinton devised an innovative solution to address the needs of the Armory's program. He connected two structures – traditional multistoried building ("Headhouse") to contain administrative and social areas, and a one-story drill shed ("Drill Hall" or "Drill Room") for military training. This creative plan, in addition to Clinton's use of medieval exterior design motifs, provided inspiration for New York State's and the nation's subsequent armory construction program. In addition, according to the NYC Landmarks Preservation Commission, "Together with the Drill Room,...the interiors of the Seventh Regiment Armory represent the height of American interior design within a single building, for a 'single' (in this case, military) client, during a period of fifty years."

### *The Building*

While much of the Armory remains as it was designed by Charles W. Clinton, several major and numerous minor alterations have occurred, inside and out. In 1909-11, architects Robinson and Knust almost doubled the amount of working floor space by inserting mezzanine levels on the first and second floors, raising the third floor a full story and adding a fourth floor. On the exterior of the Headhouse, the upper portion of the central tower was removed and crenellation was added, as well as other changes. In 1928-29, a fifth floor was added to the armory for a new gymnasium, creating space on the fourth floor for new dining and social spaces, decorated in a Tudor Revival/Arts & Crafts style in 1930-31.

### *The Interior*

The significance of the interior of the Headhouse and drill shed cannot be overstated. To quote the NYC Landmarks Preservation Commission, "As an ensemble, the regimental and company rooms of the Seventh Regiment Armory are a nationally important collection of high-style interiors, designed to reflect the late-Victorian taste of the late 1870s and early 1880s, with decorative sensibilities of the Aesthetic Movement, and woodwork mostly in the Renaissance Revival style." These rooms were designed and decorated by some of New York's (and America's) most important design and interior decoration firms on a level of the highest elegance and scale, few of which survive in New York City. The Drill Room, at approximately 200 by 300 feet, is significant in the history of American engineering. At the time it was completed it was one of the largest unobstructed interiors in New York City. It is thought to be the oldest extant "balloon shed" (a barrel vaulted-shaped roof supported on visible trusses or ribs) in America. The Armory's roof structure was more advanced than that at the Grand Central Depot (1869-71), upon which it was based.

### Period Rooms

The Headhouse contains some of the most important surviving late nineteenth-century period rooms in the country. Design firms such as the Herter Brothers, Associated Artists with Stanford White, Pottier & Stymus, Alexander Roux & Co., and George C. Flint & Co were hired to lavishly decorate the Entrance Hall, central Stair Hall and corridors, reception rooms on the ground floor and each of the rooms for the ten original companies of the Regiment on the second floor.

Among these magnificent rooms, two are exceptional. Those are the Veterans' Room and the adjacent Library designed by the short-lived but influential decorating firm Associated Artists (which included Louis C. Tiffany) with architect Stanford White of McKim, Mead and White. These rooms, with their profusion of exotic ornament, are generally considered to be among the most significant and beautiful surviving interiors of the American Aesthetic Movement. Herter Brothers, another stellar decorating firm, decorated the Reception Room, the Board of Officers Room, and the Colonel's Room. Upstairs, Pottier & Stymus designed four of the ten company rooms. Architect Sidney V. Stratton, a member of the Regiment, designed the Company K room, which was executed by the prominent decorating firm of Kimbel & Cabus and is a rare surviving intact interior in the Queen Anne style. Connecting all these rooms is the magnificent Entrance Hall, Stair Hall and corridors were designed by the architect of the Armory and carried out by the firm of George C. Flint & Co. The Drill Room features eleven elliptical wrought-iron arches, each spanning over 187 feet. On the fourth floor the 1930-31 Mess Hall, now a restaurant, and adjoining room are well-executed examples of the Tudor Revival/Arts & Crafts Style.

The Armory contains a variety of late nineteenth century finishes including carved woodwork, cabinets, fireplaces, doors and door hardware, chandeliers, light fixtures, stained-glass window screens, stair railings, radiators, affixed paintings, textiles and attached decorative elements. Some of these surfaces have been decoratively painted and stenciled.

### Special Collections

The Seventh Regiment accumulated and received many important paintings, prints, sculptures, silver, weapons and other artifacts related to its military history. Around 1911-14 the Library on the ground floor of the Armory was set up as a regimental museum to display trophies, uniforms, silver, etc. This extraordinary collection, valued in the millions of dollars, is housed in the Library and throughout the Armory's other spaces as well. The collection has been maintained and curated since 1952 by the Seventh Regiment Fund, Inc., a non-profit entity, but the ownership of some of the items is disputed by the State of New York.

Uses

*Original*

The Armory provided the Seventh Regiment, often referred to as the "Silk Stocking Regiment," with adequate space for the drilling and training of the entire Regiment (approximately 1,000 men), and also with offices, meeting rooms and storage. In addition, the building contained a rifle range, a library, reception room, individual company rooms, mess rooms, kitchen facilities, a band room, gymnasium, and a memorial room. To attract and maintain its elite membership, the Seventh Regiment hosted social events for its members and their guests including Saturday night dances, lawn tennis games, teas and musicales. In fact, the Drill Room was often used for balls, concerts and other celebrations sponsored by the Regiment or by other organizations which rented the space. The Drill Room has also been used by the Knickerbocker Greys, a drill class for boys, and the Seventh Regiment Tennis Club, both founded in 1881.

## APPENDIX 3

**Neighborhood, Community and Development Trends**

### *Neighborhood*

The immediate neighborhood of the Armory, north of 57th Street and east of Fifth Avenue, is among New York City's most affluent residential communities. This area is part of the New York's Upper East Side. The area can be divided into three distinct neighborhoods, north of 57th Street, as well as the area immediately surrounding the Armory. The three neighborhoods are:

- · Park Avenue/Lexington Avenue
- · Fifth/Madison Avenue
- · Lexington/Third Avenue

Throughout these neighborhoods, historic single-family townhouses are interspersed among mid-and high-rise apartment buildings. There is a strong retail and cultural component which includes high-end department stores, boutiques, restaurants, and museums.

Following is a map and description of the area immediately surrounding the Armory followed by a description of each of the aforementioned neighborhoods.



