

# DEPARTMENT OF THE ARMY
## Lineage and Honors

### HEADQUARTERS AND HEADQUARTERS COMPANY
### 107th SUPPORT GROUP
### (SEVENTH NEW YORK)

Organized May-June 1806 in the New York State Militia at New York as four companies of artillery commanded by Captains Henry Morgan, James Hewitt, John Fleming, and John Forbes

Assigned 26 July 1806 to the Battalion of Artillery, 1st Artillery Brigade, Major Andrew Sitcher commanding

(Battalion of Artillery expanded, reorganized, and redesignated 5 April 1807 as the 3d Regiment of Artillery)

Companies reorganized and redesignated 25 August 1808 as the 2d Battalion, 3d Regiment of Artillery

Redesignated 13 June 1812 as the 2d Battalion, 11th Regiment of Artillery

Mustered into Federal service 15 September 1812 at New York; mustered out of Federal service 15 December 1812 at New York

Mustered into Federal service 2 September 1814 at New York; mustered out of Federal service 2 December 1814 at New York

Redesignated 27 January 1825 as the 2d Battalion, 2d Regiment of Artillery

Reorganized and redesignated 1 October 1825 as the Battalion of National Guards, 1st Brigade of Artillery

Expanded, reorganized, and redesignated 6 May 1826 as the 27th Regiment of Artillery

EX. E

# HEADQUARTERS AND HEADQUARTERS COMPANY
## 107th SUPPORT GROUP
### (SEVENTH NEW YORK)

Converted and redesignated 27 July 1847 as the 7th Regiment (Infantry)

Mustered into Federal service 26 April 1861 at Washington, D.C.; mustered out of Federal service 3 June 1861 at New York

(New York State Militia redesignated 23 April 1862 as the New York National Guard)

Mustered into Federal service 19 June 1862 at Fort Federal Hill, Maryland; mustered out of Federal service 5 September 1862 at New York

Mustered into Federal service 17 June 1863 at New York; mustered out of Federal service 21 July 1863 at New York

Redesignated 28 June 1899 as the 7th Infantry Regiment

Mustered into Federal service 26 June 1916 at New York; mustered out of Federal service 2 December 1916 at New York

Mustered into Federal service 25 July 1917 at New York; drafted into Federal service 5 August 1917

(7th Infantry organized 3 August 1917 in the New York Guard at New York to replace regiment in Federal service)

Reorganized and redesignated 1 October 1917 as the 107th Infantry and assigned to the 27th Division

Demobilized 2 April 1919 at Camp Upton, New York

Consolidated 1 June 1921 with the 7th Infantry, New York Guard; consolidated unit concurrently reorganized in the New York National Guard at New York as the 107th Infantry and assigned to the 27th Division; Headquarters Federally recognized 6 January 1922

Relieved 17 June 1922 from assignment to the 27th Division and assigned to the 44th Division

Relieved 15 September 1923 from assignment to the 44th Division and assigned to the 27th Division

# HEADQUARTERS AND HEADQUARTERS COMPANY
## 107th SUPPORT GROUP
### (SEVENTH NEW YORK)

Converted and redesignated 1 August 1940 as the 207th Coast Artillery and relieved from assignment to the 27th Division

Inducted 10 February 1941 into Federal service at New York

Regiment broken up 21 April 1943 and its elements reorganized and redesignated as follows:

    Headquarters and Headquarters Battery as Headquarters and Headquarters Battery, 207th Antiaircraft Artillery Group; inactivated 22 December 1945 at Camp Myles Standish, Massachusetts

    1st Battalion as the 771st Antiaircraft Artillery Gun Battalion; inactivated 15 January 1946 on Guam

    2d Battalion as the 7th Antiaircraft Artillery Automatic Weapons Battalion; inactivated 12 January 1946 at Camp Stoneman, California

    3d Battalion as the 247th Antiaircraft Artillery Searchlight Battalion; inactivated 31 October 1944 at Camp Gordon, Georgia

Above units consolidated, reorganized, and Federally recognized 20 October 1947 as the 107th Infantry with Headquarters at New York

Assigned 15 October 1957 to the 42d Infantry Division

Reorganized 16 March 1959 as a parent regiment under the Combat Arms Regimental System to consist of the 1st Battle Group, an element of the 42d Infantry Division

Reorganized 15 April 1963 to consist of the 1st and 2d Battalions, elements of the 42d Infantry Division

Reorganized 1 February 1968 to consist of the 1st Battalion, an element of the 42d Infantry Division

(1st Battalion ordered into active Federal service 24 March 1970 at home stations; released 30 March 1970 from active Federal service and reverted to state control)

### HEADQUARTERS AND HEADQUARTERS COMPANY
### 107th SUPPORT GROUP
### (SEVENTH NEW YORK)

Withdrawn 1 May 1989 from the Combat Arms Regimental System and reorganized under the United States Army Regimental System with Headquarters at New York

Consolidated 1 September 1991 with Headquarters and Headquarters Company, 107th Brigade, 42d Infantry Division (see ANNEX 1), and consolidated unit designated as Headquarters and Headquarters Company, 107th Brigade, 42d Infantry Division

Consolidated 1 September 1993 with Headquarters and Headquarters Company, 205th Support Group (see ANNEX 2), and consolidated unit reorganized and redesignated as Headquarters and Headquarters Company, 107th Support Group; concurrently relieved from assignment to the 42d Infantry Division

\*    \*    \*

### ANNEX 1

Organized and Federally recognized 18 December 1947 in the New York National Guard at New York as the Service Company, 107th Infantry

(107th Infantry assigned 15 October 1957 to the 42d Infantry Division)

Reorganized and redesignated 15 April 1963 as Headquarters and Headquarters Company, 2d Brigade, 42d Infantry Division

Ordered into active Federal service 24 March 1970 at New York; released 31 March 1970 from active Federal service and reverted to state control

Redesignated 2 October 1990 as Headquarters and Headquarters Company, 107th Brigade, 42d Division

HEADQUARTERS AND HEADQUARTERS COMPANY
107th SUPPORT GROUP
(SEVENTH NEW YORK)

ANNEX 2

Organized and Federally recognized 16 March 1959 in the New York Army National Guard as Headquarters Company, 42d Infantry Division

Ordered into active Federal service 24 March 1970 at New York; released 30 March 1970 from active Federal service and reverted to state control

Converted and redesignated as Headquarters and Headquarters Company, 205th Support Group, and relieved from assignment to the 42d Infantry Division

\*                          \*                          \*

HOME STATION: New York

CAMPAIGN PARTICIPATION CREDIT

War of 1812
Streamer without inscription

Civil War
Streamer without inscription

World War I
Somme Offensive
Ypres-Lys
Flanders 1918

World War II
Normandy
Northern France
Rhineland
Ardennes-Alsace
Central Europe
Western Pacific
Leyte
Ryukyus

DECORATIONS

Portuguese Ordem da Torre e Espada (Order of Tower and Sword), Streamer embroidered FRANCE

BY ORDER OF THE SECRETARY OF THE ARMY:

John W. Mountcastle

JOHN W. MOUNTCASTLE
Brigadier General, United States Army
Chief of Military History

14 JUL 1995

TOTAL P.06