

DEPARTMENTS OF THE ARMY AND THE AIR FORCE
NATIONAL GUARD BUREAU
111 SOUTH GEORGE MASON DRIVE
ARLINGTON, VA 22204-1382

APR 2 4 2007

NGB-ARF-T
ORGANIZATIONAL AUTHORITY
NUMBER 276-07

SUBJECT: Reorganization and Consolidation of New York ARNG Units

The Adjutant General, New York

1. Under the provisions of Title 32 United States Code, Section 104, and with the consent of the Governor, the troop allotment to New York is changed as indicated below effective 1 September 2006.

2. By authority of the Secretary of the Army, and under the provisions of NGR 10-1, the Chief, National Guard Bureau, authorizes the reorganization, redesignation, and consolidation of the following named units effective 1 September 2006.

| New Unit | Old Unit | Action |
|---|---|---|
| Headquarter 53rd Army Liaison Detachment<br>643 Park Avenue<br>New York, NY<br>10021-6198<br>Federal Recognition 20 Oct 47<br>Installation # 36C<br>Congressional District 14<br>WPYJAA | Headquarter 53rd Army Liaison Detachment<br>643 Park Avenue<br>New York, NY<br>10021-6198<br>Federal Recognition Required<br>Installation # 36C<br>Congressional District 14<br>WPYJAA | Reorganization |
| | HHC (- Det 1) 107th Support Group<br>643 Park Avenue<br>New York, NY<br>10021-6198<br>Federal Recognition 20 Oct 47<br>WQQUAA | Consolidation |
| | Det 1, HHC 107th Support Group<br>2366 5th Avenue<br>New York, NY<br>10037-1097<br>Federal Recognition 20 Oct 47<br>WQQUA1 | Consolidation |

EX. F

NGB-ARF-T
ORGANIZATIONAL AUTHORITY
NUMBER 276-07

SUBJECT: Reorganization of New York ARNG Units

| New Unit | Old Unit | Action |
|---|---|---|
|  | Headquarter 27th Corps<br>RAOC<br>643 Park Avenue<br>New York, NY<br>10021-6198<br>Federal Recognition 1 Dec 71<br>WTC0AA | Consolidation |

    a. This Organizational Authority constitutes authority to reorganize and consolidate the units listed above on 1 September 2006 under the appropriate authorization documents.

b. Per NGR 10-1 (dtd 22 November 2002) complete Federal Recognition within six months of the date of organization. Failure to conduct an inspection for Federal Recognition within this time period may result in the withdrawal of the allotment of the unit(s) to the State.

3. Submit changes to the Department of Defense Activity Address Code (DODAAC) file within seven working days of receipt of this order. At least 3 days are required to process any DODAAC change resulting from this action. In the case of newly activated units, no supply actions will be processed unless the unit has an assigned DODAAC.

4. Submit Readiness reports for organized/reorganized units within 96 hours of the 15th of the month following the effective date of Organizational Authority. Submit quarterly USRs and Change/Validation reports through the State Mobilization Readiness Management Officer to the National Guard Bureau Readiness Division by the 18th of the month. Transmit all reports via classified email to NGB-ARR @ngb.smil.mil.

5. This Organizational Authority does not constitute approval of requirements or federal funding for construction or alteration of facilities. Submit requests for federal funding to the Installations Division (NGB-ARI). Additionally, this authority does not constitute approval for full-time unit support. Full-Time Support (FTS) requirements and authorizations must be coordinated through NGB-ARM.

6. Forward a copy of State orders and personnel rosters effecting the above actions to NGB-ARH, IAW NGR 600-100 and one copy of Permanent Orders to NGB-ARF-T, IAW NGR 10-1.

NGB-ARF-T
ORGANIZATIONAL AUTHORITY
NUMBER 276-07

SUBJECT: Reorganization of New York ARNG Units

7. Point of contact for this action is Betty Zippert, NGB-ARF-T, commercial (703) 607-7819 or DSN 327-7819.

For LEODIS T. JENNINGS
Colonel, AR
Chief, Force Management Division

3