**A11817** Rules (Bing) Same as
~~1. S 7750~~ RULES

| | | | |
|---|---|---|---|
| **08/12/04** | A11817 | Assembly Vote | Yes: 107 No : 35 |
| **08/12/04** | A11817 | Senate Vote | Aye: 59 Nay: 0 |

---

**Go to Top of Page**
08/12/04 A11817 Assembly Vote Yes: 107 No : 35

| | | | |
|---|---|---|---|
| **Yes** Abbate | **No** Acampora | **No** Alfano | **Yes** Arroyo |
| **Yes** Aubertine | **Yes** Aubry | **No** Bacalles | **No** Barclay |
| **No** Barra | **No** Barraga | **Yes** Benjamin | **Yes** Bing |
| **Yes** Boyland | **Yes** Bradley | **Yes** Brennan | **ER** Brodsky |
| **No** Brown | **No** Burling | **No** Butler | **Yes** Cahill |
| **ER** Calhoun | **Yes** Canestrari | **Yes** Carrozza | **No** Casale P |
| **Yes** Christensen | **Yes** Clark | **Yes** Cohen A | **Yes** Cohen M |
| **Yes** Colton | **No** Conte | **Yes** Cook | **Yes** Crouch |
| **Yes** Cusick | **Yes** Cymbrowitz | **Yes** DelMonte | **Yes** Destito |
| **Yes** Diaz L | **Yes** Diaz R | **Yes** DiNapoli | **Yes** Dinowitz |
| **Yes** Eddington | **Yes** Englebright | **No** Errigo | **Yes** Espaillat |
| **Yes** Farrell | **Yes** Ferrara | **Yes** Fields | **No** Finch |
| **No** Fitzpatrick | **Yes** Galef | **Yes** Gantt | **Yes** Gianaris |

EX. G

| | | | |
|---|---|---|---|
| **Yes** Glick | **Yes** Gordon | **Yes** Gottfried | **Yes** Grannis |
| **Yes** Greene | **Yes** Grodenchik | **Yes** Gromack | **Yes** Gunther A |
| **No** Hayes | **Yes** Heastie | **Yes** Higgins | **Yes** Hikind |
| **No** Hooker | **Yes** Hooper | **Yes** Hoyt | **Yes** Jacobs |
| **Yes** John | **ER** Karben | **Yes** Kaufman | **No** Kirwan |
| **Yes** Klein | **No** Kolb | **Yes** Koon | **Yes** Lafayette |
| **Yes** Lavelle | **Yes** Lentol | **Yes** Lifton | **ER** Lopez |
| **Yes** Magee | **Yes** Magnarelli | **No** Manning | **Yes** Markey |
| **Yes** Mayersohn | **No** McDonald | **Yes** McDonough | **ER** McEneny |
| **Yes** McLaughlin | **No** Miller | **Yes** Millman | **No** Mills |
| **No** Mirones | **Yes** Morelle | **Yes** Nesbitt | **Yes** Nolan |
| **Yes** Norman | **No** Oaks | **No** O'Connell | **Yes** O'Donnell |
| **Yes** Ortiz | **Yes** Ortloff | **Yes** Parment | **Yes** Paulin |
| **Yes** Peoples | **Yes** Peralta | **ER** Perry | **Yes** Pheffer |
| **Yes** Powell | **Yes** Prentiss | **Yes** Pretlow | **No** Raia |
| **Yes** Ramos | **No** Reilich | **Yes** Rivera J | **Yes** Rivera P |
| **Yes** Robinson | **No** Saladino | **Yes** Sanders | **Yes** Sayward |
| **ER** Scarborough | **No** Schimminger | **No** Scozzafava | **Yes** Seddio |
| **Yes** Seminerio | **Yes** Sidikman | **Yes** Smith | **No** Spano |
| **No** Stephens | **Yes** Straniere | **Yes** Stringer | **Yes** Sweeney |
| **Yes** Tedisco | **No** Thiele | **Yes** Titus | **Yes** Tocci |

| | | | |
|---|---|---|---|
| **Yes** Tokasz | **Yes** Tonko | **Yes** Towns | **No** Townsend |
| **Yes** Warner | **Yes** Weinstein | **Yes** Weisenberg | **Yes** Weprin |
| **Yes** Winner | **Yes** Wirth | **Yes** Wright | **No** Young |
| **Yes** Mr. Speaker | | | |

---

**Go to Top of Page**

08/12/04 A11817 Senate Vote Aye: 59 Nay: 0

| | | | |
|---|---|---|---|
| **Aye** Alesi | **Aye** Andrews | **Aye** Balboni | **Aye** Bonacic |
| **Aye** Breslin | **Aye** Brown | **Aye** Bruno | **Aye** Connor |
| **Aye** DeFrancisco | **Aye** Diaz | **Aye** Dilan | **Aye** Duane |
| **Aye** Farley | **Aye** Flanagan | **Aye** Fuschillo | **Aye** Golden |
| **Aye** Gonzalez | **Aye** Hannon | **Aye** Hassell-Thompson | **Aye** Hoffmann |
| **Exc** Johnson | **Aye** Krueger | **Aye** Kruger | **Aye** Kuhl |
| **Aye** Lachman | **Aye** Larkin | **Aye** LaValle | **Aye** Leibell |
| **Aye** Libous | **Aye** Little | **Aye** Maltese | **Aye** Marcellino |
| **Exc** Marchi | **Aye** Maziarz | **Aye** McGee | **Aye** Meier |
| **Aye** Mendez | **Aye** Montgomery | **Aye** Morahan | **Aye** Nozzolio |

| | | | |
|---|---|---|---|
| **Aye** Onorato | **Aye** Oppenheimer | **Aye** Padavan | **Aye** Parker |
| **Aye** Paterson | **Aye** Rath | **Aye** Robach | **Aye** Sabini |
| **Aye** Saland | **Aye** Sampson | **Aye** Schneiderman | **Aye** Seward |
| **Aye** Skelos | **Aye** Smith A | **Aye** Smith M | **Aye** Spano |
| **Aye** Stachowski | **Aye** Stavisky | **Aye** Trunzo | **Aye** Volker |
| **Aye** Wright | | | |