Section 5 would provide for a severability clause.

Section 6 provides that the bill would take effect immediately.

EXISTING LAW: Current Military Law specifically governs the use, construction, lease, maintenance and operation of armories. It authorizes the Adjutant General to determine the necessity of operating an Armory in the City of New York, to release to the City any armory "title to which is vested in the corporation of the City of New York," and places the Adjutant General in general control of armories.

Military Law further designates DMNA as the state agency to procure and utilize federal funds for armory construction, reconstruction and expansion. Military Law finally provides for the disposal of properties no longer needed for the use of the organized militia of the State.

STATEMENT IN SUPPORT: The Seventh Regiment Armory is one of the most important historic landmarks in New York City. Interior rooms of the Armory represent works of Louis Comfort Tiffany, Stanford White and other important designers. In addition to its military uses, the Armory is a prominent local venue historically used for arts, cultural and other community events, as well as housing a women's homeless shelter. Major and expensive restoration work is currently needed, however, to prevent this community resource from being lost to future generations.

DMNA has determined that the Armory's current use for training National Guard soldiers can be effectively absorbed by other area armories. Therefore, the objective of this bill is to enable the State, acting through DMNA and UDC, to enter into an effective public-private partnership to restore, maintain and operate the Armory as a community landmark and resource. Sections of the Urban Development Corporation Act governing UDC would be amended to authorize UDC to enter into a contract with a not-for-profit organization constituted for the purpose of effecting these goals whereby the organization would utilize public and privately raised funds, as well as the income from the rental of the property for community events, to institute and complete an ambitious program of restoration and upkeep.

Executive Order Nos. 106, 107 and 116 issued by Governor Carey and Executive Order No.1 by Governor Cuomo and Executive Order No.3 by Governor Pataki designated the Armory as available space for the above-referenced homeless shelter. The shelter is administered by the City of New York through a contract with the Lenox Hill Neighborhood House. This legislation will provide for the continued presence of the shelter at the Armory, which will be ensured through an agreement between the State, New York City and the lessee.

The City, which is supportive of this bill, will be responsible for the costs of renovating the shelter space.

The bill would further provide that the Armory would continue to have a day-to-day military presence as the Headquarters of the 107th Corps Support Group, as well as immediate reversion of use and control of the full Armory to the State by order of the Adjutant General in the event of any civil or military emergency.

In June of 2000, ESDC issued a Request for Proposals seeking submissions from private organizations interested in restoring and operating the Armory. In September 2001, the Seventh Regiment Armory Conservancy, a not-for-profit organization established for this purpose, was selected by ESDC to undertake this project.

BUDGET IMPLICATIONS: Unknown at this time.

---

### LEASES—CORPORATIONS—SEVENTH REGIMENT ARMORY

Memorandum of Legislative Representative of City of New York

*Text of Law, see ch. 482*

AN ACT to amend the military law and the New York state urban development corporation in relation to a lease of the seventh regiment armory to a not-for-profit corporation

**1970**

EX. J

.ATURE
Ch. 482

ı, leasing,
mine the
y armory
Adjutant

ze federal
provides
tia of the

ıst impor-
esent the
n addition
s, cultural
Major and
resource

d soldiers
s bill is to
lic-private
mark and
would be
ganization
uld utilize
operty for
id upkeep.
ive Order
nated the
shelter is
ghborhood
ie Armory
y and the

vating the

day-to-day
as well as
der of the

om private
2001, the
ed for this

RY

ation act in

MEMORANDA
Ch. 484

The City of New York supports this legislation, which allows for the restoration of an important and historic city landmark without interrupting the operation of a homeless shelter for women.

One of the greatest challenges facing the City is the continued housing need of the homeless population. This armory was designated as available space for the shelter by several Executive orders and a facility is currently administered by the City under contract with the Lenox Hill Neighborhood House. Accordingly, a possible interruption in the operation of and relocation of the shelter caused by restoration work was a significant concern for the City.

This legislation strikes a unique balance between the City's homeless needs and the needs of the restoration project. The bill carves out the shelter space from the Conservancy's lease with the State and ensures that space used for the shelter will be sufficient and suitable for current and uninterrupted operation. It also ensures that an agreement on how the shelter will continue to operate during the restoration period will be reached between the State, Conservancy and the City before the execution of the State's lease with the Conservancy becomes effective.

Accordingly, it is urged that this bill be approved.

---

~~TRAFFIC RULES AND REGULATIONS—LICENSE PLATES~~
EIGHTH AIR FORCE HISTORICAL SOCIETY

Memorandum in Support, New York State Senate

*Text of Law, see ch. 483*

BILL NUMBER: S145A

TITLE OF BILL: An act to amend the vehicle and traffic law, in relation to providing for distinctive license plates for members of the Eighth Air Force Historical Society

SUMMARY OF PROVISIONS: This legislation would amend the vehicle and traffic law by adding a new section 404-v.

JUSTIFICATION: The vehicle and traffic law currently contains provisions authorizing the creation of a wide variety of distinctive license plates. If enacted, this bill would add members of the Eighth Air Force Historical Society to those currently entitled to be issued distinctive license plates.

LEGISLATIVE HISTORY: S.6376 of 1999–2000. Referred to Transportation S.3807 of 2001–02. Referred to Transportation.

FISCAL IMPLICATIONS: See the bill.

EFFECTIVE DATE: This act shall take effect immediately.

---

MUNICIPALITIES—WESTBURY COMMUNITY DEVELOPMENT AGENCY

Memorandum in Support, New York State Senate

*Text of Law, see ch. 484*

BILL NUMBER: S520

TITLE OF BILL: An act to amend the general municipal law, in relation to creating the village of Westbury community development agency

PURPOSE: This bill establishes a community development agency for the village of Westbury.

1971