ASSISTANT ATTORNEY GENERAL

COPY

1                                                                    1

2    URBAN DEVELOPMENT CORPORATION

3    D/B/A EMPIRE STATE DEVELOPMENT CORPORATION

4    ----------------------------------------x

5    PUBLIC HEARING:

6    RE: General Project Plan of the

7    Seventh Regiment Armory

8    ----------------------------------------x

9

10                                  Seventh Regiment Armory

11                                  643 Park Avenue

12                                  New York, New York

13                                  July 21, 2005

14                                  2:06 p.m.

15

16

17   B e f o r e:

18                       Michael C. Forth,

19                       The Hearing Officer

20

21

22

23            ROY ALLEN & ASSOCIATES, INC.

24            521 Fifth Avenue, 17th floor

25            New York, New York 10175

     ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                                    2
 2   A P P E A R A N C E S:
 3   Carol Berens, The Empire State Development
 4   Corporation
 5   William Sherman, The Empire State Development
 6   Corporation
 7
 8   Speakers
 9   The Public
10   The Media
11
12
13
14
15
16
17
18
19
20   Marc Russo, Court Reporter
21
22
23
24
25
```

            ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                           3

 2                         INDEX:

 3   SPEAKERS:                          PAGE:
```

```
 4   Suzanne Vlamis..............................14

 5   Brendan Sexton..............................19

 6   Wade Thompson...............................22

 7   Elihu Rose..................................29

 8   Kirsten Reoch...............................33

 9   Andrew Lauck, Representing Council Member

10   Eva Moskowitz...............................39

11   Ed Klein....................................42

12   Arie Kopelman...............................46

13   Seri Worden.................................49

14   Terri Rosen Deutsch.........................51

15   Roger Lang..................................54

16   David L. Dalva..............................57

17   Rita C. Chu.................................68

18   Peter Wells.................................71

19   Nikki Henkin................................75

20   John F. McNamara............................81

21   Thomas Levis................................86

22   Lieutenant Colonel Daniel McNally...........90

23   Alice Rich..................................97

24   Frank Sanchis...............................99

25   Kent Barwick...............................100
```

```
        ROY ALLEN & ASSOCIATES, INC., (212) 840-1167
```

1                                                          **4**

2    SPEAKERS (CONTINUED):

3    Catherine Sweeney Singer..................104

4    Janet Ross...............................110

5    Barry Klein, representing Assembly Member

6    Jonathan Bing............................112

7    Shelley Mayer, representing New York City

8    Landmarks and Preservation Commission Chairman,

9    Robert B. Tierney........................118

10   Josephine McCarita.......................119

11   Susan Ferrara............................125

12

13

14

15

16

17

18

19

20

21

22

23

24

25

         ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                    5

2                  P R O C E E D I N G S

3                  THE HEARING OFFICER:   Good

4    afternoon ladies and gentlemen.   Thank you very

5    much for attending today's public hearing.

6                  My name is Michael Forth and I

7    am an attorney duly admitted to practice law in

8    the State of New York.

9                  I have been asked by the New

10   York State Urban Development Corporation doing

11   business as the Empire State Development

12   Corporation, ESDC, to conduct today's public

13   hearing pursuant to Section 16 of the New York

14   State Urban Development Corporation Act.

15                 This hearing is being held

16   pursuant to a Public Notice published in

17   accordance with the UDC Act in the July 6, 2005

18   edition of The New York Post and The City

19   Record.

20                 The purpose of this hearing is

21   to afford the general public an opportunity to

22   make statements and comments about ESD's General

23   Project Plan for the proposed Seventh Regiment

24   Armory Civic Project.

25                 The hearing will remain open

     ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                          6

2   for not less than one hour or until all members

3   of the public who are present today at the

4   hearing have been given an opportunity to make

5   statements or comments on the proposed project.

6                   This is not a

7   question-and-answer session though.   A

8   stenographic transcript of this hearing is being

9   made.

10                  Comments presented at this

11  hearing will be taken into consideration by ESD

12  as part of the final approval of the proposed

13  project.

14                  First, Carol Berens will

15  present information about the project on behalf

16  of ESD.  Then I will recognize anyone else who

17  wishes to make a comment about the project.

18                  I have a sign-in sheet and I've

19  been instructed to go in order.

20                  If anybody else wants to come

21  forward, I'll just put it here (indicating) and

22  we'll just go down the list.

23                  I would ask that you come over

24  here (indicating) because we're trying to make

25  an accurate record.

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                       7

2                      Try to speak as loudly and

3       clearly as you I can and speak slowly so my

4       stenographer will have no problems because he's

5       shy and he won't tell you you're going too fast.

6                      For your information, copies of

7       ESD's General Project Plan for the proposed

8       project are available for your information and

9       convenience.   They're located over there.

10                      In order to give everyone an

11      ample opportunity to speak, I request that

12      speakers keep their oral presentations to no

13      more than five minutes.

14                      Speakers representing

15      organizations with a substantial number of

16      members are asked to register and identify

17      themselves as such.  And depending on the number

18      of speakers wishing to be heard, they may be

19      afforded up to ten minutes for their

20      presentation.

21                      In order to ensure an accurate

22      transcript and to enable all assembled to hear

23      your remarks, I ask each speaker when called to

24      come right here to the front of the room

25      (indicating.)

          ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                            8
 2                    Please state your name and
 3     address.
 4                    If you are appearing as a
 5     representative of an organization or
 6     governmental entity, please identify the
 7     organization or entity and state its address.
 8                    Finally, I want to remind you
 9     that the purpose of this hearing is to afford
10     you an opportunity to make statements about the
11     ESDC General Project Plan for the proposed
12     project.
13                    This is not a
14     question-and-answer session.
15                    Now I'd like to take care of
16     administrative matters by asking the
17     stenographer to mark the following documents as
18     exhibits to the hearing transcript:
19                    Exhibit Number 1 is the Public
20     Notice that appeared in The New York Post and
21     the City Record on July 6, 2005.
22                    I'm showing a copy to the
23     audience.
24                    (Public Notice appearing in The
25     New York Post and the City Record were marked as
```

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                       9

2       Hearing Exhibit Number 1.)

3                       Exhibit Number 2 is the

4       Affidavit of Publication in The New York Post

5       and the City Record which are these two

6       documents (indicating.)

7                       (Affidavit of Publication in

8       The New York Post and the City Record were

9       marked as Hearing Exhibit Number 2.)

10                      And Exhibit Number 3 is the

11      document entitled, "Empire State Development

12      Seventh Regiment Armory Civic Project General

13      Project Plan dated June 16, 2005," which we also

14      have here.

15                      (Document entitled Empire State

16      Development Seventh Regiment Armory Civic

17      Project General Project Plan dated June 16, 2005

18      was marked as Hearing Exhibit Number 3.)

19                      THE HEARING OFFICER:  Okay.  I

20      would now ask that Ms. Berens come forward and

21      give her presentation on behalf of ESD.

22                      MS. BERENS:  Good afternoon.

23                      My name is Carol Berens.  I'm

24      the Vice President at the Empire State

25      Development Corporation and I'm here today to

         ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                  10

2      present a brief summary of the project.

3                      The Seventh Regiment Armory

4      Civic Project is the restoration and renovation

5      of the historic Seventh Regiment Armory into a

6      cultural arts center for the visual and

7      performing arts.

8                      The State of New York, acting

9      through the New York State Urban Development

10     Corporation doing business as the Empire State

11     Development Corporation, will lease the Armory

12     for 99 years to the not-for profit Seventh

13     Regiment Armory Conservancy, Inc., who will

14     renovate and maintain the Armory and operate the

15     cultural arts center.

16                     The Armory was constructed

17     between 1877 and 1881 and is now a national

18     historic landmark, a New York City landmark and

19     listed in the State and National Registers of

20     Historic Places.

21                     Because the Armory suffers from

22     decades of minimal maintenance, the New York

23     State Division of Military and Naval Affairs

24     requested Empire State Development Corporation

25     to help explore ways to preserve and restore

       ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                              11
2    this historically and culturally important
3    Armory.
4                    In early 2000, a Request for
5    Proposals was issued for a developer/operator
6    for the Armory.
7                    Despite a broad outreach effort
8    and extensive advertising, only one bid, that
9    from the Conservancy, was received in November
10   2000, the due date.
11                   During negotiations the
12   Attorney General opined that amendment to the
13   New York State Military Law was required in
14   order to lease the Armory to a non-military
15   entity.
16                   In 2004, the Governor signed a
17   law authorizing ESDC to act on behalf of the
18   State to lease the Armory and undertake related
19   actions.
20                   The Division of Military and
21   Naval Affairs and the City shelter retained
22   space in the building.
23                   Day-to-day operations,
24   programming and running of cultural and
25   community use is permitted by a non-governmental
     ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                    12
 2    entity.  And capital repairs and maintenance
 3    expenses are excluded from State contracting
 4    procedures.
 5              The Armory remains available
 6    for emergency use.
 7              The Conservancy was established
 8    by prominent philanthropists to find ways to
 9    restore the Armory and return it to active
10    public life.
11              The Conservancy agrees to the
12    goals outlined in board materials which revolve
13    around renovation of the building and the
14    operation of a cultural arts center on as close
15    to a year-round basis as possible.
16              It is anticipated that
17    fundraising will allow renovation to start
18    within four years of lease signing.
19              Rent will be based upon gross
20    revenues from the commercial operations that
21    will subsidize the non-for-profit components.
22              The Governor has allocated a
23    five-year, $30 million grant from Port Authority
24    bank funds.
25              On page two of the Scope of
```

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                    13
2    Work attached to the June, 2005 Directors'
3    materials, there is a typo.
4                    As noted in the project goals,
5    programming of the Armory would generate
6    activity as close to 330 days a year as
7    possible, not more than 330 days as was written
8    in the Scope of Work.
9                    This will be corrected in
10   subsequent submission to the ESDC Directors.
11                   ESDC is the lead agency for
12   environmental review and is conducting an
13   environmental review pursuant to the State
14   Environmental Quality Review Act.
15                   The public is free to review
16   and comment on the environmental assessment
17   prepared by the Conservancy.
18                   There are copies here for the
19   public's information.  If you run out of copies,
20   please leave your name at the front desk and a
21   copy will be sent to you.  And a copy of the
22   environmental assessment is in the front
23   (indicating.)
24                   Thank you very much.
25                   THE HEARING OFFICER:  Can the
          ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                              14

2      people in the back hear?

3                     THE AUDIENCE: No.

4                     THE HEARING OFFICER:  I'm

5      sorry, we do not have a microphone.  I will try

6      to speak as loudly as possible.

7                     I suggest that if you cannot

8      hear, there are plenty of seats in the front.

9      And I would ask whoever is going to be speaking,

10     literally yell so everybody can hear.

11                    Okay, according to our list, I

12     cannot make out the last name, but Suzanne, are

13     you here?

14                    Do you wish to speak?

15                    MS. SUZANNE VLAMIS:   Yes.

16                    THE HEARING OFFICER:  Please

17     come forward.

18                    MS. SUZANNE VLAMIS:   Welcome.

19                    My name is Suzanne Vlamis.

20     It's spelled S-U-Z-A-N-N-E, "V" for Victor,

21     L-A-M-I-S.

22                    I'm a native New Yorker

23     residing at 405 East 82nd Street.

24                    I'm a member of CERT which is

25     the Citizens Emergency Response Team. I'm also

                ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                              15

2     Vice President of Zoning on the Committee of

3     Zoning for --

4                    THE AUDIENCE: Louder, please.

5                    MS. SUZANNE VLAMIS: -- the

6     Upper East Side Neighborhood Association.

7                    If you could, feel free to, you

8     know, move up.

9                    THE AUDIENCE: Is it possible to

10    stand in the middle of the room?

11                   MS. SUZANNE VLAMIS: Whatever is

12    comfortable.

13                   THE HEARING OFFICER:  Are you

14    going to be able to function that way?

15                   THE COURT REPORTER: No.

16                   MS. SUZANNE VLAMIS: I have the

17    gentleman here that I have to --

18                   THE HEARING OFFICER: She needs

19    to be near the stenographer.

20                   MS. SUZANNE VLAMIS: Okay,

21    welcome.

22                   The 67th Regiment Armory

23    landmark structure must resume its place once

24    again amidst grand New York City institutions.

25                   Its historic impact must be

          ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                    16

2      restored to its prominent position as an

3      incomparable urban fortress; a homeless women's

4      haven and stellar arts and entertainment complex

5      as planned.

6                      Growing up in Manhattan as a

7      child on 72nd Street, my personal contact with

8      this castle-like building holds both a magical

9      charm as well as a respectful reverence

10     regarding its physical mass, sprawling size and

11     monumental space celebrating special events

12     unequaled in America today.

13                     As an adult, I've spent many

14     hours here enjoying the cultural Armory

15     offerings of antiques, arts and books and its

16     living, true treasures:  Our fellow native New

17     Yorkers and veterans.

18                     Gathering at the Armory's gate

19     is paramount in saving these modern ruins from

20     further deterioration, musty decay and the

21     ongoing legal battles.

22                     The greater good of New York is

23     the big picture here for us to focus on to

24     rejuvenate its magical powers.

25                     Though the Seventh Regiment

       ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                17

2    owns the Armory and its artifacts, the

3    Conservancy's creation and challenging vision

4    are the constructive forces to preserve this

5    impressive edifice and its environs for future

6    generations of this City and to contribute to

7    its intricate fabric of cultural life, military

8    heritage and the social consciousness with its

9    diverse, but committed citizenry here today.

10                     Building a site of this

11   magnitude is unequivocal.  Perpetuating the

12   Armory is mandatory today.

13                     The Conservancy and its private

14   donations with our civic conviction and vigilant

15   community activism are the paths to this

16   restoration and halting decades of sad neglect

17   at last.

18                     Join us to celebrate the common

19   cause.

