**Public Hearing – July 21, 2005**
**Re: General Project Plan of the Seventh Regiment Armory**

| | |
|---|---|
| Exhibit 1 | Public Notice – placed in The NY Post & City Record 7/6/05 |
| Exhibit 2 | Affidavit of Public Record |
| Exhibit 3 | Empire State Development Corporation's Seventh Regiment Armory Civic Project General Project Plan – dated June 16, 2005 |
| Exhibit 4 | Written statement from Suzanne Vlamis |
| Exhibit 5 | Written statement from Brendan Sexton |
| Exhibit 6 | Written statement from Wade F.B. Thompson |
| Exhibit 7 | Written statement from Elihu Rose |
| Exhibit 8 | Written Statement from Stephen Lash -Chairman of Christie's America |
| Exhibit 9 | Letter from Richard Moe - National Trust for Historic Preservation |
| Exhibit 10 | Letter from T. Gorman Reilly – CIVITAS |
| Exhibit 11 | Letter from Council member Eva Moskowitz |
| Exhibit 12 | Written statement from Edward Klein |
| Exhibit 13 | Written statement from Friends of the Upper East Side Historic Districts |
| Exhibit 14 | Written statement from Hunter College (Terri Rosen Deutsch) |
| Exhibit 15 | Written statement from NY Landmark Conservancy (Roger Lang) |
| Exhibit 16 | Armory Restoration Plan from The Veterans of the 7th Regiment |
| Exhibit 17 | Written statement from  East 67 Tenants Corp (Rita Chu) |
| Exhibit 18 | Letter from Marjorie Hart |
| Exhibit 19 | Letter from Cecilia Schmidt Sarosi, M.D. & Peter Sarosi, M.D. |
| Exhibit 20 | Letter from 200 Block East 78th St. Association (Cynthia Matthews) |
| Exhibit 21 | Written statement from Thomas D. Levis |
| Exhibit 22 | Written statement from Historic Districts Council |
| Exhibit 23 | Testimony of Mr. Kent Barwick – Municipal Arts Society |
| Exhibit 24 | Statement from Janet C. Ross |
| Exhibit 25 | Statement from Assembly member Jonathan L. Bing |
| Exhibit 26 | Letter from NYC Landmarks Preservation Commission (Robert B. Tierney) |

Documents RECEIVED in response to project:

| | |
|---|---|
| Letter 1 | Letter from Karl Katz – Muse Film & Television |
| Letter 2 | Written statement from Catherine Sweeny Singer |
| Letter 3 | Letter from Joie A. Anderson |
| Letter 4 | Letter from Tonin MacCallum |
| Letter 5 | Letter from Jennifer LaPointe |
| Letter 6 | Letter from Rebecca Robertson (Seventh Avenue Armory Conservancy) |
| Letter 7 | Letter from 116 East 66th Street Corp. - Board of Directors |
| Letter 8 | Letter from Irene Bareau |
| Letter 9 | Letter from Karen Lerner |

EX. M

### . **LEGAL NOTICE**

PLEASE TAKE NOTICE that the New York State Urban Development Corporation, doing business as the Empire State Development Corporation ("ESD" or the "Corporation"), pursuant to Section 16(2) of the New York State Urban Development Corporation Act (Chapter 174, Section 1, Laws of 1968, as amended) (the "Act"), has adopted a General Project Plan (the "Plan") with respect to the Seventh Regiment Armory Civic Project (the "Project"), at the Directors' meeting on June 16, 2005. Copies of the Plan are available without charge to any person who shall make a request for the same at the office of the Corporation. The Corporation will file such Plan in the office of the New York County Clerk at 60 Centre Street, New York, New York 10007. A copy of the Plan is also on file at the principal office of the Corporation, 633 Third Avenue, New York, New York 10017, and is available for inspection by the general public Monday through Friday, between the hours of 9:00 a.m. and 5:30 p.m.

The Project includes the restoration and renovation of the Seventh Regiment Armory at 643 Park Avenue, New York for use as a cultural center for the visual and performing arts. The Seventh Regiment Armory Conservancy, Inc. will lease the Seventh Regiment Armory for 99 years from the State of New York acting through ESDC.

PLEASE TAKE FURTHER NOTICE, that, in accordance with Section 16(2) of the Act, a public hearing, open to all persons, will be held by the Corporation at the Seventh Regiment Armory, 643 Park Avenue, New York, New York 10021 on July 21, 2005, 2:00 PM, to consider the Plan.

DATED:    July 6, 2005

New York, New York

New York State Urban Development Corporation

By: Eileen McEvoy, Corporate Secretary

**State of New York**
COUNTY OF NEW YORK

SS:

502913

_Carolyn Johnson_____ being duly sworn,
says that he/she is the principal Clerk of the Publisher of the

# *New York Post*

a daily newspaper of general circulation printed and published
in the English language, in the County of New York, State of
New York; that advertisement hereto annexed has been
regularly published in the said "NEW YORK POST" once,

on the 06 day of July, 2005

**LEGAL NOTICE**

PLEASE TAKE NOTICE that the New York State Urban Development Corporation, doing business as the Empire State Development Corporation ("ESD" or the "Corporation"), pursuant to Section 16(2) of the New York State Urban Development Corporation Act (Chapter 174, Section 1, Laws of 1968, as amended) (the "Act"), has adopted a General Project Plan (the "Plan") with respect to the Seventh Regiment Armory Civic Project (the "Project"), at the Directors' meeting on June 16, 2005. Copies of the Plan are available without charge to any person who shall make a request for the same at the office of the 'Corporation.' The Corporation will file such Plan in the office of the New York County Clerk at 60 Centre Street, New York, New York 10007. A copy of the Plan is also on file at the principal office of the Corporation, 633 Third Avenue, New York, New York 10017, and is available for inspection by the general public Monday through Friday, between the hours of 9:00 a.m. and 5:30 p.m.

The Project includes the restoration and renovation of the Seventh Regiment Armory at 643 Park Avenue, New York for use as a cultural center for the visual and performing arts. The Seventh Regiment Armory Conservancy, Inc. will lease the Seventh Regiment Armory for 99 years from the State of New York acting through ESDC.

PLEASE TAKE FURTHER NOTICE that, in accordance with Section 16(2) of the Act, a public hearing, open to all persons, will be held by the Corporation at the Seventh Regiment Armory, 643 Park Avenue, New York, New York 10021 on July 21, 2005, 2:00 PM, to consider the Plan.

DATED: July 6, 2005
New York, New York
New York State Urban Development
Corporation
By: Eileen McEvoy,
Corporate Secretary

Sworn to before me this  6  day of Jul 2005

**Notary Public**

BYRON STEVENS
Notary Public, State of New York
No. 01ST6117803
Qualified in New York County



DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES
## THE CITY RECORD

One Centre Street, Room 2208
New York, NY 10007
(212) 669-8252 • Fax: (212) 669-3211
Email: cityrecord@dcas.nyc.gov

Citywide Personnel
Services

Facilities
Management &
Construction

Municipal Supply
Services

Real Estate Services

Citywide Equal
Employment
Opportunity

Citywide
Occupational Safety
& Health

Transportation
Services

The City Record

CityStore

## *AFFIDAVIT OF PUBLICATION*

State of New York  )
                              : ss,:
County of New York)

Eli Blachman, being duly sworn, deposes and says:

1.    I am the Director, Editor of The City Record, the
      Official Journal of the City of New York, which is
      published daily, except Saturdays, Sundays and legal
      holidays.

2.    The attached notice was published in The City Record
      on July 6, 2005.

_____
Eli Blachman

## *Sworn to me this 6th day of July, 2005*

Notary:

CANDIDA SKINNER
Notary Public, State of New York
No. 01SK6069944
Qualified in Kings County
Commission Expires 3/31/2007



# URBAN DEVELOPMENT CORPORATION

■ **NOTICE**

## LEGAL NOTICE

PLEASE TAKE NOTICE that the New York State Urban Development Corporation, doing business as the Empire State Development Corporation ("ESD" or the "Corporation"), pursuant to Section 16(2) of the New York State Urban Development Corporation Act (Chapter 174, Section 1; Laws of 1968, as amended) (the "Act"), has adopted a General Project Plan (the "Plan") with respect to the Seventh Regiment Armory Civic Project (the "Project"), at the Directors' meeting on June 16, 2005. Copies of the Plan are available without charge to any person who shall make a request for the same at the office of the Corporation. The Corporation will file such Plan in the office of the New York County Clerk at 60 Centre Street, New York, New York 10007. A copy of the Plan is also on file at the principal office of the Corporation, 633 Third Avenue, New York, New York 10017, and is available for inspection by the general public Monday through Friday, between the hours of 9:00 a.m. and 5:30 p.m.

The Project includes the restoration and renovation of the Seventh Regiment Armory at 643 Park Avenue, New York for use as a cultural center for the visual and performing arts. The Seventh Regiment Armory Conservancy, Inc. will lease the Seventh Regiment Armory for 99 years from the State of New York acting through ESDC.

PLEASE TAKE FURTHER NOTICE, that, in accordance with Section 16(2) of the Act, a public hearing, open to all persons, will be held by the Corporation at the Seventh Regiment Armory, 643 Park Avenue, New York, New York 10021 on July 21, 2005, 2:00 PM, to consider the Plan.

DATED:  July 6, 2005
        New York, New York
        New York State Urban Development Corporation

        By: Eileen McEvoy, Corporate Secretary

7/21/05   *Suzanne Vlamis* —   SUZANNE VLamis
405 E. 82 St               (212) 879-7587
N.Y., N.Y. 10028

THE 67TH REGIMENT ARMORY LANDMARK STRUCTURE MUST RESUME ITS
PLACE ONCE AGAIN AMIDST GRAND NYC INSTITUTIONS. ITS HISTORIC
IMPACT MUST BE RESTORED TO ITS PROMINENT POSITION AS AN
INCOMPARABLE URBAN FORTRESS, A HOMELESS WOMEN'S HAVEN, AND
STELLAR ARTS AND ENTERTAINMENT COMPLEX AS PLANNED.

GROWING UP IN MANHATTAN AS A CHILD, ON E. 72ND ST, MY PERSONAL
CONTACT WITH THIS CASTLE-LIKE BUILDING HOLDS BOTH A MAGICAL
CHARM AND A RESPECTFUL REVERANCE REGARDING ITS PHYSICAL MASS,
SPRAWLING SIZE AND MONUMENTAL SPACE CELEBRATING SPECIAL
EVENTS UNEQUALED IN AMERICA TODAY.

AS AN ADULT, I'VE SPENT MANY HOURS HERE ENJOYING THE CULTURAL
ARMORY OFFERINGS OF ANTIQUES, ARTS, BOOKS - AND ITS LIVING, TRUE
TREASURES – OUR FELLOW NATIVE NEW YORKERS – AND ~~HEROINES~~. VETERANS.

GATHERING AT THE ARMORY'S GATE IS PARAMOUNT IN SAVING THESE
MODERN RUINS FROM FURTHER DETERIORATION, MUSTY DECAY AND
ONGOING LEGAL BATTLES. THE GREATER GOOD OF NEW YORK IS THE BIG
PICTURE HERE FOR US TO FOCUS ON TO REJUVENATE ITS MAGIC POWERS.

THOUGH THE 7TH REGIMENT OWNS THE ARMORY AND THE ARTIFACTS,
THE CONSERVANCY'S CREATION AND CHALLENGING VISION ARE THE
CONSTRUCTIVE FORCES TO PRESERVE THIS IMPRESSIVE EDIFICE AND ITS
ENVIRONS FOR FUTURE GENERATIONS OF THIS CITY;AND TO CONTRIBUTE
TO ITS INTRICATE FABRIC OF CULTURAL LIFE, MILITARY HERITAGE, &
SOCIAL CONCIOUSNESS WITH ITS DIVERSE, BUT COMMITTED CITIZENRY.

