same man-
the deputy
puty clerk

ial deputy
the seal of

ty clerk or
ties apper-
tances and
clerks and

of the com-
one thou-


f the vil-
hasing a
, and to

present
Senate and

rnellsville,
dit of said
ousand dol-
hose, hose-
supply of
oirs, or by
id trustees
tedness in
y the presi-
ndred dol-
able annu-
certificates
rth part of
, eighteen
e in three
or secured
ess, at not
and appa-
and for no
owers and
n the con-
ned of tax-
otherwise,
sessed and
ir eighteen
acknowl-
filed with
id village,

~~in the office of the clerk of Steuben county, and the same or a certified~~ Evidence.
copy thereof shall be evidence of the fact therein contained and certi-
fied, and received in any court of this State, and before any judge or
justice thereof.

§ 2. The trustees of said village shall make due provision by tax in Tax for
each year for the payment of the principal and interest falling due on payment
said bonds or certificates of indebtednes during such year, and said of bonds.
principal and interest shall be assessed, levied and collected in the same
manner as other taxes in said village, and the money when collected,
shall be paid to the treasurer of said village, and by him applied to the
payment of said bonds or certificates of indebtedness and interest, and
to no other purpose whatever. And the said bonds or certificates of Where
indebtedness and interest thereon, shall be made payable at the office of payable.
the treasurer of the village of Hornellsville.

~~§ 3. This act shall take effect immediately.~~

# Chap. 234.

AN ACT to amend an act entitled "An act for providing a site for an armory in the city of New York, for the use of the seventh regiment of the national guard of the State of New York."

*Passed April 22, 1874; three-fifths being present.*

*The People of the State of New York, represented in Senate and Assembly, do enact as follows:*

SECTION 1. The first section of chapter four hundred and thirty-one, laws of eighteen hundred and seventy-three, entitled "An act for providing a site for an armory in the city of New York, for the use of the seventh regiment of the national guard of the State of New York," passed May seven, eighteen hundred and seventy-three, is hereby amended so as to read as follows:

§ 1. The commissioners of the sinking fund of the city of New York Certain
are hereby authorized and required, immediately upon the passage of lands in
this act, to lease by due resolution and deed of lease, to the field officers, to be
for the time being, of the seventh regiment of the national guard of the leased.
State of New York and their successors in office, acting for said regiment,
and for the public purposes of said regiment, the plat of ground bounded
by and situated between Sixty-sixth and Sixty-seventh streets and
Fourth and Lexington avenues, in the city of New York, the same
being a part of the lands or premises belonging to the city of New
York. The field officers of said regiment are hereby authorized and
empowered to accept said lease and take said site with the same effect
as if a body corporate, to be thereafter exclusively held and used for Purposes.
an armory and drill rooms by said regiment. Such lease shall be made Form of
substantially in such form as leases of land have heretofore been made lease.
by said commissioners for benevolent and charitable purposes, and
shall be for a term of twenty-one years, with and at the nominal rental
of one dollar per year.

§ 2. The second section of said chapter four hundred and thirty-one Repeal.
of the laws of eighteen hundred and seventy-three, is hereby repealed.

§ 3. All acts and parts of acts inconsistent with the provisions of this Repeal.
act are hereby repealed.

§ 4. This act shall take effect immediately.

EX. P