K.  [CHAP. 517.

organized under the
ion by such corpora-
erected in pursuance
ldermen and common-
ieth and Forty-second
city and establishing
eading-room and car-
rporation.


aws of eighteen hun-
ative to the repave-
New York."
iree-fifths being present.
presented in Senate


of eighteen hundred
at the end thereof
ur, and to read as

nt or repavement of
in the city of New
sidewalks on either
ith paving stone or
l license of the com-
s hereby authorized.
urpose; but no such
; eight hundred feet
ncumber the use of

## Chap. 518.

AN ACT to amend chapter fifty-seven of the laws of eighteen hundred and seventy-nine, entitled "An act to secure the completion of the seventh regiment new armory in the city of New York.

APPROVED by the Governor May 2, 1893. Passed, three-fifths being present.

*The People of the State of New York, represented in Senate and Assembly, do enact as follows:*

Section 1. Section eight of chapter fifty-seven of the laws of eighteen hundred and seventy-nine is hereby amended to read as follows: <span style="float:right">Act amended.</span>

§ 8. Upon the payment of the final appropriation of fifteen thousand dollars, provided to be paid under section five of this act, and the redemption and cancellation of the last of the bonds authorized by this act, and the discharge and cancellation of the entire issue thereof, the then trustees of the seventh regiment armory fund shall reassign and convey unto the field officers of the said seventh regiment the lease of the ground in the city of New York heretofore leased to the said field officers of the said regiment by the commissioners of the sinking fund of said city, pursuant to chapter two hundred and thirty-four of the laws of eighteen hundred and seventy-four, and the property covered thereby; and said field officers shall thereafter hold the same pursuant to the terms of the lease solely and exclusively for the public purposes of the said regiment, and the said field officers of the seventh regiment and their successors in office shall be, and they hereby are, constituted trustees of the seventh regiment armory building, and shall be and remain charged with the duty of maintaining and improving the same for the public purposes of said regiment. <span style="float:right">Reassignment of lease to field officers.<br><br><br><br><br><br><br><br><br><br>Trustees of armory building.</span>

§ 2. There shall be added to said chapter the following new sections, to be known as sections ten, eleven and twelve, and to read as follows: <span style="float:right">New sections to act.</span>

§ 10. The board of estimate and apportionment of the city of New York is authorized to estimate and appropriate annually such sum or sums, not exceeding eight thousand dollars, as an equivalent, and in lieu of the rental for an armory for said regiment, as may be required by the trustees of the seventh regiment <span style="float:right">Annual appropriation for armory.</span>

140

EX. R

armory building, which sums so appropriated shall be paid to the said trustees of the seventh regiment armory building, and applied by them to the preservation, maintenance and improvement of the seventh regiment armory building, and the several parts and appurtenances thereof devoted to the uses of the said regiment and to the improvement thereof as an efficient military organization; and the said trustees shall annually, on or before the fifteenth day of October, report to the board of estimate and apportionment such sum or sums as they may require for the payment of the charges and expenses of repairing, altering, maintaining and improving said building and the several parts and appurtenances thereof.

*Report to board of estimate, etc.*

§ 11. The trustees of the seventh regiment armory building shall make and transmit annually, on or before the first day of February, to the comptroller of the city and county of New York, a report, dated on the thirty-first day of December next preceding, which report shall state what amount of moneys the said trustees received during the year for the purposes of said building, and the specific purposes for which such moneys have been expended, and such other information as the comptroller may, from time to time, require.

*Report to city comptroller.*

§ 12. Nothing herein contained shall affect, modify or qualify the authority of the commanding officer of the regiment for which said armory has been provided; and the said armory shall be subject to the provisions of the military code relating to armories and to the rules and regulations prescribed by the proper military authorities for other regimental armories in the city of New York.

*Authority of commanding officer.*

*Armory subject to military code.*

§ 3. This act shall take effect immediately.

### Chap. 519.

AN ACT for the relief of the Mount Sinai hospital of the city of New York, and to authorize changes in the conditions of leases to said society.

APPROVED by the Governor May 2, 1893. Passed, three-fifths being present.

*The People of the State of New York, represented in Senate and Assembly, do enact as follows:*

*Change in conditions of leases authorized.*

Section 1. The commissioners of the sinking fund of the city of New York, are hereby authorized to modify, alter and qualify

---

CHAP. 520.]   ONE HUNDRED A

any grants or leases from them to
city of New York, so as to perm
sublet or lease the whole or any
the said hospital, and so as to e
rents, issues and profits arising th
hospital in the city of New York,
by said society for a class of pat
and who would otherwise become
aldermen and commonalty of sa
tained shall, in any manner, req
application of such proceeds by s

§ 2. This act shall take effect

### Cha

AN ACT to make the office of co
salaried office, and to prov:
office, and to fix the salary o

APPROVED by the Governor May 2,

*The People of the State of
and Assembly, do enact as follo*

Section 1. The clerk of the
and thereafter to be elected or
sation for his services an annu
of supervisors of said county,
clerk; the salary so fixed sha
dollars per annum, and shal
during the term for which sa

§ 2. It shall be the duty of
which he is or shall be requir
by virtue of or by reason of h
for the county and for indiv
of every court of which he is
tion, payment or allowance sh
for any such services except t

§ 3. All the fees, emolumer
shall charge or receive, or w
required or entitled to char

* So