UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENYON B. FITZGERALD, JR., PETER SCOVILLE WELLS, SIDNEY SILLER, and DISABLED AMERICAN VETERANS DEPARTMENT OF NEW YORK, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WADE F. B. THOMPSON, ELIHU ROSE, ARIE L. KOPELMAN, STEPHEN LASH, EDWARD KLEIN, REBECCA ROBERTSON, KIRSTEN REOCH, CHARLES GARGANO, WILLIAM SHERMAN, CAROL BERENS, JOHN DOE, MARY ROE and SEVENTH REGIMENT ARMORY CONSERVANCY, INC.,<br><br>Defendants. | Case No. 07 CIV 6851 (BSJ) (DCF)<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 12(b)(6), upon the accompanying memorandum of law and the annexed affirmation of Peggy S. Chen and the exhibits attached thereto, and all other papers and proceedings herein, defendants Wade F.B. Thompson, Elihu Rose, Arie L. Kopelman, Stephen Lash, Edward Klein, Rebecca Robertson, Kirsten Reoch and the Seventh Regiment Armory Conservancy, Inc. will move this Court, before the Honorable Barbara S. Jones, United States District Judge for the Southern District of New York, at Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on October 4, 2007, for an order dismissing with prejudice all claims in the Complaint, and for such other and further relief as the Court may deem just and proper.

Dated: October 4, 2007
New York, New York

                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                By: /s/ Lewis R. Clayton
                     Lewis R. Clayton
                     Peggy S. Chen
                     Barbara Llanes

                1285 Avenue of the Americas
                New York, New York 10019
                (212) 373-3000

                Attorneys for Defendants Wade F.B. Thompson, Elihu Rose, Arie L. Kopelman, Stephen Lash, Edward Klein, Rebecca Robertson, Kirsten Reoch and the Seventh Regiment Armory Conservancy, Inc.