

**Platt Byard Dovell White**
Architects LLP

20 West 22nd Street
New York, NY 10010
212/691 2440
212/633 0144 fax
www.pbdw.com

**Structural Engineer**
Robert Silman Associates, P.C.
88 University Place
New York, New York 10003
212 620 7970
212 620 8157 fax

**MEP Engineer**
AKF Engineers
1501 Broadway, Suite 700
New York, New York 10036
212-354-5656
212-354-5648 fax

**Construction Manager**
Tishman Construction
666 Fifth Avenue
New York, New York 10103
212.399.3600
212.343.3991 fax

**Building & Zoning Consultant**
Will Dailey
441 West 43rd Street
New York, New York 10036
212.586.2114
212.586.2200 fax

Project
**7th Regiment
Armory**

| | |
|---|---|
| Drawn by | |
| Checked by | |
| Scale | 1/32"=1'-0" |
| Project no. | 06476.3 |
| Date | 05.14.06 |
| Sheet title | |

**Existing Cond.
First Fl. Mezz. Plan**

Sheet no.

# A-101M

DRILL
HALL

PLATFORM

PLATFORM

SEATING

RISERS

CORRIDOR

CORRIDOR

FIELD &
STAFF
BELOW

STAFF
OFFICERS
LOCKERS

FIELD
OFFICERS
LOCKERS

CPO
OFFICERS

TAILOR

STAFF
HALL

QM
ROOM

NON-COMM
LOCKERS

COLONEL'S
RM. BELOW

VETERAN'S
ROOM
BELOW

LIBRARY
BELOW

VEST

RECEPTION
RM.
BELOW

BOARD
OF
OFFICERS
BELOW



Platt Byard Dovell White
Architects LLP

20 West 22nd Street
New York, NY 10010
212 691 2440
212 633 0144 fax
www.pbdw.com

Structural Engineer

Robert Silman Associates, P.C.
88 University Place
New York, New York 10003
212 620 7970
212 620 8157 fax

MEP Engineer

AKF Engineers
1501 Broadway, Suite 700
New York, New York 10036
212 354 5668
212 354 5668 fax

Construction Manager

Tishman Construction
666 Fifth Avenue
New York, New York 10103
212 399 3600
212 843 3991 fax

Building & Zoning Consultant

Will Davis
441 West 43rd Street
New York, New York 10036
212 695 2114
212 695 2205 fax

Project

7th Regiment
Armory

Drawn by

Checked by

Scale        1/32" = 1'-0"

Project no.   06476.2

Date          06.14.06

Sheet title

Existing Cond.
Second Floor Plan

Sheet no.

A-102

COMPANY K
COMPANY L
COMPANY M
STORAGE
COMPANY A
STAIR HALL
CORRIDOR
CORRIDOR
COMPANY I
COMPANY H
COMPANY G
COMPANY F
COMPANY E
COMPANY D
COMPANY C
COMPANY B

DRILL
HALL
BELOW



**Platt Byard Dovell White**
Architects LLP

20 West 22nd Street
New York, NY 10010
212.633.2440
212.633.0144 fax
www.pbdw.com

**Structural Engineer**

Robert Silman Associates, P.C.
88 University Place
New York, New York 10003
212.620.7970
212.620.8157 fax

**MEP Engineer**

ADS Engineers
1501 Broadway, Suite 705
New York, New York 10036
212.354.5656
212.354.5668 fax

**Construction Manager**

Tishman Construction
666 Fifth Avenue
New York, New York 10103
212.399.3600
212.245.3991 fax

**Building & Zoning Consultant**

William Vitacco Associates
441 West 54rd Street
New York, New York 10006
212.558.6114
212.586.2305 fax

Project
**7th Regiment
Armory**

| | |
|---|---|
| Drawn by | |
| Checked by | |
| Scale | 1/32" = 1'-0" |
| Project no. | 06476.2 |
| Date | 06.14.06 |

Sheet title
**Existing Cond.
2nd Fl. Mezz. Plan**

Sheet no.
**A-102M**



Platt Byard Dovell White
Architects LLP

20 West 22nd Street
New York, NY 10010
212 691 2440
212 633 2114 fax
www.pbdw.com

Structural Engineer

Robert Silman Associates, P.C.
88 University Place
New York, New York 10003
212 620 7970
212 620 8157 fax

MEP Engineer

AKF Engineers
1501 Broadway, Suite 700
New York, New York 10036
212 354 5656
212 354 5666 fax

Construction Manager

Tishman Construction
666 Fifth Avenue
New York, New York 10103
212 399 3600
212 643 3991 fax

Building & Zoning Consultant

Will Dailey
441 West 43rd Street
New York, New York 10036
212 586 2114
212 586 2305 fax

Project

**7th Regiment
Armory**

| | |
|---|---|
| Drawn by | |
| Checked by | |
| Scale | 1/32"=1'-0" |
| Project no. | 06.476. 2 |
| Date | 06.14.06 |

Sheet title

**Existing Cond.
Third Floor Plan**

Sheet no.

