Holocaust Revisionism ■ The Deployment Penalty ■ Seizure of an Armory

# THE AMERICAN Legion

www.legion.org

$2.50  MAY 2007

*The magazine for a strong America*

**THE ADAM GALVEZ STORY**

"He died a hero, and that's all I need to know as a father."

FOR GOD AND COUNTRY SINCE 1919

APPENDIX "A"

Case 1:07-cv-06851-BSJ-DCF    Document 17-2    Filed 10/22/2007    Page 2 of 2

# FORTRESS UNDER FIRE



THIS TABLET COMMEMORATES THE TRANSFER OF TITLE TO ALL PERSONAL PROPERTY IN THIS ARMORY OF THE SEVENTH REGIMENT, NEW YORK, TO THE VETERANS OF THE SEVENTH REGIMENT N.G. N.Y., ON THE MUSTERING OF THE SEVENTH REGIMENT INTO THE SERVICE OF THE UNITED STATES, JULY 1917.

*Engraved on a plaque above a fireplace inside the Seventh Regiment National Guard Armory, 643 Park Ave., New York City*

## Veterans battle to regain custody of historic Park Avenue armory.

### BY JEFF STOFFER

Sixty-nine-year-old John McNamara eases open a massive pocket door and reveals The Veterans Room. He breathes the stale, dark air, and stands silent for a moment, as if to acknowledge the possibility of ghosts. A stained-glass window nearby lists 10 Medal of Honor recipients who once walked these floors, six from the Civil War, four from World War I. Exquisite ceiling panels, blue-glass fireplace tiles, ornate woodwork, wrought iron and chandeliers revive the Gilded Age style of Louis Comfort Tiffany, designer of this interior more than 125 years ago. Display cases along the walls contain the uniforms and swords of National Guard and militia units dating back to the early 19th century. Past American Legion Post 107 commanders' names and their years of service are engraved on brass plates. There are thick, heavy chairs and tables, equally suited for business or repose. It is a room steeped in history, original art, memorabilia and class. And it is just one room, in just one corner, on the first floor inside the five-story, 180,000-square-foot Seventh Regiment Armory of Manhattan's posh upper east side.

"I've been here since 1960," says McNamara, who served 21 years in successor units of the Seventh Regiment. "There are rooms in this building I've never been in. There are



Medal of Honor recipients appear in stained glass inside the Seventh Regiment Armory. The regiment sustained massive casualties breaking through the Hindenburg Line. Amy C. Elliott