UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

KENYON B. FITZGERALD, JR., : 07 Civ. 6851 (BSJ) (DCF)
PETER SCOVILLE WELLS, SIDNEY SILLER, and
DISABLED AMERICAN VETERANS :
DEPARTMENT OF NEW YORK, INC.,
 :
          Plaintiffs,
   v. :

WADE F. B. THOMPSON, ELIHU ROSE, ARIE L. :
KOPELMAN, STEPHEN LASH, EDWARD KLEIN,
REBECCA ROBERTSON, KIRSTEN REOCH, :
CHARLES GARGANO, WILLIAM SHERMAN,
CAROL BERENS, JOHN DOE, MARY ROE and :
SEVENTH REGIMENT ARMORY
CONSERVANCY, INC., :
          Defendants.
 :
-----------------------------------------------------------------x   October 22, 2007


**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2007, a copy of the foregoing Plaintiff's Memorandum of Law in Opposition to Defendants' Motions to Dismiss was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                          /s/ Whitney North Seymour, Jr.
                                                    WHITNEY NORTH SEYMOUR, JR.
                                                    Federal Bar No. WS2019
                                                    425 Lexington Avenue, Room 1721
                                                    New York, NY   10017
                                                    Tel:  212-455-7640
                                                    Fax: 212-455-2502