UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENYON B. FITZGERALD, JR., PETER SCOVILLE WELLS, SIDNEY SILLER, and DISABLED AMERICAN VETERANS DEPARTMENT OF NEW YORK, INC.,

Plaintiffs,

v.

WADE F. B. THOMPSON, ELIHU ROSE, ARIE L. KOPELMAN, STEPHEN LASH, EDWARD KLEIN, REBECCA ROBERTSON, KIRSTEN REOCH, CHARLES GARGANO, WILLIAM SHERMAN, CAROL BERENS, JOHN DOE, MARY ROE and SEVENTH REGIMENT ARMORY CONSERVANCY, INC.,

Defendants.

Case No. 07 CIV 6851 (BSJ) (DCF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto through their respective attorneys, that the deadline for defendants Wade F. B. Thompson, Elihu Rose, Arie L. Kopelman, Stephen Lash, Edward Klein, Rebecca Robertson, Kirsten Reoch, William Sherman and Carol Berens and the Seventh Regiment Armory Conservancy, Inc. to file reply briefs in further support of their motions to dismiss the Complaint in this action, currently set for November 1, 2007, is hereby extended to, and including, November 15, 2007.

There have been no previous requests to extend the time for defendants to file reply briefs.

| | |
|---|---|
| Dated: New York, New York<br>October 25, 2007 | PAUL, WEISS RIFKIND, WHARTON &<br>GARRISON LLP<br><br>By: _____<br>Lewis R. Clayton (LC-7207)<br>Peggy S. Chen (PC-6476)<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>(212) 373-3000<br><br>*Attorneys for Defendants Wade F.B.*<br>*Thompson, Elihu Rose, Arie L.*<br>*Kopelman, Stephen Lash, Edward Klein,*<br>*Rebecca Robertson, Kirsten Reoch, and*<br>*the Seventh Regiment Armory*<br>*Conservancy, Inc.* |
| Dated: New York, New York<br>October ___, 2007 | ANDREW CUOMO<br>Attorney General of the<br>State of New York<br><br>By: _____<br>Joel Graber (JG-3337)<br><br>Assistant Attorney General<br>Special Litigation Counsel<br>120 Broadway – 24th Floor<br>New York, NY 10271<br>(212) 416-8645<br><br>*Attorneys for Defendants William*<br>*Sherman and Carol Berens* |
| Dated: New York, New York<br>October ___, 2007 | _____<br>Whitney North Seymour (WS-2019)<br>425 Lexington Avenue, Room 1721<br>New York, NY 10017<br>(212) 455-2502<br><br>-and- |

2

Dated: New York, New York  
October __, 2007

PAUL, WEISS RIFKIND, WHARTON & GARRISON LLP

By:___  
    Lewis R. Clayton (LC-7207)  
    Peggy S. Chen (PC-6476)  
1285 Avenue of the Americas  
New York, NY 10019-6064  
(212) 373-3000

*Attorneys for Defendants Wade F.B. Thompson, Elihu Rose, Arie L. Kopelman, Stephen Lash, Edward Klein, Rebecca Robertson, Kirsten Reoch, and the Seventh Regiment Armory Conservancy, Inc.*

Dated: New York, New York  
October 26, 2007

ANDREW CUOMO  
Attorney General of the  
State of New York

By:___   
    Joel Graber (JG-3337)

Assistant Attorney General  
Special Litigation Counsel  
120 Broadway – 24th Floor  
New York, NY 10271  
(212) 416-8645

*Attorneys for Defendants William Sherman and Carol Berens*

Dated: New York, New York  
October __, 2007

_____  
Whitney North Seymour (WS-2019)  
425 Lexington Avenue, Room 1721  
New York, NY 10017  
(212) 455-2502

-and-

2

Dated: New York, New York
October __, 2007

PAUL, WEISS RIFKIND, WHARTON &
GARRISON LLP

By:_____
    Lewis R. Clayton (LC-7207)
    Peggy S. Chen (PC-6476)
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

*Attorneys for Defendants Wade F.B.
Thompson, Elihu Rose, Arie L.
Kopelman, Stephen Lash, Edward Klein,
Rebecca Robertson, Kirsten Reoch, and
the Seventh Regiment Armory
Conservancy, Inc.*

Dated: New York, New York
October __, 2007

ANDREW CUOMO
Attorney General of the
  State of New York

By:_____
    Joel Graber (JG-3337)

Assistant Attorney General
Special Litigation Counsel
120 Broadway –24th Floor
New York, NY 10271
(212) 416-8645

*Attorneys for Defendants William
Sherman and Carol Berens*

Dated: New York, New York
October __, 2007


Whitney North Seymour (WS-2019)
425 Lexington Avenue, Room 1721
New York, NY 10017
(212) 455-2502

-and-

2

Gabriel North Seymour
200 Route 126
Falls Village, CT 06031

*Attorneys for Plaintiffs*

So Ordered: _____
Honorable Barbara S. Jones
United States District Judge

10/28/07

3