UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07-CIV-6851

KENYON B. FITZGERALD, ET. AL.

, Plaintiff(s)

- against -

WADE F.B. THOMPSON, ELIHU ROSE, ARIE L. KOPELMAN, STEPHEN LASH, EDWARD KLEIN, REBECCA ROBERTSON, KIRSTEN REOCH, CHARLES GARGANO, WILLIAM SHERMAN, SEVENTH REGIMENT ARMORY CONSERVANCY, INC.

, Defendant(s)

State of Georgia     )
                     )  SS.:
County of Fulton     )

AFFIDAVIT OF SERVICE

Randal L. George being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Georgia. That on 10/23/2007 at 2:52 PM at:

BALFOUR BEATTY CAPITAL
999 PEACHTREE ST NE
STE 900
ATLANTA GA 30309

Deponent served the:

SUMMONS IN A CIVIL CASE
COMPLAINT WITH JURY TRIAL REQUESTED
CIVIL CASE COVER SHEET
RULE 7.1 STATEMENT
INDIVIDUAL PRACTICES OF JUDGE BARBARA S. JONES
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN
upon WILLIAM HARVEY SHERMAN, by delivering true copies to recipient personally,
deponent knew the person so served to be the person described as said
recipient therein.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or Georgia. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 55  HEIGHT: 6'1''  WEIGHT: 230  HAIR: BLACK  RACE: WHITE  SEX: MALE

SWORN TO BEFORE

_____
Randal L. George     License #

October 24, 2007

OUR DOC# 19767
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169