UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 07-CIV-6851

---

KENYON B. FITZGERALD, ET. AL.

, Plaintiff(s)

- against -

WADE F.B. THOMPSON, ELIHU ROSE, ARIE L. KOPELMAN, STEPHEN LASH, EDWARD KLEIN, REBECCA ROBERTSON, KIRSTEN REOCH, CHARLES GARGANO, WILLIAM SHERMAN, SEVENTH REGIMENT ARMORY CONSERVANCY, INC.

, Defendant(s)

---

State of New York  )
                   )  SS.:
County of Nassau   )

NOT FOUND OR NON SERVICE RETURN

I, the undersigned am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action, attempted to serve the following:

SUMMONS IN A CIVIL CASE
COMPLAINT WITH JURY TRIAL REQUESTED
CIVIL CASE COVER SHEET
RULE 7.1 STATEMENT
INDIVIDUAL PRACTICES OF JUDGE BARBARA S. JONES
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN
And that after due search, careful inquiry and diligent attempts at the Residence:
    409 JOB'S LANE
    BRIDGEHAMPTON, NY 11932
I have been unable to make delivery of said process on the
within named: CHARLES GARGANO
Process is being returned without service for the following reasons:
    11/09/2007 at 7:20 PM - Attempted service:Knocked on door; no one at home.
    11/09/2007 at 9:00 PM - Attempted service: Knocked on door; no answer; Spider web across door; appears not used for weeks.
    11/28/2007 at 9:15 PM - Attempted service: Knocked on door no answer. No lights on in the house.
    11/30/2007 at 10:05 PM - Attempted service: Knocked on door no answer. Called phone number listed for address 631-665-4770. Phone number not in service.

SWORN TO BEFORE ME  11/30/07

MARK C. EISENBERG
Notary Public, State of New York
No. 01EI4958991
Qualified in Nassau County
Commission Expires November 20, 20__

Lucille Galtieri    License #1249825

OUR DOC# 19944
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Index No. 07-CIV-6851

KENYON B. FITZGERALD, ET. AL.

, Plaintiff(s)

- against -

WADE F.B. THOMPSON, ELIHU ROSE, ARIE L. KOPELMAN, STEPHEN LASH, EDWARD KLEIN, REBECCA ROBERTSON, KIRSTEN REOCH, CHARLES GARGANO, WILLIAM SHERMAN, SEVENTH REGIMENT ARMORY CONSERVANCY, INC.

, Defendant(s)

State of New York    )
                     ) SS.:
County of New York   )

NOT FOUND OR NON SERVICE RETURN

I, the undersigned am and was on the dates herein mentioned, over the age of eighteen years and not a party to the action, attempted to serve the following:
SUMMONS IN A CIVIL CASE
COMPLAINT WITH JURY TRIAL REQUESTED
CIVIL CASE COVER SHEET
RULE 7.1 STATEMENT
INDIVIDUAL PRACTICES OF JUDGE BARBARA S. JONES
INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE DEBRA FREEMAN
And that after due search, careful inquiry and diligent attempts at the Residence:
   300 EAST 56 STREET
   NEW YORK, NY 10022
I have been unable to make delivery of said process on the within named: CHARLES GARGANO
Process is being returned without service for the following reasons:
   10/22/2007 at  7:15 AM - Attempted service: Security called up to the
       apartment but received no answer. The security guard stated that
       he hasn't seen Mr. Gargano in two days.
   10/24/2007 at  6:58 PM - Attempted service: Security called upstairs
       but recieved no answer.
   10/26/2007 at  7:00 PM - Attempted service: Sercurity called upstairs,
       no answer. Stayed at location for 40 mintutes but Mr. Gargano
       did not arrive. Had sercurity call again, there was no answer.
   10/31/2007 at 10:40 AM - Attempted service: Security Guard stated that
       he saw Garcano going out but he doesn't know what time he
       would return.
   11/02/2007 at 10:50 AM - Attempted Service: Security called apartment,
       no answer. Waited at location for 1 hour.
   11/02/2007 at  7:37 AM - Attempted service: Security called and
       recieved no answer. Security also said that it would be best to
       try to make an apointment with him because he is never home.
   11/13/2007 at  8:45 PM - Attempted service: Talked to doorman and
       asked for Gargano; He called upstairs and there was no answer;
       He told me that the only way I will be able to see him is by making an
       apointment, becuase he is never home.
   11/28/2007 at  9:25 PM - Attempted service : Went to building and ask
       doorman for Gargano. He called upstairs to his apartment 3 times but
       thier was no answer.
   11/29/2007 at  5:00 PM - Attempted service: Security called up to Gargano
       apartment, but recieved no answer.
   11/29/2007 at  8:30 PM - Attemtped service: Called Mr. Gargano but got just an
       answering machine. So then I went to his home again and asked the door
       man for Mr. Gargano again he called upstairs to his apartment but got
       no answer.

Johnysha Santana                                         License #1255401

SWORN TO BEFORE ME on 12/04/2007

XIAOQIAN HAN
Notary Public, State of New York
No. 01HA6147542
Qualified in Queens County
Commission Expires June 5, 2010

OUR DOC# 19763
Whitney North Seymour, Jr.
425 Lexington Avenue
Room 1721
New York NY 10169