UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007-1581

AUG 1 2 2008

CHAMBERS OF
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

August 11, 2008

Whitney North Seymour, Esq.
425 Lexington Avenue
Room 1721
New York, NY 10017

Lewis R. Clayton, Esq.
Peggy Senyie Chen, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Joel Graber, Esq.
Assistant Attorney General
120 Broadway, 24th Floor
New York, NY 10271

   Re: *Fitzgerald v. Thompson, et al.,*
     No. 07 Civ. 06851 (BSJ) (DF)

Dear Counsel:

  This action has been referred to me for general pretrial supervision. I am therefore scheduling a telephone conference call with counsel for <u>September 2, 2008 at 3:00 p.m.</u> Plaintiff's counsel should arrange to initiate the call to my chambers. The main number is (212) 805-4250.

  Please be prepared to discuss the status of discovery at that time, as well as the potential for settlement of the action.

              Very truly yours,

              Debra Freeman
              United States Magistrate Judge