## PARK AVENUE/LEXINGTON/LEXINGTON AVENUE

### AREA IMMEDIATELY SURROUNDING THE ARMORY

The area immediately surrounding the Armory is defined as the area between Park and Lexington Avenues, on the East and West; and between East 65th and 69th Streets, on the North and South. This area is primarily an upper-middle class residential community with mid-rise to high-rise condominium and co-op development, particularly along Park Avenue and Lexington Avenue. The apartment complexes in this area are eight (8) to thirteen (13) stories and were constructed in the 1920s and 1930s.

Almost all the apartment complexes have street level commercial space. Along Park Avenue and 66th and 67th Streets, this space is leased primarily to doctors, whereas along Lexington Avenue, it is leased to boutique and national tenant retailers.

This area is particularly well known for its educational and cultural institutions. Just north of the Armory is the Hunter College campus. Further north on 71st Street and Park Avenue is the Asia Society. South of the Armory is the St. Vincent - Ferrer Church on the corner of 66th Street and Lexington Avenue, with an entrance along Lexington Avenue.

### PARK AVENUE/LEXINGTON AVENUE (NORTH OF 57TH STREET)

The area between Park and Lexington Avenues and north of 57th Street is primarily residential with street level retail along Lexington Avenue. High-rise office towers in the East 50s transition into high-rise and mid-rise condominiums, co-ops and multifamily apartment complexes north along Park and Lexington Avenues. In the 1920s and 1930s Park Avenue was among the first areas of New York to be developed with apartments for the truly affluent.

Aside from the upper-middle class residential community, this area is also home to a number of educational and cultural institutions. In addition, the Society of Illustrator's Museum and the Museum of American Illustration, located between Park and Lexington Avenue on East 63rd Street, host many art events that are open to the public annually. Other nearby attractions promoting the cultural aspect of this community include the China House Gallery and the Sylvia and Danny Kaye Playhouse.

*FIFTH/MADISON AVENUES*

FIFTH/MADISON AVENUE (57TH STREET AND NORTH OF 57TH STREET)

West of the Seventh Regiment Armory are Madison and Fifth Avenues. This area includes a mix of commercial, retail, residential and cultural uses. This is a prime residential neighborhood with high-end retail along Madison and Fifth Avenues. The prestigious destination retailers include Barney's New York, Coach, Armani, Calvin Klein, Prada and Donna Karan and big box national retailers such as the Disney Store, Warner Brothers, Niketown, and the NBA Store.

Tenants of luxury residential units along Fifth Avenue and adjoining streets are attracted to this neighborhood due to its proximity to Central Park; the high-end retail of Madison Avenue; and the area art galleries, antique stores and museums. Madison Avenue is home to the American Academy of Arts, an educational institution that hosts art exhibitions year round drawing a large audience, especially artisans from all over to the world. Along Fifth Avenue from 83rd to 104th Streets, is Museum Mile, which includes nine world-class museums including the Metropolitan Museum of Art and the Solomon R. Guggenheim Museum.

*LEXINGTON/THIRD AVENUES*

LEXINGTON AVENUE AND THIRD AVENUE (NORTH OF 57TH STREET)

East of the Armory are Lexington and Third Avenues. The concentration of street level retail is greater in this area than in areas closer to Central Park. The upper floors of these buildings are typically multi-family residential.

Retailers in the area include Bloomingdale's, Banana Republic, Ann Taylor, and Crate and Barrel, along with smaller specialty retailers are situated along both Lexington and Third Avenues. Lexington Avenue also has distinguished antique shops and art galleries.

*Community*

The Armory is located in Community District Eight (8). Community interest in the area immediately surrounding the area is strong, especially with regard to the Armory. To ensure that Armory stakeholders' interests are known, an Armory Advisory Council has been created by the Governor. This Advisory Council is chaired by the Chairman of the Empire State Development Corporation and consists of representatives from the Governor's Office; the New York State Division of Military and Naval Affairs; the New York State Office of Parks, Recreation and Historic Preservation; the New York State Division of the Budget; the New York State Office of General Services; the Mayor's Office of the City of New York; the Seventh Regiment Fund; the Veterans of the Seventh Regiment; the East 66th and 67th Street Block Association; the New York State Council on the Arts; and up to seven additional members to be appointed by the Governor.

In addition to Arts Council, there are other groups who have expressed interest in the outcome of the redevelopment of the Armory, including: Community Board 8, Knickerbocker Greys, Lenox Hill Neighborhood House, Hunter College, E. 66th & 67th St. Block Association, Senator Roy Goodman (Distr. 26), Assemblyman John Ravitz (Dist. 73), Councilwoman Eva Moskowitz, Friends of the Upper East Side, and Municipal Arts Society.

### Area Development / Redevelopment Trends

Redevelopment of existing sites in Manhattan has surged in the last few years. A number of significant projects in Manhattan include the recently completed revitalization of Grand Central Station, the completed renovation of the Central Branch of the New York Public Library, the pending conversion of the 14th Street Armory, and the recent redevelopment of the Museum of Modern Art.

### GRAND CENTRAL TERMINAL

- Redevelopment of Grand Central Terminal is truly an example of a joint effort by the public and private sectors. Grand Central Terminal is a major entrance for all suburban trains from the north of Manhattan, as well as a major subway hub. The redevelopment plan included extensive improvements and upgrades of the Terminal's utilities, physical plant, structural systems, entrances and exits and passageways; restoration and conservation of landmark areas and historic elements; and enhancement of retail and restaurant space.

### NEW YORK PUBLIC LIBRARY

- Restoration of the Central Branch of the New York Public Library started in 1981. This multi-phased project was aimed toward returning the Library to its original grandeur while incorporating sophisticated technologies for exhibition, storage, and information retrieval.

### 14TH STREET ARMORY

- Located on West 14th Street between Sixth and Seventh Avenues, this armory site is one of the largest undeveloped sites in the Chelsea Sixth Avenue/Seventh Avenue corridor. ORDA Management is the developer for this project and the plan is to develop the Armory site as a mixed-use project, primarily composed of destination retail and residential components.

### MUSEUM OF MODERN ART

- The expansion of the Museum of Modern Art is currently underway. The MoMA expansion involves adding approximately 230,000 square feet of space through acquiring a contiguous hotel. The architect selected to design this new building is Yoshio Taniguchi.