20                     United we will achieve another

21   urban dream on par of preserving Grand Central

22   Terminal, Radio City Music Hall and even the

23   Webster Local Library, as I have, and avoid the

24   swift, greedy bulldoze of destruction of a grand

25   Park Avenue Metropolitan mecca.

        ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                           18
 2                      As the monument's caretakers as
 3      it were, we hope to gather others to our
 4      Armory's mission of fun, finesse and a finer
 5      City for all of us to share in.
 6                      Thank you.
 7                      I can give you a copy of this.
 8                      THE HEARING OFFICER:   Thank you
 9      very much.
10                      Yes, do you want to leave that?
11                      MS. SUZANNE VLAMIS: (Handing.)
12                      THE HEARING OFFICER:   The
13      record should reflect that we're accepting as
14      Exhibit Number 4 a written statement.
15                      You have her name?
16                      THE COURT REPORTER: Yes.
17                      (The testimony of Suzanne
18      Vlamis was marked as Hearing Exhibit Number 4.)
19                      THE HEARING OFFICER:   Okay.
20      Next on our list, does Brendan Sexton wish to be
21      heard?
22                      MR. BRENDAN SEXTON:   Yes.
23      Thank you.
24                      THE HEARING OFFICER:   Please
25      come forward.
           ROY ALLEN & ASSOCIATES, INC., (212) 840-1167
```

1                                                    19
2                    MR. BRENDAN SEXTON:    Thank
3       you.
4                    My name is Brendan Sexton and
5       I'm here today as a member of the Board of the
6       Seventh Regiment Armory Conservancy.
7                    My involvement with the
8       Conservancy began in 1986 when I was President
9       of the Municipal Arts Society, a group I should
10      say which has had a long interest in the Armory
11      and whose current President is here today as
12      well.
13                   Over the years of my
14      involvement, I have been moved both by the
15      elegance and opulence of the landmark's
16      interiors as well as by the onward and continual
17      deterioration of its condition.
18                   I am greatly relieved that the
19      State of New York now stands ready finally to
20      take action to rectify the situation through a
21      public/private partnership with the Seventh
22      Regiment Armory Conservancy, as well as through
23      a generous $30 million grant towards the
24      building's restoration.
25                   I consider this grant as a
            ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                    20

2      generous and constructive contribution to help

3      reverse the great burden here of deferred

4      maintenance.

5                       This State money will help

6      considerably towards the total cost of the work

7      which, as each year elapses, rises higher and

8      higher and now stands somewhere near $130

9      million.

10                      That is where a not-for-profit

11     partner such as the Conservancy can bridge the

12     gap through a fundraising campaign.

13                      I have no doubt that a New York

14     landmark like the Armory and a cultural

15     institution such as the Conservancy proposes,

16     will be able to attract the funds necessary.

17                      Public/private partnerships

18     have been a great solution to the plight of so

19     many of our City's great landmarks and urban

20     places, from Central Park to Times Square.

21                      Our partnership ensures that

22     this great shrine to the military history of the

23     State of New York remains in public ownership

24     while allowing a not-for-profit organization to

25     assume the responsibility to restore and then

            ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                    21

2    maintain the building.

3                    By investing private money into

4    a State-owned building and then opening that

5    building for the enjoyment and education of the

6    public, this project and partnership rewards all

7    of us.

8                    I am excited to be part of this

9    project and I encourage other preservationists

10   and community members to become involved in this

11   endeavor and mission.

12                   I strongly encourage the Board

13   of the Empire State Development Corporation to

14   adopt the terms of their plan and to enter into

15   a lease with the Conservancy as soon as

16   possible.

17                   Thank you.

18                   THE HEARING OFFICER:   Thank

19   you, sir.

20                   Are you leaving a document?

21                   MR. BRENDAN SEXTON:   Yes.

22                   THE HEARING OFFICER:   This will

23   be Exhibit Number 5 for Mr. Sexton.

24                   (The testimony of Mr. Brendan

25   Sexton was marked as Hearing Exhibit Number 5.)

1                                                    22
2                         THE HEARING OFFICER: Does Wade
3          Thompson wish to be heard?
4                         MR. WADE F.B. THOMPSON:   Yes.
5                         THE HEARING OFFICER:  Please
6          come forward.
7                         MR. WADE F.B. THOMPSON: Thank
8          you.
9                         Good afternoon everybody.
10                        My name is Wade Thompson. I
11         live at 4 East 66th Street.
12                        I am a Board Member of the
13         Municipal Arts Society and I am the founder and
14         Chairman of the Seventh Regiment Armory
15         Conservancy.
16                        I became involved in the fight
17         to save the Armory nine years ago when the
18         plight and deteriorating condition of the
19         building, which I passed on a daily basis,
20         became impossible to ignore.
21                        As a member of the Municipal
22         Arts Society Board, I encouraged other
23         preservationists and community leaders to join
24         me in advocating change at the Armory.
25                        That effort lead to the

1

2    creation of the Conservancy, a not-for-profit

3    organization whose sole mission is to restore

4    the Armory and ensure its ongoing public use for

5    the future.

6                    It is very gratifying to see

7    that effort so close to being completed through

8    this hearing and the review process that we are

9    currently undergoing.

10                    I consider the Armory

11    Conservancy as the building equivalent of the

12    enormously successful Central Park Conservancy

13    established 25 years ago.

14                    We all know how Central Park

15    has improved the quality of life of our great

16    City for all New Yorkers and its visitors.

17                    This building stands as the

18    finest extant example of the American Aesthetic

19    Movement and it contains one of the greatest

20    collections of decorative interiors in the

21    entire -- in the entire nation.

22                    They suffer from decades of

23    neglect and lack of funds.

24                    In 1999, the building was

25    placed on the World Monuments Fund's 100 list of

1                                                          24

2    the 100 most endangered sites in the entire

3    world along with Machu Picchu and Angkor Wat.

4    That's how important this building is.

5              But despite the attention this

6    brought, the Armory has continued to deteriorate

7    during the six years since then.

8              We at the Conservancy have

9    always believed that public/private partnership

10   between the State of New York and the

11   not-for-profit Conservancy was the best means to

12   rectify the deteriorated condition of the

13   Armory.

14             Through years of discussions

15   and deliberations and $3 million of private

16   funds of the -- spent on the finest consultants,

17   lawyers and experts, a vision of this building

18   fully restored and functioning as a cultural

19   arts center is finally becoming a close reality.

20             This plan combines the best

21   aspects of historic preservation, community

22   involvement, adaptive reuse for one of New

23   York's and the nation's most important

24   landmarks.

25             Our vision of a restored and

            ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                      25

2    rejuvenated Armory will benefit the City, the

3    State, the surrounding neighborhood and the

4    residents alike.

5                    The plan is a mixture of the

6    art and antique shows;

7                    Historic rooms open for the

8    viewing;

9                    Multi-media arts exhibitions;

10                   Acoustic and classical music,

11   concerts;

12                   Exhibition space for the Army

13   -- for the Armory's decorative, social and

14   military history;

15                   Educational programs;

16                   Community uses and a model

17   homeless shelter for women that will be

18   professionally managed and operated to benefit

19   all.

20                   Upon the signing of the lease

21   with the State of New York, the Conservancy will

22   enter into a period of planning and design,

23   outreach and discussion with all the local co-op

24   buildings and businesses, an effort I may say

25   which is already started, and continue

            ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                          26

2    discussions with all community groups and others

3    who are concerned with the building's future.

4                    As a community-based

5    not-for-profit ourselves largely consisting of

6    neighborhood residents, it is a stewardship and

7    responsibility we take very seriously.

8                    This landmark as State

9    property, and I emphasis "as State property," is

10   the property of the people of the great State of

11   New York.

12                   The dilapidated and neglected

13   state of this public building imperils the

14   public interest.    The highly important

15   interiors closed off from public view and access

16   restricts the public from their rights to the

17   property at large.

18                   The State will lease the Armory

19   to the Conservancy for 99 years and the State

20   has committed, as mentioned, $30 million to this

21   project.

22                   We have received, in addition,

23   private pledges of $20 million already and we

24   have not even started the capital campaign.

25   That is over 40 percent of the planned total

        ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

27

cost of approximately $120 million needed for
full restoration and to open the building for
the pleasure and the education of the residents
of New York City, the State and its visitors.

We at the Conservancy envision
a day when the dark and decaying Armory that you
see around you, endangered, dilapidated and
unsafe, is transformed into a world-class place
of civic pride;

When its significant interiors
are restored to their original splendor;

When its artistry and social
and military history are preserved and
interpreted with all the respect they deserve;

And its artistic programs are
applauded for their imagination and high
aesthetic values.

It is also our hope that all
litigation over the artifacts collection
associated with the Regiment's long, illustrious
history will be positively and quickly resolved
and that the collection will be able to remain
within the Armory and finally be available for
viewing by the citizens and the visitors of New

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                              28
 2     York.
 3                    It is imperative that the
 4     Empire State Development Corporation Board
 5     ratify the terms of this lease to the
 6     Conservancy and then quickly execute the lease
 7     itself.
 8                    The Conservancy stands ready to
 9     immediately invest money in urgently needed
10     repairs and stabilization which should reduce
11     the ongoing damage until the restoration can
12     begin.
13                    Thank you.
14                    (Applause.)
15                    THE HEARING OFFICER:   Thank
16     you.
17                    Do you wish to offer the
18     document into evidence also or do you wish to
19     keep it?
20                    MR. WADE F.B. THOMPSON:   Yes,
21     please.
22                    THE HEARING OFFICER:   The
23     record should reflect that Mr. Thompson has
24     submitted his speech and we will mark it as
25     Exhibit number, I believe 6, Exhibit 6.
```

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                        29
 2                  (The testimony of Mr. Wade F.B.
 3      Thompson was marked as Hearing Exhibit Number
 4      6.)
 5                  THE HEARING OFFICER: Does Elihu
 6      Rose wish to be heard?
 7                  MR. ELIHU ROSE:   Yes.
 8                  THE HEARING OFFICER:   Thank
 9      you, sir.
10                  MR. ELIHU ROSE:   Good
11      afternoon.
12                  My name is Elihu Rose. I live
13      at 2 East 88th Street and I'm the Vice Chairman
14      of the Seventh Regiment Armory Conservancy as
15      well as being a professor of Military History at
16      New York University.
17                  For me personally, this Armory
18      has always represented the perfect mixture of
19      military and social exuberance in one
20      extraordinary building.
21                  It was not just "a" national
22      guard regiment, it is "the" national guard
23      regiment.
24                  The sentence was "the" regiment
25      and it lived in the greatest possible home.
```

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

                                                            30

2               It was the perfect evocation of

3    the era of opulence and military pride of New

4    York's gilded age.

5               Today, the historic fabric of

6    this building decays around us.

7               When we, the public, visit the

8    Armory, what do we see, or more important, what

9    do we miss?

10              Well, we see scaffolding

11   keeping out water infiltration; we see plaster

12   falling around our ears; we see buckling stained

13   glass; we walk on warping wood floors; we see

14   alarming structural cracks and we see draperies

15   hiding the original beauty and we see tacky

16   bathrooms in the basement.

17              More importantly, what do we

18   miss?  We miss that elegant view of the

19   fifty-five thousand square feet in the Drill

20   Hall with its soaring 60-foot ceilings. We miss

21   the beautiful reception rooms and the

22   architectural gems that are the Company Rooms on

23   the second floor.

24              Now, contrast this with the

25   experience of the historic events in the

        ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                          31

2    building's past.

3              The building was opened with

4    Walter Damrosch, the great conductor leading the

5    New York Philharmonic Orchestra.

6              There were balls in the Grand

7    Reception Room;

8              There were public fares;

9              Sporting events;

10             Tournaments;

11             Family entertainment.

12             The Seventh Regiment was built

13   at a moment of intense architectural and

14   artistic activity.   The collection of artists

15   and architects who worked in these rooms reads

16   like a veritable who's-who of the decorative

17   arts world.

18             Names like Louie Comfort

19   Tiffany, Stanford White, Candance Wheeler, the

20   list goes on and on.

21             And that was the building that

22   was.

23             Its present deteriorated

24   condition needs to be addressed quickly and

25   completely.   It cannot be done piecemeal.

         ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                          32
 2                    The exterior and the structural
 3     problems need to be addressed concurrent with
 4     the repair and restoration of the interior.
 5                    We have in the Seventh Regiment
 6     Armory Conservancy and its friends, a
 7     not-for-profit, community-based on local
 8     residents, historic preservationists, artists,
 9     art-lovers, retired National Guard personnel and
10     many others who have committed themselves to
11     rectifying this deplorable situation and opening
12     this magnificent building to the public.
13                    I support the Empire State
14     Development Corporation's proposed plan to lease
15     the Armory Conservancy -- lease the Armory to
16     the Conservancy in a public/private partnership
17     to address the current situation at the Armory
18     and to work with the Conservancy to transform
19     this endangered monument into a place of civic
20     pride and enjoyment once again.
21                    Thank you.
22                    THE HEARING OFFICER:   Thank
23     you, sir.
24                    Do you wish to --
25                    MR. ELIHU ROSE:   I'll file it.
```

```
 1                                              33
 2                    THE HEARING OFFICER:  Can we
 3      please have Kirsten Reoch.
 4                    And before you begin, let me
 5      just make a statement.
 6                    I have been handed a one-page
 7      document entitled, "Testimony of Elihu Rose."
 8                    We will mark this document as
 9      Exhibit Number 7.
10                    (The testimony of Ms. Elihu
11      Rose was marked as Hearing Exhibit Number 7.)
12                    MS. KIRSTEN REOCH:  My name is
13      Kirsten Reoch.  I'm with the Seventh Regiment
14      Armory Conservancy here at 643 Park Avenue.
15                    I'm here to read statements
16      from members and supporters who could not be
17      here today.
18                    My first statement is from
19      Steven Lash, Chairman of Christie's America.
20                    Dear Board Members of the
21      Empire State Development Corporation:
22                    As the Chairman of Christie's
23      America, I appreciate the Armory in its dual
24      roles, as a great work of art in and of itself
25      by some of the greatest figures in decorative
            ROY ALLEN & ASSOCIATES, INC., (212) 840-1167
```

1                                                    34

2      arts and as the venue for highly important art

3      and antique fares which are a valuable part of

4      the art sales market in the City and in the

5      world.

6                      I value both of these aspects

7      of the Armory and I'm very happy to be a member

8      of Seventh Regiment Armory Conservancy Board,

9      since the Conservancy's plan would ensure that

10     both facets of this landmark will be maintained

11     and improved.