IT'S THE RESPONSIBILITY OF CONCERNED CITIZENS, WORLD TRAVELERS,
AND TOURISTS ALIKE TO UNDERSTAND THE ROLE OF THE ARMORY'S
PAST, & ITS UNTAPPED PHENOMENAL POTENTIAL FOR THE FUTURE
DEVELOPMENT OF NEW YORK & STRONG NATIONAL PRESENCE AS WELL.

BUILDING A SITE OF THIS MAGNITUDE IS UNEQUIVOCAL. PERPETUATING
THE ARMORY IS MANDATORY TODAY. THE CONSERVANCY & ITS PRIVATE
DONATIONS WITH OUR CIVIC CONVICTION AND VIGILANT COMMUNITY
ACTIVISM ARE THE PATHS TO THIS RESTORATION AND HALTING DECADES
OF SAD NEGLECT AT LAST. JOIN US TO CELEBRATE THIS COMMON CAUSE.

UNITED WE WILL ACHIEVE ANOTHER URBAN DREAM LIKE PRESERVING
GRAND CENTRAL TERMINAL, RADIO CITY MUSIC HALL AND THE WEBSTER
LIBRARY AS I HAVE -- AND AVOID THE SWIFT, GREEDY BULLDOZE
DESTRUCTION OF A GRAND PARK AVENUE METROPOLITAN MECCA.

AS THE MONUMENT'S CARETAKERS,WE HOPE TO GATHER OTHERS TO OUR
ARMORY'S MISSION OF FUN, FINESSE, & A FINER CITY FOR ALL TO SHARE.
#

*Thank you,*
*Suzanne Vlamis*
*Copyright @ 2005*

# Brendan Sexton
# and Associates

134 Sullivan Street   #2
New York, N. Y.   10012-3055

brendan@sexton.net
917-673-7968

**Testimony Before Chairman Charles Gargano and the Board of the Empire
State Development Corporation**

**July 21, 2005**

My name is Brendan Sexton and I am here today as a member of the board of
the Seventh Regiment Armory Conservancy. My involvement with the
Conservancy began in 1986 when I was President of the Municipal Art Society.

Over the years of my involvement, I have been moved by the both the elegance
and opulence of the landmark's interiors as well as by the onward and continual
deterioration of its condition. I am greatly relieved that the State of New York
stands ready now to finally take action to rectify the situation through a public-
private partnership with the Seventh Regiment Armory Conservancy as well as
through a generous $30 million grant towards the building's restoration. I
consider this grant as a generous and constructive contribution to help reverse
the great burden there of deferred maintenance.  This State money will help
considerably towards the total cost of the work which, as each year elapses,
rises higher and higher and now stands somewhere near $130 million. That is
where a not-for-profit partner such as the Conservancy can bridge the gap
through a fundraising campaign. I have no doubt that a New York landmark like
the Armory and a cultural institution such as the Conservancy proposes will be
able to attract the funds necessary.

Public-private partnerships have been a great solution to the plight of so many of
our city's great landmarks and urban places -- from Central Park to Times
Square. Our partnership ensures that this great shrine to the military history of
the State of New York remains in public ownership while allowing a not-for-profit
organization to assume the responsibility to restore and then maintain the
building.  By investing private money into a State-owned building and then
opening that building for the enjoyment and education of the public, this project
and partnership rewards all of us.

I am excited to be a part of this project and I encourage other preservationists
and community members to become involved in this endeavor and mission. I
strongly encourage the board of the Empire State Development Corporation to
adopt the terms of their plan and to enter into a lease with the Conservancy as
soon as possible.

Media Contact: Maureen Connelly
212-437-7373

**Testimony of Wade F. B. Thompson before the Empire State Development Corporation
July 21, 2005**

My name is Wade Thompson and I am a neighborhood resident, a board member of the Municipal Art Society and the founder and Chairman of the Seventh Regiment Armory Conservancy.

I became involved in the fight to save the Armory nine years ago when the plight and deteriorating condition of the building which I passed on a daily basis became impossible to ignore. As a member of the Municipal Art Society board I encouraged other preservationists and community leaders to join me in advocating change at the Armory. That effort led to the creation of the Conservancy, a not-for-profit organization whose sole mission is to restore the Armory and ensure its ongoing public use for the future. It is very gratifying to see that effort so close to being completed through this hearing and the review process we are currently undergoing. I consider the Armory Conservancy as the building equivalent of the enormously successful Central Park Conservancy established 25 years ago. We all know how Central Park has improved the quality of life in our great city for all New Yorkers and visitors.

This building stands as the finest extant example of the American Aesthetic Movement and it contains one of the greatest collections of decorative interiors in their original building in the nation. But they suffer from decades of neglect and lack of funds. In 1999 the building was placed on the World Monuments Fund's list of the 100 most endangered sites in the world along with sites like Angkor Wat and Machu Picchu. Despite the attention this brought, the Armory has continued to deteriorate during the 6 years since then.

We at the Conservancy have always believed that a public/private partnership between the State of New York and the not-for-profit Conservancy was the best means to rectify the deteriorated condition of the Armory. Through years of discussions and deliberations and $3 million of private funds spent on the finest consultants, lawyers and experts, a vision of this building fully restored and functioning as a cultural arts center is finally close to becoming a reality. This plan combines the best aspects of historic preservation, community involvement and adaptive reuse for one of New York's and the nation's most important landmarks.

Our vision of a restored and rejuvenated Armory will benefit the City, State, surrounding neighborhood, and the residents alike. The plan is a mixture of art and antique shows, historic rooms open for viewing, multi-media art exhibitions, acoustic and classical concerts, exhibition space for the Armory's decorative, social and military history, educational programs, community uses, and a model homeless shelter for women that will be professionally managed and operated to benefit all. Upon the signing of this lease with the State of New York, the Conservancy will enter into a period of planning and design, outreach and discussion with all the local co-op buildings and businesses (an effort already in process at this time), and continued discussion with all community groups and others who are concerned with the building's future. As a community-based not-for-profit ourselves, largely consisting of neighborhood residents, it is a stewardship and responsibility we take very seriously.

Media Contact: Maureen Connelly
212-437-7373

**Testimony of Wade F. B. Thompson before the Empire State Development Corporation
July 21, 2005**

This landmark, as State property, is the property of the people of the great State of New York. The dilapidated and neglected state of this public building imperils the public interest. The highly important interiors closed off from public view and access restricts the public from their rights to the property at large.

The State will lease the Armory to the Conservancy for 99 years and the State has committed $30 million to this project. We have received private pledges of $20 million already and we have not even started a capital campaign. That's over 40% of the planned total cost of approximately $120 million needed for a full restoration and to open the building for the pleasure and education of the residents of New York City and State and its visitors.

We at the Conservancy envision a day when the dark and decaying Armory – endangered, dilapidated and unsafe – is transformed into a world-class place of civic pride; when its significant interiors are restored to their original splendor; when its artistry and social and military history are preserved and interpreted with all the respect they deserve; and its artistic programs are applauded for their imagination and high aesthetic values. It is also our hope that all litigation over the artifacts collection associated with the Regiment's long and illustrious history will be positively and quickly resolved and that the collection will be able to remain within the Armory and finally be available for viewing by the citizens and visitors of New York.

It is imperative that the Empire State Development Corporation board ratify the terms of this lease to the Conservancy and then quickly execute the lease itself. The Conservancy stands ready to immediately invest money in urgently needed repairs and stabilization which should reduce the ongoing damage until the restoration can begin.

Thank you.

Media Contact: Maureen Connelly
212-437-7373

### Testimony of Elihu Rose before the
### Empire State Development Corporation

**July 21, 2005**

My name is Elihu Rose and I am the Vice-Chairman of the Seventh Regiment
Armory Conservancy as well as a professor of military history at New York
University. For me personally, this Armory has always represented the perfect
mixture of military and social exuberance in one building. It was not just "a"
national guard regiment, it was THE regiment, with the greatest building possible
as its home. It was the perfect evocation of the era of opulence and military pride
of New York's gilded age.

Today, the historic fabric of this building decays around us largely hidden from
view. When we, the public, visit the Armory for an antique show, what do we
see? And what do we miss? We see: scaffolding keeping the falling plaster in
place, buckling stained glass, warping wood, and alarming structural cracks; we
see draperies hiding the original beauty and we see tacky bathrooms in the
basement. We miss the elegant view of the 55,000 square foot Drill Hall with its
soaring 60 foot ceiling. We miss the beautiful reception rooms and the
architectural gems that are the Company Rooms on the second floor. Contrast this
experience to the historic events of the building's past – Walter Damrosch
conducting the New York Philharmonic, balls in the grand reception rooms,
public fairs, sporting events and tournaments and family entertainment.

The Seventh Regiment Armory was built at a moment of intense architectural and
artistic activity. The collection of artists that worked on these rooms reads like a
who's-who of the decorative arts world with the likes of Louis Comfort Tiffany,
Stanford White; the list goes on and on. That was what the building was. Its
present deteriorated condition needs to be addressed quickly and completely. It
cannot be done piecemeal. The exterior and structural problems need to be
addressed concurrent with the repair and restoration of the interior.

We have in the Seventh Regiment Armory Conservancy and its friends, a not-for-
profit community based group of local residents, historic preservationists, artists
and arts-lovers, retired National Guard, and others who had committed themselves
to rectifying this situation and opening this building to the public.

I support the Empire State Development Corporation's proposed plan to lease the
Armory to the Conservancy in a public-private partnership to address the current
situation at the Armory and to work with the Conservancy to transform this
endangered monument into a place of civic pride and enjoyment once again.

Stephen S. Lash
*Chairman*

# CHRISTIE'S

Re:    Public Hearing on the Seventh Regiment Armory by the
Empire State Development Corporation
July 21, 2005

Dear Board Members of the Empire State Development Corporation:

As the Chairman of Christie's America I appreciate the Armory in its dual roles, as a
great work of art in and of itself by some of the greatest figures in the decorative arts and
as the venue for highly important art and antique fairs which are a valuable part of the art
sales market in the city and in the world. I value both these aspects of the Armory and I
am very happy to be a member of the Seventh Regiment Armory Conservancy board
since the Conservancy's plan would ensure that both facets of this landmark with be
maintained and improved.

The Conservancy's plan to expand and improve the programming at the Armory builds
upon the tradition of the best of the art and antique shows - indeed one of its partners is
the Winter Antiques Show - while also bringing in a mixture of mediums and not-for-
profit uses. Together these will benefit the cultural life of New York City as a whole. The
shows themselves will benefit immeasurably from the improvements to the building's
infrastructure, circulation, mechanical systems and public amenities.

While these programmatic uses are important to the ongoing operation and success of the
Armory and its role in our community, it's the restoration of the period rooms by Tiffany,
Stanford White, the Herter Brothers and other luminary names, which is truly exciting to
an art lover like myself. It is exciting to imagine these dark and damaged interiors
restored, well-lighted and finally open for the public to view and enjoy.

I strongly urge the Board of the Empire State Development Corporation to move ahead
with this project and enter into a lease with the Conservancy so that this project can come
to fruition as soon as possible.

Sincerely,

Stephen Lash



**NATIONAL TRUST**
*for* HISTORIC PRESERVATION®

*Protecting the Irreplaceable*¨

RICHARD MOE
PRESIDENT

July 20, 2005

Mr. Charles Gargano
Chairman
Empire State Development Corporation
633 Third Avenue
New York, NY 10017

Dear Chairman Gargano:

I am writing regarding the Seventh Regiment Armory in New York City, an extraordinarily important landmark, historically and architecturally. The National Trust for Historic Preservation has had a keen interest in this building for some years. We have been following the plans by the Seventh Regiment Armory Conservancy to restore the building and to manage it in a way that makes it an important community asset. We have provided technical assistance to them along the way and hope to continue such a relationship throughout the restoration process.