**A-103**

DRILL
HALL
BELOW

ARMY
OFFICE

STAIR
HALL

ARMY
OFFICE

ARMY
OFFICE

ARMY
OFFICE

SHELF

ARMY
OFFICE



Platt Byard Dovell White
Architects, LLP

20 West 22nd Street
New York, NY 10010
212.691.2440
212.633.0144 fax
www.pbdw.com

Structural Engineer
Robert Silman Associates, P.C.
88 University Place
New York, New York 10003
212.620.7970
212.620.8157 fax

MEP Engineer
AKF Engineers
1501 Broadway, Suite 700
New York, New York 10036
212.354.5656
212.354.5658 fax

Construction Manager
Tishman Construction
666 Fifth Avenue
New York, New York 10103
212.399.3600
212.843.9991 fax

Building & Zoning Consultant
Will Darley
441 West 42nd Street
New York, New York 10036
212.586.2714
212.586.2205 fax

Project
7th Regiment
Armory

| | |
|---|---|
| Drawn by | |
| Checked by | |
| Scale | 1/32"=1'-0" |
| Project no. | 06.476.2 |
| Date | 06.14.06 |

Sheet title
Existing Cond.
Fourth Floor Plan

Sheet no.
A-104

ROOF
ROOF
ROOF
ROOF
ROOF

DRILL HALL BELOW

DINING
KITCHEN
DINING
DINING
DINING
LOCKERS
LOCKERS
LOCKERS
LOCKERS
LOCKERS



Platt Byard Dovell White
Architects LLP

20 West 22nd Street
New York, NY 10010
212 691 2440
212 633 0144 fax
www.pbdw.com

Structural Engineer
Robert Silman Associates, P.C.
88 University Place
New York, New York 10003
212 620 7970
212 620 8157 fax

MEP Engineer
AKF Engineers
1501 Broadway, Suite 700
New York, New York 10036
212 354 5656
212 354 5668 fax

Construction Manager
Tishman Construction
666 Fifth Avenue
New York, New York 10103
212 399 3600
212 843 3891 fax

Building & Zoning Consultant
Will Dailey
441 West 43rd Street
New York, New York 10036
212 586 2114
212 586 2005 fax

Project
7th Regiment
Armory

| | |
|---|---|
| Scale | 1/32"=1'-0" |
| Drawn by | |
| Checked by | |
| Project no. | 06476.2 |
| Date | 06.14.06 |
| Sheet title | |

Existing Cond.
Fifth Floor Plan

Sheet no.

# A-105

ROOF



Platt Byard Dovell White
Architects, LLP

20 West 22nd Street
New York, NY 10010
212.691.2440
212.633.0144 fax
www.pbdw.com

Structural Engineer

Robert Silman Associates, P.C.
88 University Place
New York, New York 10003
212.620.7970
212.620.8157 fax

MEP Engineer

AKF Engineers
1500 Broadway, Suite 700
New York, New York 10036
212.354.5656
212.354.5668 fax

Construction Manager

Tishman Construction
666 Fifth Avenue
New York, New York 10103
212.399.3600
212.843.3591 fax

Building & Zoning Consultant

Wic Darby
444 West 43rd Street
New York, New York 10036
212.586.0104
212.586.2305 fax

Project
7th Regiment
Armory

| Scale | 1/32"=1'-0" |
| Drawn by | |
| Checked by | |
| Project no. | 06476.2 |
| Date | 06.14.05 |
| Sheet title | |

Existing Cond.
Roof Plan

Sheet no.