### *Development Proposed Or Under Construction*

RETAIL, OFFICE AND HOTEL

Currently, there are approximately 220 million square feet of office space in Midtown Manhattan. Due to corporate expansions, demand for commercial space continues to be strong. To meet market demand, new construction is surging in Midtown. It is estimated that 2.3 million square feet of new office space are currently under construction. Much of the new space is in Times Square; an area that has undergone enormous transformation in the last few of years. Some recent and proposed retail, office and hotel developments in Midtown Manhattan include the following projects:

- *Four Times Square:* Construction of a 1,400,000 square foot office tower with 120,000 square feet of retail space. The site, located at the Northwest corner of Sixth Avenue and 42nd Street, is expected to be completed by end of 1999. This building will be occupied by Skadden Arps and Conde Nast.
- *Retail and entertainment complex in Times Square:* Mixed-use development of a 335,000 square foot entertainment and retail complex which will include a 455-room Doubletree Hotel, a 26-screen AMC movie theater, and a Madame Tussaud's wax museum. The retail and entertainment project is expected to be completed by the end of 1999; the hotel in 2001.
- *Seven Times Square (42nd Street and Eighth Avenue):* Development of an 871,000 square foot, 45-story project. The site will include an 860-room luxury Westin New York at Times Square Hotel, a 90,000 square foot Sony Theater, a virtual reality amusement center, restaurants and retail outlets. The project is expected to be completed in 2002.
- *Three-Times Square:* Construction of a 748,000 square foot, 30-story office tower with 80,000 square feet of retail outlets at the northwest corner of Seventh Avenue and 42nd Street. The building will serve as the headquarters of Reuters. The project is expected to be completed by 2001.
- *South West and East Towers:* Boston Properties is in the process of constructing two new buildings at Times Square (the southwest corner of 7th Avenue and 42nd Street). The South West Tower (5 Time Square), a 37-story, 1 million square-foot office tower for Ernst & Young LLP, is to be completed by 2002. The South East Tower will be constructed to house multi-tenants and commence upon completion of sufficient pre-leasing.
- *Port Authority Bus Terminal:* Mixed-use development of 1 million square feet which will incorporate and renovate the existing bus terminal and retail space; and also add a new office tower above the existing base. The project is expected to be completed by 2003 or 2004.
- *Pennsylvania Station:* Conversion to a 1.4 million square foot mixed-use development including a world class train station for Amtrak and a 250,000 square foot destination retail entertainment center with attached office space. Expected completion of this project is 2003.

- *One Rockefeller Plaza West:* Development of 967,700 square feet of office and 67,480 square feet of retail space at the site on Seventh Avenue, between 49th Street and 50th Street. There will be direct interior connection to Rockefeller Center concourse and in-building access to the subway. It is expected that the 967,700 square feet of office space will be available by 2001.
- *383 Madison Avenue:* Development of a 1.2 million square foot building that will be occupied by Bear Stearns. The company has a long term ground lease negotiated at this site.
- *300 Madison Avenue:* Speculative plans call for the complete demolition of the current structure for construction of a one million square-foot tower. The site is located at the Southwest corner of 42nd Street.
- *Columbus Center:* The New York Coliseum site is being developed by Related Companies. The 2.7 million square foot mixed-use project is being developed into a 307-room luxury hotel; 940,000 square feet of office (744,000 SF for Time Warner's World Headquarters); 73,000 square feet for restaurant use; 325 residential condominium units; 510,000 square feet of retail space, and a 1,100-seat Jazz@Lincoln Center performance/rehearsal/teaching facility.
- *Henry Hudson Hotel:* the redevelopment of the 800-room hotel at 356 West 58th Street by Ian Schrager and Northstar Capital caters to the more rate sensitive traveler. The hotel is currently under renovation and is scheduled for completion by mid-year 2000.
- *Hotel Sofitel:* The Hotel Sofitel at West 44th Street between Fifth and Sixth Avenues is under construction. The hotel will have 400 rooms in a 30-story curved tower flanked by two rectangular 20-story wings. It is expected to open in 2000.
- *The Premiere at Broadway Millennium:* Addition of 125 rooms to the existing Broadway Millennium at 133 West 44th Street. The addition is called The Premiere at the Broadway Millennium.
- *Bryant Park Hotel:* Redevelopment of the landmarked American Radiator Building at 40 West 40th Street, between Fifth and Sixth Avenues into a boutique 140-room Bryant Park Hotel.
- *Regent Hotel:* The proposed 375-room hotel will be part of a proposed 58-story, 800,000 square foot, mixed-use retail/residential building located at 1731 Broadway, between 55th and 56th street.

RESIDENTIAL

Despite a tight residential market with a very low vacancy rate, new construction in the market is rare in the Upper East Side, primarily due to the lack of available development sites. One of the more recent new additions in the area is the construction of a 39-unit condominium at 515 Park Avenue.

### TRANSPORTATION AND ACCESS

*Public Transportation*

The area is well served by a variety of transportation modes typical of Manhattan. The New York City Transportation Authority's Lexington Avenue line is accessible via stations along Lexington Avenue at E. 68th Street and E. 63rd Street. Both of these stations are within a reasonable walking distance of the Seventh Regiment Armory. In addition to subway accessibility, Metropolitan Transportation Authority (MTA) buses traverse the area, with the most proximate bus stops located at the intersection of 67th and 68th Streets and Park and Lexington Avenues. There is also a southbound Lexington Avenue bus.

*Parking*

On-street parking is provided along most roadways within the study area. Many of the on-street spaces are controlled by parking meters, with a significant portion of the curbside space along the east/west roadways designated as no stopping/standing or loading zones. The on-street parking that is publicly accessible is heavily utilized throughout the day by area residents, employees, students and visitors. Publicly accessible off-street parking facilities are limited, with a majority of the off-street parking garages being private and reserved for the use of the residents of the buildings within which they are located.

### ACCESS VIA NORTH/SOUTH ARTERIALS

*Park Avenue*

Park Avenue spans virtually the entire length of Manhattan from terminating in the north with Harlem River Drive at E. 135th Street to its southern terminus from which it continues south as Lafayette Street into lower Manhattan. A near-direct connection to Park Avenue from the Brooklyn Bridge is afforded via Lafayette Street, with less direct, simple connections afforded to the Manhattan Bridge and the Williamsburg Bridge. To the north, Park Avenue terminates in direct ramps to the southbound lanes of the Harlem River Drive, with less direct but simple connections to the Triborough Bridge and the northbound lanes of the Harlem River Drive.