12                     The Conservancy's plan to

13     expand and improve the programming at the Armory

14     builds upon the tradition of the best of the art

15     antique shows.  Indeed, one of its partners is

16     the Winter Antiques Show, while also bringing in

17     a mixture of mediums and not-for-profit uses.

18                     Together these will benefit the

19     cultural life of New York City as a whole.

20                     The shows themselves will

21     benefit immeasurably from the improvement to the

22     building's infrastructure, circulation,

23     mechanical systems and public amenities.

24                     While these programmatic uses

25     are important to the ongoing operation and

           ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1

2    success of the Armory and its role in our

3    community, it's the restoration of the Period

4    Rooms by Tiffany, Stanford White, the Herter

5    Brothers and other luminary names which is truly

6    exciting to an art lover like myself.

7                       It is exciting to imagine these

8    dark and damaged interiors restored,

9    well-lighted and finally open for the public to

10   view and enjoy.

11                      I strongly urge the Board of

12   the Empire State Development Corporation to move

13   ahead with this project and enter into a lease

14   with the Conservancy so this project can come to

15   fruition as soon as possible.

16                      Sincerely, Stephen Lash.

17                      My next letter is from Richard

18   Moe, Chairman of the National Trust for Historic

19   Preservation.

20                      Dear Chairman Gargano:

21                      I am writing regarding the

22   Seventh Regiment Armory in New York City, an

23   extraordinarily important landmark, historically

24   and architecturally.

25                      The National Trust for Historic

         ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                           36

2    Preservation has had a keen interest in this

3    building for some years.   We have been

4    following the plans by the Seventh Regiment

5    Armory Conservancy to restore the building and

6    to manage it in the way that makes it an

7    important community asset.

8                        We have provided technical

9    assistance to them along the way and hope to

10   continue such a relationship throughout the

11   restoration process.

12                       I understand the Empire State

13   Development Corporation is very near entering

14   into a long-term lease with the Conservancy

15   which will allow the restoration to proceed, and

16   that the State of New York has committed $30

17   million to the cost of the work.

18                       This is wonderful and

19   encouraging news.

20                       This building has been

21   deteriorating for many years and deserves the

22   attention that the Conservancy and the State now

23   intend to give it.

24                       We applaud the State's current

25   actions to finalize the agreements with the

         ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                               37
 2    Conservancy and we urge the State to complete
 3    the lease process as quickly as possible.
 4                    Thank you for your efforts on
 5    behalf of this great National landmark.
 6                    Finally, I have a letter from
 7    Gorman Reilly, President of CIVITAS.
 8                    Dear Chairman Gargano:
 9                    I am writing as  resident of
10    CIVITAS Citizens, Inc., a neighborhood
11    organization concerned with zoning, land use and
12    development on the Upper East Side and East
13    Harlem.
14                    Members of the CIVITAS Board of
15    Directors recently toured the Armory and were
16    delighted with the rich collection of historic
17    interiors, but dismayed at the deteriorating
18    condition of the building.
19                    I urge you and the ESDC Board
20    to approve and ratify the General Project Plan
21    to restore this historic treasure and enhance
22    its contribution to the cultural and community
23    life of the Upper East Side.
24                    This project is of exceptional
25    merit in that it will restore a national, State
```

38

1

2    and city landmark, increase the Armory's public

3    accessibility and use, will provide housing for

4    a fragile homeless population and will add to

5    the cultural richness of the community it

6    serves, all without a change in the zoning or

7    adding to bulk of the original structure.

8              In many ways, it is a plan

9    which takes the potential and heritage of the

10   Seventh Regiment and enhances and reveals it for

11   the enjoyment of the City and its visitors.

12             Thank you.

13             THE HEARING OFFICER:   Thank

14   you.

15             Do you wish to submit the

16   documents?

17             MS. KIRSTEN REOCH:   I do.

18             THE HEARING OFFICER:   Could you

19   please put them in whatever order they were?

20             MS. KIRSTEN REOCH:   Yes.

21             THE HEARING OFFICER:   Is this

22   how you read them?

23             MS. KIRSTEN REOCH:   Yes.

24             THE HEARING OFFICER:   Okay, the

25   record should reflect that the Christie's Letter

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                              39
 2    will be Exhibit Number 8.
 3                    (The testimony of Chairman
 4    Stephen Lash of Christie's America was marked as
 5    Hearing Exhibit Number 8.)
 6                    The National Trust document
 7    will be 9.
 8                    (The testimony of Mr. Richard
 9    Moe from the National Trust for Historic
10    Preservation was marked as Hearing Exhibit
11    Number 9.)
12                    And Chairman -- oh, wait,
13    sorry, CIVITAS, this one-page letter will be 10.
14                    (The testimony of President T.
15    Gorman Reilly of CIVITAS was marked as Hearing
16    Exhibit Number 10.)
17                    THE HEARING OFFICER: I hope I'm
18    not going to butcher your name, but is Andrew
19    Lauck here?
20                    MR. ANDREW LAUCK: Yes.
21                    THE HEARING OFFICER: Do you
22    wish to speak, sir?
23                    MR. ANDREW LAUCK:   Yes,
24    please.
25                    My name is Andrew Lauck.  I'm
             ROY ALLEN & ASSOCIATES, INC., (212) 840-1167
```

1                                                    40

2     here representing Council Member Eva Moskowitz

3     of the City of New York.

4                    The Council Member wrote a

5     letter to Chairman Charles Gargano of the Empire

6     State Development Corporation dated July 18,

7     2005.

8                    I'm here to read that to you.

9                    Dear Mr. Gargano,

10                   I am writing to express my

11    support for the Seventh Regiment Armory

12    Conservancy and their effort to obtain the lease

13    for the Armory at 640 Park Avenue from the State

14    of New York.

15                   It is my understanding that the

16    Conservancy plans to restore the building and

17    manage daily operation should they acquire the

18    lease.

19                   In a time when public funds

20    are needed in so many areas for so many

21    different purposes, it is wonderful to see a

22    community organization willing to restore and

23    manage a building that is used by the public.

24                   I trust that should the

25    Conservancy obtain the lease from New York

          ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                            41

2    State, they will conduct the restoration and

3    daily operations with the utmost care and

4    responsibility.

5                    I urge you to grant this

6    organization the lease to the Seventh Regiment

7    Armory so that this fine building can be

8    restored and made available it all New Yorkers

9    in the future.

10                   Sincerely, Eva Moskowitz,

11   Council Member, 4th District, Manhattan.

12                   THE HEARING OFFICER:   Thank

13   you, sir.

14                   Do you wish to submit the

15   document into evidence?

16                   MR. ANDREW LAUCK:   Yes,

17   please.

18                   THE HEARING OFFICER:   Thank

19   you.

20                   Exhibit Number 11 will be the

21   one-page letter from Council Member Eva

22   Moskowitz.

23                   (The testimony of Council

24   Member Eva Moskowitz was marked as Hearing

25   Exhibit Number 11.)

       ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                      42
 2                    THE HEARING OFFICER: Is Ed
 3       Klein present?
 4                    MR. ED KLEIN:   Yes, sir.
 5                    THE HEARING OFFICER:  Do you
 6       wish to speak, sir?
 7                    MR. ED KLEIN:   Yes.
 8                    My name is Edward Klein.
 9                    I reside at 216 Starling Court,
10       Manhasset, Long Island.
11                    I am -- been retired, Major
12       General from the New York Army National Guard
13       and as the former Commanding General of the New
14       York Army National Guard and a member of the
15       Veterans of the Seventh Regiment, I'm saddened
16       by the present condition of the Seventh Regiment
17       Armory.
18                    Years of negligent and regular
19       maintenance have allowed this historic building
20       to deteriorate.
21                    It is evident that we need the
22       assistance of a non-profit group to address the
23       situation and provide a viable solution for
24       restoring the integrity of the magnificent
25       building.
```

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

43

1

2          The non-profit Seventh Regiment

3    Armory Conservancy, a group whose mission is to

4    restore this historic site while protecting and

5    preserving its illustrious history, is taking on

6    this monumental task.

7          I have recently joined the

8    Board of Directors of this group and plan to

9    work closely with the members to ensure that the

10   history, architecture and art of the Seventh

11   Regiment Armory are preserved and displayed

12   proudly for generations to come.

13          The Armory no longer serves the

14   same function when my fellow veterans trained

15   and were stationed here.    That's because the

16   military has trained -- changed dramatically

17   since the Armory was built over 125 years ago.

18          The Armory must serve a new

19   purpose now.    It must be restored to its bold

20   and exquisite architecture.    And hopefully its

21   many priceless artifacts will stand as testament

22   to the great sacrifices of our soldiers and of

23   our military history.

24          Its distinguished and

25   handsomely-appointed regimental rooms, which few

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                    44

2    have had the privilege to see, must be open to

3    the public.

4                    The Conservancy is willing to

5    make this commitment.  Its proposal for a unique

6    year-around, multi-use arts and cultural

7    facility will provide a revenue stream that will

8    enable the Armory to be self-sustaining and

9    never fall into disrepair again.

10                   The Armory will be opened to

11   the public while retaining a military presence

12   and function.   That means in addition to

13   housing the offices of the 107th Corp Group, it

14   will be available for use in emergencies as it

15   was during the 9/11 period.

16                   And in accordance with Military

17   Law, its spaces will be made available to

18   veterans group -- groups free of charge.

19                   This law was reaffirmed in the

20   State Legislature passed in 2004.

21                   We have a great opportunity to

22   save the Armory and accomplish this without

23   spending taxpayer money.

24                   The Conservancy has already

25   privately raised millions of dollars and is

         ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                    45

2    committed to raising over 100 million dollars

3    towards this project.

4              The Conservancy's proposal will

5    result in a restored and magnificent building

6    featuring publicly accessible exhibits and

7    military history of the regiment, all of it

8    sustained by arts and cultural programming.

9    There could hardly be a better outcome for the

10   veterans of this State and the people of this

11   City.

12              I therefore commend the

13   Governor, the Empire State Development

14   Corporation and the Seventh Regiment Armory

15   Conservancy for pursuing this initiative.

16              We must continue to all work

17   together towards our common goal.

18              Thank you.

19              THE HEARING OFFICER:  Thank you

20   very much.

21              Would the record reflect I've

22   just been handed a one-page document which was

23   Mr. Klein's speech.

24              The exhibit will be marked as

25   Number 12.

        ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                      46
 2                  (The testimony of Major General
 3      Edward Klein was marked as Hearing Exhibit
 4      Number 12.)           ·
 5                  THE HEARING OFFICER: Arie
 6      Kopelman?
 7                  MR. ARIE KOPELMAN:   Yes.
 8                  THE HEARING OFFICER:  Would you
 9      like to speak, sir?
10                  MR. ARIE KOPELMAN:   Yes.
11                  Thank you.
12                  My name is Arie Kopelman and I
13      am a resident of 625 Park Avenue for the last
14      ten years.  And before that I lived at 45 East
15      66th Street, on the corner of Madison Avenue, a
16      building which was about to be torn down when
17      we, the residents, started an effort to get it
18      designated as a landmark and preserved.
19                  I'm here really in three
20      capacities, not only as a neighbor, but as a
21      user.
22                  I've been Chairman of the
23      Winter Antique Show for the last 11 years and so
24      I know first-hand just how dilapidated this
25      building is because we're in it and we work here
```

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                            47
 2   and it's a very important venue for us.
 3                     East Side House is in the
 4   poorest Congressional District in the county in
 5   the South Bronx.
 6                     We net, not raise, net over one
 7   million dollars a year for the Settlement House
 8   as a direct result of the Winter Antique Show.
 9   And as a result, this is a labor of love for me,
10   but most importantly, in addition, I want to
11   point out that I am a preservationist first and
12   foremost.
13                     I'm a past President of the
14   Nantucket Historical Association; I'm a Founding
15   member of the Upper East Side Historic District;
16   I am a member of the Municipal Arts Society
17   Board and a very proud member of the Board of
18   the Seventh Regiment Armory Conservancy.
19                     So I'm no Johnny-come-lately
20   having spent most of my adult life involved in
21   preservation.
22                     The State of this Armory is,
23   bottom line, is a disgrace.
24                     So people who talk the talk are
25   one thing, but this building has been allowed to
```

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                      48
2      fall apart for many, many years and it upsets me
3      in every way to see all the gab, but no action.
4                      This will require over a
5      hundred million dollars, as you have heard. The
6      money will not be raised except in the way that
7      we have described or various people have
8      described so far.
9                      I don't want to be redundant
10     and repeat it all, but now is the time to walk
11     the talk, to make things happen and to create a
12     fabulous building for the use of this great city
13     and State.
14                     It has not happened, people
15     have sat by and watched it deteriorate with
16     patch jobs.
17                     It is time to take action.  It
18     is time to make this the building that it once
19     was.  And it is time once and for all for the
20     citizens of this great city and State to use the
21     building in a way that most people will be able
22     to enjoy and pass on for many generations.
23                     So I am here with great
24     enthusiasm, great pride.  I see the building
25     every single day.  I've lived at 66th and
              ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                    49
2    Madison for 20 years, as I mentioned.  And I
3    lived next door as a neighbor for over ten
4    years.
5                    It's time to get moving.
6                    Thank you.
7                    THE HEARING OFFICER:  Thank
8    you.
9                    Seri Worden?
10                   MS. SERI WORDEN:   Good
11   afternoon.
12                   I'm Seri Worden, the Executive
13   Director of FRIENDS of the Upper East Side
14   Historic Districts located at 20 East 69th
15   Street, New York, New York.
16                   FRIENDS supports the State of
17   New York's plan to lease the Armory to the
18   Seventh Regiment Armory Conservancy.
19                   The condition of the Armory has
20   been a disgrace for so many years that FRIENDS
21   can applaud this step to preserving this
22   magnificent landmark.
23                   We find that a cultural venue
24   at this location on the Upper East Side would be
25   a reasonable option and an asset to the
     ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                  50

2    community.

3                    We do know that some neighbors

4    have concerns about the proposed use of the

5    building and alterations to the exterior.

6    We'll be watching the Conservancy to make sure

7    that such modifications are appropriate and

8    events not overly troublesome.

9                    FRIENDS looks forward to

10   hearing from the Conservancy on proposed work

11   which will be reviewed by the Landmarks

12   Preservation Commission.

13                   We're particularly eage  to see

14   the exterior and interior repaired and restored

15   giving this remarkable structure the care it

16   deserves.

17                   In the interest of full

18   disclosure, FRIENDS' President and a board

19   member serve on the Seventh Regiment

20   Conservancy's Board.

21                   Thank you.

22                   THE HEARING OFFICER:   Thank

23   you.

24                   Let the record reflect that I

25   have a one-page document submitted by FRIENDS of

         ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                        51
 2   the Upper East Side Historic Districts.
 3                     This will be marked as Exhibit
 4   Number 13.
 5                     (The testimony of FRIENDS was
 6   marked as Hearing Exhibit Number 13.)
 7                     THE HEARING OFFICER: Do we have
 8   Terri Rosen, is it Densel?
 9                     MS. TERRI ROSEN DEUTSCH:
10   Deutsch.
11                     THE HEARING OFFICER:  Okay.
12                     MS. TERRI ROSEN DEUTSCH:   Good
13   afternoon.
14                     My name is Terry Rosen Deutsch
15   and I'm Director of External affairs for Hunter
16   College located at 695 Park Avenue, New York,
17   New York.
18                     I'm here today to State Hunter
19   College's continuing interest in the use of
20   space on a permanent basis at the Seventh
21   Regiment Armory.
22                     It's clear that there is a
23   natural partnership between the two
24   institutions, both owned by the State.
25                     We believe our programs and our
```

```
 1                                    52
 2    ability to share our support staff, maintenance
 3    and security staff and maintenance and security
 4    staff, will be a great asset to the Armory.  And
 5    that the Hunter College population will enhance
 6    programming by bringing the diversity of New
 7    York City into all aspects of the Conservancy's
 8    cultural plan.
 9                    Our interest has been
10    longstanding.
11                    Since August of 2001, we have
12    met on several occasions with members of the
13    Conservancy Board and staff to express our
14    desire to explore space for some of our artistic
15    programs.
16                    Of course, Hunter's use will be
17    consistent with the Conservancy's cultural
18    mission.
19                    Hunter's art departments,
20    music, dance and theater, need space for
21    rehearsals, classrooms and intermittent use of
22    space for meetings and conferences.
23                    And we are not seeking to use
24    the space that most of the other groups that
25    you've heard about today are interested in, but
```