I understand that the Empire State Development Corporation is very near entering into a long-term lease with the Conservancy which will allow the restoration to proceed, and that the State of New York has committed $30,000,000 to the cost of the work. This is wonderful and encouraging news. This building has been deteriorating for many years and it deserves the attention that the Conservancy and the State now intend to give it.

We applaud the State's current actions to finalize the agreements with the Conservancy and we urge the State to complete the lease process as quickly as possible. Thank you for your efforts on behalf of this great national landmark, and we wish you much success.

Warmest regards.

Sincerely,

Richard Moe

RM:wn



*Recipient of the National Humanities Medal*

1785 MASSACHUSETTS AVENUE, NW · WASHINGTON, DC 20036
202.588.6000 · FAX: 202.588.6038 · TTY: 202.588.6200 · WWW.NATIONALTRUST.ORG

# CIVITAS

A Union of Citizens

1457 Lexington Avenue    New York    NY    10128-2506
Voice: 212-996-0745              Fax: 212-289-4291

www.civitasnyc.org                                                           civitascitizens@yahoo.com

**Founder**
August Heckscher
1914-1997

**Chairman**
Genie Rice

**President**
T Gorman Reilly

**Senior Vice Presidents**
Marcia Fowle
James T. B Tripp

**Treasurer**
Frederic Withington

**Secretary**
Jo Ahern Bressler

**Executive Committee**
William Q Brothers
Janis Eltz
Jeanne G McAnaney
Raymond Plumey

**Board of Directors**
Mark S. Alexander
Tess Ankis
Lucienne S. Bloch
Adrienne Caplan
Elisabeth R. Clark
Ray Cornbill
Nathalie Cox
Judith Fresco
Elise Frick
Jamie Gibbs
Stuart Goldman
Ila Goodgold
Liz Hirsch
Roberta Hodgson
Willa Hutner
Frank Lichtensteiger
Clifton Maloney
Daniel Pérez
Peter Pettibone
Diane Phillpotts
Debbie Quiñones
Agustin Rivera
R. Geoffrey Roesch
Roberta Schneiderman
Sally Schubert
Cora Shelton
Annette Siegel
M. Sava B. Thomas
Felipe Ventegeat
Joseph F. Walsh
Charles S. Warren
John S. Winkleman

**Advisory Board**
Christopher C. Angell
Elizabeth Ashby
Kent Barwick
David W. Beer
Jewelle Bickford
Hon. Schuyler G. Chapin
Mrs. John French III
John Jay Iselin
Mrs. Stephen Kellen
Rona Kiley
Stephen S. Lash
Peter Marcuse
Paul Newman
Cynthia D. Sculco
Constantine Sidamon-Eristoff
Hon. Henry J. Stern
Margot Wellington
Anthony C. Wood
Joanne Woodward

**Administrator/Office Manager**
Trayco Belopopsky

July 14, 2005

Chairman Charles Gargano
The Empire State Development Corporation
633 Third Avenue
New York, NY 10017

### Re: 7th Regiment Armory

Dear Chairman Gargano:

I am writing as President of CIVITAS Citizens, Inc. (CIVITAS), a neighborhood organization concerned with zoning, land use and development on the Upper East Side and East Harlem. Members of the CIVITAS board of directors recently toured the Armory and were delighted by the rich collection of historic interiors, but dismayed at the deteriorating condition of the building. I urge you and the ESDC board to approve and ratify the General Project Plan to restore this historic treasure and enhance its contribution to the cultural and community life of the Upper East Side.

This project is of exceptional merit in that it will restore a national, State and City landmark, will increase the Armory's public accessibility and use, will provide housing for a fragile homeless population, and will add to the cultural richness of the community it serves - all without a change in the zoning or adding to the bulk of the original structure. In many ways it is a plan, which takes the potential and heritage of the 7th Regiment Armory and enhances and reveals it for the enjoyment of the City and its visitors.

Sincerely yours,

T. Gorman Reilly
President

**EVA MOSKOWITZ**
COUNCIL MEMBER, 4TH DISTRICT

✔DISTRICT OFFICE
420 LEXINGTON AVENUE, SUITE 1710
NEW YORK, NY 10017
(212) 818-0580
FAX: (212) 818-0706

o CITY HALL OFFICE
250 BROADWAY, SUITE 1545
NEW YORK, NY 10007
(212) 788-7393
FAX (212) 442-1457



' THE COUNCIL
OF THE
CITY OF NEW YORK

CHAIR

EDUCATION

COMMITTEES:

FINANCE

GOVERNMENTAL OPERATIONS

WOMEN'S ISSUES

TRANSPORTATION

Charles Gargano, Chairman
Empire State Development Corporation
633 Third Avenue
New York, NY 10017

July 18, 2005

Re:    7th Regiment Armory
        640 Park Avenue
        New York, NY

Dear Mr. Gargano,

I am writing to express my support for the 7th Regiment Armory Conservancy and their effort to obtain the lease for the armory at 640 Park Avenue from the State of New York. It is my understanding that the conservancy plans to restore the building and manage daily operations should they acquire the lease.

In a time when public funds are needed in so many areas for so many different purposes, it is wonderful to see a community organization willing to restore and manage a building that is used by the public. I trust that should the conservancy obtain the lease from New York State, they will conduct the restoration and daily operations with the utmost care and responsibility.

I urge you to grant this organization the lease to the 7th Regiment Armory so that this fine building can be restored and made available to all New Yorkers in the future.

Sincerely,

Eva Moskowitz
Council Member
4th District, Manhattan

**Testimony of Major General Edward Klein, NYNG (Ret.) before the**
**Empire State Development Corporation**
**July 21, 2005**

As the former Commanding General of the New York Army National Guard and a member of the Veterans of the Seventh Regiment, I am saddened by the present condition of the Seventh Regiment Armory. Years of neglect and lack of regular maintenance have allowed this historic building to deteriorate. It is evident that we need the assistance of a non-profit group to address the situation and provide viable solutions for restoring the integrity of this magnificent building.

The non-profit Seventh Regiment Armory Conservancy, a group whose mission is to restore this historic site while protecting and preserving its illustrious history, is taking on this monumental task. I have recently joined the board of directors of this group and plan to work closely with the members to ensure that the history, architecture and art of the Seventh Regiment are preserved and displayed proudly for generations to come.

The Armory no longer serves the same function as when my fellow veterans trained and were stationed here. That's because the military has changed dramatically since the Armory was built over 125 years ago. The Armory must serve a new purpose now. It must be restored so its bold and exquisite architecture and, hopefully, its many priceless artifacts will stand as testaments to the great sacrifices of our soldiers and our military history. Its distinguished and handsomely appointed regimental rooms, which few have had the privilege to see, must be opened to the public.

The Conservancy is willing to make this commitment. Its proposal for a unique year-round multi-use arts and cultural facility will provide a revenue stream that will enable the Armory to be self-sustaining and never fall into disrepair again. The Armory will be opened to the public while retaining a military presence and function. That means, in addition to housing the offices of the 107th Corp Support Group, it will be available for use in emergencies, as it was during the 9/11 period, and in accordance with military law, its spaces will be made available to veterans groups free of charge – this law was reaffirmed in the state legislation passed in 2004.

We have a great opportunity to save the Armory and accomplish this without spending taxpayer money. The Conservancy has already privately raised millions of dollars and is committed to raising over $100 million toward the project.

The Conservancy's proposal will result in a restored and magnificent building featuring publicly accessible exhibitions on the military history of the Regiment, all of it sustained by arts and cultural programming. There could hardly be a better outcome for the veterans of this state and the people of this city. I therefore commend the Governor, the Empire State Development Corporation and the Seventh Regiment Armory Conservancy for pursuing this initiative. We must continue to all work together toward our common goal.

Thank you.



# FRIENDS

OF THE UPPER EAST SIDE HISTORIC DISTRICTS

20 East 69th Street New York, New York 10021
(212) 535-2526    •    Fax (212) 535-2155

Halina Rosenthal
*First President*
*(1982 – 1991)*

Board of Directors

Anne L. Millard
*President*

Tony Rosenthal
*Honorary Chairman*
Rita Chu
David I. Karabell
Gretchen Siebel
*Vice Presidents*

O. Kelley Anderson, Jr.
*Treasurer*
Franny Eberhart
*Secretary*

Kent L. Barwick
Judith Churchill
Christina R. Davis
Andrew S. Dolkart
Lionel Goldfrank III
Erin Gray
Huyler C. Held
Adam Holender
Thomas Jayne
E. William Judson
Rev. John A. Kamas
Aric L. Kopelman
Henry Lambert
Mimi Levitt
Robert K. Lindgren
Hermes Mallea
Norman Marcus
Joyce Matz
Alice McGown
Bannon McHenry
Frederic S. Papert
Li Chung Pei
Judith Price
Robert C. Quinlan
Genie Rice
Alexandra Schlesinger
Annie Schulhof
Patricia B. Selch
Elizabeth Shields
Jeanne Sloane
Andrew P. Steffan
Patricia F. Sullivan
Roger W. Tuckerman
Margot Wellington
Julia Widdowson
Caroline Zaleski

Seri Worden
*Executive Director*

July 21, 2005

EMPIRE STATE DEVELOPMENT CORPORATION
SEVENTH REGIMENT ARMORY CIVIC PROJECT
PUBLIC HEARING

The Condition of the Seventh Regiment Armory has been a disgrace for so many years, that FRIENDS can only applaud this step towards preserving this magnificent landmark. We find that a cultural venue at this location on the Upper East Side to be a reasonable option and an asset to the community. We do know that some neighbors have concerns about the proposed use of the building and alterations to the exterior. We will be watching the Conservancy to make sure such modifications are appropriate and events not overly troublesome. FRIENDS looks forward to hearing from the Conservancy on proposed work which will be reviewed by the Landmarks Preservation Commission. We are particularly eager to see the exterior and interior repaired and restored, giving this remarkable structure the care it deserves.

In the interest of full disclosure, Friends president and a board member serve on the Seventh Regiment conservancy's board.

Thank-you.



The City University of New York

July 21, 2005

Statement to the Empire State Development Corporation on the Seventh Regiment
Armory Conservancy's plan for the redevelopment of the Seventh Regiment Armory

Good afternoon. I am Terri Rosen Deutsch, Director of External Affairs for
Hunter College. I am here today to state Hunter College's continuing interest in the use
of space, on a permanent basis, at the Seventh Regiment Armory. It is clear that there is
a natural partnership between the two institutions. We believe our programs and our
ability to share our support staff, maintenance and security staff will be a great asset to
the armory and that the Hunter College population will enhance programming by
bringing the diversity of New York City into all aspects of the Conservancy's cultural
plan.

Our interest has been long standing. Since August of 2001 we have met on
several occasions with members of the Conservancy Board and staff to express our desire
to explore space for some of our artistic programs.

Of course Hunter's use will be consistent with the Conservancy's cultural
mission. Hunter's Arts Departments, music, dance and theater, need space for
rehearsals, classrooms and intermittent use of space for meetings and conferences.

And we are not seeking to use the space that most of the other groups are
interested in, though we do have various events that we might want considered for use of
the drill hall space, such as graduation. Our desire is for use of some of the other, less
desirable spaces, specifically on the upper floors.

We would be happy to partner with the Conservancy on the public programming
aspect of the plan and we believe our students would be a great and welcomed audience
for many of the programs already planned. Our Upper East Side neighbors already
associate Hunter College with excellent public programming in the arts at the Kaye
Playhouse.

In addition, we believe we have something to offer some of the tenants of the
armory, such as the women's shelter. The students and faculty of Hunter's premier

HUNTER COLLEGE        695 Park Avenue      New York, NY  10021

School of Social Work could create community service projects working with shelter residents.