A-106

**Platt Byard Dovell White**
Architects  LLP

20 West 22nd Street
New York, NY 10010
212.691.2440
212.633.0144 fax
www.pbdw.com

Structural Engineer
Robert Silman Associates, P.C.
88 University Place
New York, New York 10003
212.620.7970
212.620.8157 fax

MEP Engineer
AKF Engineers
1501 Broadway, Suite 700
New York, New York 10036
212.354.5656
212.354.5668 fax

Construction Manager
Tishman Construction
666 Fifth Avenue
New York, New York 10103
212.399.3600
212.843.3931 fax

Building & Zoning Consultant
Viet Daley
441 West 43rd Street
New York, New York 10036
212.586.2114
212.586.2305 fax

Project
**7th Regiment Armory**

Drawn by
Checked by
Scale         1/32"=1'-0"
Project no.   06476.2
Date          06.14.06
Sheet title
**Existing Cond.
West Elevation**
Sheet no.

**A-201**

E. 66TH ST.

E. 67TH ST.



Platt Byard Dovell White
Architects LLP

20 West 22nd Street
New York, NY 10010
212.691.2440
212.633.0144 fax
www.pbdw.com

Structural Engineer

Robert Silman Associates, P.C.
88 University Place
New York, New York 10003
212.620.7970
212.620.8157 fax

MEP Engineer

AKF Engineers
1501 Broadway, Suite 700
New York, New York 10036
212.354.5656
212.354.5668 fax

Construction Manager

Tishman Construction
666 Fifth Avenue
New York, New York 10103
212.399.3600
212.843.3991 fax

Building & Zoning Consultant

Will Darley
441 West 43rd Street
New York, New York 10036
212.596.2114
212.596.2305 fax

Project
7th Regiment
Armory

| | |
|---|---|
| Drawn by | |
| Checked by | |
| Scale | 1/32" = 1'-0" |
| Project no. | 06476.2 |
| Date | 06.14.06 |

Sheet title
Existing Cond.
North Elevation

Sheet no.
A-202

Platt Byard Dovell White
Architects LLP

20 West 22nd Street
New York, NY 10010
212.691.2440
212.633.0144 fax
www.pbdw.com

Structural Engineer

Robert Silman Associates, P.C.
88 University Place
New York, New York 10003
212.620.7970
212.620.8157 fax

MEP Engineer

AKF Engineers
1501 Broadway, Suite 700
New York, New York 10036
212.354.5550
212.354.5668 fax

Construction Manager

Tishman Construction
666 Fifth Avenue
New York, New York 10103
212.399.3900
212.843.3991 fax

Building & Zoning Consultant

Will Daley
441 West 43rd Street
New York, New York 10036
212.586.2114
212.586.2365 fax

Project

**7th Regiment
Armory**

| | |
|---|---|
| Drawn by | |
| Checked by | |
| Scale | 1/32"=1'-0" |
| Project no. | 06.476.2 |
| Date | 06.14.06 |

Sheet title

**Existing Cond.
East Elevation**

Sheet no.

# A-203

**Platt Byard Dovell White**
Architects LLP

20 West 22nd Street
New York, NY 10010
212.691.2440
212.633.0144 fax
www.pbdw.com

**Structural Engineer**
Robert Silman Associates, P.C.
88 University Place
New York, New York 10003
212.620.7970
212.620.8157 fax

**MEP Engineer**
AKF Engineers
1501 Broadway, Suite 700
New York, New York 10036
212.354.5656
212.354.5668 fax

**Construction Manager**
Tishman Construction
666 Fifth Avenue
New York, New York 10103
212.399.3600
212.243.3991 fax

**Building & Zoning Consultant**
Will Daxley
441 West 43rd Street
New York, New York 10036
212.586.2114
212.586.2205 fax

LEXINGTON
AVE.

Project
**7th Regiment
Armory**

Drawn by
Checked by
Scale            1/32" = 1'-0"
Project no.    06 476 2
Date            06.14.06

Sheet title
**Existing Cond.
South Elevation**

Sheet no.

# A-204



**Platt Byard Dovell White**
Architects, LLP

20 West 22nd Street
New York, NY 10010
212.691.2440
212.633.0144 fax
www.pbdw.com

**Structural Engineer**
Robert Silman Associates, P.C.
88 University Place
New York, New York 10003
212.620.7970
212.620.8157 fax

**MEP Engineer**
AKF Engineers
1501 Broadway, Suite 700
New York, New York 10036
212.354.5656
212.354.5668 fax

**Construction Manager**

Tishman Construction
666 Fifth Avenue
New York, New York 10103
212.399.3600
212.843.3991 fax

**Building & Zoning Consultant**
Will Cadar
441 West 43rd Street
New York, New York 10036
212.586.2114
212.586.2365 fax

Project
**7th Regiment Armory**

| | |
|---|---|
| Drawn by | |
| Checked by | |
| Scale | 1/32"=1'-0" |
| Project no. | 06476.2 |
| Date | 06.14.06 |
| Sheet title | |

**Existing Cond. Sections**

Sheet no.