In the vicinity of the Armory, Park Avenue carries both northbound and southbound traffic on a divided roadway. Three (3) travel lanes are provided on both the northbound and southbound sides, with on-street parking allowed on the outside curb lines in both directions. The northbound and southbound lanes are divided by a partially landscaped median approximately 35 feet in width.

All of the cross street intersections along Park Avenue in the vicinity of the Armory are controlled by traffic signals. Left and right turning movements are allowed to and from the cross-streets, restricted only by the one-way travel directions on the cross-streets. The openings in the median serves as a staging and queuing area for left turns from Park Avenue to the cross-streets, minimizing the impact of turning movements on the flow along the mainline lanes.

*Lexington Avenue*

Lexington Avenue spans a significant portion of Manhattan terminating in the north at Harlem River Drive and in the south at Gramercy Park at E. 21st Street in lower Manhattan. Lexington Avenue is a one-way southbound roadway with three (3) travel lanes. The middle lane is striped as a fire lane for the passage of emergency vehicles. In the vicinity of the Armory, a mix of restricted and metered parking is allowed on the eastern curbline of the roadway, while time-restricted parking and loading zones occupy a majority of the western curbline of the roadway. This on-street parking and loading activity is in addition to the three travel lanes.

ACCESS VIA EAST/WEST ROADWAYS

As is typical throughout Manhattan, a majority of the east/west roadways are one-way, in alternate directions with odd numbered streets traveling westbound and even numbered streets traveling eastbound. The east/west roadways in the vicinity of the Armory typically are striped for two travel lanes per direction, with on-street parking allowed on one side only. However, observations indicate that a significant amount of illegal stopping, standing and parking typically reduces these roadways to one effective moving lane, with stopped and parked vehicles on both sides.

The east/west roadways adjacent to the Armory deviate from the typical alternating east/west pattern. Both E. 66th and E. 67th Streets accommodate westbound traffic, while both E. 64th and E. 65th Streets accommodate eastbound traffic. This is due to the configuration of the E. 65th Street Transverse Roadway through Central Park. Along the eastern edge of the park, the westbound park entrance is aligned with the intersection of E. 66th Street with Fifth Avenue, while the eastbound park exit is aligned with the intersection of E. 65th Street with Fifth Avenue.

To accommodate the alignment of the Transverse Roadway, the directionality of E. 65th and E. 66th Streets are reversed from the typical pattern described above. The result is that no roadway passes adjacent to the Seventh Regiment Armory in an easterly direction.

TAXI/LIVERY STAGING AREAS

Due to the density of the development in the area, curbside space for the staging of taxis and other livery vehicles is extremely limited. Most of the buildings in the area, particularly the Armory, are constructed out to the right-of-way line, and are separated from the street by pedestrian facilities. Creation of lay-by areas adjacent to the Armory may not be feasible due to the space limitations along the building fronts. Utilizing the existing curbside space currently set aside for parking and loading activities as pickup and drop off zones during Armory activities appears to be a viable solution which would have only a minimal effect on parking availability in the area.

## APPENDIX 4
### Site Description and Survey

The Armory is located east of Central Park in Midtown Manhattan. Bounded on the east by Lexington Avenue, a one-way southbound roadway, and on the west by Park Avenue, a two-way divided roadway; to the north and south it is between 67th and 66th Streets, respectively, both of which accommodate one-way westbound traffic flows. The Armory is the single building on this parcel, and occupies the entire block.

The Armory site area is approximately 200 feet in the north/south direction, and 400 feet in the east/west direction. The overall building dimensions vary along the length and width of the structure due to architectural outcroppings and alcoves, as well as stairways. The primary entrance to the building is located along Park Avenue in the approximate center of the western building face. Secondary entrance portals exist on the eastern side of the building, with fire escapes located on the northern and southern building faces.

The sidewalk along the western side measures approximately 20 feet in width. This total width is reduced in a number of locations due to protruding stairways, curbside plantings and other street furniture such as street signs and traffic signal standards. The sidewalks on the remaining three sides of the building are approximately 10 feet in width, with similar reductions in effective width due to outcroppings and street furniture. These sidewalks cover the entire area between the building faces and the roadway curb lines.

Specific details of the building and site configuration are indicated on the attached survey.

## APPENDIX 5

**Existing Physical Conditions Assessment**

*(Exhibits and additional information are available as necessary)*

Exhibit 5A – Hazardous Materials Report

Exhibit 5B – Building Systems Assessment

Exhibit 5C – Architectural Assessment

Exhibit 5D – Architectural Plans

Exhibit 5E - Historic Preservation - Summary of Existing Conditions

**Exhibit 5a**

**Hazardous Materials Report**

A review of historic and regulatory agency records was undertaken for the purpose of identifying specific features or areas of the Armory that might warrant concern with regard to environmental contamination.

*Historical Conditions*

The Armory was completed in 1881. Pre-existing site conditions are not known. The project site has been operated continuously for 120 years as an armory. No Sanborn Map review was conducted.

Surrounding Uses of Environmental Concern/Regulatory Agency Review

Government agency records were reviewed for petroleum and hazardous materials storage, hazardous materials spills, and illegal dumping activities. The radius search was conducted for the purposes of determining problem sites that could impact the project site due to migrating contamination through soil, groundwater, and/or air. The following is a summary of federal and state agency records; locations within 1/8 mile of the project site are indicated in Figure 1 below, and summarized in Table 1.