1

2      we do have various events that we might want

3      considered for use of the Drill Hall space such

4      as a graduation.

5                    Our desire instead is for use

6      of some of the other less desirable spaces,

7      specifically on the upper floors.

8                    We'd be happy to partner with

9      the Conservancy on the public programming aspect

10     of the plan and we believe our students would be

11     a great and welcomed audience for many of the

12     programs already planned.

13                   Our Upper East Side neighbors

14     associate Hunter College with excellent public

15     programming in the arts at the Kaye Playhouse.

16                   In addition, we believe we have

17     something to offer some of the tenants of the

18     Armory such as the women's shelter.

19                   The students and faculty of

20     Hunter's Premier Social Work School could create

21     community service projects working with shelter

22     residents.

23                   Lastly I say we have strong

24     support from many about Hunter's request for use

25     of space in the neighborhood.

1                                                      54

2                      We look forward to discussing

3      further and working together to help the Seventh

4      Regiment Armory Conservancy create a world-class

5      cultural center at the Armory.

6                      Thank you.

7                      THE HEARING OFFICER:   Thank

8      you.

9                      Do you wish to submit?

10                     MS. TERRI ROSEN DEUTSCH:   Yes.

11                     THE HEARING OFFICER:   Let me

12     see the documents?

13                     MS. TERRI ROSEN DEUTSCH:

14     (Handing.)

15                     THE HEARING OFFICER:   Thank

16     you.

17                     Exhibit Number 14 is a two-page

18     statement from Hunter, the City of New York

19     dated July 21, 2005.

20                     (The testimony of Terri Rosen

21     Deutsch, Director of External Affairs for Hunter

22     College, was marked as Hearing Exhibit Number

23     14.)

24                     THE HEARING OFFICER: May we

25     have Roger Lang.

         ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                              55
2                      MR. ROGER LANG:    Yes, sir.
3                Good afternoon.
4                      I'm Roger Lang speaking on
5   behalf of the New York Landmark Conservancy with
6   offices at 141 Fifth Avenue.
7                      The Landmarks Conservancy is a
8   private, independent, citywide not-for-profit
9   group located in and active throughout New York
10  City.
11                     We are not affiliated with the
12  Seventh Regiment Armory Conservancy, although we
13  share its mission of history of historic
14  preservation and its goal of seeing the historic
15  Armory renovated, restored and reused as a
16  cultural center for the visual and performing
17  arts.
18                     I might add that that
19  renovation would include air-conditioning which
20  we would all be most welcome.
21                     (Laughter.)
22                     MR. ROGER LANG:    We commend
23  the Empire State Development Corporation for
24  action last month, adopting the General Plan for
25  the Seventh Regiment Armory Civic Project.

```
 1                                              56
 2                  Integral to the plan is the
 3     99-year lease about which testimony is being
 4     heard today.
 5                  The proposed lease will further
 6     an exemplary public/private partnership giving
 7     the Seventh Regiment Armory Conservancy standing
 8     to pursue raising the very substantial funds
 9     necessary to implement the plan and to achieve
10     its goals.
11                  The lease does not relieve the
12     Conservancy of its other obligations, including
13     obtaining the necessary approvals from other
14     City and State agencies including the State
15     Historic Preservation Officer and the New York
16     City Landmarks Preservation Commission.
17                  We urge ESDC to execute this
18     lease at the earliest possible opportunity.  And
19     we thank you for the opportunity to present the
20     Landmarks Conservancy's views.
21                  THE HEARING OFFICER:   Thank
22     you.
23                  MR. ROGER LANG:    (Handing.)
24                  THE HEARING OFFICER:   Thank
25     you.
          ROY ALLEN & ASSOCIATES, INC., (212) 840-1167
```

```
 1                                           57
 2                    Let the record reflect that
 3       Exhibit Number 15 is the one-page statement from
 4       Mr. Roger Lang.
 5                    (The testimony of Mr. Roger
 6       Lang was marked as Hearing Exhibit Number 15.)
 7                    THE HEARING OFFICER: Do we have
 8       David L. Dalva?
 9                    Yes? No?
10                    MR. DAVID L. DALVA:   Yes.
11                    THE HEARING OFFICER:  Oh, okay.
12                    MR. DAVID L. DALVA:   Good
13       afternoon.
14                    Thank you for coming and
15       attending.
16                    I am First Vice President of
17       the Seventh Regiment Veterans and I'm also one
18       of the Vice Presidents of the Seventh Regiment
19       Fund.
20                    The Seventh Regiment Fund is at
21       this point the owner of all of the artifacts in
22       the building including -- except for this Panel
23       Room which is owned by the veterans
24       (indicating.)
25                    The State in trying to work
```

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                    58

2    around our ownership, passed legislation in

3    2004, which I think that all of you should bring

4    up on their website and read because you'll find

5    it has such interesting phrases in it as the

6    State has deemed that the paneling attached to

7    the walls become the property of the State when

8    it was installed.

9                   So for the last hundred and

10   some odd years without anybody's knowledge, this

11   has been the property of the State of New York,

12   retroactively.

13                  There are other interesting

14   parts of that legislation that should be read.

15   It is to the benefit of the State, the State in

16   that document claims the ownership of the

17   building.

18                  How does it claim ownership of

19   building.  Ah, well, the building is owned by

20   the trustees and the State acknowledges that,

21   but because the trustees work for the National

22   Guard or belong to the Natural Guard, therefore

23   they are an instrumentality of the State.  Which

24   is the equivalent of saying if you have a trust

25   officer at a particular bank, that bank owns

1

2    your property because the trustee works for the

3    bank.   So, it's very interesting.

4                    The Conservancy has a wonderful

5    plan.   It sounds absolutely wonderful.

6                    We've talked to the Conservancy

7    a number of times and we have never gotten them

8    to tell us that they were going to restore the

9    rooms and preserve them as should be done.

10                    Mr. Thompson has said a number

11   of times to me that they may have to rent out

12   the rooms because they need the money and it's a

13   tremendous problem of how they're going get --

14   keep cash flow.

15                    As an art dealer and a

16   preservationist, I know you don't rent out rooms

17   if you want to preserve them.

18                    The veterans have the original

19   furniture for this room that was created by

20   Louis Tiffany.  We have the rugs, we have all of

21   the furnishings that go in this room and we

22   would like to see this room as a museum and on

23   display for the people of the City of New York.

24                    We have tried on numerous times

25   to discuss this with the State of New York.

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                      60

2                          The State of New York over a

3       nine-year period that they've sued us, has not

4       ever picked up the phone and said perhaps we

5       would like to sit down and talk to you.

6                          When I was on the Board of the

7       Conservancy as one of the founders along with

8       Mr. Thompson, he asked me number of times why we

9       couldn't just sign over art to the State so that

10      we can move on with doing the Conservancy.

11                         And we tried to explain to Mr.

12      Thompson that this was not my property.  It was

13      owned by the veterans and I was a trustee for.

14      And if I gave it away to the State of New York

15      or if I did not defend it as vigorously as

16      possible, I would become liable.

17                         The veterans are a

18      not-for-profit organization and have been a

19      not-for-profit organization since it was

20      founded.

21                         The Seventh Regiment Fund is

22      also a not-for-profit organization.

23                         The Seventh Regiment Historical

24      Association is not only a not-for-profit, but it

25      is organized under the Board of Regents with a

1
2    permanent charter and would be one of the
3    vehicles we would use to hold the works of art
4    and to display them.
5              We also have the Seventh
6    Regiment Museum which is another corp.,
7    not-for-profit corporation which would again,
8    would be our vehicle to display all of these
9    things and to preserve them.
10             I don't understand the
11   reference that the people in the Conservancy
12   have made to how they were going to display all
13   of the art and all of the fixtures in the
14   building.
15             I don't understand it for two
16   reasons: One, they don't own it, the veterans
17   own it.
18             Two, their charter, at least
19   the way I read their charter, specifically
20   forbids them for having any art or a museum
21   where they display things.   Very unusual
22   document.
23             Again, I suggest that you pull
24   it up on the website and read it for yourself.
25   Perhaps I've interpreted incorrectly.
     ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                      62
2                        The ESD in this proposal has
3        stated that once there is a $9 million
4        threshold, that 20 percent of the gross will be
5        sent, will be given to the State of New York.
6                        Again, interestingly enough,
7        the State of New York does not own this
8        building, did not put any money in the building
9        of this building.  The building was built by the
10       Seventh Regiment and by its friends and
11       veterans.
12                        It is on New York City land.
13                        The lease provides that it be
14       used exclusively for the military purposes of
15       the Regiment or revert to City ownership.
16                        So at this point when there is
17       only ten military people in the building, we
18       feel that it has reverted to City ownership and
19       this is a City building at this point, not a
20       State building.
21                        Again, why the State should get
22       money that belongs to the City of New York
23       through its ESD, which is a State entity, is
24       again a puzzle to me.
25                        People from Hunter spoke and I
         ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                 63
2    don't know whether it's still true, but the last
3    time I looked at Hunter's website, they were
4    talking of a quarter of a million square foot
5    addition to Hunter using the air rights from
6    this property.
7                    A VOICE:    That was 1999.
8                    MR. DAVID L. DALVA:    Yes,
9    ma'am, but if it hasn't been taken off.
10                   A VOICE:    We'll make sure it
11   is.
12                   MR. DAVID L. DALVA:    I would
13   appreciate it because --
14                   A VOICE:    It's not part of the
15   plan.
16                   MR. DAVID L. DALVA:    Yeah, I
17   would appreciate it because it gives
18   misinformation, so you say.
19                   We'd be happy to see that it is
20   not.
21                   They talk about a 99-year
22   lease.
23                   Interestingly enough, if we
24   were setting up the museum, the museum would
25   require ownership of the building.  Why would it
        ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                    64

2    require ownership of the building.  Because if

3    there is a lease, no matter how long it's for,

4    it reverts back to the lessor.

5                 So if Mr. Thompson's group

6    spends $120 million and then additional money

7    over the 99 year-period, at the end of the

8    99-year period, and I know that seems to

9    everyone to be a terribly long time, but it

10   isn't, the building goes back to the State.  And

11   the State, which has carried for and nurtured

12   this building so well, will now have the

13   building in perfect condition that it owns and

14   on a very, very valuable piece of land in Park

15   Avenue in the 60s.

16                 So it should not be a 99-year

17   lease. If the State is serious about the

18   preservation of this building, then whatever

19   entity it selects should own the piece of the

20   property so that it does not revert back to the

21   State at the end of it.

22                 I heard discussion about how

23   deteriorated the Armory is.

24                 We're sitting now in the

25   Veteran's Room and I ask you to look about and

          ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

65

2  see the deterioration of this room.

3              Notice that the paneling is

4  falling down. Notice that the ceiling is cracked

5  and falling.  Notice that the chandeliers are

6  hanging by a thread.  And then go out in the

7  hall and notice how deteriorated that is.

8              There is, over the staircase,

9  some paint that is chipping and falling.  That's

10  because the State hasn't painted in ten years.

11             The veterans have proposed to

12  the State and brought in laborers to do a number

13  of repairs on the building.

14             We were going -- we brought in

15  a crew to replace the wooden -- to repair the

16  wooden floor in the Great Hall and we were

17  stopped by the State of New York.

18             We brought in people to clean

19  and repair the doors as you come to the Armory.

20             The State refused us even

21  though 20 years ago when they held a conference

22  to the National Guard, they called up the

23  veterans and they asked us could we please clean

24  the doors so that it would look nice for the

25  conference.

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                              66

2                    We are very, very concerned

3      about this building.  We're very, very concerned

4      about the property.  We do not feel that ESD has

5      the right to make any kind of lease because they

6      do not own the property.