We have strong support for Hunter's permanent presence in the Armory from Assemblyman Jonathan Bing and others.

We look forward to discussing further and working together to help the Seventh Regiment Armory Conservancy create a world class cultural center at the Armory.

Thank you.

**New York Landmarks Conservancy**

years of preserving & protecting New York

July 21, 2005

John J. Kerr, Jr., *Chairman*
Peg Breen, *President*

Board of Directors
John Belle, FAIA, RIBA
William L. Bernhard
Kathryn McGraw Berry
Farran Tozer Brown
Paul S. Byard, FAIA
Joan O. Camins
Pamela Rubin Carter
Anne Coffin
Susan R. Cullman
Henry P. Davison II
Michael K. De Chiara
Douglas Durst
Stuart P. Feld
John M. Forelle
Robert C. Graham, Jr.
Clark P. Halstead
Margaret B. Hassett
Paul K. Herzan
Holly Hotchner
Susan Henshaw Jones
Stephen Kirschenbaum
Stephen S. Lash
Mimi Levitt
John Morning
Frederic S. Papert
Allison Simmons Prouty
Robert C. Quinlan
Frances Scaife
Marc P. Schappell
Frank J. Sciame, Jr.
Stuart N. Siegel
Joanne M. Stern
Elizabeth F. Stribling
Donald G. Tober
Lloyd Zuckerberg

Advisory Council
Laurie Beckelman
Robert W. Burnett
Aubria Corbitt
Peter Duchin
Norton Garfinkle
Ronald S. Lauder
Malcolm MacKay
Marjorie Flannigan
 MacLachlan
Sherida Paulsen
Maribeth S. Rahe
Arnold Scaasi
Liz Smith
The Reverend Canon
 Frederick B. Williams

**STATEMENT OF THE NEW YORK LANDMARKS CONSERVANCY BEFORE THE EMPIRE STATE DEVELOPMENT CORPORATION REGARDING THE PROPOSED LEASE BETWEEN THE SEVENTH REGIMENT ARMORY CONSERVANCY AND THE STATE OF NEW YORK**

Good afternoon. I am Roger Lang, speaking on behalf of the New York Landmarks Conservancy.

The Landmarks Conservancy is a private, independent, citywide, not-for-profit group located and active throughout New York City. We are not affiliated with the Seventh Regiment Armory Conservancy, although we share its mission of historic preservation and its goal of seeing the historic Armory renovated, restored, and reused as a cultural center for the visual and performing arts.

We commend the Empire State Development Corporation for its action last month, adopting the General Plan for the Seventh Regiment Armory Civic Project. Integral to the Plan is the 99-year lease about which you are taking testimony today.

This proposed lease will further an exemplary public-private partnership, giving the Seventh Regiment Armory Conservancy standing to purse raising the very substantial funds necessary to implement the Plan and achieve its goals. The lease does not relieve the Conservancy of its other obligations, including obtaining the necessary approvals from other City and State agencies, including the State Historic Preservation Officer and the N.Y.C. Landmarks Preservation Commission.

We urge ESDC to execute this lease at the earliest possible opportunity.

Thank you for the opportunity to present the Landmarks Conservancy's views.

J:\Roger\ESDC-Armory

TO:             The Citizens of New York

FROM:           The Veterans of the Seventh Regiment

SUBJECT:        New York (New York County) Seventh Regiment Armory


## General Project Plan

### I.    Project Summary

Administrator:      Seventh Regiment Museum Inc.
                    643 Park Avenue
                    New York, NY 10021
                    David L. Dalva II, President
                    212 758-2297

Project Location:   Seventh Regiment Armory
                    643 Park Avenue
                    New York, NY 10021

Proposed Project:   Restoration and renovation of the Seventh Regiment Armory for
                    continued use as a historical structure, as it was the prototypes for
                    armories constructed throughout the 19th century. The preserve it
                    as a rallying point in case of an emergency to provide a single
                    location for military command and control. Restoration and public
                    display of the original furniture, decorations and panel rooms.
                    Acknowledgement and display of artifacts showing the
                    involvement and commitment of New Yorkers in defending the
                    country and the city against all aggressors, both foreign and
                    domestic. To serve as a magnet location and center for the Art and
                    Antique shows that have made New York the premier destination
                    for Auctions, exhibitions and visitors

Project Completion: Initial renovation to be completed within 8 year of start.
                    Building to remain permanently a city museum and city property.


### II.    Project Description

        The Seventh Regiment Museum will restore the exterior and interior of the historic
Seventh Regiment Armory (the "Armory") preserving the unique historical rooms and
preserving them as backgrounds to display artifacts showing the rich cultural heritage of New
York. The great hall will continue to be available in emergencies while being used as a display
venue for the great art shows which bring millions of visitors and their money to our auctions,

museums, hotels, shops and other cultural attractions. The Museum which is built on New York City land will always remain a museum of the City of New York.

A.    Background – Armory Significance and History

The Armory, located on the full city block bounded by 66th and 67th streets and Lexington and Park Avenues on the Upper East Side of Manhattan, New York on former park land leased from the City of New York, was constructed using only private funds raised by the regiment and its friends between 1877 and 1881 as the home of the Seventh Regiment, (the "Regiment"), the largest and one of the most prestigious volunteer military originations of the ninetieth century. The building, designed by Charles W. Clinton, a member of the Regiment, is now a National Historic Landmark, a New York City Landmark, and is listed on the State and National Registers of Historic Places.

Since 1942, while the Regiment was away and involved with the war, pursuant to New York Military law, responsibility for maintenance, material and upkeep was transferred to the Adjutant General of the State of New York who is also the Commissioner of the Division of Military and Naval affairs ("dmna"), who has collected all rental fees generated from use of the armory (Before World War II, New York City was responsible for the maintenance of all armories located within its boundaries). Title to the building is vested in the Field Officers of the Board of Officers of the Seventh Regiment (Currently 107th Support Group of the New York National Guard, currently stationed at the Harlem armory except for less then ten members who visit the armory occasionally during the week. The Armory was built on land leased from the City of New York ("City"), and continues to be leased from the City in accordance with a 1877 Deed of Lease which requires the building to be used exclusively for the military purposes of the regiment as a drill hall and training area.

A particularly American building type, armories evolved during the ninetieth century in response to political and social circumstances. An armory is the military headquarters building and drill center used originally by the volunteer regiments maintained by each state and subsequently by the National Guard. (The National Defense Act of 1916 federalized the state militias as reserve organizations for the U. S. Army.) In New York, many of the structures, including the Armory were built in response to social and labor unrest sparked by the Civil War, the Panic of 1873 and the subsequent depression as well as the influx of immigrants.

In addition to providing space for the drilling and training of an entire regiment, This Armory housed offices, meeting rooms, a rifle range and ancillary spaces. Moreover, in order to attract volunteers the armory provided athletic competitions and social entertainment. Until 1968 the Armory was maintained by over twenty civilian employees who worked directly for the Regiment and was supported by the dues paid by the members of the Regiment. The rentals for the world renowned art and antique shows which the Armory hosts are paid directly to the State of New York and the money is part of the General Funds of the State. The Museum will use the rentals from the Great Hall to support the maintenance and restoration of the Main building without the necessity of additional public funds. The Veterans who have a long association with the building will use their knowledge to restore the interior without major alterations that would change the original design and intent of the artists who designed the interiors.

Since 1981, State Emergency regulations allow homeless facilities to operate in armories. The Veterans intend to work with Lenox Hill Neighborhood House to enhance the facilities of the women's shelter currently being run at the Armory.

The Armory is the most historically and socially significant as well as architecturally influential armory in New York State and probably the United States. The Armory is composed of two structures, a multi-storied building or headquarters, containing administrative and social areas, and a one story great hall for military training. Its creative plan and medieval exterior plan provided inspiration for New York State's and the nation's subsequent armories. In addition, according to the New York City Landmarks Perseveration Commission, "Together with the Drill Room, ... the interiors of the Seventh Regiment Armory represents the height of American interior design within a single building, for a 'single' (in this case, military) client, during a period of fifty years."

Much of the Armory remains as originally designed. Despite several alterations, the significant of the interior of the building cannot be overstated. The 200 by 300 feet Great Hall was, at the time of completion, one of the largest unobstructed interiors in New York City. It is thought to be the oldest extant "balloon shed" (A barrel vaulted-shaped roof supported on visible trusses or ribs) in America. And as such should not be significant altered by ductwork or revamping its purpose.

The main building contains important late nineteenth- century rooms designed and decorated by some of New York's, and therefore America's, most illustrious firms. Design firms such as the Herter Brothers, Louis C. Tiffany and Associated Artists with Stanford White, Pottier & Stymus, Alexander Roux & Co., and George C. Flint & Co. were hired to lavishly decorate the entrance, central stair and corridors, reception rooms and the ten company rooms. The Veterans will refurnish these rooms with the original furniture with it still possesses and display them as befits museum quality rooms rather than use them to produce income.

### B.    Background – Project

Today the Armory suffers from decades of neglect and minimal maintenance while under State control. Luckily the building is sounder than some would represent in order to falsely show urgency. The roofs are sound, the leaks in the walls have been repaired and the only ceiling with falling plaster is the Clark Room which the State neglected over the warning and reports prepared by the Veterans. There is some loose and pealing paint as is common in any building that has not been painted is ten years. While some of the building systems might benefit from upgrading none is in danger of failing. Now there are individual window air conditioners that are inefficient and the building would benefit from a discreet placement of modern air conditioning that would be less evident. The building was placed on the World Monuments Fund watch list in 2000 and was removed from the watch list when the Fund found that the building's condition had been over stated. DMNA, which has received all of the income from the Armory rental for the past decades has chosen not to use that money to do the necessary repairs and maintenance and has instead reached out to ESDC to unburden it of its responsibility.

In 1998, ESDC issued a request for proposals ("RFP") for a consultant to analyze existing conditions, recommend and evaluate physical improvements and uses, help develop a public/private partnership mechanism to finance capital improvements and operations and write and evaluate an RFP for future developer(s)/operator(s). In August 1999, ESDC approved a $325,000 contract for E & Y Kenneth Leventhal Real Estate Group to provide such consulting service.

An RFP for a developer/ operator of the Armory was issued even though the State was not the owner of the Armory and was in fact only the caretaker. Only one group responded because of the ownership question and the opposition of the Veterans who choose not to bid because the State was not the owner of the building.

No negotiations were carried out by the State with the Veterans who own all the personal property and fixtures in the Armory according to a statement by New York's Attorney General in 1986, instead the State sued the Veterans over the ownership of some of the personal property. This suit is still ongoing. Because of serious legal issues relating to military law, ownership of the building and the property of the Veterans, in 2003, the Office of the Attorney General opined that an amendment to NYS Military Law was required to solve all of the problems with seizing the Armory and the Veteran's property.

The Conservancy was established 1997 with several Veterans as members under the auspices of MAS. When the Veterans opposed the Conservancy's plans for utilization of the historical rooms as profit centers by renting them out, they were forced off the board. Today the Conservancy has a single retired National Guard Officer who never served or was associated with the Armory on its board. The Charter of the Conservancy specifically forbids it to "Own or hold any collection of art or artifacts". The collection of Civil War art which has been called the finest in America will move from its original home and possibly out of New York City along with original and historic furnishings.

C.    Background – Legislation

On August 12, 2004 the NYS Legislature enacted as a Governor's Initiative without any discussion or notification Chapter 482 of the Laws of the State of New York to amend the Military Law to authorize ESDC to act on behalf of the State of New York to lease the Armory and to undertake related actions. The Governor signed this bill on September 21, 2004. The legislation recognizes the Armory's historical importance as a culture and artistic venue and allows a non-government entity to now rent out the Armory.