# A-210

EAST-WEST SECTION   1

NORTH-SOUTH SECTION   2

EXHIBIT C-1

DMNA RETAINED SPACE
(AS OF THE COMMENCEMENT DATE)

[Attached behind.]

Doc #:NY6:491877.32

EXHIBIT C-1 DMNA RETAINED SPACE
(AS OF THE COMMENCEMENT DATE)



40' x 23'  920 SF

37' x 24'  888 SF

UP

DN TO
BELOW

UP

UP

DMNA RETAINED SPACE

NORTH

SECOND (2ND)
FLOOR

NOTE: INFORMATION ON DRAWING RELATES SOLELY TO
IDENTIFICATION OF DMNA RETAINED SPACE ON
SECOND FLOOR.

EXHIBIT C-2

DMNA RETAINED SPACE (FUTURE)
AND COMMON AREAS

[Attached behind.]

C-2



ADMINISTRATION BUILDING

NORTH

EXHIBIT C-2  DMNA RETAINED SPACE (FUTURE) AND COMMON AREAS.

NEW EGRESS STAIR TO ALL LEVELS

MEN

2 HOUR RATED CORRIDOR

PUBLIC PHONES

NEW EGRESS STAIR TO ALL LEVELS

WOMEN

D.R. 2P WC   D.R. 2P WC   D.R. 2P WC   D.R. 2P WC   D.R. 2P WC

SEVENTH REGIMENT ARMORY     643 PARK AVENUE, NEW YORK, NY 10021
BASEMENT LEVEL

Note: Information on drawing relates solely to identification of DMNA accessible common areas and DMNA
retained spaces within the Armory building.

DMNA Retained Space =

Common Areas =



EXHIBIT C-1 (CONTINUED)

PARK AVENUE

NORTH

SEVENTH REGIMENT ARMORY      643 PARK AVENUE, NEW YORK, NY 10021
FIRST FLOOR LEVEL

Note: Information on drawing relates solely to identification of DMNA accessible common areas and DMNA
retained spaces within the Armory building.

Common Areas =

DMNA Retained Space =



EXHIBIT C-2 (CONTINUED)

SEVENTH REGIMENT ARMORY     643 PARK AVENUE, NEW YORK, NY 10021
SECOND FLOOR LEVEL

Note: Information on drawing relates solely to identification of DMNA accessible common areas and DMNA retained spaces within the Armory building.



Common Areas =



DMNA Retained Space =



EXHIBIT C-2 (CONTINUED)

→ NORTH

40' x 22' 880 SF

40' x 23' 920 SF

CLST

COAT ROOM

MEN

WOMEN

SEVENTH REGIMENT ARMORY    643 PARK AVENUE, NEW YORK, NY 10021
THIRD FLOOR LEVEL

Note: Information on drawing relates solely to identification of DMNA accessible common areas and DMNA
retained spaces within the Armory building.

Common Areas    = 

DMNA Retained Space = 

EXHIBIT C-3

SHELTER RETAINED SPACE
(AS OF THE COMMENCEMENT DATE)

[Attached behind.]

# EXHIBIT C-3 SHELTER RETAINED SPACE
### (AS OF THE COMMENCEMENT DATE)



◪ SHELTER RETAINED SPACE

THIRD (3RD)
FLOOR

NORTH ↑

NOTE: INFORMATION ON DRAWINGS RELATES
SOLELY TO IDENTIFICATION OF SHELTER
RETAINED SPACE ON THE THIRD AND FIFTH
FLOORS.

EXHIBIT "C-3" CONTINUED



DN

DN

DN

DN

DN

SHELTER RETAINED SPACE
(AS OF THE COMMENCEMENT DATE)

NORTH ↑

FIFTH (5TH)
FLOOR

EXHIBIT C-4

SHELTER RETAINED SPACE
(FUTURE)

[Attached behind.]

Doc #:NY6:491877.32



EXHIBIT C-4 SHELTER RETAINED SPACE (FUTURE)



FOURTH (4TH) FLOOR

→ NORTH

SHELTER RETAINED SPACE

NOTE: INFORMATION ON DRAWING RELATES SOLELY TO IDENTIFICATION OF SHELTER RETAINED SPACE ON THE FOURTH FLOOR.

EXHIBIT D

[INTENTIONALLY OMITTED]

D-1