*Federal Records Review*

The following resources were reviewed to determine the existence of hazardous waste generators on the project site, 643 Park Avenue:

- Federal NPL (National Priorities List) site list
- Federal CERCLIS (Comprehensive Environmental Response, Compensation and Liability Information System) list
- Federal RCRA (Resource Conservation and Recovery Act) TSD (Treatment, Storage, and Disposal) Facilities list
- Federal RCRA Generators list

THE SEVENTH REGIMENT ARMORY ON PARK AVENUE

While the federal records search indicated that the project site does not appear on any federal database, the search revealed that there are three RCRA generators adjacent to or within 1/8 mile of the project site. A RCRA generator is a classification given to facilities that generate a certain amount of hazardous waste on a monthly basis; however, no improper disposal is implied by this listing. Conditionally exempt small quantity generators and hazardous waste transporters include Lex Merit Cleaners at 880 Lexington Avenue, and Oxford Cleaners at 847 Lexington Avenue. Hunter College, located at 695 Park Avenue, is a small quantity generator of ignitable, corrosive and reactive wastes, arsenic, chromium, lead, mercury, silver, selenium, carbon tetrachloride, chloroform, and spent halogenated and non-halogenated solvents.



| Source:<br>Environmental Data Services, Inc. | Federal and State Database Search<br>1/8 Mile Radius |
|---|---|
| | Figure 1 |
| Empire State<br>Development<br>Corporation | |
| Ernst & Young<br>Kenneth Leventhal | Park Avenue Armory Project<br>643 Park Avenue<br>New York, NY |
| Edwards<br>and Kelcey | Not To Scale |

*Figure 1*



*Table 1*

*Federal and State Database Search*

*At or Less than 1/8 mile from and Higher than 643 Park Avenue*

| Direction from Site | Location, Fig.1 | Address | Database File Listing |
|---|---|---|---|
| | A | Park Avenue Armory 643 Park Avenue | 4,000-gallon UST, vaulted, with access 2,000-gallon UST, closed and removed 275-gallon AST, reportedly removed LUST – tank overfill (cleanup ceased 2/13/89); tank test failure, 3/27/97 |
| WSW | 4 | 116 East 66th Street apartment building | 7,000-gallon UST, vaulted, with access |
| North | 5 | Millan House 115 East 67th Street apartment building | 5,000-gallon UST, vaulted with access |
| South | B3 | 131 East 66th Street apartment building | 10,000-gallon UST, vaulted, with access |
| SSE | B6 | 139 East 66th Street apartment building | 5,000-gallon UST, vaulted, with access |
| WNW | C7 | Park and 66th Corp. 630 Park Avenue apartment building | 10,000-gallon UST, vaulted with access |
| West | C8 | BHS 640 Park Avenue | LUST - tank overfill (cleanup ceased 2/15/95) |
| East | D9 | NYPD 19th Precinct 153 East 67th Street | 3,450 gallon UST, unlead gasoline LUST - tank test failure, 7/18/95 |
| East | D11 | Engine Co. 39/Ladder Co. 16, 157 East 67th St | 1,080-gallon UST, diesel 2,500-gallon UST, diesel |
| SSE | 12 | Lex Merit Cleaners Corp | Conditionally Exempt Small Quantity Generator, Hazardous Waste Transporter |
| South | 13 | Oxford Cleaners 847 Lexington Avenue | Conditionally Exempt Small Quantity Generator, Hazardous Waste Transporter |
| SSW | 14 | 119 East 64th Street | LUST - tank overfill (cleanup ceased 3/27/92) |
| North | E15 | Hunter College 695 Park Avenue | Small Quantity Generator, one violation (6/5/85 Date of Compliance), 15,000-gallon UST (closed), 15,000-gallon UST (closed), 15,000-gallon UST (closed), 275-gallon AST, 275-gallon AST |
| SW | F16 F17 | 603 Park Avenue | LUST – tank overfill (cleanup ceased 10/12/92); tank overfill (cleanup ceased 4/21/92) |

UST – underground storage tank

AST – above ground storage tank

LUST – leaking underground storage tank

### State Records Review

The following state records were reviewed to determine the presence of hazardous waste at the project site and within the established search radii:

- State Hazardous Waste Site list
- State Landfill/Solid Waste Facilities list
- State Storage Tank lists
- Toxic Release Inventory (TRI)
- Facility Index System (FINDS)
- Air Discharge Facilities
- Toxic Wastewater Discharges
- Spill Information Database

Three tanks are listed at the project site on the NYSDEC Petroleum Bulk Storage (PBS) Underground Storage Tank (UST) and Aboveground Storage Tank (AST) lists. The relative location of these tanks is presented in Figure 2 below.

A 4,000-gallon steel/carbon steel UST, vaulted, with access, is located in the basement of the armory. This tank, installed in July, 1968, is used to store No. 1, 2 or 4 fuel oil.

According to the state database, a 2,000-gallon steel/carbon steel UST, installed in 1960 and used to store unleaded gasoline, was closed and removed in April, 1994. According to the Division of Military and Naval Affairs (DMNA), actually two (2) 500-gallon tanks were located on the exterior of the building along East 67th Street near the intersection with Lexington Avenue. Soil samples taken in the tank excavation area indicate that the constituent levels were well under the regulatory limits established by the New York State Department of Environmental Conservation ("NYSDEC").

A 275-gallon AST on saddles, legs, stilts, or cradle, installed in 1975 to store diesel, is currently out of service.

The NYSDEC Spills Information Database identified the project site on the Leaking Underground Storage Tank (LUST) list. A tank overfill on January 6, 1989 resulted in three inches of oil in the elevator shaft. The file for this event was closed in February 13, 1989, following site cleanup. No additional information regarding this event is available from DMNA. A tank test failure was noted on March 27, 1997. According to DMNA, the vent for the 4,000-gallon tank was found not to be tight.

The NYSDEC PBS Database identified 45 USTs within ¼ mile of the project site. Most USTs are located within apartment buildings in this predominantly residential neighborhood. As indicated in Table 1, of the eight USTs located within 1/8 mile of the project site, five are tanks in apartment buildings (ranging in capacity from 5,000 to 20,000 gallons). Diesel and unleaded gasoline tanks (including both USTs and ASTs) are located at the NYCPD 19th Precinct at 153 E/ 67th Street, Engine Co. 39/Ladder Co. 16 at 157 East 67th Street, and Hunter College at 695 Park Avenue. Locations of adjacent tanks are indicated in Figure 2.



*Figure 2*

The NYSDEC Spills Information Database lists 46 Leaking Underground Storage Tank (LUSTs) Incident Reports within a ½ mile of the project site. Most LUSTs were associated with tank tightness testing failures and overspills from oil deliveries. The files have been closed on most of these events. As indicated in Table 1, five LUST sites are located at or within 1/8 mile of the Park Avenue armory (14 are located between 1/8 and ¼ mile of the site and 27 are located between ¼ and ½ mile of the site).

### Local Records Review

A record search from the New York City Fire Department (NYCFD) indicates that no record of underground storage tanks at this location.