7                    The State is very shrill and

8      very adamant and yells a great deal that they

9      own the building, but the ownership is only

10     words because there is no documentation, there

11     is nothing to back it up.

12                   And we frankly do not

13     understand why the Conservancy, which espouses

14     preservation of these rooms and the furniture

15     and all of the art, has not allied themselves

16     with the veterans and joined the veterans in

17     forcing the State to turn over the building and

18     make it a museum.

19                   THE HEARING OFFICER:  Mr.

20     Dalva, would you please sum up, you've been

21     speaking for over 15 minutes, sir.

22                   MR. DAVID L. DALVA:  Okay, I'm

23     sorry if I spoke too long.

24                   I've been involved in this as a

25     -- from the lawsuit with the State since the

            ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                        67
2    1990s and I'm afraid I get a little bit

3    passionate about it.

4                        I do not have a prepared

5    statement.  I do have some other documents that

6    we prepared that we would like submit.  One of

7    which is our proposal on how to restore the

8    building.

9                        THE HEARING OFFICER:  Okay.

10                        MR. DAVID L. DALVA: Okay?

11    Thank you very much.

12                        THE HEARING OFFICER:  Thank

13    you.

14                        (Applause.)

15                        THE HEARING OFFICER:  Let the

16    record reflect that the document submitted by

17    Mr. Dalva will be marked as Exhibit 16.

18                        (The testimony of Mr. David

19    Dalva was marked as Hearing Exhibit Number 16.)

20                        THE HEARING OFFICER: I just

21    want to make an announcement:

22                        At the beginning of these

23    proceedings, I requested that if anybody wanted

24    to speak beyond five minutes, to please let us

25    know.

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                          68

2                    I know this is a very

3      passionate topic.  I know people have a lot to

4      say.  I have a very, very long list.  We're

5      trying to get everybody in.

6                    I'm not leaving until everybody

7      has an opportunity to speak, but please be

8      considerate of everybody else in this room and

9      please try to keep it to five minutes.

10                   If you need more than that,

11     then why don't you wait towards the end, let me

12     know so that other people who want to speak can

13     leave.

14                   And having said that, the next

15     person on the list is Rita Chu.

16                   A VOICE:   Peter Chu? Peter

17     Wells.

18                   THE HEARING OFFICER:  I have

19     Rita Chu.

20                   A VOICE: I can't hear.

21                   THE HEARING OFFICER:  Move up.

22                   A VOICE: I will.

23                   THE HEARING OFFICER: Come on

24     up.

25                   A VOICE: In due course.

          ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                        69

 2                    THE HEARING OFFICER: All right,

 3      go ahead.

 4                    MS. RITA CHU:    Good afternoon,

 5      Carol, it's nice to see you dressed up,

 6      neighbors and fellow preservationists,

 7                    My name is Rita Chu and I too

 8      am a Founding Director of FRIENDS of the Upper

 9      East Side Historic Districts, but today I am

10      here to speak as President of 130 East 67th

11      Street, a cooperative building that is a

12      designated individual landmark located directly

13      opposite the Seventh Regiment Armory's Drill

14      Shed.

15                    Can everyone hear me?

16                    (No response.)

17                    MS. RITA CHU:    We ask the

18      Empire State Development Corporation to

19      seriously consider awarding the lease to the

20      Veterans of the Seventh Regiment, a venerable

21      organization with a vested, if not a proprietary

22      interest in all that is best for this building.

23                    It has the knowledge and

24      understanding of the rich history of this

25      building and of historic restoration that are
```

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                        70

2    sympathetic to, and respectful of, the building

3    itself to bring it to its former glory.

4                    Its plan to continue with the

5    operation of the trade shows and the women's

6    shelter - but under better and more efficient

7    conditions - and to open up the building as a

8    decorative arts museum for the public and as an

9    educational center for school children, is more

10   sympathetic to this residential neighborhood.

11                   It has the financial means to

12   restore the building and a financial plan to

13   secure the future maintenance of this building.

14                   It can, of course, certainly

15   benefit from the generous grant that the State

16   is offering.

17                   And finally, the State has the

18   moral obligation to honor in fact that the

19   veterans of the Seventh Regiment are the

20   rightful owners of this building.

21                   Thank you.

22                   THE HEARING OFFICER:   Thank you

23   very much.

24                   (Applause.)

25                   THE HEARING OFFICER:   The

        ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                          71

2    record should reflect that I have a one-page

3    statement from Ms. Chu.

4                    That will Exhibit Number 17.

5                    (The testimony of Ms. Rita Chu

6    was marked as Hearing Exhibit Number 17.)

7                    THE HEARING OFFICER: We may

8    have Peter Wells.

9                    MR. PETER WELLS:   Thank you.

10                   My name is Peter Wells.  I live

11   at 449 East 78th Street, New York, New York 1

12   double 0 21.

13                   I was born in New York.  My

14   father and uncle were born here.

15                   We all served in the United

16   States Army and in the Seventh Regiment New

17   York.

18                   I am proud of that heritage.

19   My credentials as a veteran are absolutely

20   unassailable.

21                   And what bothers me -- two

22   things bother me really seriously to begin with.

23                   Number one is this naked

24   unconstitutionality of the State of New York in

25   seizing this building.  Think about it, you want

        ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                    72
2      the State of New York to seize your building,
3      give them your address.
4                   And secondly, ESD who is
5      represented by I assume these people here, we've
6      attempted to talk to them over a long period of
7      time.  I don't even know what they look like
8      'cause we've never had an opportunity to meet
9      them face-to-face.
10                  And in no time, and this
11     implies contempt for the veterans and the
12     serving men of our military, has anyone from ESD
13     ever made an effort to consult us on what might
14     happen or what would have happened to this
15     building.
16                  Another issue which I will
17     point out to ESD again, we have on numerous
18     occasions, that the structural quality of this
19     building is excellent.  The interior rooms that
20     are damaged are a direct result of the
21     negligence, criminal negligence on the part of
22     the State of New York.
23                  They have never said they own
24     the building until all of a sudden they thought
25     maybe it would be a neat idea.  It's not a neat
        ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

2    idea.  You don't seize private property.

3                   Now, as to the Conservancy --

4    this so-called Seventh Regiment Conservancy, I

5    like some of the members of the Conservancy

6    individually very much and I respect them,

7    they're nice people, but from what I can see, a

8    lot of statements made, particularly about the

9    interior condition of the building and some of

10   the other issues they raise, are perhaps the

11   result of misinformation.

12                   They certainly have an

13   impressive group.  However, they don't impress

14   me because I served my country and I'm a

15   descendant of the men who went before me.

16                   These uniforms were worn by --

17   worn by my forebearers (indicating) and their

18   colleagues.

19                   Those paintings in the halls

20   were colleagues of my forebearers.

21                   This is a regiment and a

22   building that belongs to the City of New York

23   and to America.  This building doesn't belong as

24   a performance venue.  What do you want, Gaz and

25   The Who and Magic Dragon all outside dumping

```
 1                                          74
 2    five, ten thousand people on the street.
 3                  I disagree with everything the
 4    Conservancy says except I'd like to see this
 5    building restored.
 6                  The veterans of the Seventh
 7    Regiment have a plan to do it economically,
 8    quickly and conveniently and keep the Seventh
 9    Regiment name alive.
10                  If we don't, God help us.  Then
11    everything that I hold value -- valuable and
12    everything the world holds valuable has
13    deteriorated.
14                  This is a nation that's alive
15    and living and breathing today because of the
16    soldiers that served in it and this regiment has
17    been doing it since 1806.
18                  We're a democracy that's kept
19    alive by our citizen soldiers and these are
20    citizen soldiers.
21                  Now, if you think I'm
22    passionate about this, you're right.  I didn't
23    serve my country to have some group from the
24    State of New York, a piddling bureaucratic
25    collection, come in and take it away from me and
```

```
1                                              75
2    take my country away from me and they're
3    starting with this State -- they're starting
4    with this Armory.
5                    It's a beautiful building.
6                    That's unconstitutional and we
7    fought to defend the Constitution.
8                    And I'd like to leave you with
9    this:  Some members and friends of mine gave the
10   ultimate sacrifice and they were members of this
11   regiment, a lot of them.
12                   Thank you.
13                   THE HEARING OFFICER:  Thank
14   you, sir.
15                   (Applause.)
16                   THE HEARING OFFICER:  May we
17   have Nikki Henkin.
18                   MS. NIKKI HENKIN:  My name is
19   Nikki Henkin.  I live on the East Side of New
20   York but I'm here to read three statements,
21   three letters into the record, okay?
22                   THE HEARING OFFICER:  Sure.
23                   MS. NIKKI HENKIN:  The first
24   one is Marjorie L. Hart at 133 East 64th Street,
25   New York, New York 10021.
```

1                                                    76

2                    Dear Chairman Gargano:

3                    I am writing as a member of the

4      Board of the Seventh Regiment Armory Conservancy

5      and former Chairman of the Board of 133 East

6      64th Street Corporation, a co-op neighbor and

7      observer of the Armory.

8                    It is with great enthusiasm and

9      a sense of urgency that I urge you and the ESDC

10     Board to approve and ratify the General Project

11     Plan to restore this historic treasure and

12     enhance its contribution to the cultural and

13     community life of the Upper East Side.

14                   I further urge your Board to

15     quickly enter a lease with the Seventh Regiment

16     Armory Conservancy so that this project can

17     begin in the fall of 2005.

18                   For many years we have watched

19     the internal and external deterioration of this

20     icon of late 19th century architecture and

21     design.

22                   You now have before you a group

23     of citizens willing to take the full financial

24     and operating responsibility to stanch this

25     decline and put right this major landmarked

         ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                                    77

2    facility; to repair its systems and its fabric;

3    to restore deteriorated spaces to their original

4    splendor and to undertake enhanced cultural

5    programming and dedicated public use of this

6    unique historical space.

7                    The Conservancy's plans also

8    call for significant improvements in the

9    interface of the building with the neighborhood:

10   To minimize on-street loading; truck noise and

11   traffic; to improve the lighting, enhancing

12   safety in the neighborhood; improving the

13   maintenance to reduce rat infestations, et

14   cetera.

15                   These improvements are much

16   desired by the neighbors.

17                   This project will also ensure

18   that the Armory will continue to house the New

19   York National Guard offices and the New York

20   City shelter for homeless women.

21                   I therefore, support this

22   project fully and urge you to approve the ESDC

23   plan and lease to the Conservancy.

24                   Sincerely, Marjorie Hart.

25                   Want that one?

       ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                          78

2                        (Handing.)

3                    THE HEARING OFFICER:  May the

4    record reflect that we have a one-page statement

5    from Marjorie Hart which will be marked as

6    Exhibit Number 18.

7                    (The testimony of Marjorie L.

8    Hart was marked as Hearing Exhibit Number 18.)

9                    MS. NIKKI HENKIN:    This is

10   from Cecilia Schmidt-Sarosi and Peter Sarosi,

11   both of them Doctors at 51 East 67th Street, New

12   York, New York 10021.

13                   To whom it may concern:

14                   I own a home on the Upper East

15   Side where I practice medicine.

16                   When I heard that there was a

17   non-profit organization that wanted to restore

18   and revitalize the Seventh Regiment Armory, I

19   was very excited because this building has been

20   neglected for too long and needed help.

21                   Like many East-Siders, I had

22   some questions:    Who will lead the restoration?

23                   What are the actual plans?

24                   Will any part of these plans

25   compromise the architecture of rich military

             ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                        79
2    history of the Armory?
3                   As I learned more about the
4    plans of the Seventh Regiment Armory
5    Conservancy, I became more and more confident
6    that the right people were to implement the
7    right plan for the Armory.
8                   I am happy that the Conservancy
9    plans to restore both the exterior and interior
10   of the building and honor the fine architecture
11   long -- architectural it should be -- and long
12   military history of the building, even opening
13   up the historic regimental rooms to the public.
14                  I fully support the Seventh
15   Regiment Armory Conservancy's plan for this
16   great East Side landmark.
17                  Thank you.
18                  Sincerely, Peter Sarosi, M.D.
19                  THE HEARING OFFICER:   Thank
20   you.
21                  I have a one-page document from
22   Peter Sarosi, M.D.
23                  We will mark it as Exhibit
24   Number 19, please.
25                  (The testimony of Cecilia
        ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                        80

2      Schmidt-Sarosi, M.D., was marked as Hearing

3      Exhibit Number 19.)

4                      MS. NIKKI HENKIN:   Okay, last:

5                      200 Block East 78th Street

6      Association.

7                      Dear Mr. Gargano:

8                      As Co-chair of our block

9      association for over 20 years and a long-time

10     resident of the Upper East Side, I have seen

11     many changes in our neighborhoods and not always

12     for the better.

13                     The Seventh Regiment Armory is

14     a very special piece of architecture, especially

15     the interior which I would hate to see go the

16     way of Penn Station, a beautiful and historical

17     piece of architecture raised in the name of

18     progress and replaced with a bland, non-descript

19     hulk which will soon come down.

20                     Please don't let this be the

21     fate of the Armory.  This is a treasure of the

22     Upper East Side and very much worth restoring

23     and opening it up to the public would be such a

24     wonderful addition to our community.

25                     The Seventh Regiment Armory

            ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                81

2    Conservancy seems to have a beautiful plan ready

3    to implement and I would like to see them do it.

4                      Thank you.

5                      Cynthia Matthews, Co-Chair.

6                      (Handing.)

7                      THE HEARING OFFICER:   Thank

8    you.

9                      We have a one-page statement

10   from Cynthia Matthews, co-chair.

11                     And that would be marked as

12   Exhibit Number 20, please.

13                     (The testimony of Ms. Cynthia

14   Matthews was marked as Hearing Exhibit Number

15   20.)

16                     THE HEARING OFFICER: May we

17   have John F. McNamara.

18                     MR. JOHN F. MCNAMARA:   Yes.

19                     John F. McNamara, Master

20   Sergeant, retired.

21                     I'm a member of the Post 107

22   American Legion which is headquartered in this

23   building. I'm also a member of the Veterans of

24   the Seventh Regiment.

25                     I joined the New York State

        ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                        82

2     Army Reserve, National Guard 8 August, 1960 and

3     served 21 years in the National Guard.

4                    I'm a veteran of the United

5     States Army by reason of being activated by the

6     President during the Postal strike.

7                    I spend at least one day a

8     month, sometimes one day a week in this building

9     performing administrative services for Post 107

10    or for the veterans of the Seventh Regiment.

11                    I have been in this building

12    since 1960.  This building means a great deal to

13    me.  I want to see it maintained.  I want to

14    see it restored.

15                    I'm also a Professional

16    Engineer by trade.  Licensed in the State of New

17    York and in the State of New Jersey.

18                    I was a Design Project Manager

19    for the restoration of the Hoboken Railroad

20    Terminal where New Jersey Transit wanted it

21    turned back to be restored to what it looked

22    like in 1907 when it opened.

23                    If you ever get the

24    opportunity, go over and look at what we did,

25    because I stand very proud of being part of that

          ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                        83

2    project.

3                    I want to see the same kind of

4    work done here.

5                    I know some of the firms in the

6    City of New York and companies like Fire Box

7    (phonetic) have been kicked around and I've

8    worked with them but they've worked for me

9    actually.

10                   The question always though that

11   comes out is, who can do this work and who can

12   get this job done?

13                   Now, I've heard kicked around

14   and right from the beginning, State of New York

15   is going to throw $30 million into the

16   restoration.

17                   The State of New York has had

18   decades to operate and maintain this building,

19   has done nothing.  How can you be so naive to

20   think they're going to give you $30 million,

21   even if they put it in writing.

22                   They never lived up to their

23   promises yet.

24                   They could have maintained this

25   building so that it wasn't dirty, so that the

            ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                      84

2      floors weren't worn.

3                      Now, as I've said, I've worked

4      with design.  I've also worked in construction

5      for many years.  This building is structurally

6      sound.  Yes, there are leaks.  There is water

7      coming down.  I'd ask you, go down the hall,

8      there's some rooms you can't go into because the

9      plaster, the plaster is not structural material

10     of the building.   The steel, the concrete, that

11     is what keeps the building up.

12                      The roof needs a tremendous

13     amount of work and it's going to be very

14     expensive, but this building can be saved.

15                      These rooms -- well, this one

16     is not a good example to use, but some of the

17     other rooms are in excellent shape but need

18     cleaning.

19                      This one could use a cleaning

20     too.

21                      You were given an opportunity

22     to do something here and you all want to see it

23     done and I agree with you, but I don't think the

24     Conservancy will have the right to do it.

25                      Now, it's being challenged in

        ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                      85

2    court as we stand here.

3                    The State has tried to grab the

4    memorabilia, the military memorabilia and the

5    artworks and has lost.

6                    Right now they're stalling to

7    go back to the final court decision but they've

8    lost and they know they lost.

9                    That stuff belongs to the

10   Seventh Regiment Fund.

11                   The stuff on the walls here,

12   this woodwork, the ceilings, they don't belong

13   to the State.  How can the State pass a law.

14                   You know if you read that law

15   and I have read it and I'm not a lawyer, but

16   I've worked with lawyers on contract claims in

17   part of my career.  The State has a right to

18   take property under the statutes of eminent

19   domain.  That law does not claim eminent domain.

20   It's not part of the procedures of eminent

21   domain.  And if it doesn't, then how can they

22   just declare they're grabbing a piece of

23   property?

24                   Even the recent United States

25   Supreme Court decision says that the State or

        ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                          86
 2     local governments can take property under the
 3     provisions of eminent domain.  That law does not
 4     involve this.
 5                    Thank you.
 6                    THE HEARING OFFICER:   Thank
 7     you.
 8                    (Applause.)
 9                    THE HEARING OFFICER:   May we
10     have Thomas Levis.
11                    MR. THOMAS LEVIS:   Yes.
12                    Thomas Levis.  29 Park Drive,
13     Eastchester, New York.
14                    I served in this Regiment from
15     1953 until 1960.  Excuse me.
16                    Am I also the uncle of two
17     young men serving with National Guard Regiments
18     in Iraq.
19                    From my knowledge of the
20     building and its history, I believe that this is
21     the most appropriate place for us to say thank
22     you to the National Guardsmen.
23                    Nowhere in this country have we
24     memorialized what the National Guard has done
25     for our cities, our States and our country.
```