The Legislation circumscribes the original lease with the City of New York. The Legislation makes the State the owner by revising and seizing the Trusteeship. The State also has retroactively declared themselves owner's of certain historical objects and art by deeming them a gift to the State with out compensation or discussions with its owners. The State in order to maintain the appearance of following the original lease has reserved a small area for troops. The use of the Armory's Great Hall will depend of the alterations and construction necessary for its use as a performance space similar to Albert Hall in London.

The Conservancy's plans to consolidate the Homeless Women's Shelter on the forth floor will lower the amount of available living space substantially as the entire group of West rooms on that floor were designed as locker rooms, have no ventilation and are entered either by up or down stairs.

The Veterans have filled suit on the unlawful seizing of their property and will contest the State's nullification of the Trustee Law along with the conversion of City property for use other than leased for.

D.    The Project

The Conservancy will have a 99 year lease. At it completion the Armory and all of its improvements will revert to State control.

While the Conservancy talks about restoration to the highest standards they intend to use the rooms as ancillary revenue producers by renting out theses room for both short and long term. The Veterans will, after restoration, uses the various historical rooms as exhibition spaces open to the public to display the rich cultural and military history of the City.

The Veterans will limit the use of the Great Hall to as few days as possible while generating sufficient money to maintain and restore the Armory.

The Veterans will continue to provide space for Art shows and Exhibitions that have made New York the Art Capital of the World as we have not seen a need for another major theater or performance center particularly with the number of spaces that are dark:

The art shows that are currently held at the Armory serve as the major fund raising events for over a dozen charities who would have to severely cut back on their operations without the opening night fund-raisers.

With a rental of 275 days at 36 cents per foot per day, which is only a small increase on the rental cost today, the Great Hall will generate almost 5 million dollars, additional income from the restaurant, checking, admissions and gift shop will add at a minimum one hundred thousand dollars.

An initial staff of thirty-six should cost about 1 million and half dollars. Utilities, Repairs, Improvements and Restorations along with legal and publicity should run an additional 3 million dollars.

We expect there should be a surplus of half a million initially each year to fund an endowment fund. We have not factoring in museum membership and gift-giving.

The renovations shall be done so as not to trigger requirements that would be detrimental to the preservation of the Art and in keeping with the standards of the rest of New York's city museums.

The Veterans will not require a grant from any state or city entity during this time of fiscal shortage.

III.    Proposed Lease Terms to the Conservancy

The State is issuing a 99 year lease on the Armory which on termination will revert to the State. The forfeiting of the NYC lease by removal of the Regiment and the uses for other than the military uses of the Regiment require the building being turned over to the city of New York. The State is taking a New York City asset and converting it.

1.    **Goals.** To have a venue for the performing arts by the elimination of the Art and Antique shows that currently make New York the Art Capital of the World.

2.    **Condition of Premises.** The Conservancy shall take the Armory "as is" physical condition on the lease commencement date.

Except that the state shall continue to be responsible for funding emergency repairs of structural elements, roof and major building systems until such are replaced.

3.    **Rental.** Rent commencing on the 7th anniversary of the "full operation" shall be 20% of the gross revenues from commercial operations of the Armory above a hurdle of $9,000,000 as escalated annually by CPI.

If the Armory ever generates 9 million from commercial operations annually, the money should go to the City of New York.

4.    **Construction Obligations.** Construction shall begin within four (4) years of the Lease commence date and shall be completed no later than the tenth year anniversary of the lease commencement date.

The Veterans would commence repairs and reconstruction within a year and effect its repairs without the shunting of the Armory except during the summer. The repair of the panel rooms and other art would be an ongoing project as it is with most other museums. The priory would be the Great Hall which generates the major income. The Veterans have prepared a comprehensive plan for the utilization of the great Hall during an emergency. The lack of any semi-permanent structure for performance arts, such as a stage, enable the emergency use of the Great Hall to be carried out within single day.

*See Footnote

7.    **ESDC Project fee.** ESDC shall receive a $100,000 annual administrative fee until the earlier of (i) the substantial completion of the work or (ii) the tenth lease Year. Conservancy will pay all outside legal cost incurred by ESDC. ESDC shall not be required to expend any non-appropriated funds on the project.

---

*    On points 5 and 6 the Veterans would agree to similar terms.

Seventh Regiment Armory
Scope of Work

## Building

The Veterans will restore and or renovate the interiors of the Armory along with its exterior. The electrical, plumbing, mechanical, heating and cooling systems will repaired or replaced so as to retain as much as the original fixtures as possible. All additions or upgraded systems will be integrated in to the existing structure or hidden as much as possible. On going repairs and restorations along with maintenance will be scheduled and preformed to bring back the building to the standards that it had when the Seventh Regiment maintained it.

## Exterior

The Veterans will repair and stabilize the exterior as necessary along with cleaning it to restore its appearance. New drains and roofing will be installed where necessary. Signage will not be displayed from the Armory's walls or windows. The small discrete signs that have been in uses for the last few years will continue to be used. If the front of the building is lit, it will only enough to illuminate the structure without causing any light refection across the avenue.

## Great Hall

The Great Hall's floor will be repaired, the paint removed and the floor finished to show the natural wood color. There will be no new seating which would prevent its use in an emergency. Air condition would be concealed under the existing balconies. The roof will be painted as it was when originally constructed. The removal of the new rooms along the sides will increase the amount of rentable floor space.

## Administration Building

The Veteran would preserve the first and second floor historical rooms and furnish them with the original furnishings which are in storage. These rooms would serve as the nucleus of the Seventh Regiment Museum which would serve both the citizens of New York and its visitors. The third floor would be refurbished with air conditioning to provide a better habitat for the homeless women. The smaller fourth floor would continue as a restaurant. A new elevator would serve the homeless shelter. The military would be housed on the fifth floor. The Veterans and Museum staff would be on the mezzanine and the non-historical space on the first and second floor along with the basement. The visitor's center and gift shop would be located on the first floor.

The Veterans have a firm plan to restore the decorative walls, ceilings, floors and original furniture and light fixtures to provide a living example of how the Armory was used during the nineteenth Century. We plan to honor all of the military of New York that served and defended this nation.

Management and Operations

The restored 60,000 square foot Great Hall will serve as a home to world's greatest art exhibitions and continue to support New York as the Art Center of the World. It will be managed and maintained by a staff of professionals dedicated to running of a decorative art Museum in the most art conscious city in the United States. The land marked interiors will not become commercial space rentable for either a day, week or year in order to increase the bottom line.

The Veterans have worked out a loading/unloading plan which will minimize the effect on the surrounding residential neighborhood with out resorting to cutting any opening in to the existing land marked building.

The Veterans also have a plan for efficient utilization of the Great Hall in an emergency that will lessen the impact on the neighborhood and maximize to potential to support the City while serving as either a military staging area, a temporary shelter or a command center for vital City response services and readiness in case of an attack.



# A Short History of the Seventh Regiment Armory

## 1880    2005





The Seventh Regiment Armory at Park Avenue between 66th and 67th Streets is a New York landmark, dating back to 1877.



## WEARING OF THE GREY

WHO ONCE HAS STOOD IN THE LINE OF GREY
AND MARCHED TO THE RATTLING DRUM,
AND HEARD THE RING OF THE RIFLE SLING
AS THE CRACKLING ORDERS COME;
AND SEEN THE SUN ON THE BREASTPLATES GLEAM
AND THE WIND WITH THE GUIDON PLAY;
HE HAS GIVEN HIS SOUL TO THE AGE-OLD ROLE,
TO THE WEARING OF THE GREY.

SO DRINK TO THE BLUE OF THE DAYS GONE BY
TO THE GLISTENING WHITES FOR DRESS,
TO THE KHAKI TOO THAT THE GREASERS KNEW
IN THE DUSTY BORDER MESS;
TO THE OLIVE-DRAB THAT BROKE THE LINE
TO THESE --'LONG LIFE!' WE SAY;
AND LOUD OUR TOAST TO OUR FATHERS' BOAST
TO THE WEARING OF THE GREY.

FROM THE JUNGLE GREEN OF THE SOUTH SEA ISLES
AND FROM ICELAND'S FROZEN LANDS,
FROM BRITAIN'S MIGHTY BATTLEMENTS
AND TUNISIA'S TORRID SANDS,
FROM LAND AND SEA AND FROM THE AIR
WE SEEM TO HEAR THEM SAY;
NOW DRINK THIS TOAST TO OUR FATHER'S BOAST
TO THE WEARING OF THE GREY.

Celebrating the 125th year since the completion of construction of the Armory Building in 1880 and the 199th year of the 7th Regiment.

125th ANNIVERSARY

THE HISTORY OF THE SEVENTH REGIMENT ARMORY

643 Park Avenue

(Between 66th and 67th Streets)

New York, New York 10021

The site of the present Armory was designated by the City of New York and agreed to by The Regiment In September 1874.

Although many members wished to construct a new Armory with private money, the majority were of the opinion that it was inappropriate to construct a building to be used for public purposes with private funds.

In January of 1875, the Military Code of the State was amended, authorizing the City of New York to appropriate, through taxation, for the erection of new armories for all of its regiments.

On July 1, 1875, The Board of Aldermen of the City passed a law designating the plot of ground bounded by 66th and 67th Streets and Lexington and Fourth Avenues as the site for the new Armory for the Seventh Regiment, and appropriated $350,000 for the construction of the Armory, and appointed Charles Clinton, former member of the Regiment as the chief architect.

However, the Comptroller of the City and the Board of Estimate refused the funds, in spite of the fact that the City had been so ordered to do so by the State Legislature. The Regiment sued the Comptroller and The Board of Estimate, but received an adverse decision in lower court, and appealed.

In January of 1876, the Regiment, wearied of the litigation and the Board of Officers, decided to erect an Armory by subscription; a decision which received a very favorable reaction from the press and public. By May 1876, the initial subscription had raised $80,000, of which over half had been contributed by members and officers of the Regiment.

Actual construction did not commence until April 1879, and enclosure from the elements was achieved in October, with the grand staircase in the Administration Building being installed in November.

Beginning on November 7th, a great fair was held in the new building to raise money for the furnishing of the interior. The fair was opened by the President of the United States, Rutherford B. Hayes, and ran for three weeks, raising a total of $140,349.92, after expenses. On April 26, 1880, The Seventh Regiment, escorted by the 69th and 71st Regiments, who had volunteered for the purpose, marched from The Tompkins Square Armory to take possession of the New Armory.

On September 30, 1880, the New Armory was opened for public Inspection from ten AM to ten PM. Twenty-five thousand entrance cards, each admitting two persons were issued.

The cost of the New Armory was $150,000 in excess of the amount raised; therefore, the Regiment floated a Bond Issue for the amount, the debt being retired In 1893, at which time the City of New York granted the ground lease to the Regiment in perpetuity - "said Armory to be thereafter exclusively held and used for an armory and drill rooms by said Regiment."

Contact:                                    Philip Chiappone
                                            McCanliss & Early LLP
                                            212-943-0280
                                            pchiappone@mccandless.com

                                            David Dalva
                                            Seventh Regiment Veterans
                                            (212) 758-2297

---

### VETERANS OF THE SEVENTH REGIMENT SEEK INJUNCTION
### TO STOP CONFISCATION OF PARK AVENUE ARMORY BUILDING

NEW YORK, April 12, 2005 – The Veterans of the Seventh Regiment and the Seventh
Regiment Fund filed suit today in New York State Supreme Court, New York County,
against the State of New York, seeking an injunction to stop the State from confiscating
the Seventh Regiment Armory building at 643 Park Avenue. The suit, filed by
McCanliss and Early LLC on behalf of the veterans, also names the Seventh Regiment
Armory Conservancy, the Division of Military and Naval Affairs, the City of New York
and the New York State Urban Development Corporation.