### Existing Conditions

The project site is located in a densely developed urban area dominated by Hunter College to the north and multi-story apartment buildings with ancillary commercial services, medical offices and public facilities including the NYPD's 19th Precinct and Engine Co. 39/Ladder Co. 16 to the east, south and west.

The Armory is located on the block bounded by Park Avenue, Lexington Avenue, East 66th Street and East 67th Streets, with the main entrance to the five-story Headhouse at 643 Park Avenue. There is a secondary entrance to the single-level Drill Hall on Lexington Avenue. The following military purposes and ancillary functions historically have been housed and/or continue to operate:

- Social organization or clubhouse for voluntary members of the Seventh Regiment. Reception areas on the first floor provide meeting rooms. Additional clubrooms and lounges are located throughout the building.
- The fourth floor mess, now leased and operated as a restaurant. The restaurant is closed during summer months.
- Offices and meeting spaces for various military companies. These second floor offices are now operated on a full time basis by the National Guard. Recruitment offices are located on the first floor.
- A homeless shelter, operated by the Lenox Hill Neighborhood House, a city subcontractor, on the third and fifth floors. The fifth floor was previously operated as a gymnasium.
- Rifle firing range, located in the basement. This facility, used exclusively by the Seventh Regiment Rifle Club as a leasee, is no longer operational.
- The 31,000-square foot drill floor, used by the National Guard one weekend each month. Between Labor Day and June, this area is leased as exhibition space for various shows including the art, rare book and antiques shows and other events.

A site inspection was conducted July 22, 1999 with the Armory superintendent. Maintenance of the third and fifth floors is by the Lenox Hill Neighborhood House and not state personnel. A representative portion of the rooms was inspected. Areas not investigated included the rifle firing range and the adjacent kitchen in the basement and the restaurant and kitchen on the fourth floor. The following information does not constitute a full Phase I environmental site assessment (ASTM Standards on Environmental Site Assessments for Commercial Real Estate, Standard E 1527-94 and E 1528-93).

Major renovations were conducted in the early part of the century to install electricity and to rewire the gas lighting lines and electrify chandeliers. The building is heated via a dual heating system with natural gas supplemented by fuel oil when ambient temperatures reach 13 degrees Fahrenheit or below. The original system was coal-fired. Low pressure steam heat is delivered to radiators via a two pipe network. A 4,000-gallon vaulted fuel oil tank (UST) in the basement is used to power the backup system. A vault provides secondary containment around this UST. No floor drains were observed in the vaulted space. Steam pipes to the exhibition floor are located in a lighted pipe tunnel along the north side of the building. Wall-mounted natural gas space heaters are located throughout the drill floor / exhibition area.

Although there is no central air conditioning, several of the offices and function rooms have individual window air conditioning units. The fourth floor restaurant is air conditioned. Due to Landmark status, fire sprinklers have only been installed in the basement. There are no backflow prevention devices on the fire sprinkler system. All domestic water service to the building is pumped from the basement via two pumps to a tank on the roof. A 3,000-pound capacity electric elevator services all floors. A sidewalk elevator on East 67th Street is no longer operational. An emergency generator previously located in the basement kitchen, was removed one year ago.

Because of the Landmark status of the building, only limited fluorescent lighting with potential PCB-containing ballasts (pre-1978) have been installed. Emergency lighting is provided in the Homeless Shelter on the third and fifth floors. It is presumed that these units are battery operated.

Lead dust testing was conducted in the rifle range and the adjacent kitchen entrance in 1997. Samples exceeded EPA and HUD criteria for lead-in-dust for floors. DMNA has closed both the kitchen and rifle range to public access.

Asbestos has historically been used as roofing material, as an insulation material on steam piping, as floor tiling, and as fire proofing. According to information obtained from the DMNA, asbestos abatement has been conducted in the boiler room, kitchen, and pipe tunnel along the East 66th Street side. All asbestos has not been removed from the basement area. Definitive testing has not been accomplished for the entire basement.

### Areas of Concern

While not specifically indicating a contamination problem, based on what is known about the site, the following observations were made:

Lead contamination in the rifle firing range has been documented. The range and adjacent basement kitchen have been closed to prevent exposure to this hazardous material.

No building-wide asbestos study or abatement plan has been conducted. Although asbestos abatement projects have been conducted in the basement and within the pipe tunnel, it is likely that asbestos-containing pipe insulation may be found on upper levels of the building and may continue to be found in the basement. Suspect asbestos-containing building material (ACBM) may be found in floor tiles and ceiling panels in the locker areas on the fourth floor, within second floor additions constructed out over the drill floor area, and above the vaulted underground storage tank in the basement.

Due to the age of the building, lead-based paints may be assumed to be located throughout. Leaded glass panes may be integral portions of stained glass decorative art.

Vehicles are routinely driven throughout the drill floor/exhibition hall. Although no vehicle maintenance is conducted at the present time, historical vehicle maintenance activities on or adjacent to the drill floor could have had the potential to adversely affect subsurface soils if the flooring were not competent. To the best of DMNA's knowledge, vehicle maintenance has never been conducted on the drill hall floor and they are not aware of any hazardous materials spills in this area. There are no floor drains on the drill floor.

Two 500-gallon gasoline USTs (mistakenly listed by NYSDEC as one 2,000-gallon tank), located in the yard at the corner of East 67th Street and Lexington Avenue, were removed in 1994. A 275-gallon AST located in the basement kitchen is scheduled for removal in August, 1999. Both areas should be evaluated to determine if past use has adversely affected site conditions. The 4,000-gallon UST failed a tank tightness test in March, 1997. Although DMNA documentation indicates that the vent pipe was found to not be tight and that there were recommendations that the vent be replaced and retested, there is no conclusive evidence in the files that such work was conducted.

A floor drain observed in the paint storage area in the basement has been blocked with duct tape. It is not clear where this line discharges.
Routine pesticide application is conducted along the exterior of the building.

## APPENDIX 5B

### Building Systems Assessment

*The following section contains descriptions of the building's HVAC, electrical, plumbing, and fire protection systems.*

### 1. Mechanical and HVAC Systems

### HEATING SYSTEM DESCRIPTION

Two-pipe low pressure steam consisting of two (2) cast iron sectional boilers fired by dual fuel combination burners for #2 grade fuel oil and natural gas. The gas service which is the primary fuel is interruptible and therefore the burners are fired with #2 fuel oil whenever the outdoor air temperature gets below a temperature determined by the utility company. (Usually 20-25 degrees F.)