1                                                      87

2                    I believe this is the most

3       appropriate place to do it because of the

4       history of this regiment.

5                    Founded 200 years ago, the

6       bicentennial this next year, this regiment was

7       the first regiment to be named "National Guard."

8                    In 1824 it served as a God of

9       Honor to the Marquis de Lafayette, our beloved

10      hero from the Revolution.

11                   With tears in his eyes he said

12      to the officers of the regiment, "You remind me

13      of my Guarde Nationale and Paris."  Thus, the

14      officers decided to take on the title National

15      Guard.

16                   It wasn't until 1960 that the

17      State of New York decided to apply that title to

18      all militia units and it wasn't until 1900 that

19      that title was passed on to all of the militia

20      units throughout the country.

21                   For some of you who may not

22      know the history of this regiment, I just want

23      to give you a couple of quick items.

24                   It was the first regiment to

25      answer the call to Washington from Lincoln.

             ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                          88
2                    During the Civil War, 90
3    percent of this Regiment's men left to become
4    officers in others units.
5                    Six of those men earned
6    (indicating) the country's highest Honor, the
7    Medal of Honor.
8                    Another one of those members
9    you may know from the film Glory, Colonel Robert
10   Shaw, the leader of the 54th Massachusetts All
11   Black Regiment was a member of this regiment.
12                   In the First World War, the
13   regiment was called up and during the battle of
14   the breaking of the Hindenburg Line, again, had
15   its members distinguished itself (indicating.)
16                   Four won The Medal of Honor.
17                   What's particularly interesting
18   about this is that throughout all of World War I
19   only 95 Medals of Honor were awarded to the
20   members of the Army.   Four of them to members
21   of this regiment.
22                   And also during this period
23   once again, 90 percent of the members, the
24   existing members of the unit became officers and
25   gained for the regiment the title, "West Point
          ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1
2    of the National Guard."

3            In World War II the Regiment
4    was called up as was all of the National Guard
5    throughout the country in 1940, to provide the
6    infrastructure for the United States Army when
7    it had its peacetime draft.

8            It was National Guardsmen that
9    were first captured in the Philippines.

10            I don't believe that enough
11    people know and understand the role played by
12    the National Guard throughout our history in
13    civic affairs, not only here, but in other
14    states.

15            This would be the ideal place
16    to maintain the history of these proud units and
17    what they did to serve as an example to our
18    children and grandchildren going forward, how
19    you maintain democracy.

20            I can only hope that somewhere
21    in all the stuff that's been going and enough's
22    been said of it, that the one thing we remember
23    are the men and women who are putting their
24    lives on the line today from the National Guard.
25    And let's honor them.

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                              90
 2                    (Applause.)
 3                    THE HEARING OFFICER:  Let the
 4   record reflect that Exhibit Number 21 is a
 5   two-page statement from Thomas Levis.
 6                    (The testimony from Mr. Thomas
 7   D. Levis was marked as Hearing Exhibit 21.)
 8                    THE HEARING OFFICER:  May we
 9   have Lieutenant Colonel Daniel McNally.
10                    MR. DANIEL MCNALLY:  Good
11   afternoon.
12                    I just want to make a -- my
13   name is Daniel McNally.  I'm a Lieutenant
14   Colonel in the Air Force Reserve.
15                    I got 24 years in the Reserves
16   in the National Guard.  The first 14 years were
17   with the 42nd Infantry Division.
18                    I had the distinct pleasure of
19   serving in this building between 1992 and 1995.
20                    While I was serving in this
21   building I was the Engineer Officer for the
22   107th Corp Support Group.
23                    As the Engineer Officer I had a
24   specific duty for battlefield engineering and
25   maintaining of things.  And somehow that duty
```

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

2    title kind of reflected back on the maintenance

3    of this building.   Of course it wasn't.

4                       I want to bring up two

5    incidences and I want to say that the

6    deterioration of this building is substantial

7    cosmetically and that it could have been

8    prevented.

9                       And it could not have been

10   prevented by the veterans or by the soldiers who

11   were assigned to this Armory for a number of

12   reasons:

13                      One, because of a historic

14   landmark status it made us try to do some kind

15   of self-help care for the building, impossible.

16                      And so I'm going to tell you

17   two incidences where water damage was permitted

18   to run ramped.

19                      I came into work one night down

20   here on a Tuesday night and there was a leak on

21   the second floor.   It was coming through the

22   ceiling.  And I says, "Wow, this is terrible."

23                      So me and another officer, an

24   engineer, we tracked down the leak.   The leak

25   was a two-inch pipe above the fourth floor over

1                                              92

2    by the restaurant.  It had burst.  Water was

3    shooting out of it, running between the walls,

4    soaking the plaster, making it heavy.  When it

5    became too heavy, gravity took care of the rest

6    and it collapsed.

7                    I went down to the

8    superintendent, I says, "You have to call the

9    plumber up here, we need a plumber, we need to

10   patch this pipe and stop this." "That we can't

11   do, it's with the State."

12                   That was the answer.

13                   Then I went to the OIC who was

14   Colonel Jensen at that time -- Jenkins, Jenkins.

15   And I grabbed him by the hand, I said, "Look,

16   it's right there, we just need a patch on it to

17   stop this."

18                   Out of his pocket he called the

19   plumber.  We put a patch on it and we stopped

20   it.

21                   But that wasn't the proper

22   procedure for doing that.

23                   Another example of where

24   something small became something big was, when I

25   was here they replaced the roof and the south

             ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
1                                                    93
 2   side of the roof gets a lot of damage because of
 3   the sun that it takes.   It has to be replaced
 4   every decade or so.
 5               So they replaced the roof.
 6   They put in all new leaders and gutters.   But
 7   there was no maintenance to keep the leaders and
 8   the gutters clean so water would come off the
 9   roof and go down the side of the building and
10   saturate the bricks.   And then it would seep
11   through the bricks and hit the plaster and then
12   the plaster would become saturated.
13               So I says, let's go up there
14   and clean the leaders and the gutters and that's
15   what I had to do.
16               I went up there with a broom
17   and my hand and dug all the leaves all out of
18   there.   And I mentioned it again to the
19   superintendent.   I says, "How come we don't have
20   a guy up there once a month or something
21   cleaning off the side of the roof"?   "Ah, it's
22   the State."
23               So I want you to understand
24   that the deterioration of this building is not
25   because of the soldiers who were here or the
```

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1

2      veterans, it was because of the State.   They

3      refused to do simple repairs.

4                      I don't know why, I think it

5      might have something to do because this is a

6      very valuable piece of property.

7                      That's my first point.

8                      The second point is in the 14

9      years I was in the National Guard, I was

10     assigned to four armories.

11                     The first armory was the

12     Engineering Armory up on 168th and Fort

13     Washington Avenue.   Beautiful armory.   It was

14     known as the athletic armory because of the size

15     of its drill floor.   And many of you who

16     probably ran track in high school probably ran

17     track up there.

18                     The unit that was there was the

19     102nd Combat Engineers.   Illustrious history.

20     Presidential citations for the Battle of Sipan.

21     Alpha company withstood a kamikaze banzai attack

22     by the Japanese.   Held their position and

23     prevented a fall of the flank and the loss of

24     the island.   Very historic place.

25                     Columbia University, which is

1

2   right next door, Columbia Hospital, Columbia

3   Presbyterian Medical Center always had eyes on

4   that building.   And sure enough they got it.

5   It's in the form of an athletic facility that's

6   affiliated with the hospital, but that Armory's

7   gone.   Soldiers can't even go in there anymore.

8              Veterans who have served in

9   that armory for years and years and years who

10  have served their country proudly, are not

11  allowed in the building.

12             Another building which is gone

13  now was the headquarters for the 42nd Infantry

14  Division which right now, right now is fighting

15  in Iraq.   That's your National Guard unit from

16  this State fighting in Iraq.   18 boys from the

17  69th Infantry have been killed in this

18  deployment.

19             But the 42nd Infantry Unit

20  Division Headquarters used to be on 14th Street.

21  When 14th Street became nice again it shut the

22  Armory down, tore it down.   Now there's

23  something else there.

24             Finally, the last armory was

25  the Kingsbridge Armory which is on Kingsbridge

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                      96

2    Road and Jerome Avenue.   People from the Bronx

3    might recognize it because of the very large

4    roof on it.   That is the world's largest Armory.

5    World's largest armory and the State let it

6    deteriorate and now it's closed down and

7    developers are going to go in there and they're

8    going to do something.   I think they're going to

9    make a super K-Mart or something like that in

10   there.

11                       Of all the armories left in

12   Manhattan, there's only three and this one is

13   the most beautiful.

14                       This one has tremendous

15   history.

16                       Of all the history that we're

17   losing because of tearing down our armories

18   because they became valuable to other people,

19   there's no place for them Armories to show their

20   lineage and their history and the things that

21   help motivate soldiers when things get tough.

22                       There's no museum in New York

23   to honor our military people.