According to the complaint, the suit "aims to prevent the State of New York and a private
organization, with the acquiescence of the City of New York, to deprive the people of the
City of New York of their inalienable public property," the Seventh Regiment Armory.
The defendants, the complaint says, "have undertaken an illegal transfer of this private
property…in disregard of those rights of the Veterans of the Seventh Regiment, whose
past and current members built, maintained and restored" the Armory. The goal of this
illegal transfer is "incompatible and inconsistent with the tradition of the Armory," the
complaint says.

A bill passed by the New York State Assembly this summer and signed by Governor
George Pataki in September 2004 deemed the Seventh Regiment Armory building, as
well as its ornaments, decorations and fixtures, to be the property of the State. Under the
authority of this legislation, control of the Armory was leased to a nonprofit organization,
the Seventh Regiment Armory Conservancy, named as "chosen developer" for the
facility. The State Assembly bill followed a request for proposals issued in 2000 by the
Empire State Development Corporation seeking a developer for "reuse" of the Armory.

"The state seized ownership of the Armory at the stroke of a pen and without any kind of
hearing," said McCanliss and Early attorney Phil Chiappone, who represents the veterans.
"New York State is taking property that belongs to the veterans of New York and to
veterans throughout this country."

With predecessor units organized as early as 1806, the Seventh Regiment, officially
formed in 1826, is considered the oldest lineal regimental organization of the New York
National Guard. The Seventh Regiment is recognized by the U.S. Army for Military

History for saving Washington, D.C. from capture by Confederate forces during the Civil War.

The Seventh Regiment built the Armory building in 1879 with private funds, and it remains the only armory in the country constructed and furnished without public monies. Members of the Regiment and its Trustees spent more than $600,000 of their own funds in the building and decoration of the facility, according to the complaint.

The facility was constructed on land owned by the City of New York and leased to the Regiment. In 1942, the State assumed administrative and operational responsibility for the Armory to use as a military facility without a transfer of title from the veterans. The Seventh Regiment Veterans have continued to run and care for the facility. The land remains public land belonging to the City of New York.

In recent years, Chiappone said, the State has restrained the veterans from maintaining the facility and its historic interior – which boasts Tiffany stained glass, wrought iron chandeliers, tiled fireplaces, bronze statues and other antique fixtures -- despite the lack of funding or inclination on the part of the State Division of Military and Naval Affairs for Armory restoration and upkeep.

Chiappone said the veterans plan to turn the Armory into a museum to provide wide public access to its long military history and 19th Century artifacts. Current uses of the Armory as a venue for art shows – which bring millions of dollars in revenue to the city each year -- and as a shelter for homeless women will continue under the veterans' plan, he said.

"The State Assembly bill is unconstitutional. The State has nullified the legal ownership of the Armory and seized it from the veteran trustees who have held it since the 1870s. New York State has not even offered them any kind of compensation," Chiappone said. "The State's arbitrary action denies the time and sacrifice veterans have given to their country."

# # #

EAST 67 TENANTS CORP.
130 EAST 67TH STREET
NEW YORK, NEW YORK  10021


STATEMENT BY RITA C. CHU
BEFORE THE EMPIRE STATE DEVELOPMENT CORPORATION
On July 21, 2005

Re:  Seventh Regiment Armory


My name is Rita Chu.

And I am speaking as President of 130 East 67th Street, a cooperative building located directly opposite the Seventh Regiment Armory's Drill Shed.

the ESDC
We ask that ~~you~~ seriously consider awarding the lease to the Veterans of the Seventh Regiment, a venerable organization with a vested, if not a proprietary, interest in all that is best for this building.

It has the knowledge and understanding of the rich history of this building and of historic restoration that are sympathetic to, and respectful of, the building itself to bring it to its former glory.

Its plan to continue with the operation of the trade shows and the women's shelter—but under better and more efficient conditions--and to open up the building as a decorative-arts museum for the public and as an educational center for school children is more sympathetic to this residential neighborhood.

It has the financial means to restore the building and a financial plan to secure the future maintenance of this building.  It can, of course, certainly benefit from the generous grant the State is offering.

And finally, the State has the moral obligation to honor the fact that the Veterans of the Seventh Regiment are the rightful owners of this building.

*Marjorie L. Hart*
*133 East 64th Street*
*New York, NY 10021*

July 16th, 2005

Chairman Charles Gargano
The Empire State Development Corporation

Dear Chairman Gargano:

I am writing as a member of the Board of the Seventh Regiment Armory
Conservancy and former Chairman of the Board of the 133 East 64th Street
Corporation, a Co-op neighbor and observer of the Armory. It is with great
enthusiasm and a sense of urgency that I urge you and the ESDC board to
approve and ratify the General Project Plan to restore this historic
treasure and enhance its contribution to the cultural and community life of
the Upper East Side. I further urge your board to quickly enter a lease with
the Seventh Regiment Armory Conservancy so that this project can begin in
the fall of 2005.

For many years, we have watched the internal and external deterioration of
this icon of late 19th century architecture and design. You now have before
you a group of citizens willing to take the full financial and operating
responsibility to stanch this decline and put right this major landmarked
facility -- to repair its systems and its fabric; to restore its
deteriorated spaces to their original splendor; and to undertake enhanced
cultural programming and dedicated public use of this unique historical
space.

The Conservancy's plans also call for significant improvements in the interface
of the building with the neighborhood: to minimize on-street loading, truck
noise and traffic; to improve the lighting, enhancing safety in the
neigborhood; improving the maintenance to reduce rat infestations, etc.
These improvements are much desired by the neighbors. This project will
also ensure that the Armory will continue to house the New York National
Guard offices and the New York City shelter for homeless women.

I therefore support this project fully, and urge that you approve the ESDC
Plan and the lease to the Conservancy.

Sincerely,

Marjorie Hart

Marjorie Hart

*Cecilia Schmidt-Sarosi, MD*
*Peter Sarosi, MD*
51 East 67th Street
New York, NY 10021
Phone: (212) 535-5350
Fax: (212) 535-5080

July 12, 2005

Re: Empire State Development Corporation
    Public Hearing-July 21, 2005

To Whom It May Concern:

I own a home on the Upper East Side, where I practice medicine. When I heard that there
was a non profit organization that wanted to restore and revitalize the Seventh Regiment
Armory, I was very excited because this building has been neglected for too long and
needed help.

Like many East Siders, I had some questions. Who will lead the restoration? What are the
actual plans? Will any part of these plans compromise the archiytecture or rich military
history of the Armory? As I learned more about the plans of the Seventh Regiment
Armory Conservancy, I became more and more confident that the right people wer to
implement the right plan for the armory. I am happy that the Conservancy plans to restore
both the exterior and interior of the building and honor the fine architecture and long
military history of the building, even opening up the historic regimental rooms to be
public.

I fully support the Seventh Regiment Armory Conservancy's plan for this great East Side
landmark. Thank you.

Sincerely,

Peter Sarosi, MD

04/11/2005  09:23    2128790508    CYNTHIA MATTHEWS    PAGE 01

 **200 Block East 78th Street Association** 

Jim Lovett
Co-chairman
261 East 78th Street
New York, NY 10021

794-2592

Cynthia Matthews
Co-chairman
200 East 78th Street
New York, NY 10021

288-7340

21 July 2005

Charles Gargano, Chairman
Empire State Development Corporation
Public Hearing - July 21, 2005
7th Regiment Armory Conservancy

c/o of Kirsten Reoch                    FAX (212) 249-5508

Project Director
Seventh Regiment Armory Conservancy, Inc.
643 Park Avenue
New York, NY 10021
(212) 249-5517  kreoch@7thregimentarmory.org

Dear Mr. Gargano:

As co-chair of our block association for over twenty years and a long-time
resident of the Upper East Side, I have seen many changes in our neighborhoods - -
and not always for the better.

The Seventh Regiment Armory is a very special piece of architecture,
especially the interior, which I would hate to see go the way of Penn Station: a
beautiful and historical piece of architecture razed in the name of progress and
replaced with a bland, non-descript hulk which will soon come down.

Please don't let this be the fate of the Armory. This is a treasure of the Upper
East Side and very much worth restoring and opening it up to the public would be
such a wonderful addition to our community. The Seventh Regiment Armory
Conservancy seems to have a beautiful plan ready to implement and I would like to
see them do it.

Thank you.

Very sincerely

Cynthia Matthews, Co-chair
200 Block East 78th Street Association

*The Seventh Regiment Armory Memorial and Historic Research Center to the men and women of the U.S. National Guard*

The Seventh Regiment of New York

In the year 2005 the Seventh Regiment of New York will celebrate the 125th Anniversary of its members taking possession of their Armory on 66th Street and Park Avenue. Just one year later, in 2006, the Seventh Regiment will celebrate the Bicentennial of its founding.

These are significant historic events to New Yorkers, and to all Americans, because they highlight the long and proud record of service, leadership and sacrifice this fine regiment has rendered to its community and country. Equally important, the many selfless services rendered by the members of the Seventh Regiment to their city and state in times of major emergencies and civil disorder, and its country in time of war are symbolic of the same level of services, leadership and sacrifices rendered by National Guard Units in every state in the Union.

It seems entirely fitting that this regiment, founded only thirty years after the signing of the Declaration of Independence, was the first militia regiment to bear the name 'National Guard'. This came about in 1824 when predecessor companies of the Seventh Regiment were serving as an honor guard to the Marquis de Lafayette, beloved hero of the American Revolution. As it was customary in those times for militia units to adopt titles as well as numerical designations, some officers of the Seventh suggested that they adopt the title 'National Guard' from the 'Guarde Nationale of Paris' first formed and commanded by Lafayette. It wasn't until the 1860's that the State of New York adopted the title for all its militia units and 1900 when the title 'National Guard' was adopted by militia units throughout the United States.

While virtually all Americans have learned of the vital role of the early citizen/soldier like the Minutemen of Concord and Lexington, most are not as well informed of the essential role The National Guard has performed in both preserving the civil order of our communities and providing the military infrastructure in time of war. Throughout the nineteenth century, the Seventh Regiment was instrumental in restoring orders in such bloody uprisings as the Astor Riot; Dead Rabbit Riots and the Draft riots of th 1863; the latter of which was so vividly portrayed in Scorcesse's film 'The Gangs of New York'.

The Seventh Regiment was also the first New York Regiment to answer Lincoln's call to Washington. Throughout the Civil War some six hundred members of the Seventh Regiment accepted commissions as officers in other active units. Six of these veterans of the Seventh went on to earn their Country's highest award...the Medal of Honor. Another Seventh man, Colonel Robert G. Shaw formed and commanded the first black regiment to fight in the Civil War, the 54 Massachusetts, and which was depicted in the film Glory.

Members of the Seventh Regiment repeated this leadership role in World War I; producing some 2000 officers for the Armed Services and gaining, for itself the accolade 'West Point of the National Guard'. The Seventh Regiment was activated as the 107th Infantry in World War I, a unit of the 27th Division which coincidentally was commanded by a Seventh man, Major General John F, O'Ryan. On September 29, 1918, In the battle to break the 'Hindenburg Line', four members of the Seventh Regiment earned the 'Medal of Honor'. All the more distinguished in light of the fact that a total of only 95 Medals 'Medal of Honor' were awarded to US Army personnel in World War I.

In 1940, Prior to the attack on Pearl Harbor, the Seventh Regiment, along with most of the country's Nation Guard units, was called to active duty to provide the military

infrastructures for the millions of men to be called up in the first peacetime draft. Once again some 90% of the regiment's members went on to be commissioned officers in the Armed Forces.

One hundred, twenty-five years ago members of the Seventh Regiment, their families and friends raised money to build the Armory on 66th Street and Park Avenue from which they continued to serve so well their City-State-Country. We know that the sacrifices made and the honors earned in the Seventh Regiment's two hundred years of service can also be found repeated in armories across our great nation. They can be found in the women and men of the National Guard in the streets of Iraq, Afghanistan and major cities of the United States today. To these and to all those who have selflessly served their communities and country as soldiers in the US National Guard virtually since the birth of our nation – we the citizens of New York and the United States should dedicate this armory as a national memorial and Historic Research Center.