Steam distribution from the boilers is through an 8" low pressure steam main in the boiler room that splits into two (2) 6" and one (1) 1 ½" sub mains to the building radiation. Low pressure steam condensate return from the radiation is taken back to a duplex vacuum pump set in a pit at the basement level. The condensate is collected in the storage receiver of the duplex vacuum pump set where it is then pumped over to the receiver of the boiler feed pumps and receiver set which is located in a room adjacent to the boiler room in the basement. The boiler feed pump set contains two (2) pumps one for each boiler that returns the condensate back to its respective boiler on a call from the boiler low water level pump control.

A four (4,000) thousand gallon fuel oil storage tank is located in a storage room adjacent to the boiler room.

The low pressure steam mains and condensate return lines are located at the ceiling of the basement where they are exposed and within pipe tunnels in portions of the building where there is no basement beneath the First Floor. Branch pipe risers extend vertically from the basement up to the radiation located on the upper floors of the building.

Radiation in the building consists of cast-iron sectional wall mounted type, floor mounted cast-iron column sectional, floor mounted vertical pipe mounted into cast iron headers, and horizontal propeller unit heaters which are located mainly in the drill hall. There is a door blower-heater for the garage door of the Drill Hall.

The boilers, vacuum pump set and boiler feed pump set appear to be in fair to good condition. Maintenance personnel stated that the low pressure steam supply mains and condensate return piping have many leaks while the steam traps on the radiation and at steam main drips are in good condition.

Because it was the summer season when the building was surveyed by JCMA the heating system was not active and therefore none of the statements made about the piping system could be confirmed.

HEATING SYSTEM EQUIPMENT
Boilers – Weil – Mclain cast iron sectional. Model H 1994 S.F.
16920 Square Feet Steam
4542 8 MBH Water


Vacuum Pump - No nameplate data available. Building drawings indicate that the design for this vacuum pump was a capacity of 100,000 EDR at 20 psig with 7 ½ HP motors.

Boiler Feed Pump Set – No nameplate data available. Building drawings indicate boiler feed pump capacity to be 28 GPM at 20 psig, 1 HP motor. Fuel oil pump was designed for 2.9 GPM at 100 psig, 1/3 HP.

AIR CONDITIONING
There is no central air conditioning system within the building. The minimal air conditioning that is installed consists of window air conditioning units located throughout the building in various offices and five (5) split system units serving the Fourth Floor restaurant dining area, consisting of evaporator blowers indoors and condensing units located on the roof.  The split systems are manufactured by Sanyo, Model SAP483C condensing unit with Model SAP483T indoor unit (evaporator section). Cooling capacity for each of these units is 46,500 BTU. Electrical characteristics 208v / 3 / 60, 24.6 amps total.

There is an abandoned condensing unit located in the Drill Hall that had served the Building Superintendent's office. The unit is in need of repair.

VENTILATION
The building has minimal mechanical ventilation. Windows appear to be the main source of ventilation within the building. The public toilets contain grilles that connect to gravity exhaust shafts that terminate at the roof. According to building drawings, modifications were made to the men's and women's toilets and janitors closet that added an exhaust fan with a capacity of 670 cfm that discharged into an existing gravity vent shaft.

The restaurant (located on the Fourth Floor) has three exhaust hoods one of which is for the dishwasher exhaust that connect to a common duct. The duct runs out the wall of the kitchen to a centrifugal exhaust blower located on the roof adjacent to the kitchen. This appears to be changed from building

drawings done in 1976 that indicated an exhaust system from the kitchen and dining room. The exhaust air was ducted up to a storage room above where an existing exhaust fan capacity was increased by changing the fan speed from 283 rpm to 450 rpm and the motor was increased from 3 HP to 5 HP.

The building drawings also indicate the addition of twelve (12) wall mounted propeller exhaust fans for the rooms that were labeled as locker rooms on the Fourth Floor. Capacity of these fans are 594 cfm at 1550 rpm with a 1/50 hp motor.

The Drill Hall has two (2) gravity vents located on the peak roof of the Drill Hall as well as two (2) propeller exhaust fans located at the high point of each short end wall.

The Drill Hall has eight (8) propeller type anti-stratification fans mounted below the roof trusses.

CONTROLS

There is no central control system for the building other than ten (10) zone sensors (two per floor) that monitor the temperature of each floor. These sensors control the burner operation of the boilers. When a majority of the sensors read temperatures above their settings the burners are shut down. The control system is monitored by Optimum Applied Systems Inc., 145 Palisade Avenue, Dobbs Ferry, NY which can remotely reset the temperature settings. The local panel provides settings and temperature readings for each zone.

The building heating drawings dated 1966 indicated two (2) zone control valves for the heating system. The thermostats for these valves were to be located in the Adjutant's office and the switchboard room. According to the building maintenance personnel the control described above is the only functioning control.

The five (5) split system air conditioning units in the restaurant each have an electronic wall mounted thermostat.

### 2. Electrical Systems

MAIN ELECTRICAL SERVICE

Electric power enters the building at 120/208 volts, 3 phase, 4 wire from Consolidated Edison's facilities on Park Avenue.

There are two metered services.

The main service enters switchboard section containing a 2000 amp main circuit breaker and current transformers for Con Ed's metering. The meter for this service is located on the wall to the right of this switchboard section.

A second metered service is tapped ahead of the main current transformers and supplies "Show Lighting" in the Drill Hall through a separate 400 amp CT cabinet and two 200 amp disconnect switches.

ELECTRICAL DISTRIBUTION

The 2000 amp main circuit breaker supplies a 120/208 volts, 3 phase, 4 wire, 2000 amp main switchboard through a 2000 amp bus duct run low along the wall.

The main switchboard was manufactured by the Pelham Electric Manufacturing Co. but no longer has a nameplate identifying the electrical characteristics.

The switchboard contains 28 individually mounted circuit breakers supplying various panelboards located throughout the building.

One of these has been replaced with an enclosed circuit breaker mounted on the front of the switchboard.

One of the metal panels on the rear of the switchboard had been removed exposing the live bus bars to view, and accidental contact.