24                       This would be a perfect spot.

25   This should be the place.

     ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                          97
 2                    Thank you.
 3                    (Applause.)
 4                    THE HEARING OFFICER:    Thank
 5      you.
 6                    May we have Alice Rich.
 7                    MS. ALICE RICH:    Good
 8      afternoon.
 9                    I'm Alice Rich.  I represent
10      the Historic Districts Council.
11                    We're the citywide advocate for
12      New York's historic district and structures.
13                    Our Public Review Committee
14      monitors proposals within the historic districts
15      and to individual landmarks.
16                    Our committee has reviewed the
17      application now before the Empire State
18      Development Corporation and would like to thank
19      both the Seventh Regiment Armory Conservancy for
20      taking the time to give us a tour of the
21      building and the ESDC for giving us the
22      opportunity to comment on this proposal.
23                    HDC has long been aware of this
24      imposing and important building in the Upper
25      East -- on the Upper East Side and the issues
```

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                    98

2    concerning its preservation.

3                    The Armory has national as well

4    as local historical significance and is a

5    stand-out building in an architecturally

6    significant neighborhood.

7                    The interior spaces of the

8    building are widely regarded to be among the

9    finest existing examples of the Aesthetic

10   Movement, as practiced by such masters as Louis

11   Comfort Tiffany and Stanford White.

12                   There are many grave threats to

13   the remarkable architectural works of art that

14   this building contains as well as the physical

15   structure of the building itself.

16                   HDC was impressed with the   .

17   quality of the restoration plans.

18                   It is high time that this

19   magnificent building be properly restored and

20   its deterioration halted after a lengthy period

21   of inadequate maintenance.

22                   Damage to the integrity of the

23   structure will only grow more serious if this

24   restoration has not begun and soon.

25                   HDC supports the State of New

```
1                                        99
2    York's plan to lease the building to the Seventh
3    Regiment Armory Conservancy.
4                    Thank you for your
5    consideration.
6                    THE HEARING OFFICER:   Thank
7    you.
8                    Do you wish to submit anything?
9                    MS. ALICE RICH:   Yes.
10                   THE HEARING OFFICER:   Thank you
11   very much.
12                   The record should reflect that
13   Exhibit Number 22 is a one-page letter from the
14   Historic Districts Council.
15                   (The testimony of Ms. Alice
16   Rich was marked as Hearing Exhibit 22.)
17                   THE HEARING OFFICER:   May we
18   please have Frank Sanchis.
19                   Is Mr. Sanchis still here?
20                   A VOICE:   Yes, he's here.
21                   THE HEARING OFFICER: Yes? Okay.
22                   MR. FRANK SANCHIS: Good
23   afternoon.
24                   I'm Frank Sanchis.  I'm the
25   Senior Vice President of the Municipal Arts
```

1                                                    100

2    Society of New York.

3                    For many years the Society has

4    been alarmed by the deteriorating condition of

5    this building which, as you might have heard, is

6    a landmark of both local, State and National

7    stature.

8                    We have also for a long time

9    been supporters of partnerships between private

10   and public organizations and we feel that the

11   partnership that has been struck between the

12   Conservancy and the State in the instance of

13   this building is ideal and will provide for the

14   care and preservation of a building which richly

15   deserves preserving it for future generations.

16                   We therefore urge that the

17   lease be entered into and congratulate you in

18   advance on its success.

19                   Thank you.

20                   THE HEARING OFFICER:   Thank

21   you.

22                   May we have Kent Barwick.

23                   MR. KENT BARWICK:   Yes.

24                   Good afternoon.

25                   My name is Kent Barwick.   I'm a

        ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                              101
2    member of the Board of the Seventh Regiment
3    Conservancy and I'm President of the Municipal
4    Arts Society which is located at 457 Madison
5    Avenue.
6                      I have a statement which I will
7    submit.
8                      Almost all the points as you
9    can imagine have been made.
10                     I think several things are
11   evident in this afternoon's heated conversation.
12                     One is that this is an
13   incomparable asset.  This is -- this building is
14   a building is New York at its best at the height
15   of its powers artistically and politically and
16   economically.
17                     Socially it is as the
18   recitation of the accomplishments of the Armory
19   that they built this and maintained this
20   structure for so long, the record of this unit
21   goes way, way back to the fact that I think it
22   first came to public attention during the draft
23   riots or the theater near Astor Place.
24                     And thirdly, that whoever's
25   fault it may have been in the past, that this is
         ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                          102

2    a treasure that is beyond the capacity of a

3    distant public agency to maintain from Albany,

4    perhaps because there are many, many more

5    pressing defense needs than the maintenance of

6    this building.

7                     But there has been a lot of

8    deteriorating.  When the lights are on you can

9    see.  In fact, I can remember in 1996 coming

10   into this room.  We were planning an event here

11   one afternoon just about this time through that

12   door and poised next to that window was a

13   workman with a giant crowbar who was just about

14   to pry off the paneling in order to get to the

15   window to repair the window because of course

16   there's an iron guard on the outside.

17                     I think the proposed lease is

18   promising and in fact essential to guarantee

19   that this building architecturally, socially and

20   in terms of the history, the military history of

21   the City --

22                     I think the only other point

23   that hasn't been made, it's not mine to make,

24   I'm not a veteran of the Seventh Regiment, but

25   that the military service is one of the few

     ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                    103

2      shared experiences in our city and wars that we

3      fought are one of the few things that brought us

4      together.

5                       I believe that the

6      Conservancy's goals are of the highest in its

7      capacity, intellectually and artistically is

8      without parallel and that its ability to raise

9      the funds has already been demonstrated.

10                      So I hope that the State will

11     act promptly to approve this lease.

12                      I believe that when all of us

13     meet here in five or six years, in

14     air-conditioned splendor, that all of this, the

15     veterans, the neighborhood, the people who care

16     about architecture, the people who care about

17     the history of this city, will be very, very

18     pleased with the important step that's

19     contemplated today.

20                      Thank you.

21                      On behalf of the record I'd

22     like to submit this document.

23                      (Handing.)

24                      (Applause.)

25                      THE HEARING OFFICER:  Let the

         ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                        104

2    record reflect that Mr. Kent Barwick has

3    submitted a two-page statement.

4              It will be marked as Exhibit

5    Number 23.

6              (The testimony of Mr. Kent

7    Barwick was marked as Hearing Exhibit Number

8    23.)

9              THE HEARING OFFICER: May we

10   have Catherine Sweeney Singer.

11             MS. CATHERINE SWEENEY SINGER:

12   Good afternoon.

13             My name is Catherine Sweeney

14   Singer.  I live at 410 East 74th Street and I've

15   been a resident of New York City since 1978.

16             My late father was a West Point

17   graduate.  Top five in his class.

18             I am a daughter of a member of

19   the Seventh Regiment and two of my -- I'm sorry,

20   granddaughter and two of my great uncles were

21   members of this Regiment.

22             Also my next younger brother is

23   currently serving his third tour of duty as a

24   Major in the Air Force.

25             Those are my military

         ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1
2    credentials.

3                    I am appearing today to speak

4    briefly as Executive Director of the Winter

5    Antique Show which is owned by its beneficiary,

6    East Side House Settlement in the South Bronx.

7                    I speak today on behalf of the

8    show which has been held in this Armory every

9    year since 1955, with two exceptions.  I'll

10   address those exceptions in a moment.

11                   I also am an art and

12   architectural historian with 27 years'

13   experience in the art and antique fields in New

14   York City.

15                   I have spent more than 200 days

16   in this building and some long nights.

17                   I am thoroughly familiar over

18   the past eleven years with producing a show here

19   and what has changed in producing a show here

20   over the past eleven years.

21                   I was commissioned in the year

22   2000 by the Seventh Regiment Armory Conservancy

23   to write a report on the use, past, present and

24   proposed uses of this building for the arts and

25   Antique Show so I'm very familiar with the plan.

1

2                    For those of you not familiar

3    enough with the show in this building, the

4    Winter Antique Show is simply the best example

5    of what the shows produce for this building, for

6    the community and the City of New York.

7                    The Winter Antique Show

8    requires a 19-day window for its set-up,

9    preview, ten-day run and breakdown.

10                    The Winter Antique Show is

11    considered the Super Bowl of the art and antique

12    world.

13                    The Winter Antique Show sets

14    the standard for art and antique shows across

15    America.

16                    In New York we are the only

17    antique show in which all of the net profits

18    support a charity, the East Side House

19    Settlement.

20                    We net more than $1 million

21    each year for East Side House.  The show though

22    produces tens of millions of, not profits, but

23    tens of millions in sales for our exhibitors.

24                    We have 25,000 visitors over

25    the course of our ten-day run.

          ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                      107

2                        The Winter Antique Show is the

3           centerpiece of what's now called Americana Week

4           in New York City.

5                        The major auction houses time

6           their Americana sales to coincide with our show.

7           Private galleries and some museums mount

8           exhibitions timed with our show.  And at least

9           four other commercial shows take advantage of

10          the Winter Antique Show's power to draw serious

11          buyers to New York during the third week of

12          January.

13                        One-third of the Winter

14          Antiques Show's exhibitors are already based

15          with businesses in New York City.  Why then

16          would they spend from ten to $100,000 to do a

17          show at the Armory.

18                        As one exhibitor, Bernie Karr

19          of Hyde Park Antiques told us, "More qualified

20          buyers come through my booth at the Winter

21          Antique Show over ten days than we see all year

22          in our show downtown."

23                        Twenty years ago in 1985, there

24          were only a few annual shows in this building.

25          When I wrote my report for the Conservancy in

            ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                    108

2    2000, there were 22 and the number has increased

3    since then.

4              The Winter Antique Show's

5    success with this Armory and its annual venue

6    has made this Armory "the" venue for major art

7    and antique shows in America.

8              The success had other benefits.

9              Many of the other shows give

10   their night proceeds to a designated beneficiary

11   in New York City.

12             This includes the Henry Street

13   Settlement, the Society of Memorial

14   Sloan-Kettering Cancer Center, Lenox Hill

15   Neighborhood House, The Boys Club of New York

16   and many museums, including the Frick and Asia

17   Society.

18             Art and antique shows held at

19   this Armory benefit other shows in New York City

20   as well as museums, auction houses and

21   galleries.

22             Art and antique shows held in

23   this building benefit other businesses and

24   tourism in New York City.

25             Both exhibitors and visitors to

          ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                              109

2      the shows at the Armory book hotels,

3      restaurants, theatre tickets, car services and

4      of course shop elsewhere while they're in New

5      York.

6                  The successful use of the

7      Seventh Regiment Armory for antique shows began,

8      as I mentioned, in 1955.

9                  In 1956 the Winter Antique Show

10     moved just for one year to the 69th Regiment

11     Armory on Lexington at 26th Street. Then

12     returned here to the Seventh.

13                 The only hiatus since then was

14     after 9/11 when we were not permitted to use

15     this building in January of 2002.  And with

16     great expense an effort, mounted something

17     similar to the Winter Antique Show at the Hilton

18     Hotel.

19                 I know from writing my report

20     and from the hands-on experience of creating a

21     show like the Winter Antique Show at the Hilton,

22     that there is no better, accessible,

23     unobstructed flat floor facility with street

24     access in an appropriate location for art and

25     antique shows in the City than this Armory.

1                                          110

2                    It is fitting that we are

3      having this heated discussion in a room where we

4      all can have art vetting meetings for the Winter

5      Antique Show.

6                    For those of you who don't

7      know, vetting is the process through which we

8      authenticate and decide whether a work of art is

9      true and real, whether it is of the highest

10     quality and in fact whether it is show-worthy.

11                   And the Winter Antique Show is

12     confident that the Seventh Regiment Armory

13     Conservancy's plan is authentic and will restore

14     this building to its authenticity; will restore

15     it to its highest quality and will ensure that

16     this building remains show-worthy in the future.

17                   Thank you.

18                   (Applause.)

19                   THE HEARING OFFICER:   Thank

20     you.

21                   May we now have Janet Ross.

22                   MS. JANET ROSS:   First I would

23     like to say I was very moved by the veteran's

24     speeches and I know they come from the heart and

25     I doubt that there's anybody here who doesn't

       ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                          111

2    have relatives who fought in our various wars,

3    although they didn't belong to this Armory.  But

4    I think that any of those people who come to

5    this building would be inspired by all of the

6    things that are here.

7                    And I don't feel that they need

8    to feel that they're giving up ownership because

9    it's an ownership of the spirit.

10                   As a 40-year resident of New

11   York City and one who cares deeply about the

12   restoration and preservation of this magnificent

13   historic building and the fabric of life in the

14   City, I urge all who attend this hearing of the

15   Empire State Development Corporation to support

16   the Seventh Regiment Armory in its effort.

17                   As the Armory is today, its

18   safety and utility is greatly jeopardized along

19   with its historical value.  It is vital that

20   this danger be addressed.

21                   Much damage through time and

22   neglect has also been done to the beauty of its

23   original art and workmanship.  With much work,

24   this legacy is retrievable.

25                   For inspiration and

           ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                    112

2      encouragement, one has only to go two blocks

3      west to see what the Central Park Conservancy

4      has helped the Parks Department to achieve.

5                        This building, originally built

6      by private donations, can also be revived and

7      sustained in the same way.

8                        This testimony, respectfully --

9      respectfully submitted by Janet C. Ross, Board

10     Member of the Seventh Regiment Conservancy;

11                       Board Member of the Municipal

12     Arts Society;

13                       And a member of the

14     Preservation League of New York State.

15                       THE HEARING OFFICER:    Thank

16     you very much.

17                       The record should reflect that

18     Exhibit number 24 is a one-page statement from

19     Janet, middle initial C, last name Ross.

20                       (The testimony of Janet C. Ross

21     was marked as Hearing Exhibit 24.)

22                       THE HEARING OFFICER: May we

23     please have Barry Klein.

24                       MR. BARRY KLEIN:    Hi

25     everybody.  My name is Barry Klein.

       ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                   113

2                      I'm here representing Assembly

3       Member Jonathan Bing.

4                      Good afternoon.  My name is

5       Jonathan Bing and I'm the Assembly Member for

6       the 73rd Assembly District on the East Side of

7       Manhattan.

8                      I'm testifying today because

9       the district I represent includes the Seventh

10      Regiment Armory on East 66th and 67th Streets

11      between Park and Lexington Avenues.

12                     As the Assembly Member for this

13      area, I have been actively involved in the plans

14      to repair and redevelop the Armory since I was

15      first elected in 2002, including introducing

16      legislation in the Assembly, signed into law as

17      Chapter 482 of 2004, that allows the Armory to

18      be turned over to a private, not-for-profit

19      corporation so that the building can undergo

20      extensive restoration and preservation.

21                     I had the opportunity to tour

22      the building and see firsthand its state of

23      disrepair.

24                     I therefore, support the plan

25      of the Seventh Regiment Armory Conservancy to

              ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                    114

2      repair the building and allow it to be operated

3      in a safe manner so that it can be appreciated

4      by future generations.

5                  The Armory is not only

6      important to the cultural life of this city but

7      its restoration is vitally important to the

8      community safety and homeland security.

9                  The Conservancy is a

10     not-for-profit organization responsible for the

11     restoration and preservation of the 126-year old

12     Seventh Regiment Armory.

13                 It is important to note that

14     while operated by the Conservancy, the Armory

15     will remain a New York State facility.    As

16     such, it will continue to house New York

17     National Guard offices and be fully available in

18     times of emergency for National Guard use, as it

19     was after the events of September 11, 2001.

20                 Additionally, the highly

21     successful Lenox Hill Neighborhood House

22     homeless shelter for women will remain at the

23     Armory throughout the construction and after

24     renovations are completed.

25                 The Armory serves as one of the

          ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                          115

2    finest examples of the American Aesthetic

3    Movement with among the most important

4    collections of 19th Century interiors to survive

5    intact in one building.

6                    Unfortunately, the Armory is

7    descending into a state of disrepair due to

8    decades of neglect and minimal maintenance.

9                    The poor condition of the

10   Armory creates a potentially dangerous situation

11   for those who work in the building and the

12   surrounding neighborhood.

13                   Addressing the need for

14   physical repair and restoration on the interior

15   and exterior in a timely manner is critical to

16   the continued functioning of the building.

17                   The Conservancy is committed to

18   raising over $100 million through public and

19   private donations to fund its redevelopment plan

20   for the Armory.

21                   The primary goal of the

22   Conservancy is the repair and refurbishment of

23   the Armory.   It will ensure the structural

24   soundness required of the building that

25   would potentially house National Guard units in

1                                            116

2      a time of emergency.    In addition, the

3      Conservancy seeks to restore what is truly a

4      national treasure in a matter that befits a

5      building of its architectural and historical

6      magnitude.

7                           Following the renovations, the

8      Conservancy will work to make the Armory a

9      unique destination for the public to enjoy the

10     highest quality cultural programming.

11                          The Conservancy has already

12     made clear its commitment to working with the

13     community and providing information about the

14     construction and subsequent activities.

15                          One way of fulfilling this

16     promise is the Conservancy's promise to maintain

17     a staffed, on-site office to receive telephone

18     calls or walk-in visits from the community.

19                          The Conservancy has made clear

20     that they expect much of the work to be done on

21     the interior of the Armory out of site of local

22     residents.

23                          Additionally, the Conservancy's

24     plan includes finally providing handicapped

25     accessible entrances to the Armory on the east

           ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                              117

2    and north sides of the building.

3                    In partnership with local

4    unions, this construction will create dozens of

5    new quality jobs now and in the future and allow

6    for the continued use and enjoyment of this

7    building for generations to come.

8                    In conclusion, I support the

9    Conservancy's efforts to repair and renovate the

10   Armory and the need for quick action before the

11   building further deteriorates.

12                   I recommend the approval of the

13   plan submitted by the Conservancy and the

14   much-needed refurbishment of this important

15   landmark.

16                   I will continue to work with

17   community residents and other interested parties

18   to ensure that the building remains one of which

19   all this City and State can be proud.

20                   Thank you for your

21   consideration.

22                   THE HEARING OFFICER:  Do you

23   wish to submit it?

24                   MR. BARRY KLEIN: Absolutely.

25                   THE HEARING OFFICER:  Thank

     ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                    118

2      you.

3                        MR. BARRY KLEIN: Thank you.

4                        THE HEARING OFFICER:   The

5      record should reflect that Exhibit number 25 is

6      a two-page statement from Assembly Member

7      Jonathan L. Bing.

8                        (The testimony of Assembly

9      Member Jonathan L. Bing was marked as Hearing

10     Exhibit 25.)

11                       THE HEARING OFFICER:   And last

12     person on our list, Shelley Mayer.

13                       MS. SHELLEY MAYER: I'm Shelley

14     Mayer.

15                       I'd like to read into the

16     record a letter from Robert B. Tierney, the

17     Chair of New York City Landmarks Preservation

18     Commission addressed to Charles Gargano.

19                       Dear Mr. Gargano:

20                       I am writing to express my

21     support for the proposal to allow the Seventh

22     Regiment Armory Conservancy to undertake efforts

23     to provide for the restoration and renovation of

24     the Seventh Regiment Armory.

25                       We understand that the

           ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                      119

2       Conservancy intends to restore the Armory in a

3       way that is appropriate to its architectural and

4       historic importance and to create a new cultural

5       institution that will feature performances,

6       exhibitions and events that will include dance,

7       music and the visual arts.

8                       I look forward to the

9       restoration and renovation of this important

10      structure.

11                      Sincerely, Robert B. Tierney.

12                      THE HEARING OFFICER:   Thank you

13      very much.

14                      The record should reflect that

15      Exhibit Number 26 is a one-page statement from

16      Robert B. Tierney, T-I-E-R-N-E-Y.

17                      (The testimony of Chairman

18      Robert B. Tierney of the New York City Landmarks

19      Preservation Committee was marked as Hearing

20      Exhibit Number 26.)

21                      THE HEARING OFFICER: Is there

22      anyone else present who would like to make a

23      statement regarding the project?

24                      Would you come forward.

25                      (Person complies.)

           ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                    120
 2                THE HEARING OFFICER: Off the
 3      record.
 4                (Discussion off the record.)
 5                MS. JOSEPHINE MCCARITA:    I
 6      have a question for the State to answer.  And
 7      before the State allows a lease to be presented
 8      to the Conservancy, the State has to answer:
 9      What did they do with the funds from the antique
10      shows, the book fares?
11                There is no segregated
12      accounting.  Those funds have not been accounted
13      for.  It goes into a general fund up in New York
14      State.  The Department of Military and Naval
15      Affairs in Latham, New York does not have any of
16      those segregated funds to speak of.
17                The problem here is this Armory
18      is in the condition it's in because of the
19      State.  And all the members of the Conservancy
20      have to realize your work, your efforts are for
21      naught right now.  What you need to do is to
22      confront the State and say:  why did you allow
23      this Armory to be the way it is, where are the
24      funds, we want to see the financial records, how
25      come all of a sudden you are all being told that
            ROY ALLEN & ASSOCIATES, INC., (212) 840-1167
```