Thomas D. Levis
29 Park Drive
Eastchester, NY  10709

HISTORIC DISTRICTS COUNCIL

THE ADVOCATE FOR NEW YORK CITY'S HISTORIC NEIGHBORHOODS

232 East 11th Street New York NY 10003
tel 212-614-9107 fax 212-614-9127 e-mail hdc@hdc.org

7/21/2005

Statement before the State of Empire State Development Corporation
Regarding the Seventh Regiment Armory Civic Project

The Historic Districts Council is the citywide advocate for New York historic districts
and structures. Its Public Review Committee monitors proposals within historic districts
and to individual landmarks. Our committee has reviewed the application now before the
Empire State Development Corporation, and would like to thank both the Seventh
Regiment Armory Conservancy for taking the time to give us a tour of the building and
ESDC for giving us the opportunity to comment on this proposal.

HDC has long been aware of this imposing and important building in the Upper East
Side, and the issues concerning its preservation. The Armory has national as well as local
historical significant and is a stand-out building in an architecturally significant
neighborhood. Built for the socially prominent Seventh Regiment – the first regiment in
the country to adopt the term "National Guard", the medieval-inspired Armory served as
the prototype for the numerous armories that were later constructed around New York
City and the country. The interior spaces of the building are widely regarded to be among
the finest existing examples of the Aesthetic Movement, as practiced by such masters as
Louis Comfort Tiffany and Stanford White.

There are many grave threats to the remarkable architectural works of art that it contains,
as well the physical structure of the building itself. HDC was impressed with the quality
of the restoration plans. It is high time that this magnificent building be properly restored,
and its deterioration halted after a lengthy period of inadequate maintenance. Damage to
the integrity of the structure will only grow more serious if this restoration is not begun,
and soon. HDC supports the State of New York's plan to lease the building to Seventh
Regiment Armory Conservancy.

Thank you for consideration of this important matter.

## A Statement to Chairman Charles Gargano and the Board of the Empire State Development Corporation

### July 21, 2005

My name is Kent Barwick. I am a member of the board of the Seventh Regiment Armory Conservancy and a longtime historic preservation advocate. In my capacity as president of the Municipal Art Society, I have been working with dedicated and knowledgeable colleagues for the last nine years on developing a solution to the condition of the Armory.

The Seventh Regiment Armory today is a rapidly deteriorating and underutilized City, State and National Landmark of great architectural and social significance. The 125-year-old building has received only intermittent and minimal maintenance and repair during the last fifty years. It is essential that this treasure be saved and that the ravages of time, environment and use are reversed through a thorough restoration and renovation. And, it is extremely important that the Armory's ongoing use is beneficial to the public and that its daily maintenance is ensured for the future.

The State's lease of the Armory to the Conservancy, being considered today, is a great step in the right direction.

The goal of the State, City, Seventh Regiment Armory Conservancy and all others involved in the project is the immediate cessation and reversal of the daily damage and wear occurring within the historic building before its fragile interiors are completely lost. The Conservancy's team of architects, consultants and artisans for a restoration of such importance are world renowned – the best in their fields.

Just as important, the Conservancy stands ready to immediately invest funds in the Armory to repair ongoing damage, seal the building to avert further environmental damage and stabilize large structural deficiencies until they can be properly addressed.

The search for the right mixture of types of programming within the Armory has been a long process which began at the Municipal Art Society in 1996. While the tradition of the art and antique shows was our starting point, it is recognized that this great building cannot be used solely for commercial pursuits.

- 2 -

The Conservancy's plan calls for retaining the best and most successful art and antique sales while expanding the programming to include not-for-profit art exhibitions and concert performances. In addition, the period rooms will become open to the public and feature the original decorative arts, custom-made furniture and, we hope, the art and memorabilia associated with the Regiment.

It is a plan which celebrates all aspects of the building, while still continuing to house occupants such as the Lenox Hill Neighborhood House Homeless Shelter and others in newly refinished, safe and code compliant spaces. In addition to this, the building will continue to house offices of the 107th Corps Support Group, the lineal descendant of the historic 7th Regiment, as well as be available in times of military emergency.

I enthusiastically support the ESDC plan and its contemplated lease of the Armory to the Conservancy, and I further encourage ESDC to complete and enter into the lease as soon as possible.

This is the next great landmark restoration project in New York City, on a par with Grand Central Station, Central Synagogue, Ellis Island and the U.S. Custom House. It deserves to be given the green light.

Thank you.

**JANET C. ROSS**
**19 East 72nd Street**
**New York, N.Y. 10021**

21st July 2005

**TO:   PUBLIC HEARING HELD BY THE BOARD OF DIRECTORS OF THE**
**EMPIRE STATE DEVELOPMENT CORPORATION**

As a forty-year resident of New York City, and as one who cares deeply about the restoration and preservation of this magnificent historic building and the fabric of life in this City, I urge all who attend this hearing of the Empire State Development Corporation to support the Seventh Regiment Armory Conservancy in its efforts.

As the Armory is today, its safety and utility is gravely jeopardized, along with its historical value. It is vital that this danger be addressed. Much damage, through time and neglect, has also been done to the beauty of its original art and workmanship; with much work this legacy is retrievable.

For inspiration and encouragement one has only to go two blocks west to see what the Central Park Conservancy has helped the Parks Department to achieve. This building, originally built by private donations, can also be revived and sustained in the same way.

This testimony respectfully submitted by,

Janet C. Ross
Board Member: Seventh Regiment Armory Conservancy
Board Member: Municipal Arts Society
Member: Preservation League of New York State



JONATHAN L. BING
Member of Assembly
73ᴿᴰ District

THE ASSEMBLY
STATE OF NEW YORK
ALBANY

CHAIR
Subcommittee on
Mitchell-Lama Housing

COMMITTEES
Banks
Health
Housing
Judiciary
Social Services
Tourism, Arts & Sports Develop

# Testimony to the Empire State Development Corporation

## Public Hearing on the Seventh Regiment Armory Civic Project

### By Assembly Member Jonathan L. Bing

July 21, 2005

Good afternoon. My name is Jonathan Bing and I am the Assembly Member for the 73rd Assembly District on the East Side of Manhattan. I am testifying today because the district I represent includes the Seventh Regiment Armory on East 66th and East 67th Streets between Park and Lexington Avenues. As the Assembly Member for this area, I have been actively involved in the plans to repair and redevelop the Armory since I was first elected in 2002, including introducing legislation in the Assembly, signed into law as Chapter 482 of 2004, that allows the Armory to be turned over to a private, not-for-profit corporation so that the building can undergo extensive restoration and preservation. I have had the opportunity to tour the building and see firsthand its state of disrepair. I, therefore, support the plan of the Seventh Regiment Armory Conservancy to repair the building and allow it to be operated in a safe manner so that it can be appreciated by future generations. The Armory is not only important to the cultural life of this City, but its restoration is vitally important to community safety and homeland security.

DISTRICT OFFICE: 360 East 57ᵀᴴ Street, Mezzanine Level, New York, New York 10022 • (212) 605-0937
ALBANY OFFICE: Room 827, Legislative Office Building, Albany, New York 12248 • (518) 455-4794
♻ Printed on recycled paper.

The Conservancy is a not-for-profit organization responsible for the restoration and preservation of the 126-year old Seventh Regiment Armory. It is important to note that while operated by the Conservancy, the Armory will remain a New York State facility. As such, it will continue to house New York National Guard offices and be fully available in times of emergency for National Guard use, as it was after the events of September 11, 2001. Additionally, the highly successful Lenox Hill Neighborhood House homeless shelter for women will remain at the Armory throughout the construction and after the renovations are completed.

The Armory serves as one of the finest examples of the American Aesthetic Movement with among the most important collections of Nineteenth Century interiors to survive intact in one building. Unfortunately, the Armory is descending into a state of disrepair due to decades of neglect and minimal maintanance. The poor condition of the Armory creates a potentially dangerous situation for those who work in the building and the surrounding neighborhood. Addressing the need for physical repair and restoration on the interior and exterior in a timely manner is critical to the continued functioning of the building. The Conservancy is committed to raising over $100 million through public and private donations to fund its redevelopment plan for the Armory.

The primary goal of the Conservancy is the repair and refurbishment of the Armory. It will ensure the structural soundness required of a building that would potentially house National Guard units in a time of emergency. In addition, the Conservancy seeks to restore what is truly a national treasure in a manner that befits a building of its architectural and historical magnitude. Following the renovations, the Conservancy will work to make the Armory a unique destination for the public to enjoy the highest quality cultural programming.

2

The Conservancy has already made clear its commitment to working with the community and providing information about the construction and subsequent activities. One way of fulfilling this promise is the Conservancy's promise to maintain a staffed, on-site office to receive telephone calls or walk-in visits from the community. The Conservancy has made clear that they expect much of the work to be done on the interior of the Armory out of site of local residents. Additionally, the Conservancy's plan includes finally providing handicapped accessible entrances to the Armory on the east and north sides of the building. In partnership with local unions, this construction will create dozens of new, quality jobs now and in the future and allow for the continued use and enjoyment of this building for generations to come.

In conclusion, I support the Conservancy's effort to repair and renovate the Armory and the need for quick action before the building further deteriorates. I recommend the approval of the plan submitted by the Conservancy and the much-needed refurbishment of this important landmark. I will continue to work with community residents and other interested parties to ensure that the building remains one of which all of this City and State can be proud.

Thank you for your consideration.



The New York City Landmarks Preservation Commission

1 Centre Street, 9th Floor North New York NY 10007 TEL: 212-669-7888 FAX: 212-669-7955
www.nyc.gov/landmarks



Robert B. Tierney
Chair

July 20, 2005

Mr. Charles Gargano
Chairman
Empire State Development Corporation
633 3rd Avenue
New York, NY 10017

Dear Mr. Gargano,

I am writing to express my support for the proposal to allow the Seventh Regiment Armory Conservancy to undertake efforts to provide for the restoration and renovation of the Seventh Regiment Armory.

We understand that the Conservancy intends to restore the Armory in a way that is appropriate to its architectural and historic importance, and to create a new cultural institution that will feature performances, exhibitions and events that will include dance, music and the visual arts.

I look forward to the restoration and renovation of this important structure.

Sincerely,

Robert B. Tierney



1 East 53rd Street, 10th Fl,  New York City 10022
T 212 688 8280|F 212 688 0409|www.musefilm.org

I have a very selfish reason for hoping that the 7th Regiment Armory building quickly goes through its planned renaissance.

I live across the street from that magnificent structure.

Seeing it so often derelict, deserted and, with marginal exceptions, functionless is very disheartening. It deserves to be refurbished, preserved, conserved and made into a center that provides quality art programs to the community.

Having spent over 20 years as Chairman for Exhibitions and Loans at The Metropolitan Museum of Art and knowing how many exhibitions could not be mounted in New York because of a lack of a venue, I am especially excited that this void will be rectified.

In 1879 a visitor wrote that the 7th Regiment building is the "finest armory in the world" and certainly, at that time, it was the largest in America. But beyond its size, the superb furnishings of the Armory should be restored to their original splendor and a tribute section could be installed honoring the citizen soldiers that the Armory represents.

The thoughtful architectural plan and the exciting programmatic proposals make this selfish neighbor very excited and hopeful that the Armory will return to New York with all the excitement it deserves.

Karl Katz

This text was not submitted at the hearing, I asked her
for a copy which Ms. Sweeney then e-mailed me, which I
then printed. You can keep it for your records,
                                        Marc Russo

Good afternoon. My name is Catherine Sweeney Singer. I live at 410 East 74th Street, and have lived in New York City since 1978.