Two permanently installed "temporary" feeders exit the switchboard through this opening where they had been tapped to bypass defective or inadequate circuit breakers and go on to supply the Drill Hall through two disconnects on the other side of the wall. These feeders are not run in conduit but are strung through porcelain insulators between the switchboard and the disconnects and there does not appear to be any equipment grounding conductor. From there they go on to the Drill Hall in flexible nonmetallic conduit.

Several of the bolts securing the bus bars in the switchboard have rusted.



The building underwent an electrical rewiring program in 1963. Several new panelboards and feeders were installed. Some new panelboards were added to existing feeders. Most of the original branch circuit wiring was replaced.

The main switchboard was also modified at this time. The result is a mix of the old and the not so old.

The original panelboards were fabricated using the original Westinghouse industrial style of circuit breaker. These are no longer readily available for replacement and must be specially ordered at a premium price if available at all.

Almost all of these original panelboards have long since lost their initial dead front construction. None of the doors in the panelboard trims that we encountered were locked. Most of the panelboard fronts are missing or misplaced leaving the energized bus bars and wiring terminations exposed to view and accidental contact. The same observations were made for some of the newer panelboards. We noticed one of the newer panelboards mounted horizontally to fit the available space. This is not the position for which they were intended or tested as a unit.

The original feeder and branch circuit wiring is copper conductor with RHW single or double braid covering. The newer wiring is copper conductor with THW insulation.

LIGHTING SYSTEMS

Lighting is generally incandescent. The original ornate chandeliers and wall brackets remain. The remainder of the incandescent fixtures were installed in 1963. The capacity of the branch circuits prevents the installation of anything larger than 40 or 50 watt incandescent lamps in most of the fixtures. While the resulting illumination levels were no doubt acceptable at the time, they are woefully inadequate for today's needs.

Fluorescent lighting fixtures were installed in some areas requiring higher levels of illumination such as classrooms and offices. Some were installed in 1963. Others were already existing when the 1963 project was undertaken.

Metal halide lighting fixtures with remote ballasts were installed in the Drill Hall in 1975.

The 120 volt convenience outlets that we observed were all 2 pole, 3 wire grounding type.

EMERGENCY POWER SYSTEMS

A diesel engine generator set and automatic transfer switch were installed in 1963 but the generator has since been removed and the transfer switch serves no purpose.

Emergency lighting is now provided by individual battery powered unit equipment conspicuously located throughout the building.

FIRE ALARM & DETECTION SYSTEMS

A combination manual and automatic fire alarm system consisting of manual pull stations, automatic smoke detectors, horns and strobes was installed in 1989. The system is local only and the alarm is not transmitted off the premises.

There are a few local fire alarm systems on the upper floors of the building protecting areas that are not covered by the main building fire alarm system.

### 3. Plumbing Systems

DOMESTIC WATER SERVICE

Two (2) water services presently supply the structure. A 4" metered service enters the structure from 67th Street.

Services are interconnected at the basement ceiling, branch laterals are provided to supply basement plumbing fixtures.

Two (2) 7½ H.P. booster pumps located in the engineer's office, north elevation of basement, provide water supply to the building house tank.

The booster pumps are activated via a float switch located in the house tank. Booster pumps do not alternate automatically, facility personnel manually shut one pump off. Pump activation occurs every two days.

Piping material for domestic water distribution is copper, Type "L" with wrought tube fittings and soldered joints. All exposed piping is provided with fiberglass insulation.

DOMESTIC HOT WATER DISTRIBUTION

Domestic hot water is currently supplied by three (3) gas fired hot water heaters.
Each heater manufactured by A.O. Smith, Model No. BTC-305, 75 gallon storage, 305,000 BTU input, is connected by a manifold piping system.

The heaters are located in the basement boiler room, and were installed this year.

The units provide hot water to all plumbing fixtures throughout the structure with the exception of the kitchen.

Hot water distribution piping incorporates a hot water return system.

An additional gas fired hot water heater located on the 4th floor in the kitchen area, and manufactured by A.O. Smith, Model No. BT-199, 84 gallon storage, 199,000 BTU input, supplies hot water to all kitchen equipment.

BUILDING HOUSE TANK
A 6500 gallon steel house tank is located in the tank room above the fifth floor mezzanine.

The lower portion of the tank (3,600 gallons) is utilized for fire protection.

A 6" fire main and a 3" domestic main exit the house tank.

A 2" cold water line from the booster pumps supplies water to the tank.

PLUMBING FIXTURES
Toilet facilities throughout the structure are comprised of floor or wall mounted water closets, wall hung urinals, and/or wall or counter top lavatories.

All plumbing fixtures are vitreous china. Plumbing fixtures are all out-dated.

Single lever chrome-plated flush valves are installed at all water closets and urinals.

Chrome-plated center-set faucets are provided at all lavatories.

Water supplies to lavatories are flexible chrome-plated tubing with associated angle valves and wheel handles.

Five (5) shower stalls are located in the basement level, each provided with single lever shower controller assemblies.

ADA plumbing fixtures are provided throughout the structure, with the exception of the basement shower stalls.

NATURAL GAS PIPING

The gas service main enters the building from 67th Street.

Three (3) gas meters are presently located in the north side of the basement level.

The gas service supplies two (2) boilers, three (3) domestic hot water heaters in the basement, one (1) domestic hot water heater on the Fourth Floor (Kitchen) and gas fired range, ovens and fryers in the kitchen area.

All gas piping is steel with screwed fittings.

STORM SEWERAGE

A majority of the roof drainage for the structure is accomplished by means of a system of exterior gutters and leaders.

Roof drainage for the drill hall incorporates a system of gutters and leaders discharging into a battery of five (5) roof drains located on the lower level roof area above the drill hall vaults. The roof drains are connected to interior storm leaders exiting through the lower level tunnel wall below the city sidewalk.

*4. Fire Protection Systems*

Two (2) fire hose racks including 1½" valves with 1" fire hose are located in each corridor on all floor levels.

A 2½" copper tube fire riser supplies each hose rack.

The lower level of the house tank is utilized for the fire standpipe system. A 6" fire main connection at the tank supplies the 2½" fire risers.

Two (2) fire department connections located at 66th and 67th Streets are interconnected to the fire main at the basement ceiling.

A 4" fire water service enters the building from 66th Street. This service is provided with a sprinkler alarm check valve. This system is utilized for a limited area sprinkler system in the basement level.