1                                                       121

2    there is $30 million from the State to use,

3    where did they get it from, why did they insist

4    on ignoring letters that we have written to

5    them.

6                    When the Clark Room ceiling

7    fell, I answered the phone from the curator.

8    The curator is no longer here.  Why?  The State

9    doesn't have any money to give for a curator.

10                   Years ago the regiment had a

11   tour curator.  He would take the public, take

12   the children on tours.

13                   This was an Armory that was

14   very well cared for by the regiment.  The State

15   is really a sham in this whole scheme.  They're

16   making the veterans look like they're nothing.

17   They're telling you a bag of lies, things that

18   are not the truth.

19                   All this memorabilia

20   (indicating) either was donated by the families

21   of the deceased or given by the soldiers

22   themselves when they came back from war.

23                   This is a memorial.  This room

24   should not be used as a dining room.  It was

25   never meant for that.

1                                                      122

2                    There are many times I see

3      children coming in here with their parents and

4      being awed.  I took one child and explained the

5      Thomas Mast picture to that child.

6                    All these things are important.

7      And by you turning your back and saying, yes, we

8      all want to see this in good shape, but why did

9      the State let it go?  For what reason?  How come

10     when the tour -- when the antique shows and book

11     fares come in here, the agreements that they

12     make with the book fare people, with the antique

13     shows, in some cases are not given ahead of the

14     show, they're given later on.

15                    In other cases, when the money

16     is paid, why isn't it put in a segregated fund,

17     so that the DMNA can use those funds to properly

18     maintain this Armory?

19                    You know, this is illegal.

20     This is -- by omission and being silent the

21     State is trying to look like the good guy.

22     Well, they're not.

23                    We have written letters to

24     them, phone calls to them.  And I say to the

25     State, New York State give up and New York City

                ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

123

2    wake up.

3                    New York city has been robbed

4    of any of the funds that legally are theirs.

5    If this Armory is owned by the trustees of the

6    veterans, the trustees of the regiment, how does

7    the State wiggle around this and exempt

8    themselves from doing what the law says?  How do

9    they do this?  They're getting away, they're

10   bamboozling everybody.

11                   Your efforts are being totally

12   honorable but is the State honorable to you as a

13   Conservancy group?  Are they honorable?  They're

14   not honorable to veterans.  That's for sure.

15                   They have turned their backs on

16   every attempt.  And I have been working on this

17   for a total of nine years and I know.  And I've

18   met some of you at the meeting upstairs when I

19   was taking minutes.

20                   And I think it's not -- the

21   disgrace is the lying that goes on.  That's the

22   disgrace.  And a disgrace is how they want to

23   maneuver the attention away from and make it

24   sound that the veterans are wrong.  That is

25   wrong.

         ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                                      124

2                     They have hoodwinked people.

3       They have bamboozled people.  What are they

4       doing with those funds?

5                     In the courts we have that

6       question.  Where did the money go?  It's a

7       criminal thing.  It's not only a disgrace, it's

8       criminal.

9                     So think about that.  That

10      thought is an important thought and it goes all

11      the way to the top because every one of them

12      ignored, even part of the City where we have

13      sent them faxes and a call, telephone call,

14      nothing returned to us.

15                    So what do you have here?  What

16      do you have?  They're trying to make money on --

17      this is a memorial.  It's nothing more.  This

18      room should not be used as a dining room or a

19      reception room.  It's out of the question.

20                    The men in the veterans group

21      wanted it to be a memorial, a museum, so we can

22      have -- we had a curator.  Why did -- is it we

23      cannot afford a curator when all of the sudden

24      the State comes up with $30 million?  From who?

25      Where did they get it?

```
1                                              125
2                   THE HEARING OFFICER:  Ms.
3   McCarita, would you please sum up so we can --
4                   MS. JOSEPHINE MCCARITA:   Okay.
5   I -- I'm so adamant with the State, if I had a
6   whip, I would put them up against the wall and
7   whip them.  They have no right to do this.  We
8   are all citizens here and what are they doing
9   with the taxpayers' money in court all these
10  years. Why?  Why are they allowed to spend that
11  money?
12                  Answer that question.
13                  Thank you.
14                  THE HEARING OFFICER:  Thank you
15  very much.
16                  (Applause.)
17                  MS. SUSAN FERRERA:   I'll be
18  your briefest speaker for today.
19                  I -- my name is Susan Ferrera.
20  I'm on the Board of 116 East 68th Street and 115
21  East 67th Street which are right opposite the
22  side of the Armory in this direction.
23                  I don't think that -- I'm sure
24  nobody in this room is opposed in any way to
25  restoration of the Armory, and I don't want to
```

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                            126
2    weigh in on any kind of legal issues.
3    Obviously, I think whatever is legally correct I
4    want to see that happen.
5                However, we are living in a
6    neighborhood that while deemed residential, has
7    a great deal of traffic.  It's an extremely
8    active neighborhood as I think that most of you
9    who live anywhere in the area are well aware.
10               However, we who sit directly on
11   the sidelines of the Armory are the ones who are
12   the most aware of it of all.
13               Knowing that there are plans in
14   the works to have performances of one sort or
15   another in the works for 330 days a year and in
16   many cases, performances that are distinctly
17   different from the current antique which --
18   antique show which, while they attract many
19   thousands of people, do not require that people
20   should be present to sit down for an 8:00
21   curtain or something like that, I think would
22   make a great deal of difference to us.
23               We have already had many
24   problems with traffic congestion.  We've had
25   accidents in the area because of pileups of cars

1                                                      127

2    outside the armory.  I could go on and on about

3    all these things that were said by those who

4    have gone before me that have spoken about this

5    much more eloquently than I possibly could.

6                    I will tell you about a

7    long-term concern that I personally have.

8                    I think we've all read, you

9    know, many an article, many a volume, heard many

10   a comment about the struggles in existing

11   cultural institutions that this City

12   experiences.

13                   When Lincoln Center, when other

14   organizations and venues are having such severe

15   financial problems, what is going to be the fate

16   of the Armory should the Conservancy Group and

17   the State prevail and it doesn't work out

18   economically, then what?  Will we get the next

19   Bloomberg Building over this site?

20                   I'm really very concerned about

21   that.  So is everybody else in our building who

22   is sitting right here with a ringside seat on

23   all of this.

24                   So thank you all very much for

25   your time.

          ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

```
 1                                          128
 2                    (Applause.)
 3                    THE HEARING OFFICER:   Thank
 4      you.
 5                    I'd like to make an
 6      announcement.
 7                    Please note that the comment
 8      period for this particular project will remain
 9      open for 30 days and that's until August 21,
10      2005.
11                    If you have any written
12      comments they may be sent to, I'm going to give
13      you an address if anybody wants to write it
14      down, to either Carol, C-A-R-O-L Berens,
15      B-E-R-E-N-S, or William Sherman, S-H-E-R-M-A-N,
16      at ESDC, 633 Third Avenue, New York City 10021.
17                    I'm sorry, 10027.  Okay, 10017.
18                    Is there anyone else who would
19      like to make a statement regarding the project?
20                    (No response.)
21                    THE HEARING OFFICER:   The time
22      is now ten minutes after four in the afternoon.
23                    This hearing has been held open
24      since two p.m. to allow for public comment on
25      the proposed project.
```

ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                           129

2                  Before we close I'll ask one

3      more time, does anyone want to say anything,

4      make a comment?

5                  (No response.)

6                  THE HEARING OFFICER:   Let the

7      record reflect that there's been no additional

8      request for anyone to speak.

9                  This hearing is now officially

10     closed at 4:11 p.m.

11                 On behalf of ESDC, thank you

12     all for coming.

13                 Have a good afternoon.

14                 (Time noted: 4:13 p.m.)

15

16

17

18

19

20

21

22

23

24

25

          ROY ALLEN & ASSOCIATES, INC., (212) 840-1167

1                                              130

2

3

4    C E R T I F I C A T I O N

5

6              I, MARC RUSSO, a Shorthand Reporter

7    and Notary Public, within and for the State of

8    New York, do hereby certify that I reported the

9    proceedings in the within-entitled matter, on

10   July 21, 2005, at 643 Park Avenue, New, New

11   York, and that this is an accurate transcription

12   of these proceedings.

13             IN WITNESS WHEREOF, I have hereunto

14   set my hand this  12th  day of

15   2005.

16

17

18                              MARC RUSSO

19

20

21

22

23

24

25

         ROY ALLEN & ASSOCIATES, INC., (212) 840-1167