My late father graduated in the top five in his class at West Point. My brother, a fighter pilot and Major in the United States Air Force, is about to go on his second tour of duty in Iraq. I am a granddaughter of the Seventh Regiment; my grandfather and two great-uncles were members of the Seventh.

I am Executive Director of the Winter Antiques Show, which is owned by its beneficiary, East Side House Settlement in the South Bronx. I am an art and architectural historian with twenty-seven years' experience in the art and antiques fields. I speak today on behalf of the Winter Antiques Show, which has been held in this Armory every year since 1955, with two exceptions. I'll address those exceptions in a moment.

I have spent 200 days (and some long nights) in this Armory over the past eleven years, and thus I am thoroughly familiar with producing a show here and the changes to this building over the past eleven years. In 1999-2000 I was commissioned by the Seventh Regiment Armory Conservancy to draft a report on the past, present, and proposed uses of this Armory for art and antiques shows.

The Winter Antiques Show requires a nineteen-day window for its set-up, preview, ten-day run, and breakdown. The Winter Antiques Show is considered the "Super bowl" of the art and antiques world. We set the standard for art and antiques shows across America. In New York, we are the only show in which all the net profits support a charity, East Side House Settlement. We net more than one million dollars each year for East Side House. Each show produces tens of millions of dollars in sales for our exhibitors. We have 25,000 visitors over our ten-day run.

The Winter Antiques Show is the centerpiece of what is called Americana Week in New York. The major auction houses time their Americana sales to coincide with our show; private galleries and some museums mount exhibitions timed with our show, and four other commercial shows take advantage of the Winter Antiques Show's power to draw serious buyers to New York during the third week of January.

One-third of the Winter Antiques Show's exhibitors are already based in New York City. Why do they spend from ten to one hundred thousand dollars to do a show at the Armory? As one exhibitor, Bernie Karr of Hyde Park antiques told us, "more qualified buyers come through my booth over ten days at the Winter Antiques Show than we see all year in our shop".

Twenty years ago, there were only a few annual shows in this Armory. When I wrote my report in 2000, there were twenty-two shows; the number has increased since then. The Winter Antiques Show's success with this Armory as its annual venue has made this Armory the venue for major art and antiques shows in America. This success has added benefits: many of the other shows give their opening night proceeds to a designated New York City beneficiary, including Henry Street Settlement, the Society of Memorial Sloan-Kettering Cancer Center, Lenox Hill Neighborhood House, the Boys Club of New York, and museums including the Frick and Asia Society.

Art and antiques shows held at this Armory benefit other shows in New York City as well as museums, auction houses, and galleries. Art and antiques shows held at this Armory benefit other businesses and tourism in New York City. Both exhibitors and visitors to the shows at this armory book hotels, restaurants, theatre tickets, car services, and shop while they are in New York.

The successful use of the Seventh Regiment Armory for antiques shows began, as I mentioned, in 1955. In 1956, the WAS moved for one year to the 69th Regiment Armory, at Lexington Avenue and 26th Street, then returned to the Seventh. After 9/11, we could not use the Armory for the January 2002 Winter Antiques Show, and I have hands-on experience in the difficulty of re-creating the Winter Antiques Show at the Hilton. I know from experience that there is no better, easily accessible, appropriately located, unobstructed, flat floor facility for art and antiques shows in New York City than this Armory.

We are conducting this hearing in the Veterans', or Tiffany Room, where we meet with the Vetting Committees for the Winter Antiques Show. For those unfamiliar with the term, "vetting" is the process through which an object's authenticity, quality, and "Show worthiness" are determined. The Winter Antiques Show supports a plan that will restore this building to its authenticity, with work of the highest quality, and render the Seventh Regiment Armory "show worthy" for years to come.

Thank you.

Jul-21-05    C8:56am    From-Connelly & McLaughlin Inc                4377373              T-434   P 002/002   F-807

# Joie A. Anderson,

Interior Design & Decoration

345 East 77th Street ~ New York, NY  10021

☎ (212) 988~4790 or cell: (917) 744~7608

## Saturday, July 16, 2005

To: Charles A. Gargano
   Empire State Development Corporation
   RE: ESDC Hearing 7th Regiment Armory Project 72105


I am here today to wholeheartedly support the efforts of the Seventh Regiment Armory Conservancy to preserve the building and to urge the Empire State Development Corporation to lease the Armory to the Conservancy for at least 99 years. The Conservancy's plan is not only ambitious, but socially responsible and a model of adaptive reuse.

Their goal to restore this national treasure to its original glory thrills me not only as a member of the arts community but also as an ardent preservationist and amateur historian. This is a magnificent building and it is filled with premier examples of late Victorian architecture artistry and decoration. To open this building and share its fascinating history with everyone is only fitting and proper.

Now restoring this building is no small task and probably could be done much more economically if it weren't for the Lenox Hill ladies who live there. However the Seventh Regiment Armory is again doing the proper thing by making accommodations for these destitute women during the restoration, which, of course, increases the restoration costs enormously.

The East Side for all of its elegance really has no central performing arts space. The plan to adaptively reuse the Armory as a performance and exhibition space will make many of these art forms much more accessible. Further, I love the idea other museums being able to use the Armory's space to display more of their collections and for special exhibitions.

The best part of this project, however, has nothing to do with performing arts and social responsibility ~ it is the number of jobs that will be created not only during the restoration work, but after the work is completed over 400 jobs will be added in New York City.

Tax revenue generated by visitors to the Armory will help pay for the restoration over time.

This is an incredibly worthy project for so many reasons and I hope the sooner the Seventh Regiment Armory Conservancy can get started the better. So Mr. Gargano, please sign the lease so the restoration can begin.

Thank you very much.

Ju -21-05   10:33am   From-Cornelius & McLaughlin Inc          4377378          T-485   P.002/003   F-608

TONIN MAC CALLUM, ASID
INCORPORATED
21 EAST 90 STREET
NEW YORK 10128
212 651-8950

Charles Gargano
Empire State Development Corp

Re: 7th Regiment Armory                                        July 21, 2005

Dear Mr Gargano,

   I am very concerned to hear that the 7th Regiment Armory
may not be fully restored to its original condition. The Armory
is a famous NYC Landmark building that enhances its neighborhood
as well as the City.

   Its interiors are world - famous, most especially the Tiffany
room. People do not only come to events there, but they come
for the historical setting and ambience. There even used to be an
atmospheric restaurant, which would be an enhancement to
restore and revive.

   It would be very negligent and short-sighted were this gorgeous
Victorian landmark not restored to its original condition.

Sincerely,

Tonin MacCallum

Charles Gargano
Empire State Development Corp.

Re: 7th Regiment Armory                    July 19, 2000

Dear Mr. Gargano,

The armory and its interior is world
famous and I think it is your moral
obligation to preserve the interior in situ.
The famed "Tiffany Room" to mention only
a portion of the armory's elegant and
interesting rooms, deserves to be restored
to its original grandeur.

New York needs this building — as it
once was — a Victorian landmark worthy
of its original prominence.

Yours truly,

Jennifer LaPorte
Interior Designer

LaPorte
4101 B The Commons Way
Fishkill, NY 12524



— SEVENTH REGIMENT —

— ARMORY CONSERVANCY —

643 Park Avenue
second floor
New York, NY 10021
T: (212) 249-5517
F: (212) 249-5508

**BOARD OF DIRECTORS**
Honorable Hugh L. Carey,
*Honorary Chairman*
Wade F. B. Thompson, *Chairman*
Elihu Rose, Ph.D., *Vice Chairman*
Kent L. Barwick
Richard L. Blinder
Cora Cahan
Nancy M. Campbell
Marvin Chudnoff
Marjorie L. Hart
Karl Katz
Major General Edward Klein, NYNG Ret.
Arie L. Kopelman
Stephen Lash
Burt Manning
Anne L. Millard
Jennifer Raab
Richard Ravitch
Genie H. Rice
Rebecca Robertson
Arthur Ross
Janet Ross
Brendan Sexton
Michael A. Wiener

**LEADERSHIP COUNCIL**
Leon Botstein
Richard S. Braddock
Adele Chatfield-Taylor
Neil D. Chrisman
Linda Collins
Joan K. Davidson
Maxwell Davidson III
Brigadier General Peter Dawkins
Beth DeWoody
Joel S. Ehrenkranz
Richard L. Fisher
David S. Gottesman
David Greenbaum
John Guare
Robert J. Hurst
E. William Judson
David Karabell, Esq.
Anthony C. M. Kiser
Betty Levin
Richard L. Menschel
Nicholas Platt
Elizabeth Barlow Rogers
Jane Fearer Safer
Arthur and Alexandra Schlesinger
Charles F. Smithers, Jr.
Maurice Tempelsman
Helen S. Tucker
Roger Tuckerman
Hon. William J. vanden Heuvel
Mrs. Sanford I. Weill
Dr. Mary White

July 21, 2005

Chairman Charles Gargano
Empire State Development Corporation
633 Third Avenue
New York, NY 10017

Dear Chairman Gargano,

I am writing to you to lend my support to the wonderful project that ESD is undertaking in restoring and revitalizing the Armory. I am of course an interested party as a Board member of the Conservancy with whom ESD will sign a 99-year lease this fall.

The Seventh Regiment Armory is one of New York State's great historic landmarks – indeed it is one of the country's great landmarks. And yet it sits in one of the wealthiest residential areas in the City – deteriorating, abused and seldom appreciated by the public.

ESD has found an innovative way to address this shameful circumstance – by entering into a public-private partnership that will bring significant private money to restore and enliven the building and create a completely unique cultural experience for New Yorkers and visitors alike.

I applaud you and the Board and staff at ESD and look forward to the day that the Armory is re-opened in its full magnificence.

Yours sincerely,

Rebecca Robertson

Rebecca Robertson

7th

August 5, 2005

Carol Berens,
Vice President,
Empire State Development Corp.,
633 3rd Ave.,
New York, N.Y. N.Y. 10017

Dear Ms. Berens:

As across-the-street neighbors we wish to express our sincere high regards to the 7th Regiment Armory for its military heritage and continued security presence such as was shown in the 9/11 trauma. We also wish to extend high, sincere regards to the Conservancy for its work and planning for the future of that facility. Whatever the resolution of the current dispute, both sides deserve our thanks.

We believe more intensive use of the Armory isn't an adverse thing if it is accompanied by an increased commitment of resources to renovate, clean up and maintain the building and its surrounding property. We feel, as neighbors, that our main interest is that the woeful physical state of the facility should be improved and that the garbage and rat/vermin problems should be addressed.

We felt we should inform you of these concerns as the matter moves. At the 2-hiour July 21 hearing, attended by one of our directors who has lived here for nearly 30 years, these concerns over sanitation weren't reported.

Sincerely,

The Board of Directors,
116 East 66th Street Corp.
John D. William , APT 3E
Note: Please direct any reply to John D. Williams, a director of this co-op. He will refer such reply to the unit's president, Leland S. Englebardt. Many thanks.

Ms. Carol Berens
Mr. William Sherman
Empire State Development Corporation
633 Third Avenue
New York, NY 10017-6754

Irene Bareau
130 East 67th Street (#11G)
New York, NY 10021

Dear Ms. Berens and Mr. Sherman,

I adamantly support the Veterans' proposal to run the Armory themselves, and I am appalled

that any other solution should even be considered. As a life-long New Yorker, I feel strongly

about preserving whatever historical buildings the city has, and any ideas to change the use

of the Armory for other purposes is an anathema..

Sincerely,

KAREN LERNER

August 15, 2005

Dear officials of The Empire State Development:

I am strongly in favor of the proposal submitted by Veterans of The Seventh Regiment Armory to restore and preserve The Armory at 66th/67th Streets and Park/Lexington Avenues.

Respectfully

Karen Lerner
130 East 67th St.